# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

2005 JAN 21  A 11: 12

## APPEARANCE

---

WENDELL HARP and
ARCHITECTS ENVIRONMENTAL
COLLABORATIVE INTERNATIONAL, P.C.,

      Plaintiffs,

      v.

JOHN DeSTEFANO,
CITY OF NEW HAVEN and
NEW HAVEN BOARD OF EDUCATION

      Defendants.

CASE NO: 3:03CV977(CFD)

JANUARY 6, 2005

---

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for all defendants.

| | |
|---|---|
| January 6, 2005 | /s/ Carolyn W. Kone |
| Date | Signature      Carolyn W. Kone |
| | |
| Ct06207 | Brenner, Saltzman & Wallman LLP |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| | |
| (203) 772-2600 | 271 Whitney Avenue |
| Telephone Number | Address |
| | |
| (203) 562-2098 | New Haven, CT 06511 |
| Fax Number | |
| | |
| ckone@bswlaw.com | |
| Email Address | |

932985.DOC

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served this 6th day of January, 2005, by U.S. first class mail, postage prepaid, upon:

John R. Williams
Williams & Pattis
51 Elm St., Ste. 409
New Haven, CT  06510

Martin S. Echter
Corporation Counsel's Office
165 Church St.
New Haven, CT  06510

_____
Carolyn W. Kone, Esq. (ct06207)