UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **WENDELL HARP, ET AL** | : | NO. 3:03CV00977(CFD) |
|     **Plaintiff** | | |
| **VS.** | : | |
| **JOHN DESTEFANO, ET AL.** | : | MARCH 22, 2005 |
|     **Defendants** | | |

## APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for:

**All Defendants**

March 22, 2005_____      /s/_____
*Date*                                    *Signature*

Rodger W. Lehr, Jr.
Deputy Corporation Counsel_____
*Print Name*

165 Church Street, 4th Floor
New Haven, CT 06510_____
*Mailing Address*

(203) 946-7963_____
*Phone Number*

(203) 946-7942_____
*Fax Number*

rlehr@newhavenct.net_____
*Email Address*

ct007208_____
*Federal Bar Number*

<u>Certificate of Service</u>

      I, Rodger W. Lehr, Jr., hereby certify that I have served the foregoing by causing a copy to be MAILED, POSTAGE PREPAID, to all counsel and pro se parties of record on March 22, 2005:

John R. William, Esquire
51 Elm Street, Suite 409
New Haven, CT 06510

Attorney Carolyn W. Kone
Brenner, Saltzman & Wallman
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06511-1746

/s/_____
Rodger W. Lehr, Jr.