# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL HARP and<br>ARCHITECTS ENVIRONMENTAL<br>COLLABORATIVE INTERNATIONAL,<br>P.C.<br>   Plaintiffs | :<br>:<br>:<br>:<br>:<br>: |
| v. | : Civil Action No. 3:03CV977(CFD) |
| JOHN DeSTEFANO, CITY OF<br>HAVEN and NEW HAVEN BOARD OF<br>EDUCATION,<br>   Defendants. | :<br>:<br>:<br>:<br>: |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____ A recommended ruling on the following motions which are currently pending:  (orefm.)

__X__ A ruling on the following motion which is currently pending: **[19] Motion for Protective Order**  (orefm.)

____ A settlement conference (orefmisc./cnf)

____ A conference to discuss and approve the following:  (orefmisc./cnf)

____ Other:  (orefmisc./misc)  _____

SO ORDERED this __7th__ day of June, 2005, at Hartford, Connecticut.

                  __/s/ CFD_____
                  Christopher F. Droney
                  United States District Judge