## Kone, Carolyn

| | |
|---|---|
| From: | John R. Williams [jrw@johnrwilliams.com] |
| Sent: | Wednesday, May 25, 2005 8:19 PM |
| To: | Kone, Carolyn |
| Subject: | Re: Wendell Harp's deposition |



Motion for
Protective Order.pd..

```
            I will check with Wendell tomorrow if I can about dates.  Don't understand
how I could have screwed up the attachment, but here's another try.
----- Original Message -----
From: "Kone, Carolyn" <ckone@BSWLAW.com>
To: "'John R. Williams'" <jrw@johnrwilliams.com>
Sent: Wednesday, May 25, 2005 7:26 PM
Subject: RE: Wendell Harp's deposition


> John - attached were two copies of a letter from you to me and no motion
> for
> protective order. Could you please resend the motion for protective order.
> Also let me know about the continued date for the deposition. Thank you.
> Carolyn
>
> -----Original Message-----
> From: John R. Williams [mailto:jrw@johnrwilliams.com]
> Sent: Wednesday, May 25, 2005 6:58 PM
> To: Kone, Carolyn
> Cc: Rodger Lehr
> Subject: Re: Wendell Harp's deposition
>
>
> Please see attached.
> ----- Original Message -----
> From: "Kone, Carolyn" <ckone@BSWLAW.com>
> To: "'John R. Williams'" <jrw@johnrwilliams.com>
> Sent: Wednesday, May 25, 2005 5:49 PM
> Subject: RE: Wendell Harp's deposition
>
>
>> John - Thank you for being accommodating about Memorial Day. Before I
>> call
>> the court reporter off, can you please give me the date that you and
>> Wendell
>> are available in June, and I will renotice the deposition for then. With
>> respect to the documents, I am not sure that I have all of them and don't
>> want any surprises. Please have Wendell produce the documents requested
>> even
>> if he thinks that I might have them. Also, I need the tax returns because
>> they are relevant to the issue of damages. I will certainly agree to a
>> reasonable protective order. Carolyn
>>
>> -----Original Message-----
>> From: John R. Williams [mailto:jrw@johnrwilliams.com]
>> Sent: Wednesday, May 25, 2005 2:21 PM
>> To: Kone, Carolyn
>> Subject: Re: Wendell Harp's deposition
>>
>>
>> I spoke to Wendell about the documents.  He says you have almost all of
>> them.  There a few, like tax returns, that we will not produce
```

1

```
>> voluntarily.
>> ----- Original Message -----
>> From: "Kone, Carolyn" <ckone@BSWLAW.com>
>> To: "'John R. Williams'" <jrw@johnrwilliams.com>
>> Sent: Tuesday, May 24, 2005 12:01 PM
>> Subject: RE: Wendell Harp' s deposition
>>
>>
>>>I don't know if I can get a court reporter for Monday. I will check. What
>>> about the documents? Carolyn
>>>
>>> -----Original Message-----
>>> From: John R. Williams [mailto:jrw@johnrwilliams.com]
>>> Sent: Monday, May 23, 2005 5:42 PM
>>> To: Kone, Carolyn
>>> Subject: Re: Wendell Harp' s deposition
>>>
>>>
>>> You told me you were scheduling the deposition for Friday and MONDAY.
>>> We
>>> are not available on Tuesday, which is the first court day of the week.
>>> We
>>> WILL be available Monday if you don't finish on Friday.
>>> ----- Original Message -----
>>> From: "Kone, Carolyn" <ckone@BSWLAW.com>
>>> To: "John R. Williams (E-mail)" <jrw@johnrwilliams.com>
>>> Sent: Monday, May 23, 2005 3:14 PM
>>> Subject: Wendell Harp' s deposition
>>>
>>>
>>>>I am just writing to confirm that Wendell Harp's deposition will go
>>>>forward
>>>> this Friday, May 27th and Tuesday, May 31st as noticed. Also, it would
>>>> probably make the deposition go a lot faster if I could look at the
>>>> materials requested in his notice of deposition before Friday. Please
>>>> let
>>>> me
>>>> know. Thank you. Carolyn
>>>>
>>>> Carolyn Kone
>>>>
>>>> Brenner,Saltzman & Wallman LLP
>>>> 271 Whitney Ave.
>>>> New Haven, Connecticut 06511
>>>>
>>>>
>>>> Email....: CKone@BSWLAW.Com
>>>> Telephone: (203)772-2600
>>>> Facsimile: (203)562-2098
>>>>
>>>>
>>>> The information contained in this communication may be confidential, is
>>>> intended only for the use of the recipient named above, and may be
>>>> legally
>>>> privileged.  If you are not the intended recipient, you are hereby
>>>> notified
>>>> that any dissemination, distribution, or copying of this communication,
>>>> or
>>>> any of its contents, is strictly prohibited.  Nothing in this
>>>> communication
>>>> is intended to constitute a waiver of any privilege or the
>>>> confidentiality
>>>> of this message.  If you have received this communication in error,
>>>> please
>>>> notify the sender immediately by return e-mail or telephone and delete
>>>> the
>>>> original message and any copy of it from your computer system.
```

2

```
>>>> Thank you.
>>>>
>>>>
>>>>
>>>
>>
>
```