# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

| | |
|---|---|
| WENDELL HARP and <br> ARCHITECTS ENVIRONMENTAL <br> COLLABORATIVE INTERNATIONAL, P.C., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN DeSTEFANO, <br> CITY OF NEW HAVEN and <br> NEW HAVEN BOARD OF EDUCATION, <br><br> Defendants. | : <br> : <br> : <br> : CASE NO: 3:03CV977(CFD) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : JUNE 24, 2005 |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for all defendants.

| | |
|---|---|
| June 24, 2005 | /s/ Rowena A. Moffett |
| Date | Signature    Rowena A. Moffett |
| | |
| Ct19811 | Brenner, Saltzman & Wallman LLP |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| | |
| (203) 772-2600 | 271 Whitney Avenue |
| Telephone Number | Address |
| | |
| (203) 772-4008 | New Haven, CT 06511 |
| Fax Number | |
| | |
| rmoffett@bswlaw.com | |
| Email Address | |

993366.DOC

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served this 24th day of June, 2005, by U.S. first class mail, postage prepaid, upon:

John R. Williams
Williams & Pattis
51 Elm St., Ste. 409
New Haven, CT  06510

Rodger W. Lehr
Deputy Corporation Counsel
City of New Haven
165 Church St.
New Haven, CT  06510

                                                  /s/ Rowena A. Moffett
                                       Rowena A. Moffett, Esq. (ct19811)