UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL HARP and  ARCHITECTS ENVIRONMENTAL COLLABORATIVE INTERNATIONAL, P.C.         Plaintiffs | :  :  :  :  :  : |
| v. | : Civil Action No. 3:03CV977(CFD) |
| JOHN DeSTEFANO, CITY OF HAVEN and NEW HAVEN BOARD OF EDUCATION,         Defendants. | :  :  :  :  : |

REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_\_    All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_    A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_    To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_    A recommended ruling on the following motions which are currently pending: (orefm.)

  X      A ruling on the following motion which is currently pending: **[24] Second Motion for Protective Order** (orefm.)

\_\_\_\_    A settlement conference (orefmisc./cnf)

\_\_\_\_    A conference to discuss and approve the following: (orefmisc./cnf)

\_\_\_\_    Other: (orefmisc./misc) _____

SO ORDERED this  15th  day of July, 2005, at Hartford, Connecticut.

                                             /s/ CFD
                                             Christopher F. Droney
                                             United States District Judge