# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL HARP and<br>ARCHITECTS ENVIRONMENTAL<br>COLLABORATIVE INTERNATIONAL, P.C., : <br><br>    Plaintiffs, <br><br>    v. <br><br>JOHN DeSTEFANO,<br>CITY OF NEW HAVEN and<br>NEW HAVEN BOARD OF EDUCATION <br><br>    Defendants. | CASE NO: 3:03CV977(CFD) <br><br><br><br><br><br><br><br><br><br>August 3, 2005 |

## MOTION FOR ORDER AND SANCTIONS

Defendants, John DeStefano, City of New Haven and New Haven Board of Education (collectively "Defendants"), hereby move pursuant to Fed. R. Civ. P. 16(f) and Local Rule 16(f) for an order and for sanctions against Plaintiffs Wendell Harp and Architects Environmental Collaborative International, P.C. (collectively "Plaintiffs") for their failure to provide a damages analysis by August 1, 2005 as required by scheduling deadlines set by this Court. In support of this Motion, Defendants represent as follows:

1. On July 21, 2005, this Court granted Defendants' Motion to Amend Scheduling Deadlines.

2. Defendants' Motion to Amend Scheduling Deadlines requested <u>inter alia</u> that no later than August 1, 2005, Plaintiffs provide a damages analysis to Defendants.[1]

3. To date, Plaintiffs have failed to provide a damages analysis to Defendants. Defendants require such a damages analysis in order to determine if they will retain an expert on damages and, if so, to allow their expert sufficient time to prepare a report by the deadline for disclosing such report, which is currently October 1, 2005.

4. Defendants seek an order from this Court requiring Plaintiffs to immediately provide a damages analysis to Defendants and to amend the scheduling order to permit Defendants to disclose their expert on damages and to provide the report from such retained expert 60 days after Defendants receive the damages analysis from Plaintiffs. In the alternative, Defendants seek an order precluding Plaintiffs from introducing any evidence regarding their claimed damages and precluding Plaintiffs from attempting to establish damages in this case.

5. Defendants further request that this Court award them the reasonable expenses of this motion, including reasonable attorney's fees.

---

[1] Defendants' Motion to Amend Scheduling Deadlines also requested that Plaintiffs disclose their experts on liability and damages and provide reports from such retained experts by August 1, 2005. Plaintiffs have not made any such disclosures.

9A8675.DOC                              2

WHEREFORE, Defendants request that this Motion for Order and Sanctions be granted.

                DEFENDANTS,
                JOHN DeSTEFANO, CITY OF NEW
                HAVEN and NEW HAVEN BOARD OF
                EDUCATION

By:      /s/ Carolyn W. Kone
        Carolyn W. Kone (ct 06207)
        Rowena A. Moffett (ct19811)
        BRENNER, SALTZMAN & WALLMAN LLP
        Their Attorneys
        271 Whitney Avenue
        New Haven, CT  06511
        Tel. (203) 772-2600
        Fax (203) 772-4008
        Email:  ckone@bswlaw.com
        Email: rmoffett@bswlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the original of the foregoing was served this 3rd day of August, 2005, by U.S. first class mail, postage prepaid, upon:

John R. Williams
Law Offices of John Williams & Associates
51 Elm St., Ste. 409
New Haven, CT  06510

Rodger W. Lehr
Deputy Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT  06510

                                               /s/ Carolyn W. Kone
                                        Carolyn W. Kone, Esq. (ct06207)