# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL HARP and :<br>ARCHITECTS ENVIRONMENTAL :<br>COLLABORATIVE INTERNATIONAL, P.C., :<br>   :     CASE NO: 3:03CV977(CFD)<br>Plaintiffs, :<br>   :<br>v. :<br>   :<br>JOHN DeSTEFANO, :<br>CITY OF NEW HAVEN and :<br>NEW HAVEN BOARD OF EDUCATION :<br>   :<br>Defendants. :<br>   :     August 16, 2005 | |

## DEFENDANTS' MOTION FOR SANCTIONS

Defendants, John DeStefano, City of New Haven and New Haven Board of Education, hereby move for sanctions pursuant to Fed. R. Civ. P. 37 based upon Plaintiffs' failure to produce documents requested in items nos. 1, 8(e), 9, 10, 14, 15, 16, 19-20 and 23-29 of the Amended Notice of Deposition and Notices of Continued Deposition of Plaintiffs. Certain of these documents have been the subject of one or more motions for protective orders, which have been denied, while others of these documents have simply not been produced or with respect to item 8(e) have been produced only in part.

In support of this Motion, Defendants have filed a Memorandum and an Affidavit.

WHEREFORE, Defendants respectfully request that this Motion be granted and the following relief be awarded:

1.     That the Scheduling Order be amended to provide that Defendants disclose their damages expert and the expert's report 60 days after the later of : (i) Plaintiffs' disclosure of its

damages analysis or (ii) Plaintiffs' full compliance with the disclosure of documents requested in items 15-16, 19-20 and 23-29 of the schedules appended to the notices of deposition and that the discovery deadline be extended until 30 days after such date with dispositive motions due 30 days thereafter and the trial memorandum due 45 days after the dispositive motions are decided: and

    2.    That Mr. Harp be ordered to appear for a continuation of his deposition no sooner than 7 days after he produces in full the documents that are the subject of this Motion for Sanctions; and

    3.    That Defendants be awarded the costs of this Motion and the costs of all of their efforts to secure compliance with the production of the documents that are the subject of this Motion.

> DEFENDANTS,
> JOHN DeSTEFANO, CITY OF NEW HAVEN and NEW HAVEN BOARD OF EDUCATION
>
> By:    /s/ Carolyn W. Kone
> Carolyn W. Kone(ct 06207)
> Rowena A. Moffett (ct19811)
> BRENNER, SALTZMAN & WALLMAN LLP
> Their Attorneys
> 271 Whitney Avenue
> New Haven, CT  06511
> Tel. (203) 772-2600
> Fax (203) 772-4008
> Email:  ckone@bswlaw.com
> Email:  rmoffett@bswlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the original of the foregoing was served this 16th day of August, 2005, by U.S. first class mail, postage prepaid, upon:

John R. Williams
Law Offices of John Williams & Associates
51 Elm St., Ste. 409
New Haven, CT  06510

Rodger W. Lehr
Deputy Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT  06510

                    /s/ Carolyn W. Kone
                    Carolyn W. Kone, Esq. (ct06207)