# EXHIBIT C

# Brenner, Saltzman & Wallman LLP

*ATTORNEYS AT LAW*

Carolyn W. Kone
ckone@bswlaw.com
Fax: 203.772.4008

NEWTON D. BRENNER, P.C.
STEPHEN L. SALTZMAN, P.C.
MARC A. WALLMAN, P.C.
DAVID R. SCHAEFER, P.C.
DONALD W. ANDERSON, P.C.
SAMUEL M. HURWITZ, P.C.
WAYNE A. MARTINO, P.C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P.C.
ALICE J. MICK, P.C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P.C.
JENNIFER DOWD DEAKIN, P.C.

DANIEL L. GOTTFRIED
VICTORIA P. HACKETT
ROWENA A. MOFFETT

OF COUNSEL:
SHARON KOWAL FREILICH

July 11, 2005

**VIA FACSIMILE**
John R. Williams, Esq.
Law Offices of John Williams & Associates
51 Elm St., Ste. 409
New Haven, CT  06510

Re: Harp, et al. v. John DeStefano, et al.

Dear John:

Attached please find my letter to Kit Engstrom summarizing the agreements that I reached with your office concerning the production of documents prior to the continuation of Mr. Harp's deposition. Please deliver these documents by tomorrow. The first session of Mr. Harp's deposition was unduly prolonged as Mr. Harp reviewed the documents during the deposition to determine which documents were responsive to each request.

In addition, with respect to the documents set forth in request number 8(e), please have all of these documents produced to me. I cannot anticipate which documents Mr. Harp will refer to in his deposition, and I wish to have him identify the drawings that he was referring to. With respect to documents that are the subject of Plaintiff's Second Protective Order, please deliver these documents to me no later than July 12, 2005. As you know, they were due on January 5, 2005, pursuant to Local Rule 37.

Very truly yours,

Carolyn W. Kone

CWK:jr
Enclosures

cc: Kit Engstrom
    Susan Weisselberg

M:\docs\05167\001\999357.DOC

271 Whitney Avenue • New Haven, Connecticut 06511 • 203.772.2600 • Fax: 203.562.2098 • www.bswlaw.com

# Brenner, Saltzman & Wallman LLP

ATTORNEYS AT LAW

NEWTON D. BRENNER, P.C.
STEPHEN L. SALTZMAN, P.C.
MARC A. WALLMAN, P.C.
DAVID R. SCHAEFER, P.C.
DONALD W. ANDERSON, P.C.
SAMUEL M. HURWITZ, P.C.
WAYNE A. MARTINO, P.C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P.C.
ALICE J. MICK, P.C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P.C.
JENNIFER DOWD DEAKIN, P.C.

DANIEL L. GOTTFRIED
VICTORIA P. HACKETT
ROWENA A. MOFFETT

OF COUNSEL:
SHARON KOWAL FREILICH

Carolyn W. Kone
ckone@bswlaw.com
Direct Fax: (203) 772-4008

June 24, 2005

VIA EMAIL: KEngstrom@johnrwilliams.com

Kit Engstrom
Law Offices of John Williams & Associates
51 Elm St., Ste. 409
New Haven, CT 06510

Re: Harp v. DeStefano

Dear Kit:

The following confirms our recent agreements in connection with the above referenced matter.

1. The continued deposition of Wendell Harp will take place on July 14, 2005, beginning at 10:00 a.m. at my office. Attached is the Notice of Continued Deposition.
2. You agreed to provide me with the documents responsive to Document Requests 19-29 set forth in the Amended Notice of Deposition dated April 22, 2005 in advance of Mr. Harp's continued deposition. Please let me know when you will be providing these documents.
3. With respect to Document Request 8(e), requesting, *inter alia*, all drawings and studies of the New Prince-Welch School, Attorney Williams wrote to me that these documents are available for review at Mr. Harp's office. However, there are two sets of documents about which Mr. Harp testified during his initial deposition that I wish to review with him at his continued deposition—drawings that incorporated the use of brick for the school (Dep. at 110-115) and the site studies that the Mayor directed that Mr. Harp perform (Dep. at 117-118). Please produce these documents to me with the other documents that you will be providing in advance of Mr. Harp's continued deposition. Also, please provide me with dates upon which I may visit Mr. Harp's office during July to review the rest of the responsive documents.
4. You agreed during Mr. Harp's deposition to prepare a list of Mr. Harp's staff for each of the years since 1997. See Harp. Dep. at 75. Please provide this information with the other documents that you will be producing in advance of Mr. Harp's continued deposition.
5. John Williams initially agreed to extend the discovery deadline in this matter to November 1, 2005. This extension is necessary to provide sufficient time to complete fact and expert discovery. Attached is a draft Motion on Consent to Amend

Kit Engstrom
June 24, 2005
Page Two

          Scheduling Deadlines. Please advise as soon as possible whether Plaintiffs consent to the granting of this motion. As you know, the current discovery deadline is July 1st, so I would like to file this motion as soon as possible.

