# EXHIBIT F

# EXHIBIT G

Document2

# JOHN R. WILLIAMS and ASSOCIATES, LLC

JOHN R. WILLIAMS
KATRENA ENGSTROM
JOSEPH M. MERLY
ROB A. SERAFINOWICZ

PATRICIA A. AFFIE, *Office Manager*

51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
Facsimile (203) 776-9494
E-MAIL: jrw@johnrwilliams.com

August 3, 2005

Ms. Carolyn Kone
Brenner, Saltzman & Wallman, LLP
271 Whitney Ave.
New Haven, CT 06511

**RE: HARP V. DE STEFANO**

Dear Carolyn:

This responds to your letter of July 25 concerning production of documents, such as tax returns and financial information pertaining to AECI.

The August 3 deposition of Mr. Harp was postponed by mutual agreement. Our motion for a protective order is pending before Magistrate Smith. Other than what has already been produced by Mr. Harp, we will wait for the court's decision and we will not send any of the items which we have requested be limited in terms of disclosure to **you alone**, until we have a ruling. (Materials in Paragraphs 3, 4, 8(c), 8(f), 8(h), 9, 15, 16 and 29).

Please call if you have any questions.

Sincerely,

KATRENA ENGSTROM

# EXHIBIT H

Case 3:03-cv-00977-CFD    Document 35-3    Filed 08/18/2005    Page 4 of 14

Document2

# Brenner, Saltzman & Wallman LLP

*ATTORNEYS AT LAW*

NEWTON D. BRENNER, P.C.
STEPHEN L. SALTZMAN, P.C.
MARC A. WALLMAN, P.C.
DAVID R. SCHAEFER, P.C.
DONALD W. ANDERSON, P.C.
SAMUEL M. HURWITZ, P.C.
WAYNE A. MARTINO, P.C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P.C.
ALICE J. MICK, P.C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P.C.
JENNIFER DOWD DEAKIN, P.C.

DANIEL L. GOTTFRIED
VICTORIA P. HACKETT
ROWENA A. MOFFETT

OF COUNSEL:
SHARON KOWAL FREILICH

August 4, 2005

*VIA FACSIMILE*
John R. Williams, Esq.
Law Offices of John Williams & Associates
51 Elm St., Ste. 409
New Haven, CT 06510

Re:   <u>Harp, et al. v. John DeStefano, et al.</u>

Dear John:

    I am writing pursuant to Local Rule 37(a)2. to confer with you and discuss our discovery disputes prior to moving for sanctions under Rule 37 based upon Plaintiffs' failure to produce their tax returns and the documents used in the preparation of such tax returns as well as the documents regarding other school projects requested in Schedule A to the notices of the deposition – items 19, 20, 23, 24, 25, 26, 27 and 28.

    With respect to the tax returns and the documents used in the preparation of plaintiffs' tax returns, as you know on June 21, 2005, the court denied Plaintiffs' Motion for a Protective Order with respect to these documents. Accordingly, these documents were due on July 5, 2005. On June 24, 2005, I wrote to Kit Engstrom of your office asking when I would receive these documents. I did not receive a response to this letter, and on July 11, 2005, I wrote to you requesting that they be delivered to me no later than July 12, 2005. I did not receive the documents on that date, and on July 13, 2005, I wrote to you stating that I would move for sanctions under Local Rule 37 if the documents that were the subject of your Second Motion for Protective Order were not produced at Mr. Harp's deposition scheduled for the following day. On July 14, 2005, at his deposition, Mr. Harp stated that he had not brought the tax returns to his deposition, because he would not produce them without a confidentiality agreement. Without waiving Defendants' rights to these documents without a confidentiality agreement and in an effort to reach an agreement without court intervention, I agreed to send a confidentiality agreement to Ms. Engstrom for her review and that the deposition would be continued to question Mr. Harp about these documents. On July 25, 2005, I faxed Ms. Engstrom a confidentiality agreement and asked that she sign it and return one original to me. To date, I have not received the confidentiality agreement or the tax returns and the documents used to prepare the returns.

John R. Williams, Esq.
August 4, 2005
Page 2

      The tax returns and related documents are almost one month overdue. Please provide me with these documents no later than August 10, 2005 so that I can prepare for Mr. Harp's deposition the following week and also review them to determine if we will be retaining a damages expert. In addition, please provide me with the documents listed in items 19, 20, 23-28. There were no objections or motion for protective order filed with respect to these documents, but somehow Mr. Harp has never produced them at his deposition sessions.

      In the event that I do not receive these documents by August 10, 2005, it is my intention to file a Motion for Sanctions.

