UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL HARP and ARCHITECTS ENVIRONMENTAL COLLABORATIVE INTERNATIONAL, P.C.<br>      Plaintiffs | :<br>:<br>:<br>:<br>:<br>: |
| v. | : Civil Action No. 3:03CV977(CFD) |
| JOHN DeSTEFANO, CITY OF HAVEN and NEW HAVEN BOARD OF EDUCATION,<br>      Defendants. | :<br>:<br>:<br>:<br>: |

REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_ A recommended ruling on the following motions which are currently pending: (orefm.)

__X__ A ruling on the following motion which is currently pending: **[32] Defendants' Motion for Sanctions** (orefm.)

\_\_\_\_ A settlement conference (orefmisc./cnf)

\_\_\_\_ A conference to discuss and approve the following: (orefmisc./cnf)

\_\_\_\_ Other: (orefmisc./misc) _____

SO ORDERED this __2nd__ day of September, 2005, at Hartford, Connecticut.

                                                         /s/ CFD
                                                         Christopher F. Droney
                                                         United States District Judge