UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL HARP and : <br> ARCHITECTS ENVIRONMENTAL : <br> COLLABORATIVE INTERNATIONAL, P.C., : <br> : <br> (DFM) : <br>     Plaintiffs, : <br> : <br>     v. : <br> : <br> JOHN DeSTEFANO, : <br> CITY OF NEW HAVEN and : <br> NEW HAVEN BOARD OF EDUCATION, : <br> : <br>     Defendants. : <br> : | CASE NO: 3:03CV977(CFD) <br><br><br><br><br><br><br><br><br><br><br> SEPTEMBER 7, 2005 |

## MOTION TO AMEND SCHEDULING DEADLINES

Pursuant to Local Rule 16(b), Defendants, John DeStefano, Jr., City of New Haven and the New Haven Board of Education ("Defendants"), through their undersigned counsel, hereby move to modify the scheduling deadlines in effect for this action to extend the deadline for disclosing their damages expert and such expert's report until November 1, 2005 and to extend the deadline for Plaintiffs to depose such expert until December 1, 2005. Currently, Defendants' expert disclosure is due on October 1, 2005, and Plaintiffs' deadline for deposing Defendants' expert is November 1, 2005.

Defendants require additional time to disclose their damages expert, because Plaintiffs have only recently provided Defendants with the vast majority of the materials that such expert needs to review before preparing his report. For example, Plaintiffs' Damages Analysis was due on August 1, 2005 but was not provided to Defendants until August 22, 2005. Plaintiffs' tax returns, although requested in April in connection with

Plaintiffs' deposition in May, were not provided to Defendants until August 22, August 23 and September 2, 2005. The documents that were used to prepare Plaintiffs' tax returns, which comprise approximately one half of one box, were not disclosed to Defendants until September 2, 2005, although such documents were also requested in April 2005. Similarly, information about other schools that Plaintiff Architectural Environmental Collaborative, Inc. worked on was not copied and made available to Defendants until August 31, 2005. Defendants are also still waiting for certain additional information regarding malpractice insurance premium payments made by Plaintiffs. Additionally, Defendants were not able to examine Plaintiffs about their damages analysis and tax returns until September 2, 2005, and the transcript of this deposition session has not yet been received. Accordingly, Defendants' expert requires additional time to review the materials described above and to prepare his report.

      This is the third request by Defendants to amend the scheduling order. Defendants' counsel has contacted Plaintiffs' counsel to determine her position with respect to amending the scheduling order to extend the period of time for disclosure of Defendants' expert witness but has been unable to determine Plaintiffs' counsel's position with respect to this motion.

      WHEREFORE, Defendants move that the scheduling deadlines in effect for this action be modified to permit Defendants to disclose their expert witness and his report by November 1, 2005 and to permit Plaintiffs to take the deposition of such expert by

December 1, 2005.

                        DEFENDANTS,
                        JOHN DESTEFANO, CITY OF NEW
                        HAVEN and NEW HAVEN BOARD OF
                        EDUCATION

By:      /s/ Carolyn W. Kone
        Carolyn W. Kone (ct 06207)
        Rowena A. Moffett (ct19811)
        BRENNER, SALTZMAN & WALLMAN LLP
        Their Attorneys
        271 Whitney Avenue
        New Haven, CT  06511
        Tel. (203) 772-2600
        Fax (203) 772-4008
        Email: ckone@bswlaw.com
        Email: rmoffett@bswlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the original of the foregoing was served this 7th day of August 2005, by U.S. first class mail, postage prepaid, upon:

Katrena Engstrom
John R. Williams
Law Offices of John Williams & Associates
51 Elm St., Ste. 409
New Haven, CT  06510

Rodger W. Lehr
Deputy Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT  06510

                                        /s/ Carolyn W. Kone
                                        Carolyn W. Kone