UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WENDELL HARP and | : | |
| ARCHITECTS ENVIRONMENTAL | : | |
| COLLABORATIVE INTERNATIONAL, P.C. | : | |
| | : | |
| VS. | : | NO. 3:03CV977(CFD) |
| | : | |
| JOHN DeSTEFANO, | : | |
| CITY OF NEW HAVEN and | : | |
| NEW HAVEN BOARD OF EDUCATION | : | SEPTEMBER 3, 2005 |

**BRIEF IN OPPOSITION TO MOTION FOR SANCTIONS**

The defendants' motion for sanctions dated August 16, 2005, is moot and should be denied. The plaintiff has produced everything requested by the defendants and has been deposed regarding same, in the interval between August 16 and today.

Respectfully submitted:

_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: jrw@johnrwilliams.com
Plaintiffs' Attorney

CERTIFICATION OF SERVICE

On the date above stated, copies hereof were electronically transmitted to Attorney Rodger W. Lehr, Jr., Deputy Corporation Counsel, 165 Church Street, New Haven, CT 06510 [E-Mail: rlehr@newhavenct.net]; and Attorneys Carolyn W. Kone and Rowena A. Moffett at Brenner, Saltzman & Wallman LLP, 271 Whitney Avenue, New Haven, CT 06511 [E-Mails: ckone@bswlaw.com; rmoffett@bswlaw.com]

_____
JOHN R. WILLIAMS