UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL HARP and<br>ARCHITECTS ENVIRONMENTAL<br>COLLABORATIVE INTERNATIONAL, P.C.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DeSTEFANO,<br>CITY OF NEW HAVEN and<br>NEW HAVEN BOARD OF EDUCATION,<br><br>Defendants. | FILED<br><br>2005 NOV 14  A 11: 22<br><br>CASE NO: 3:03CV977(CFD)<br><br><br><br><br><br><br><br>NOVEMBER 9, 2005 |

## MOTION TO AMEND DEADLINE FOR FILING OF DISPOSITIVE MOTION WITHOUT OBJECTION

Pursuant to Local Rules 7(b) and 16(b), Defendants, John DeStefano, Jr., City of New Haven and the New Haven Board of Education ("Defendants"), through their undersigned counsel, hereby move to modify the scheduling deadlines in effect for this action to extend the deadline for filing dispositive motions until January 3, 2006. Currently dispositive motions are due on December 1, 2005. Defendants require additional time to file a dispositive motion for a number of reasons, including the fact that the deposition of the Superintendent of the New Haven Public Schools was just taken two days ago and the transcript will not be ready immediately, the undersigned counsel has two other memoranda due at the end of November and the undersigned has family commitments during the Thanksgiving holiday.

This is the first request by Defendants for an extension of time to file a dispositive motion. Plaintiffs' counsel does not object to the extension being requested.

WHEREFORE, Defendants move that the time for filing a dispositive motion be extended until January 3, 2006. .

DEFENDANTS,
JOHN DESTEFANO, CITY OF NEW HAVEN and NEW HAVEN BOARD OF EDUCATION

By: *Carolyn W. Kone* (signature)

Carolyn W. Kone (ct 06207)
Rowena A. Moffett (ct19811)
BRENNER, SALTZMAN & WALLMAN LLP
Their Attorneys
271 Whitney Avenue
New Haven, CT 06511
Tel. (203) 772-2600
Fax (203) 772-4008
Email: ckone@bswlaw.com
Email: rmoffett@bswlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the original of the foregoing was served this 9th day of November 2005, by U.S. first class mail, postage prepaid, upon:

Katrena Engstrom
John R. Williams
Law Offices of John Williams & Associates
51 Elm St., Ste. 409
New Haven, CT 06510

Rodger W. Lehr
Deputy Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT 06510

Carolyn W. Kone