UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL HARP and : <br> ARCHITECTS ENVIRONMENTAL : <br> COLLABORATIVE INTERNATIONAL, P.C., : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> JOHN DeSTEFANO, : <br> CITY OF NEW HAVEN and : <br> NEW HAVEN BOARD OF EDUCATION, : <br> : <br> Defendants. : <br> : | CASE NO: 3:03CV977(CFD) <br><br><br><br><br><br><br><br><br><br> DECEMBER 23, 2005 |

## DEFENDANTS' SECOND MOTION TO AMEND DEADLINE FOR FILING OF DISPOSITIVE MOTION WITHOUT OBJECTION

Pursuant to Local Rules 7(b) and 16(b), Defendants, John DeStefano, Jr., City of New Haven and the New Haven Board of Education ("Defendants"), through their undersigned counsel, hereby move to modify the scheduling deadlines in effect for this action to extend the deadline for filing dispositive motions until January 17, 2006. Currently, dispositive motions are due on January 3, 2005. Defendants require additional time to file a dispositive motion for a number of reasons, including the fact that several of the individuals who will be signing affidavits in support of the motion are away for the holidays. In addition, the undersigned counsel has had a number of other obligations, including administrative duties in her firm and family obligations over the holiday season which she believes will prevent her from completing the dispositive motion by January 3, 2005.

This is the second request by Defendants for an extension of time to file a dispositive motion. Plaintiffs' counsel does not object to the extension being requested.

WHEREFORE, Defendants move that the time for filing a dispositive motion be extended until January17, 2006.

>						DEFENDANTS,
>						JOHN DESTEFANO, CITY OF NEW
>						HAVEN and NEW HAVEN BOARD OF
>						EDUCATION
>
> By:			/s/ Carolyn W. Kone
>						Carolyn W. Kone (ct 06207)
>						Rowena A. Moffett (ct19811)
>						BRENNER, SALTZMAN & WALLMAN LLP
>						Their Attorneys
>						271 Whitney Avenue
>						New Haven, CT  06511
>						Tel. (203) 772-2600
>						Fax (203) 772-4008
>						Email: ckone@bswlaw.com
>						Email: rmoffett@bswlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the original of the foregoing was served this 23rd day of December 2005, by U.S. first class mail, postage prepaid, upon:

John R. Williams
Katrena Engstrom
Law Offices of John Williams & Associates
51 Elm St., Ste. 409
New Haven, CT  06510

Rodger W. Lehr
Deputy Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT  06510

                                                        /s/ Carolyn W. Kone
                                                        Carolyn W. Kone