**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| WENDELL HARP and<br>ARCHITECTS ENVIRONMENTAL<br>COLLABORATIVE INTERNATIONAL, P.C.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DeSTEFANO,<br>CITY OF NEW HAVEN and<br>NEW HAVEN BOARD OF EDUCATION,<br><br>Defendants. | :<br>:<br>:<br>:  CASE NO: 3:03CV977(CFD)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  JANUARY 17, 2006 |

**MOTION ON CONSENT FOR ENLARGEMENT OF TIME**

Pursuant to Local rules 7(b)( and 16(b), Defendants, John DeStefano, Jr., City of New Haven and the New Haven Board of Education ("Defendants"), through their undersigned counsel, hereby request a one-day extension of the current deadline for filing dispositive motions, through and including January 18, 2006. Currently, dispositive motions are due on January 17, 2006. Due to the large volume of material that is being submitted in connection with Defendants' dispositive motion, Defendants require one additional day in which to submit their dispositive motion.

This is the third request by Defendants for an extension of time to file a dispositive motion. Plaintiffs' counsel consents to the granting of this motion.

WHEREFORE, Defendants move that the deadline for filing a dispositive motion be extended until January 18, 2006.

M:\DOCS\05167\001\9G3592.DOC

DEFENDANTS,
JOHN DESTEFANO, CITY OF NEW HAVEN and NEW HAVEN BOARD OF EDUCATION

By:     /s/ Carolyn W. Kone
Carolyn W. Kone (ct06207)
Rowena A. Moffett (ct19811)
BRENNER, SALTZMAN & WALLMAN LLP
Their Attorneys
271 Whitney Avenue
New Haven, CT  06511
Tel. (203) 772-2600
Fax (203) 772-4008
Email:  ckone@bswlaw.com
Email:  rmoffett@bswlaw.com

M:\DOCS\05167\001\9G3592.DOC

**CERTIFICATE OF SERVICE**

I hereby certify that the original of the foregoing was served this 17th day of January, 2006, by U.S. first class mail, postage prepaid, upon:

John R. Williams
Katrena Engstrom
Law Offices of John Williams & Associates
51 Elm St., Ste. 409
New Haven, CT 06510

Rodger W. Lehr
Deputy Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT 06510

          /s/ Carolyn W. Kone
          Carolyn W. Kone