UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL HARP and<br>ARCHITECTS ENVIRONMENTAL<br>COLLABORATIVE INTERNATIONAL, P.C.,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>JOHN DeSTEFANO,<br>CITY OF NEW HAVEN and<br>NEW HAVEN BOARD OF EDUCATION,<br><br>　　　　Defendants. | CASE NO: 3:03CV977(CFD)<br><br><br><br><br><br><br><br><br><br>JANUARY 17, 2006 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Defendants John DeStefano, City of New Haven and New Haven Board of Education hereby move for Summary Judgment. In support of their motion, Defendants submit a Memorandum of Law in Support of Motion for Summary Judgment, a Local Rule 56(a)1 Statement and Declarations of Richard Abbatiello, Dr. Reginald Mayo, Dr. Brian Perkins, John Prokop, Tom Roger, Claude Watt, Susan Weisselberg, Dr. Carlos Torre, Susan Whetstone, Jennifer Peschell and Carolyn W. Kone, Esq.

　　　　　　　　　　　　　　　　　　DEFENDANTS,
　　　　　　　　　　　　　　　　　　JOHN DESTEFANO, CITY OF NEW
　　　　　　　　　　　　　　　　　　HAVEN and NEW HAVEN BOARD OF
　　　　　　　　　　　　　　　　　　EDUCATION

　　　　　　　　　　By:　　*/s/ Carolyn W. Kone*
　　　　　　　　　　　　　　　　　　Carolyn W. Kone (ct06207)
　　　　　　　　　　　　　　　　　　Rowena A. Moffett (ct19811)
　　　　　　　　　　　　　　　　　　BRENNER, SALTZMAN & WALLMAN LLP
　　　　　　　　　　　　　　　　　　Their Attorneys
　　　　　　　　　　　　　　　　　　271 Whitney Avenue
　　　　　　　　　　　　　　　　　　New Haven, CT  06511
　　　　　　　　　　　　　　　　　　Tel. (203) 772-2600
　　　　　　　　　　　　　　　　　　Fax (203) 772-4008
　　　　　　　　　　　　　　　　　　Email:  ckone@bswlaw.com
　　　　　　　　　　　　　　　　　　Email:  rmoffett@bswlaw.com

m:\docs\05167\001\9g3088.doc

## CERTIFICATE OF SERVICE

I hereby certify that the original of the foregoing was served this 17th day of January, 2006, by U.S. first class mail, postage prepaid, upon:

John R. Williams
Katrena Engstrom
Law Offices of John Williams & Associates
51 Elm St., Ste. 409
New Haven, CT 06510

Rodger W. Lehr
Deputy Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT 06510

*[signature]*
Carolyn W. Kone