UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL HARP and<br>ARCHITECTS ENVIRONMENTAL<br>COLLABORATIVE INTERNATIONAL, P.C.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DeSTEFANO,<br>CITY OF NEW HAVEN and<br>NEW HAVEN BOARD OF EDUCATION,<br><br>Defendants. | CASE NO: 3:03CV977(CFD)<br><br><br><br><br><br><br><br><br><br>JANUARY 18, 2006 |

## DEFENDANTS' MOTION TO FILE BRIEF IN EXCESS OF FORTY PAGES

Pursuant to Local Rule 7(a)2, Defendants, John DeStefano, City of New Haven, and New Haven Board of Education ("Defendants") hereby move this court for permission to file a memorandum in support of their Motion for Summary Judgment in excess of the forty-page limitation set forth in said Local Rule. Defendants' brief is 50 pages long (not including the Certificate of Service).

In support of this Motion, Defendants represent that the factual background of this action spans a period in excess of six years and in order to adequately describe the history of the events that are the subject of this action, in excess of 23 pages were required. Defendants have submitted the declarations of eleven (11) different witnesses about that factual history. In addition, Defendants' Motion for Summary Judgment is based on nine separate grounds. Defendants required 23 pages in order to adequately discuss Defendants' legal claims.

WHEREFORE, Defendants requires permission to file a brief in excess of forty (40) pages.

DEFENDANTS,
JOHN DESTEFANO, CITY OF NEW HAVEN and NEW HAVEN BOARD OF EDUCATION

By: *[signature]*

Carolyn W. Kone (ct 06207)
Rowena A. Moffett (ct19811)
BRENNER, SALTZMAN & WALLMAN LLP
Their Attorneys
271 Whitney Avenue
New Haven, CT 06511
Tel. (203) 772-2600
Fax (203) 772-4008
Email: ckone@bswlaw.com
Email: rmoffett@bswlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the original of the foregoing was served this 18th day of January, 2006, by U.S. first class mail, postage prepaid, upon:

John R. Williams
Katrena Engstrom
Law Offices of John Williams & Associates
51 Elm St., Ste. 409
New Haven, CT  06510

Rodger W. Lehr
Deputy Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT  06510

_____
Carolyn W. Kone