UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL HARP and<br>ARCHITECTS ENVIRONMENTAL<br>COLLABORATIVE INTERNATIONAL, P.C.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DeSTEFANO,<br>CITY OF NEW HAVEN and<br>NEW HAVEN BOARD OF EDUCATION,<br><br>Defendants. | CASE NO: 3:03CV977(CFD)<br><br><br><br><br><br><br><br><br><br>JANUARY 17, 2006 |

## DECLARATION OF RICHARD ABBATIELLO

I, RICHARD ABBATIELLO, state under the pains and penalties of perjury as follows:

1. I am over the age of eighteen (18) and understand my obligation when making a statement to this Court under the pains and penalties of perjury.

2. I was a member of the Board of Education for the City of New Haven and the Board's Administration and Finance Committee in May 2003.

3. On May 23, 2003, a special meeting of the Administration and Finance Committee Board of Education was held to discuss among other matters Architects Environmental Collaborative International, P.C.'s ("AECI") contract to design the Prince Welch School. I was in attendance at the meeting. At the meeting, there was a discussion about whether AECI would provide the Board with the school that it wanted in a timely manner.

4. The members of the Administration and Finance Committee were very familiar with AECI's and Wendell Harp's, its principal ("Harp") performance to the Prince Welch School and the Hill Career High School project.

5. During conversations following other Administration and Finance Committee meetings, the members of the Administration and Finance Committee learned that Harp had not shown up at SBBAC meetings, Harp was concerned more with his "vision" as to what he wanted the school to look like than the concerns of the School Construction Program and the SBBAC and that although Harp would say that he would make design changes requested by the School Construction Program and the SBBAC, he would, in fact, not alter his design.

6. In addition, the members of the Committee knew from the School Construction Program staff that Harp was unresponsive to requests from Claude Watt ("Watt") for information, was generally uncooperative with the staff and that there were delays in his producing useable drawings. The Administration and Finance Committee recommended that AECI's contract be terminated, and I agreed with that recommendation.

7. On May 27, 2003, a regular meeting of the Board of Education was held. I was in attendance at that meeting. I voted to terminate AECI's contract because Harp had been resistant to input by the School Construction Program and the SBBAC on his design for the Prince Welch School, wanted 100% control over the design and had an attitude of "this is my building – take it or leave it." I understood that Harp had balked at redesigning the school in the manner requested by the School Construction Program.

8. In addition, I knew that Watt could not get the information that he needed from AECI, that Watt felt that AECI was not doing what it should be doing under its contract with the Board of Education and that Harp was argumentative and uncooperative.

9. Additionally, I knew that Harp had made many mistakes in the design of the Hill Career High School and that there were cost overruns for that project.

10. I believed that the relationship between AECI and the Board of Education was not working.

11. I did read in the New Haven Register that Harp and Mrs. Harp were supporting Sherri Killins for Mayor but this information did not factor into my decision to vote to terminate AECI's contract with the Board of Education.

The foregoing statements were made under the pains and penalties of perjury.

*Richard Abbatiello* (signature)
Richard Abbatiello