## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WENDELL HARP and | : | |
| ARCHITECTS ENVIRONMENTAL | : | |
| COLLABORATIVE INTERNATIONAL, P.C., | : | |
| | : | CASE NO: 3:03CV977(CFD) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN DeSTEFANO, | : | |
| CITY OF NEW HAVEN and | : | |
| NEW HAVEN BOARD OF EDUCATION, | : | |
| | : | |
| Defendants. | : | |
| | : | JANUARY 17, 2006 |

### DECLARATION DR. REGINALD MAYO

I, REGINALD MAYO, state under the pains and penalties of perjury as follows:

1.    I am over the age of eighteen (18) and understand my obligation when making a statement to this Court under the pains and penalties of perjury.

2.    I am the Superintendent of Schools for the Board of Education for the City of New Haven.

3.    In 1994, Wendell Harp ("Harp") was awarded a multimillion contract to redesign the Hill Career School.

4.    Subsequently, Architects Environmental Collaborative International, P.C. ("AECI"), of which Harp is a principal, was awarded the contract to redesign the Prince Welch School.

5.    In late 2002 to early 2003, staff of the School Construction Program and Mayor DeStefano advocated changing the architect for the Prince Welch School.

6.     At the end of March 2003, at my urging, AECI was given one last chance to serve as the architect for the school.

7.     I sought to retain AECI because AECI was the only local minority owned architecture firm working in the School Construction Program and the New Haven public schools are over 80 % minority. Additionally, I had a personal relationship with Harp.

The foregoing statements were made under the pains and penalties of perjury.

_____     1/17/06
       Reginald Mayo            Date