# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL HARP and<br>ARCHITECTS ENVIRONMENTAL<br>COLLABORATIVE INTERNATIONAL, P.C.,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN DeSTEFANO,<br>CITY OF NEW HAVEN and<br>NEW HAVEN BOARD OF EDUCATION,<br><br>    Defendants. | :<br>:<br>:<br>:    CASE NO: 3:03CV977(CFD)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    JANUARY 18, 2006 |

## DECLARATION OF JENNIFER PESCHELL

I, JENNIFER PESCHELL, state under the pains and penalties of perjury as follows:

1.    I am over the age of eighteen (18) and understand my obligation when making a statement to this Court.

2.    I am a paralegal employed by the law firm of Brenner, Saltzman & Wallman, LLP.

3.    At the request of Carolyn W. Kone, counsel for the Defendants in this action, I performed the research described in this Declaration.

4.    I researched the New Haven Register website on May 25, 2005 and found the article dated April 21, 2001 entitled "State Sen. Toni N. Harp, D-New Haven, said Monday she was unaware of a controversial land deal involving her husband and the city of New Haven when she voted recently to confirm Thayer Ted Baldwin Jr. as a Superior Court judge", which is attached hereto behind Tab 1.

5.     I researched the <u>New Haven Register</u> website on May 26, 2005 and found the article dated March 10, 2003 entitled "NEW HAVEN – Mayor John DeStefano Jr. will seek a sixth two-year term in office this November, likely kicking off his re-election campaign next month, he said", which is attached hereto behind Tab 2.

6.     I researched the <u>New Haven Advocate</u> website on July 15, 2005 and found the article dated March 13, 2003 entitled "Time to Run", which is attached hereto behind Tab 3.

7.     I researched the <u>New Haven Advocate</u> website on May 19, 2005 and found the article dated September 19, 2002 entitled "Hit and Run – Mr. Washington Stays Home.  Plus: Campaign signs disappear, and other lessons from a primary", which is attached hereto behind Tab 4.

8.     I researched the <u>New Haven Register</u> website on May 26, 2005 and found an editorial entitled "Critics right on Prince-Welch – Mayor acts to correct school's design mistakes", which is attached hereto behind Tab 5.

9.     Attached behind Tab 6 are sections from the Charter Supp. No. 82 of the City of New Haven, Article XXIX Department of Education Sections 148 – 155.

10.     I researched the <u>New Haven Register</u> website on January 18, 2006 and found an article dated May 19, 2002 entitled "New School a design turkey", which is attached hereto behind Tab 7.

The foregoing statements were made under the pains and penalties of perjury.

_Jennifer Peschell_
Jennifer Peschell

**TAB 1**



# No Time to Shop for Groceries?

Cloudy 56°
5 Day Forecast

## New Haven Register.com

NEWS SEARCH

Advanced search

News    Classifieds    Directory    Today's Ads    Connecticut Careers    Real Estate    CTCarsAndTrucks.com    CTCentral.

Thursday 26 May, 2005    Home > News > News > Top Stories

REGISTRATION

Hello jennifer
Edit Account    Log Out

**News**
Top Stories
New Haven
Towns
Statewide/ Regional
US/World
Opinions
AP - The Wire
**Sports**
**Business**
**7 day Archive**
**Weather/Tides**
**Death Notices**
**Lotteries**
**Photo galleries**
**Entertainment**
**Town Talk**
**Announcements**
**Life/Styles**
**Cars & Trucks**
**Health & Science**
**Food**
**Travel**
**Living**
**Special Sections**
**Highway Cams**
**Regional links**
**Get the paper**
**CT publications**
**Personals**
**Fun and Games**
**Newspaper in Education**
**Site Map**
**Place an Ad**
**About us**
**Registration**

## Top Stories
## Senator says she didn?t know about deal before judge vote

Register Staff                                                      04/24/2001

✉ Email to a friend    🖨 Printer-friendly

**HARTFORD — State Sen. Toni N. Harp, D-New Haven, said Monday she was unaware of a controversial land deal involving her husband and the city of New Haven when she voted recently to confirm Thayer "Ted" Baldwin Jr. as a Superior Court judge.**

Baldwin, who was the city's corporation counsel at the time, signed off on using $485,000 in city bonding money to buy a dilapidated building from Harp's husband, Wendell, and hand it over to the Housing Authority, in May 2000.

