UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL HARP and ARCHITECTS ENVIRONMENTAL COLLABORATIVE INTERNATIONAL, P.C., <br><br>Plaintiffs, <br><br>v. <br><br>JOHN DeSTEFANO, CITY OF NEW HAVEN and NEW HAVEN BOARD OF EDUCATION, <br><br>Defendants. | CASE NO: 3:03CV977(CFD) <br><br><br><br><br><br><br><br>JANUARY 17, 2006 |

## DECLARATION OF DR. BRIAN PERKINS

I, BRIAN PERKINS, state under the pains and penalties of perjury as follows:

1. I am over the age of eighteen (18) and understand my obligation when making a statement to this Court under the pains and penalties of perjury.

2. I was a member of the Board of Education for the City of New Haven in May 2003.

3. On May 27, 2003, a regular meeting of the Board of Education was held. I was in attendance at the meeting.

4. I voted to terminate the Board's contract with Architects Environmental Collaborative International, P.C. ("AECI") because I was not in favor of AECI redesigning Prince Welch as I was dissatisfied with AECI's performance designing the Hill Career High School and because I understood that AECI had not incorporated into its

m:\docs\05167\001\9g2462.doc

design for the Prince Welch School the ideas that the School Construction Program wanted.

5. As a professor, I sometimes used classrooms at Hill Career High School during the summer and found that it functioned poorly as a school. I found that classrooms were not well designed, particularly computer labs where students could not see projectors or the board, that storage areas and closets were not well placed and the entrances and exits to the auditoriums were not well situated.

6. I also understood that the relationship between the School Construction Program and AECI was not going well.

7. I do not read the New Haven Register and did not know that Wendell Harp and his wife supported Sherri Killins' candidacy for Mayor when I voted to terminate the AECI contract.

The foregoing statements were made under the pains and penalties of perjury.

_____
Brian Perkins