UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WENDELL HARP and<br>ARCHITECTS ENVIRONMENTAL<br>COLLABORATIVE INTERNATIONAL, P.C., | : | |
| | : | |
| | : | |
| | : | CASE NO: 3:03CV977(CFD) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN DeSTEFANO, | : | |
| CITY OF NEW HAVEN and | : | |
| NEW HAVEN BOARD OF EDUCATION, | : | |
| | : | |
| Defendants. | : | |
| | : | JANUARY 17, 2006 |

## DECLARATION OF JOHN PROKOP

I, JOHN PROKOP, state under the pains and penalties of perjury as follow:

1.    I am over the age of eighteen (18) and understand my obligation when making a statement to this Court under the pains and penalties of perjury.

2.    I am the chair of the Board of Education Administration and Finance Committee and a member of the Board of Education.

3.    During 2003, I advocated that Architects Environmental Collaborative International, P.C. ("AECI") not be the architect for the redesigned Prince Welch School. I had these discussions with the Superintendent, Dr. Reginald Mayo ("Mayo") and Mayor DeStefano ("DeStefano").

4.    The Administration and Finance Committee of the Board of Education for the City of New Haven is comprised of three members of the Board of Education. During 2003, the members of the Committee were myself, as its chair, Richard Abbatiello and

Frances Padilla, all of whom were present at a Special Meeting of the Committee held on May 23, 2003 to consider among other items, the termination of AECI's contract for the Prince Welch School.

5.      At the meeting, there was a discussion about whether AECI would deliver the school that the School Construction Program wanted in the time frame requested.

6.      The members of the Administration and Finance Committee were very familiar with AECI's performance with respect to the Prince Welch School and the Hill Career High School.

7.      On several occasions, following other Administration/Finance Committee meetings at which Claude Watt ("Watt") Thomas Roger ("Roger") and/or Susan Weisselberg ("Weisselberg") from the Board of Education's School Construction Program were present, I had asked them about how the Prince Welch project was proceeding.

8.      During these conversations, the members of the Administration and Finance Committee learned that Wendell Harp ("Harp"), the principal of AECI had not shown up at the School Based Building Advisory Committee ("SBBAC") meetings, was concerned more with his "vision" as to what he wanted the school to look like than the concerns of the School Construction Program and the SBBAC and that although Harp would say that he would make design changes requested by the School Construction Program and the SBBAC, he would in fact not alter his design.

9.      In addition, the members of the Committee knew from the School Construction Program staff that Harp was unresponsive to requests from Watt for

information, was generally uncooperative with the staff and there were delays in his producing useable drawings

10.    In my view, terminating AECI's contract was long past due, and if the contract were not terminated, there would be increased losses and expenses to the Board of Education.  I recommended and the Administration and Finance Committee agreed that AECI's contract be terminated.

11.    At the May 23, 2003 Administration and Finance Committee meeting, I requested that Weisselberg supply me with bullet points concerning Harp's and AECI's performance problems at Hill Career High School and the Prince Welch School for me to use for the full Board of Education meeting the following Tuesday, which she did.

12.    I also requested that Watt send me documents regarding AECI's performance problems at Prince Welch, which Watt did on May 27, 2003.

13.    At the regular meeting of the Board of Education held on May 27, 2003, I voted to terminate AECI's contract because as stated above, I had urged Mayo and DeStefano not to retain AECI for the redesign of the Prince Welch School.

14.    I felt that AECI had not been cooperative with the requests of the School Construction Program and the SBBAC,  had been unwilling to make design changes although it had promised to do so and had delayed in the delivery of acceptable drawings. In addition, Harp had not shown up for SBBAC meetings, had made life unbearable for Watt, and in my view would still try to put his signature on the school no matter what the Board was asking for.

15.    I had visited the Hill Career School while it was in construction and knew of the problems with the school. I knew of the expenses that Hill Career had cost the

Board of Education and did not want to see the problems with Hill repeated with the Prince Welch School.

16.     I did not know that Sherri Killins' candidacy for Mayor was supported by Harp or his wife, and I do not read the New Haven Register.

The foregoing statements were made under the pains and penalties of perjury.

_____
John Prokop