UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL HARP and<br>ARCHITECTS ENVIRONMENTAL<br>COLLABORATIVE INTERNATIONAL, P.C.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DeSTEFANO,<br>CITY OF NEW HAVEN and<br>NEW HAVEN BOARD OF EDUCATION,<br><br>Defendants. | :<br>:<br>:<br>:  CASE NO: 3:03CV977(CFD)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  JANUARY 16, 2006 |

## DECLARATION OF SUSAN WHETSTONE

I, SUSAN WHETSTONE, state under the pains and penalties of perjury as follows:

1.  I am over the age of eighteen (18) and understand my obligation when making a statement to this Court under the pains and penalties of perjury.

2.  I was a member of the Board of Education for the City of New Haven in May 2003.

3.  On May 27, 2003, a regular meeting of the Board of Education was held. I was in attendance at the meeting.

4.  I had spoken to the Superintendent of Schools Dr. Reginald Mayo ("Mayo") before the meeting, who told me that he was recommending that Architects Environmental Collaborative International, P.C.'s ("AECI") contract for the Prince Welch School be terminated.

5.  Mayo told me that he was concerned that Wendell Harp ("Harp"), the principal of AECI would design the school in a manner that was different from the way

m:\docs\05167\001\9g2461.doc

that he, the School Construction Program and the City wanted the school designed, no matter what Harp promised and that working with AECI was going to be difficult and contentious.

6. I voted to terminate AECI's contract because I understood that there were artistic differences between what the Mayor and the Superintendent wanted the school to look like, on the one hand, and what Harp wanted the school to look like, on the other hand, which could not be resolved and because the Board of Education was having difficulty working with AECI.

7. I had served as Coordinator for the School Construction Program from 1995 through part of 1997.

8. I had negotiated AECI's 1997 contract for the design of the Prince Welch School and had supervised AECI's contract for a period of time.

9. I knew that Harp could be difficult to work with as I frequently had to push him to meet deadlines, he was strong minded about his vision of what the school should look like, and he insisted on doing things his own way.

10. I had found Harp more difficult to work with than other architects in getting agreement on a contract, developing a building program and meeting deadlines.

11. I do not remember now if when I voted to terminate AECI's contract I knew that Harp and/or his wife were supporting Sherri Killins for Mayor. However, I do recall that Harp and/or his wife's support for Killins did not factor into my decision to vote to terminate AECI's contract."

The foregoing statements were made under the pains and penalties of perjury.

Susan Whetstone

2