UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL HARP and<br>ARCHITECTS ENVIRONMENTAL<br>COLLABORATIVE INTERNATIONAL, P.C.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DeSTEFANO,<br>CITY OF NEW HAVEN and<br>NEW HAVEN BOARD OF EDUCATION,<br><br>Defendants. | CASE NO: 3:03CV977(CFD)<br><br><br><br><br><br><br><br><br><br>JANUARY 14, 2006 |

## DECLARATION OF DR. CARLOS TORRE

I, CARLOS TORRE, state under the pains and penalties of perjury as follows:

1. I am over the age of eighteen (18) and understand my obligation when making a statement to this Court under the pains and penalties of perjury.

2. I was the President of the Board of Education for the City of New Haven in May 2003.

3. On May 27, 2003, a regular meeting of the Board of Education was held. I was in attendance at the meeting.

4. I voted to terminate the Board's contract with Architects Environmental Collaborative International, P.C. ("AECI"), because I understood that AECI was balking at the design criteria in the proposed redesign contract and in my view, this was the straw that broke the camel's back.

5.  I, as President of the Board of Education, spoke frequently to the Superintendent – approximately 2-3 times each week. In addition, I would often speak to John Prokop ("Prokop"), as Prokop was chair of the Administration/Finance Committee and he and I were employed by the Southern Connecticut State University.

6.  In addition, on occasion, as President of the Board, I would attend Administration/Finance Committee meetings. I understood that AECI had not followed the requirements of the School Construction Program, that the Hill Career High School had been plagued by delays and other problems and that Wendell Harp ("Harp", the principal of AECI was difficult to work with.

7.  I felt that it was not going to work to have AECI redesign Prince Welch.

8.  I did not know that Harp or his wife were supporting Sherri Killins for Mayor and just learned of this fact in the past two weeks in connection with this lawsuit.

The foregoing statements were made under the pains and penalties of perjury.

Carlos Torre