6.     Mr. Watt's deposition will go forward on July 19, 2005. I am still working on scheduling the depositions of the Mayor and Dr. Mayo during the dates you provided.

Please let me know when you will be providing the documents referenced above. I would appreciate receiving them by no later than Monday, July 11th, so that I have enough time to review the documents and so that the deposition will proceed more expeditiously.

Additionally, please let me know when you will be providing the documents that were the subject of your Motion for Protective Order. Pursuant to Local Rule 37, they would be due within 10 days of the Court's order denying your Motion, or by July 5, 2005.

                                                        Sincerely,

                                                        Carolyn W. Kone

CWK:jmc

<u>MEMORY TRANSMISSION REPORT</u>

```
                              TIME       : JUL 11 '05 17:09
                              TEL NUMBER : 203-772-4008
                              NAME       : BRENNER,SALTZMAN & WALLMAN LLP  FLR2
```

| | | |
|---|---|---|
| FILE NBR | : | 571 |
| DATE | : | JUL.11 17:05 |
| TO | : | 7769494 |
| DOC. PAGES | : | 04 |
| START TIME | : | JUL.11 17:08 |
| END TIME | : | JUL.11 17:09 |
| SENT PAGES | : | 04 |
| FILE NBR : 571 | | *** SUCCESSFUL TX NOTICE *** |

# ■ Brenner, Saltzman & Wallman LLP

*ATTORNEYS AT LAW*

Carolyn W. Kone
ckone@bswlaw.com
Fax: 203.772.4008

NEWTON D. BRENNER, P.C.
STEPHEN L. SALTZMAN, P.C.
MARC A. WALLMAN, P.C.
DAVID R. SCHAEFER, P.C.
STUART JAY MANDEL, P.C.
DONALD W. ANDERSON, P.C.
SAMUEL M. HURWITZ, P.C.
WAYNE A. MARTINO, P.C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P.C.
ALICE J. MICK, P.C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P.C.
JENNIFER DOWD DEAKIN, P.C.

MICHELLE S. GOGLIA
ROWENA A. MOFFETT

OF COUNSEL:
SHARON KOWAL FREILICH

MAILING ADDRESS:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507

## TELECOPY TRANSMISSION SHEET

## PLEASE DELIVER THIS TRANSMISSION TO:

Name: _____ John R. Williams, Esq. _____ cc: Kit Engstrom _____

Fax Number: _____ 776-9494 _____

From: _____ Carolyn W. Kone, Esq. _____

Re: _____ Harp v. DeStefano, et al. _____

Date: _____ July 11, 2005 _____ Our File No. 5167-001 _____

Total Pages (including this sheet): __4__

**<u>Additional Message</u>**

MEMORY TRANSMISSION REPORT

```
                                          TIME      : JUL 11 '05 17:11
                                          TEL NUMBER: 203-772-4008
                                          NAME      : BRENNER,SALTZMAN & WALLMAN LLP FLR2
```

| | |
|---|---|
| FILE NBR | : 572 |
| DATE | : JUL.11 17:06 |
| TO | : 9465455 |
| DOC. PAGES | : 04 |
| START TIME | : JUL.11 17:09 |
| END TIME | : JUL.11 17:11 |
| SENT PAGES | : 04 |
| FILE NBR : 572 | *** SUCCESSFUL TX NOTICE *** |

# BRENNER, SALTZMAN & WALLMAN LLP

*A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS*
271 Whitney Avenue
New Haven, Connecticut 06511
Tel. (203) 772-2600

Fax. (203) 772-4008
E-MAIL: rmoffett@bswlaw.com

## TELECOPY TRANSMISSION SHEET

Please deliver this transmission to:

NAME: Susan Weisselberg

FIRM: New Haven Board of Education

TELECOPY NUMBER: 946-5455

FROM: Carolyn W. Kone, Esq.