                          Sincerely yours,

                          Carolyn W. Kone

cc:    Rodger Lehr
        Susan Weisselberg

9A8731.DOC

# EXHIBIT I

Document4

# Brenner, Saltzman & Wallman LLP

*ATTORNEYS AT LAW*

NEWTON D. BRENNER, P.C.
STEPHEN L. SALTZMAN, P.C.
MARC A. WALLMAN, P.C.
DAVID R. SCHAEFER, P.C.
DONALD W. ANDERSON, P.C.
SAMUEL M. HURWITZ, P.C.
WAYNE A. MARTINO, P.C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P.C.
ALICE J. MICK, P.C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P.C.
JENNIFER DOWD DEAKIN, P.C.

DANIEL L. GOTTFRIED
VICTORIA P. HACKETT
ROWENA A. MOFFETT

OF COUNSEL:
SHARON KOWAL FREILICH

Carolyn W. Kone
Email: ckone@bswlaw.com
Direct Fax: 203-772-4008

August 6, 2005

**Via Facsimile: 776-9494**

Katrena Engstrom
John R. Williams and Associates, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Dear Kit:

Thank you for your letter of August 3, 2005. Please be advised that on August 4, 2005 the Court denied your second motion for protective order. Please produce the materials in Paragraphs 3, 4, 8(c), 8(f), 8(h), 9, 15, 16 and 29 of the Amended Notice of Deposition no later than August 10, 2005 at my office.

Thank you very much for your anticipated cooperation in this matter. If the materials are not produced on that date, I will move for sanctions.

Sincerely yours,

*Carolyn W. Kone/da*

Carolyn W. Kone

CWK/da

cc: Susan Weisselberg

DICTATED BUT NOT READ

m:\docs\05167\001\9a9356.doc
271 Whitney Avenue • New Haven, Connecticut 06511 • 203.772.2600 • Fax: 203.562.2098 • www.bswlaw.com

Confirmation Report

```
                                        Time      : Aug-06-2005  09:21
                                        Tel line  :
                                        Name      :
```

| Nbr. | Job | Date | Time | Duration | pgs | To | Dept. | Account | Mode | Status |
|------|-----|------|------|----------|-----|---------|-------|---------|--------|--------|
| 010 | 025 | Aug-06 | 09:21 | 00/23 | 001 | 7769494 | | | EC 603 | OK |

# EXHIBIT J

Document4

# Kone, Carolyn

**To:** John R. Williams
**Subject:** RE: Harp vs. DeStefano

Mr. Harp's deposition is scheduled for next Friday (the 19th). I would like the documents well in advance and to be fair, you have known of these document requests since April and that you were to produce them, at least to me, for two months. Please let me know what date you will be getting them to me. Thank you. Carolyn

> -----Original Message-----
> **From:** John R. Williams [mailto:jrw@johnrwilliams.com]
> **Sent:** Wednesday, August 10, 2005 11:40 AM
> **To:** Kone, Carolyn
> **Subject:** Re: Harp vs. DeStefano
>
> Kit says you have requested essentially all of his business records for a 15-year period, many of which are with his accountant. We have notified him to get them and to contact his accountant. This can't be done instantly, but is being done.
>
> > ----- Original Message -----
> > **From:** Kone, Carolyn
> > **To:** 'John R. Williams'
> > **Sent:** Wednesday, August 10, 2005 11:04 AM
> > **Subject:** RE: Harp vs. DeStefano
> >
> > I don't think so either, but the issue is that I have not received these documents yet. When will I receive them? I had asked that they be delivered yesterday. I was planning to move for sanctions today, because I had not received them yesterday. Please let me know immediately. Thank you. Carolyn
> >
> > > -----Original Message-----
> > > **From:** John R. Williams [mailto:jrw@johnrwilliams.com]
> > > **Sent:** Saturday, August 06, 2005 4:14 PM
> > > **To:** Kone, Carolyn
> > > **Cc:** kengstrom@johnrwilliams.com
> > > **Subject:** Harp vs. DeStefano
> > >
> > > Obviously you have won the skirmish over discovery. I don't think it is sanctionable to ask the court to grant relief just because the court doesn't grant it. Now that there is a ruling, however, we will fully comply.

## Kone, Carolyn

**From:** Kone, Carolyn
**Sent:** Tuesday, August 16, 2005 10:35 AM
**To:** 'Kit Engstrom'
**Subject:** RE: Wendell Harp Production

This is not acceptable. We need to be able to review these documents with our clients to determine costs, etc. I am in the process of preparing a motion for sanctions which will be filed today. Carolyn

-----Original Message-----
From: Kit Engstrom [mailto:kengstrom@johnrwilliams.com]
Sent: Tuesday, August 16, 2005 10:28 AM
To: Kone, Carolyn
Subject: Wendell Harp Production


Carolyn,

I am waiting for the documents from Wendell Harp. I would like to execute the confidentiality agreement we discussed. We would like to modify the language to permit only you, your office, experts, etc. and one client contact to review the tax returns. This could be the Assistant Corporation Counsel you are working with.