The Board of Aldermen, which never voted on the deal, is investigating the transaction.

"I didn't know about it," said Toni Harp, who voted with 31 other state senators to confirm Baldwin on April 11. "I don't know what I would have done (on Baldwin's nomination) if I'd known about it."

"I don't ever get involved in my husband's business arrangements," added Toni Harp, a state senator from the 10th District since 1993, and co-chairwoman of the legislature's Public Health Committee.

Advertisement

## In a World Known as the Internet.

SBC YAHOO! DSL

Toni Harp said she and 11th District state Sen. Martin M. Looney, D-New Haven, lobbied to get Baldwin nominated to the bench.

"The whole delegation was behind it," she said.

In the unusual deal, the city bought the rundown property at 187 Dixwell Ave. in trust for the Housing Authority. They paid $485,000 for it. The Board of Education is planning to buy the property for $200,000, tear it down and turn it into a playground.

The city paid more than twice the value put on the structure by two independent appraisers subsequently hired by the school board, which looked at it as vacant





**Personal Finance**











property.

The two original appraisals sought by Baldwin in 1999, however, valued the property at $665,000 and $770,000, and looked at it as income-producing property, which the city said was needed to hold up in court if challenged. They also included rehabilitation costs.

Wendell Harp used the money to pay off debts on the property, including $95,000 in back taxes.

He only cleared $1,725 on the deal.

Senate Majority Leader George C. Jepsen, D-Stamford, praised Toni Harp Monday and said she had acted properly in voting for Baldwin's nomination.

"Toni Harp is a terrific senator and has incredible integrity," Jepsen said. "I'm sure she has done nothing wrong and would never do anything wrong."

State Rep. Michael P. Lawlor, D-East Haven, who is co-chairman of the legislature's Judiciary Committee, Monday said Baldwin's confirmation to an eight-year term is final.

The only way the legislature could reconsider his appointment would be to impeach him, he said, and nothing learned so far about the Wendell Harp deal warrants such a move.

"All I know is what I read in the papers," Lawlor said, referring to Register articles about the matter. "There's no indication there that someone committed a crime."

Looney on Monday said he and Toni Harp "were equally advocates for Ted Baldwin."

"Everyone (in the legislature) from New Haven supported his nomination," said Looney, who is an old friend of Baldwin's.

Looney, who is challenging incumbent Democrat John DeStefano Jr. for their party's mayoral nomination, said he doesn't regret his support for Baldwin's judgeship in light of the purchase. He blamed the issued on the mayor.

*©New Haven Register 2005*

✉ Email to a friend   🖨 Printer-friendly   ↑ Top





**TAB 2**




Search Over 40,000 Titles
Ray     Find DVDs
2 WEEK TRIAL
BLOCKBUS

Cloudy 56°
5 Day Forecast

# New Haven Register·com

News   Classifieds   Directory   Today's Ads   Connecticut Careers   Real Estate   CTCarsAndTrucks.com   CTCentral.

REGISTRATION

Hello jennifer
Edit Account   Log Out

**News**
Top Stories
New Haven
Towns
Statewide/ Regional
US/World
Opinions
AP - The Wire
**Sports**
**Business**
**7 day Archive**
**Weather/Tides**
**Death Notices**
**Lotteries**
**Photo galleries**
**Entertainment**
**Town Talk**
**Announcements**
**Life/Styles**
**Cars & Trucks**
**Health & Science**
**Food**
**Travel**
**Living**
**Special Sections**
**Highway Cams**
**Regional links**
**Get the paper**
**CT publications**
**Personals**
**Fun and Games**
**Newspaper in Education**
**Site Map**
**Place an Ad**
**About us**
**Registration**

## Top Stories
# DeStefano gearing up for 6th run

Joseph Straw, Register Staff                                   03/10/2003

✉ Email to a friend    🖨 Printer-friendly

**NEW HAVEN — Mayor John DeStefano Jr. will seek a sixth two-year term in office this November, likely kicking off his re-election campaign next month, he said.**

DeStefano's campaign, while expected, has been kept from the front burner by the state's fiscal crisis, his new job as president of the National League of Cities, and by the absence of a declared challenger from his own Democratic Party.