REGARDING: Harp v. DeStefano et al

DATE: July 11, 2005         FILE NO.: 05167-001

TOTAL NUMBER OF PAGES (including this sheet): 4

**ADDITIONAL MESSAGE**

# EXHIBIT D

# Brenner, Saltzman & Wallman LLP

ATTORNEYS AT LAW

Carolyn W. Kone
ckone@bswlaw.com
Fax: 203.772.4008

NEWTON D. BRENNER, P.C.
STEPHEN L. SALTZMAN, P.C.
MARC A. WALLMAN, P.C.
DAVID R. SCHAEFER, P.C.
DONALD W. ANDERSON, P.C.
SAMUEL M. HURWITZ, P.C.
WAYNE A. MARTINO, P.C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P.C.
ALICE J. MICK, P.C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P.C.
JENNIFER DOWD DEAKIN, P.C.

DANIEL L. GOTTFRIED
VICTORIA P. HACKETT
ROWENA A. MOFFETT

OF COUNSEL:
SHARON KOWAL FREILICH

July 13, 2005

**VIA FACSIMILE**
John R. Williams, Esq.
Law Offices of John Williams & Associates
51 Elm St., Ste. 409
New Haven, CT 06510

Re:   Harp, et al. v. John DeStefano, et al.

Dear John:

    Kit Engstrom has indicated that you do not intend to produce the documents that are the subject of your pending Second Motion for Protective Order at tomorrow's deposition. Your position in this regard is not permitted by the Rules.

    The Court denied your initial Motion for Protective Order on June 21, 2005, effectively ordering Plaintiffs to produce the subject documents in connection with the deposition of Wendell Harp. In fact, pursuant to Local Rule 37(a)5, Plaintiffs were required to produce the subject documents by July 5, 2005. Your failure to produce the documents at tomorrow's deposition will constitute the violation of a discovery order, punishable by sanctions pursuant to Federal Rule 37(b). See 7 James Wm. Moore, Moore's Federal Practice § 37.43[2] (3rd ed. 2005) (Rule 37(b)(2) sanctions are applicable to orders that a party provide discovery issued in connection with the denial of a protective order) (citing Lipscher v. LRP Publications, Inc., 266 F.3d 1305, 1323 (11th Cir. 2001)). The pendency of your Second Motion for Protective Order does not change this analysis, as your Second Motion only relates to the level of confidentiality to be afforded such production; it in no way justifies any refusal on your part to produce the documents to me or my ability to question Wendell Harp concerning same at this deposition.

John R. Williams, Esq.
July 13, 2005
Page 2

      I urge you to reconsider your refusal to provide the outstanding documents at tomorrow's deposition. If you refuse to produce the subject documents tomorrow, I intend to move for the entry of sanctions pursuant to Rule 37(b).

                                              Very truly yours,

                                              Carolyn W. Kone

CWK:jr
9a0638.doc

cc: Kit Engstrom

MEMORY TRANSMISSION REPORT

```
                                TIME       : JUL 13 '05 14:07
                                TEL NUMBER : 203-772-4008
                                NAME       : BRENNER,SALTZMAN & WALLMAN LLP  FLR2
```

| | | |
|---|---|---|
| FILE NBR | : | 602 |
| DATE | : | JUL.13 14:06 |
| TO | : | 7769494 |
| DOC. PAGES | : | 03 |
| START TIME | : | JUL.13 14:06 |
| END TIME | : | JUL.13 14:07 |
| SENT PAGES | : | 03 |
| FILE NBR : 602 | | *** SUCCESSFUL TX NOTICE *** |

# ■ Brenner, Saltzman & Wallman LLP

*ATTORNEYS AT LAW*

Carolyn W. Kone
ckone@bswlaw.com
Fax: 203.772.4008

NEWTON D. BRENNER, P.C.
STEPHEN L. SALTZMAN, P.C.
MARC A. WALLMAN, P.C.
DAVID R. SCHAEFER, P.C.
STUART JAY MANDEL, P.C.
DONALD W. ANDERSON, P.C.
SAMUEL M. HURWITZ, P.C.
WAYNE A. MARTINO, P.C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P.C.
ALICE J. MICK, P.C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P.C.
JENNIFER DOWD DEAKIN, P.C.