Is this acceptable to you?

We are also attempting to provide the damage analysis as soon as possible. I hope to have that to you by Friday.

Kit Engstrom




----- Original Message -----
From: "Kone, Carolyn" <ckone@BSWLAW.com>
To: "'Kit Engstrom'" <kengstrom@johnrwilliams.com>
Sent: Wednesday, August 10, 2005 3:11 PM
Subject: RE: Wendell Harp Production as of 8 10 05


> Kit - I would like all of the materials in the Amended Notice of
> Deposition
> which have not been produced to date. I realize that the Court's order was
> not until August 4, 2005, but you had an obligation to produce the
> documents
> when the first protective order was denied in June. I think that I have
> been
> more than patient and that it is not too much to request a date when these
> materials will be produced. Otherwise, I will seek court assistance. Thank
> you. Carolyn
>
> -----Original Message-----
> From: Kit Engstrom [mailto:kengstrom@johnrwilliams.com]
> Sent: Wednesday, August 10, 2005 2:26 PM
> To: Kone, Carolyn
> Cc: john williams
> Subject: Re: Wendell Harp Production as of 8 10 05
>
>
> Carolyn,
>

1

```
>     You did not refer to Number 10 or 11 in your August 6 letter.  To the
> extent Wendell has not produced materials in 10 or 11, we will also
> address
> those requests.
>
>     The court's order was issued on August 4.  We will try to comply as
> soon as possible.
>
> Kit
>
>
>
>
> ----- Original Message -----
> From: "Kone, Carolyn" <ckone@BSWLAW.com>
> To: "'Kit Engstrom'" <kengstrom@johnrwilliams.com>
> Sent: Wednesday, August 10, 2005 12:01 PM
> Subject: RE: Wendell Harp Production as of 8 10 05
>
>
>> Kit - What about the documents concerning all of the other school
>> projects
>> and lawsuits. Please give me a date when the documents listed below and
>> these documents will be produced.  Thank you. Carolyn
>>
>> -----Original Message-----
>> From: Kit Engstrom [mailto:kengstrom@johnrwilliams.com]
>> Sent: Wednesday, August 10, 2005 11:49 AM
>> To: Kone, Carolyn
>> Cc: john williams
>> Subject: Wendell Harp Production as of 8 10 05
>>
>>
>> Carolyn,
>>
>> I reviewed your letter of August 6 again today because John indicated
>> that
>> you sent him an e-mail about production of Wendell Harp's records.
>>
>> We have already produced whatever is available for Requests 3,4,8(c),
>> 8(f),
>> 8(h). I will try to expedite the production of his property tax matters
>> (9),
>>
>> tax returns (15,16), and AECI financial statements (29).
>>
>> Kit
>>
>>
>>
>>
>>
>>
>> ----- Original Message -----
>> From: "Kone, Carolyn" <ckone@BSWLAW.com>
>> To: "Kit Engstrom (E-mail)" <KEngstrom@JohnRWilliams.com>
>> Sent: Tuesday, July 26, 2005 10:12 AM
>> Subject: Mr. Harp's Deposition
>>
>>
>>> Kit - I hope that you had a good vacation. I know that you are on trial
>>> but
>>> could you get back to me to confirm that Aug. 3rd works for your office
>>> and
>>> Mr. Harp for his deposition. Thanks Carolyn
```

```
>>>
>>>
>>> Carolyn Kone
>>>
>>> Brenner,Saltzman & Wallman LLP
>>> 271 Whitney Ave.
>>> New Haven, Connecticut 06511
>>>
>>>
>>> Email....: CKone@BSWLAW.Com
>>> Telephone: (203)772-2600
>>> Facsimile: (203)562-2098
>>>
>>>
>>> The information contained in this communication may be confidential, is
>>> intended only for the use of the recipient named above, and may be
>>> legally
>>> privileged.  If you are not the intended recipient, you are hereby
>>> notified
>>> that any dissemination, distribution, or copying of this communication,
>>> or
>>> any of its contents, is strictly prohibited.  Nothing in this
>>> communication
>>> is intended to constitute a waiver of any privilege or the
>>> confidentiality
>>> of this message.  If you have received this communication in error,
>>> please
>>> notify the sender immediately by return e-mail or telephone and delete
>>> the
>>> original message and any copy of it from your computer system.
>>> Thank you.
>>>
>>>
>>>
>>
>
```

3