Beaver Hills Alderman Brian Jenkins, D-28, an outspoken and at times lone critic of DeStefano among Democrats on the board, said he has been "inundated" with calls from people urging him to run, and that "the thought is there."


Advertisement

Jenkins, just over a year into his first term on the board, said his focus for now remains his neighborhood.

"I have a lot of work left to do in my ward, and that's where my interest is," Jenkins said.

Sherri Killins, president and chief executive officer of the federally funded Empower New Haven until her termination by DeStefano last fall, said she has been courted as well.

"I've been approached, but that's all I'll say," said Killins, who is now working as a consultant and as an adjunct economics professor at the University of New Haven.

Democrats for the Future, a predominantly black political action committee often associated with city architect Wendell Harp, is said to be seeking a candidate to mobilize the minority electorate and take on DeStefano.

Democrats for the Future was among the groups that campaigned successfully last year against DeStefano's proposed amendments to the city charter.

The changes would have doubled the length of mayoral terms to four years, and included "enabling language" which, along with state legislation, would have allowed the city to enact public financing of election campaigns.

   

Case 3:03-cv-00077-CFD    Document 53    Filed 01/10/2006

**Personal Finance**



REAL ESTATE
MARKETPLACE



PLACE A
CLASSIFIED AD



COMMUTER
CENTRAL



TOWN TALK
It's just what the
doctor ordered!



OPEN HOUSE
LOCATOR



Gas Prices
○ Local pump rates
○ Fuel Logbook
○ free Gas Contests

DeStefano spent close to $700,000 of the combined $1.2 million price tag of his 2001 primary versus state Sen., Martin Looney, D-New Haven, and general election race versus Republican Joel Schiavone.

A year ago as part of his public financing plan, DeStefano hypothetically proposed limits on both the size of individual donations and total expenditures, calling campaigning and fund-raising in 2001 an "enormously distracting" endeavor that "took time away from governing."

During his coming re-election run, DeStefano said he would not volunteer such limits, as Looney did in 2001, instead backing campaign finance reform in the General Assembly. There is a move afoot to reform the process, and it is backed by DeStefano and state legislators, which testified on the matter during hearings at the state capitol.

"I have no reason to think it won't pass. Until such time as the law changes, I'm going to comply with the law, both the letter and the spirit of existing law," DeStefano said.

Looney, a vocal proponent of public campaign financing, who has expressed doubt that the General Assembly will have the time or the will to address the issue during the state's fiscal crisis, called the idea "controversial" to many state legislators.

Republican Town Chairwoman Melissa J. Papantones did not respond to an inquiry about her party's plans for November, while Alderman John Halle, G-9, said the Green Party may field a candidate to challenge DeStefano.

"We don't know yet, but we don't want to rule it out," Halle said.

*Joseph Straw can be reached at jstraw@nhregister.com or at 789-5714.*

©New Haven Register 2005

✉ Email to a friend   🖨 Printer-friendly   ↑ Top





citi fina









 Click here to learn more about the
New Haven Register Fresh Air Fund


• Contact Us.
• Home delivery or subscription information.
• Advertising information.
• Place a Classified ad online, or call 203.777.FAST.

© 2005 New Haven Register. Get home delivery of the Register for complete local news coverage.

Copyright © 1995 - 2005 PowerOne Media, Inc. All Rights Reserved.

News   Classifieds   Directory   Today's Ads   Connecticut Careers   Real Estate   CTCarsAndTrucks.com   CTCentral.



**TAB 3**

 **news** new haven advocate

newhavenadvocate.com | news, arts & entertainment weekly for the new haven

## Time to Run

by Paul Bass - March 13, 2003

Amid all of the attention focused on John DeStefano's 2006 campaign for governor, it's easy to forget that he first will be running for reelection as New Haven's mayor. This year. It's especially easy to forget since he has no announced challengers yet.