MICHELLE S. GOGLIA
ROWENA A. MOFFETT

OF COUNSEL:
SHARON KOWAL FREILICH

MAILING ADDRESS:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507

## TELECOPY TRANSMISSION SHEET

### PLEASE DELIVER THIS TRANSMISSION TO:

Name: _____ John R. Williams, Esq.   cc: Kit Engstrom _____

Fax Number: _____ 776-9494 _____

From: _____ Carolyn W. Kone, Esq. _____

Re: _____ Harp v. DeStefano, et al. _____

Date: _____ July 13, 2005 _____ Our File No. 5167-001 _____

Total Pages (including this sheet): __3__

**Additional Message**

# EXHIBIT E

## Brenner, Saltzman & Wallman LLP

ATTORNEYS AT LAW

Carolyn W. Kone
ckone@bswlaw.com
Fax: 203.772.4008

NEWTON D. BRENNER, P.C.
STEPHEN L. SALTZMAN, P.C.
MARC A. WALLMAN, P.C.
DAVID R. SCHAEFER, P.C.
DONALD W. ANDERSON, P.C.
SAMUEL M. HURWITZ, P.C.
WAYNE A. MARTINO, P.C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P.C.
ALICE J. MICK, P.C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P.C.
JENNIFER DOWD DEAKIN, P.C.

DANIEL L. GOTTFRIED
VICTORIA P. HACKETT
ROWENA A. MOFFETT

OF COUNSEL:
SHARON KOWAL FREILICH

July 25, 2005

**VIA FACSIMILE and FIRST CLASS MAIL**

Katrena Engstrom, Esq.
Law Offices of John Williams & Associates
51 Elm St., Ste. 409
New Haven, CT 06510

Re:   Harp, et al. v. John DeStefano, et al.

Dear Katrena:

     Enclosed please find two originals of a Confidentiality Agreement Governing Use of Tax Returns. I have signed both originals and, if this Agreement meets with your approval, I'd ask that you sign an original and return it to me.

     Enclosed also please find a notice of Mr. Harp's continued deposition for August 3, 2005. I hope that this date is convenient for both you and Mr. Harp as it appears to be the only date next week that the Board of Education representatives and I all have available.

     With respect to the documents on the Notice of Continued Deposition, any documents used in the preparation of the tax returns, including W-2s, even if they are in the accountant's office, should be produced as well as the tax returns. Additionally, with respect to the drawings produced by Mr. Harp, to the extent that Mr. Harp claims that the Mayor requested that Mr. Harp produce drawings or studies in response to certain neighbors' concerns about the site, would you kindly have Mr. Harp bring those drawings to his deposition if he has not already produced such drawings. Finally, you will note that the Notice of Continued Deposition asks for financial information regarding Mr. Harp's work on other school projects. Mr. Harp to date has not produced any of this (Items 19, 20, 23, 24, 25, 26, 27, and 28). Please have Mr. Harp produce all such items. As you did before the last deposition session, please produce the requested documents prior to the deposition, in order to save time at the deposition.

John R. Williams, Esq.
July 25, 2005
Page 2

    Thank you very much.

                                    Sincerely yours,

                                    Carolyn W. Kone

CWK:jmc

cc: Susan Weisselberg
     Claude Watt
     Rodger Lehr

M:\DOCS\05167\001\9A4693.DOC

MEMORY TRANSMISSION REPORT

```
TIME       : JUL 25 '05 14:59
TEL NUMBER : 203-772-4008
NAME       : BRENNER,SALTZMAN & WALLMAN LLP  FLR2
```

| | |
|---|---|
| FILE NBR | : 715 |
| DATE | : JUL.25 14:54 |
| TO | : 7769494 |
| DOC. PAGES | : 16 |
| START TIME | : JUL.25 14:54 |
| END TIME | : JUL.25 14:59 |
| SENT PAGES | : 16 |
| FILE NBR : 715 | *** SUCCESSFUL TX NOTICE *** |

# Brenner, Saltzman & Wallman LLP

*ATTORNEYS AT LAW*

Carolyn W. Kone
ckone@bswlaw.com
Fax: 203.772.4008

NEWTON D. BRENNER, P.C.
STEPHEN L. SALTZMAN, P.C.
MARC A. WALLMAN, P.C.
DAVID R. SCHAEFER, P.C.
STUART JAY MANDEL, P.C.
DONALD W. ANDERSON, P.C.
SAMUEL M. HURWITZ, P.C.
WAYNE A. MARTINO, P.C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P.C.
ALICE J. MICK, P.C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P.C.
JENNIFER DOWD DEAKIN, P.C.

MICHELLE S. GOGLIA
ROWENA A. MOFFETT

OF COUNSEL:
SHARON KOWAL FREILICH

MAILING ADDRESS:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507

## TELECOPY TRANSMISSION SHEET

### PLEASE DELIVER THIS TRANSMISSION TO:

Name: Kit Engstrom

Fax Number: 776-9494

From: Carolyn W. Kone, Esq.

Re: Harp v. DeStefano, et al.

Date: July 25, 2005          Our File No. 5167-001

Total Pages (including this sheet): 16

**Additional Message**