But some people are considering a run. One is Sherri Killins, whom DeStefano forced out last year as Empowerment Zone chief.

"I've been approached for sure," says Killins, not just by powerbroker Wendell Harp, who's on the outs with the mayor, but by people she met through the EZ. "There are tons of issues within the city--affordable housing, education, making government open to the people in a democratic process," Killins says. She hasn't made a decision yet on whether to proceed with a candidacy. She'd run as a Democrat in a primary against DeStefano.

Also considering a primary challenge is Beaver Hills Alderman Brian Jenkins. Jenkins has been a persistent critic of the mayor's policies, on issues ranging from opportunities for black and Hispanic contractors to the closing of the Coliseum and the seizure of poor families' homes in the Hill to make way for a new school. "My phone has been ringing off the hook" with people pushing him to run, Jenkins says. But he says he "leans" toward "finishing the job" as alderman and endorsing a different challenger to DeStefano.

Use our contact form to write to Paul Bass.

browse the archive

The Duct Tape Solution
(03/13/03)
by Kate Silver

"I Feel Disgusted"
(03/13/03)
by Paul Bass

Monkey Business (
"Motivation"
(03/13/03)
by Carole Bass

GESO's Week
(03/13/03)
by Paul Bass

Film Clipped
(03/13/03)
by Christopher Arr

Reasons to be
Cheerful, Parts 1-3
(03/13/03)

The Dept. of Lies &
Thievery
(03/13/03)
by Paul Bass

McSnub
(03/13/03)
by Colleen Van
Tassell

"We Are Not the P
of Hate"
(03/13/03)
by Advocate Read

**TAB 4**

new|mass media

**NEW HAVEN**

**Advocate**

ℹ️ **Action canceled**

Internet Explorer was unable to link to the Web page you requested.

# news

**features & listings:**

**news**     local politics & columns

- search the news
- recent news articles
- browse news archives

**music**     calendar, features, cd's

**film**     screentimes & reviews

**dining**     search the database

**stage**     theater, dance, opera

**arts**     galleries & museums

**etc.**     culture, life, media, misc.

**make connections:**

**classifieds**

**personals**

**NEW MASS MEDIA SITES:**

Westchester County Weekly
Fairfield County Weekly
New Haven Advocate
Hartford Advocate
Valley Advocate

local weather
staff/contact info
email the site
email the editor

site map
web media kit
print media kit

**ONLINE SPECIALS:**

Inside Out
b-ball.com
Early Leads
Nude Beaches

Search the New Haven Advocate's News features:

[        ] Go

**Browse the Archives**

**Search our Site**

# Hit & Run

## Mr. Washington Stays Home. Plus: Campaign signs disappear, and other lessons from a primary.

### By Paul Bass
### Published 09/19/02

One of the candidates in last week's primary election in New Haven really, really wanted David Washington to vote.

The candidate, Raul Avila, met him while canvassing Elliott Street in the Hill neighborhood. Washington said he wasn't registered to vote. Avila asked him to register. Washington said no.

They talked some more. It turned out he and Avila shared a negative opinion of people in power in New Haven. Avila urged him again: Your vote can help bring change. No, it won't, Washington insisted. Please think about it, Avila asked; a campaign staffer would visit him again to register him.

That was two weeks before the Sept. 10 Democratic primary for the 95th District state representative. An Avila staffer did visit Washington's house again. Still no luck.

On Sept. 10, Washington stayed home. "I don't see where you gain anything from it," says the 62-year-old retired brass factory grinder. "They put who they want in there, whoever has the money. I'm just passing through this planet."

As a challenger to an incumbent, Avila and his team set out to reach the disenfranchised. They may not have turned around David Washington. But they did sign up close to 1,000 new voters.

Come election day, though, Avila was trounced, 2-1, by incumbent John Martinez. Avila got 200 of those new voters to the polls--a triumph for democracy, but hardly enough for victory.

Therein lay a lesson from the Sept. 10 primary: Registering new voters may not translate into victories, at least for Democrats and Republicans.

In retrospect, Avila says, he should have focused more energy on his base of supporters in Fair Haven.

His opponents have drawn a similar conclusion. His opponents are the team of reformers and established Latino and black pols aligned with City Hall's DeStefano administration. They've taken control of the New Haven machine with the stated goal of making it a more dynamic and democratic party, freed from a parochial patronage base.

Two years ago, they started that effort with a massive voter registration drive in poor neighborhoods. A year later, they found it hard to get the new voters to the polls.

Since then they decided instead to focus on what one strategist calls "leadership development." The idea is that "five good people" who assume party roles and turn out the existing base will bring more power than 500 new voters. That's what they did in last week's primary.

Nationally, the Democrats and Republicans are learning similar lessons. The 50 percent or so of Americans turned off to politics, and choosing not to vote, won't become dependable foot soldiers for parties whose decades of corrupt policies have ill-served them.

However hard a challenger works, a primary pitting two factions in New Haven won't excite people outside the party's narrow base. Only reformers working outside the Republicrat universe can produce real change.

## Two Other Lessons

Massive misuse of city government power also hurt Avila. So many city workers happened to be on "vacation" Sept. 10, you'd think the city workforce had relocated to the Riviera--until you noticed the troops spending their "holiday" pulling voters.

City workers who actually stayed on the job spent their time tearing down Avila's campaign posters. When he arrived at the polls on election day, a public works employee handed him a pile of Avila posters.

Funny. Pre-election day, you saw Avila and Martinez posters throughout the district. Then on Sept. 10 you saw almost only Martinez posters.

City public works chief Dick Miller insists his crew tore down posters that **both** campaigns had illegally stuck on telephone poles or trees on public property. Miller says Mayor John DeStefano ordered the operation suspended mid-day.

Maybe. But that happened less than a week after a public works employee roared his street sweeper, twice, past a press conference in Wooster Square, drowning out opponents of the Democratic machine's congresswoman, Rosa DeLauro.

According to an article by **Register** reporter Joseph Straw, the street sweeper, asked if he intentionally drowned out the event, responded, smiling, that he supports DeLauro. Sounds like an outrageous misuse of government money and equipment?

Not to Miller. After an **Advocate** inquiry, Miller interviewed four of his employees, then concluded nothing improper happened. It was a routine "random sweep," he reports. And the employee said Straw had merely asked him whom he supports for Congress. "Circumstances," Miller says, "are sometimes interesting."

Meanwhile, Avila's 2-1 loss was a huge blow to powerbroker/architect Wendell Harp.

For decades Harp has won government contracts, even amid embarrassing controversies, by threatening or staging primaries against city politicos who don't support him. He's steamed that the mayor's new allies called his bluff: Gambling that Harp can't deliver on the streets, they welcomed his challenge as a way to rid themselves of patronage baggage.

Harp backed Avila, visibly, to show City Hall its mistake. Last week, at least, the City Hall team was proved right.

Paul Bass can be reached at: pbass@newhavenadvocate.com

**TAB 5**

# New Haven Register·com

04/27/2003
**EDITORIAL**

## Critics right on Prince-Welch

**A New Haven Register editorial**

**Mayor acts to correct school's design mistakes.**
The city won every battle in the construction of the new Prince-Welch school. And the critics and opponents were right on every point.

The school is an architectural atrocity. Its construction will destroy needed affordable housing and erode the city's tax base. The low-ball city offers to evicted homeowners were an exercise in bureaucratic insensitivity.

Advertisement

**STRAYER** UNIVERSITY

**Work full time? Study part time.**

Associate in Arts
Bachelor of Business Administration
Bachelor of Science
Master of Business Administration
Master of Science
Master of Science in Professional Accounting

CLICK HERE TO LEARN MORE

With the dismissal of a federal lawsuit last summer that sought to prevent the demolition of 123 housing units, construction was expected to begin this year on the kindergarten through eighth grade school on Congress Avenue in the Hill.

Instead, Mayor John DeStefano Jr. has had both the good sense and courage to admit the critics were right. The school won't be moved to another site, as some had sought. But, its size will be scaled down to save housing. Instead of a concrete veneer and reflective glass, it will be faced with brick and have standard windows.

Some 10 years into the city's $1.2 billion program to rebuild its schools, at least one lesson has been learned finally. The new schools should be designed to fit into the architectural fabric of the neighborhoods where they are located.

Credit goes to city architects who have pointed this out, and in particular to the Historic District Commission, the New Haven Preservation Trust and Philip Langdon, a frequent writer on urban design who wrote a lengthy essay for the Register last year on the design of city schools.

More than two years ago, Robert W. Grzywacz, chairman of Historic District Commission, had argued for a brick facing in keeping with the neighborhood's character. The proposed rough concrete block would leave the new school looking like "Pep Boys in Hamden and the back of Shaw's on Whalley Avenue," he said.

There is a second lesson that may be more difficult for City Hall to accept. It should never again hire Wendell Harp as the architect of a city school. Harp is the husband of state Sen. Toni Harp and a backroom political operator in the city.

He was the architect for Career High School, another design mediocrity that, despite his reassurances, was 20 percent too large to qualify for the maximum state reimbursement for its construction cost. The school board ended up paying Harp $830,000 to scale down the design on top of Harp's original $1.3 million fee.

The city gave Harp the Prince-Welch job knowing it would likely get the design turkey Harp delivered. Worse, the project was delayed a year until Harp, a major city tax deadbeat, started paying off his back taxes. Now the school board is negotiating with Harp to redesign Prince-Welch for an additional fee that is expected to be $700,000.

With the mayor's wise redirection of the Prince-Welch design, let's hope all the needed lessons have been learned to avoid similar future battles over new schools.

 

Breakfast at home... lunch at your business destination.

TWEED
NEW HAVEN REGIONAL AIRPORT

©New Haven Register 2005

**TAB 6**

## ARTICLE XXIX. DEPARTMENT OF EDUCATION

### Sec. 148. Department, board established; authority to determine school boundaries.

There shall be in the City of New Haven a department of education which shall be under the management and control of a board of education consisting of the mayor, and seven members appointed by the mayor who shall serve without compensation.

CHARTER    Art. XXIX, § 150

The authority to determine all school boundaries of the City of New Haven is hereby expressly granted to this board.

### Sec. 149. Board members; appointment, terms, political affiliations.

The members of the board of education in office at the time this charter takes effect shall hold their respective offices during the terms for which they were appointed unless sooner removed for cause according to the provisions of this charter. On or before the first day of September in every year the mayor shall fill the vacancies about to occur in positions on said board by appointing one or two members, as the case may be, to serve for four years from the third Monday of September following their appointment. The mayor shall fill all vacancies caused by death, resignation or otherwise, by appointment, for the unexpired term. Not more than four members as provided in this section of the same political party shall at any one time be members of said board.

### Sec. 150. General duties, powers of board; appointment of superintendent, power to discharge employees.

The board of education shall have the entire charge, control and management of all the public schools in the city, and of the expenditure of all moneys appropriated for the support and maintenance of the same unless otherwise provided herein, and shall have charge and control of the construction, repair and maintenance of all school buildings, grounds and equipment, and shall possess all other powers and be subject to all other duties of boards of education, school committees, and school visitors in this state, so far as the same are consistent with the provisions of this charter. The board of education shall appoint a superintendent of schools. The appointments made by the superintendent of schools of all certified and qualified personnel and all other employees are subject to the approval of the board of education. The superintendent of schools with the approval of the board of education shall have the power to discharge any employee for cause after due notice and hearing by the board of education. Subject to the provisions of this charter and the rules and regulations thereunder, the board may establish such positions, the conditions and terms of employment and salaries as it deems necessary for the proper func-

tioning of the department. The board shall annually choose a president and vice president from among its own members, make its own bylaws, keep a journal of its proceedings of which a suitable number shall be printed for public distribution, define the duties of its officers and committees, and prescribe such rules and regulations for the proper operation of the public schools of the city as are not inconsistent with the laws of the state. Annually, on or before the fifteenth day of January, the board shall prepare and submit to the mayor a report of the department of education for the preceding fiscal year of which a reasonable number shall be printed for public distribution.

### Sec. 151. Quorum, vote required for board.

A quorum of said board of education shall be five members and any action to be taken by said board shall be by a unanimous vote of five members of the board.

### Sec. 152. Term of superintendent; written contract required; board to define duties.

The superintendent of schools, if he has not held the office in the City of New Haven before, shall be appointed for a term not to exceed one year and when continued in office thereafter may be reappointed for terms not to exceed five years each. A written contract shall be entered into between the board of education and the superintendent with all provisions and conditions of his employment stipulated therein. The duties of the superintendent will be defined by the board of education as provided in the rules and regulations of said board.

### Sec. 153. Budgets for department.

Estimates of the receipts and expenditures of the department of education shall be included in the annual city budget, and the board of education shall supply the mayor and the controller with information for the preparation of the annual budget as fully and in like detail as shall be required of other departments, offices, and agencies of the city government. The action of the mayor and the board of aldermen on the requests of the board shall relate to their total only; and if the board shall receive an appropriation

greater or less than its original request, it shall forthwith revise its detailed estimate of its expenditures in accordance therewith.

### Sec. 154. Purchases for department.

The department shall purchase supplies and materials for the schools through the purchasing agent. However, the purchasing agent shall not vary the specifications as to standards or quantities contained in the requisitions of the department for such supplies and materials.

### Sec. 155. Power to take property for schools.

The City of New Haven, upon the recommendation of the board of education, shall have power to take sites for school houses, or for the enlargement of sites already acquired, in the manner provided by law for the taking of land for public parks.

**TAB 7**

# New Haven Register·com

05/19/2002
EDITORIAL

## New school a design turkey

A New Haven Register

**In the heavy rains last week, the ceiling tiles in a third grade classroom at the Welch Annex School collapsed thanks to a roof. That's a routine day for a school opened in 1936.**

It has faulty boilers, drafty windows and peeling paint. It should have been closed long ago as a health hazard. It and the Prince built across the street six years earlier, have no gymnasium nor playground for the 600 children enrolled there.

The city is at the end of a planning process that began in 1997. Construction on a new school for kindergarten through eighth grade is expected to begin this summer.

However, instead of a cause for celebration, the replacement school has turned into the most controversial in the city's $1.2 billion program to replace or renovated its schools.

Architect's Wendell Harp's design for the new school is an exercise in mediocrity. It looks like a suburban office building plopped down on Congress Avenue with no regard for its dense urban neighborhood.

The city's acquisition of the land for the project was a throwback to the worst abuses of the redevelopment era.

To assemble the eight-acre site, the city must acquire 61 properties. The school will take the place of 123 housing units, including 18 buildings occupied by their owners. The project has added to the city's acute shortage of affordable housing.

Advertisement

Newspaper Association of Am
2006 Dream Car of the year Sweepst
Your chance to win the
2006 Pontiac Roadster
is just a click away!
www.naa.org/au

Worse, the city gave some owners lowball offers for their homes, leaving them with too little cash to find comparable housing

The city's suggestion that the aggrieved homeowners sue over the offers is particularly galling when contrasted with how City the rules to pay a grossly inflated price to Harp for a derelict building he owned at 187 Dixwell Ave.

It may be too late and too costly to move the school and save the housing, but it is not too late to make at least some changes to design.

The most obvious is to change the school's white concrete block exterior to a color more consistent with the neighborhood's cha glass-walled cafeteria looks out on a liquor store and a drug clinic. The youngest children will apparently have to walk the long distances from the bus drop off at the back of the building to their classrooms.

Nothing can alter the fundamental character of a building that will sprawl for 3½ blocks along Congress Avenue. The children i rejoice at finally having a place fit for learning. The young minds that will be educated there offer some compensation for the n school's indifference to the neighborhood's character and fabric.



©New Haven Register 2006