UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL HARP and : <br> ARCHITECTS ENVIRONMENTAL : <br> COLLABORATIVE INTERNATIONAL, P.C., : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> JOHN DeSTEFANO, : <br> CITY OF NEW HAVEN and : <br> NEW HAVEN BOARD OF EDUCATION, : <br> : <br> Defendants. : <br> _____ : | CASE NO: 3:03CV977(CFD) <br><br><br><br><br><br><br><br><br><br> JANUARY 17, 2006 |

### DECLARATION OF SUSAN WEISSELBERG

I, SUSAN WEISSELBERG, state under the pains and penalties of perjury as follows

1. I am over the age of eighteen (18) and understand my obligation when making a statement to this Court under the pains and penalties of perjury.

2. I am the Program Coordinator for the School Construction Program and have served in this capacity since March 1998. One of my responsibilities is to oversee the construction of the new Prince Welch School. I am also familiar with certain aspects of the design and construction of Hill Career High School.

3. Funding for the new Prince Welch School from the State of Connecticut was approved by the Connecticut Legislature in 1996.

4. In 1996, the Citywide School Building Committee recommended that AECI be awarded the architect's contract for the design of the new Prince Welch School. Attached hereto as Exhibit A is a certified copy of the minutes of the Citywide School Building Committee meeting dated November 25, 1996.

5.  The Board of Education's Administration and Finance Committee recommended approval to the Board of Education of an agreement with Architects Environmental Collaborative International, P.C. ("AECI") on February 10, 1997 (the "Agreement"). Attached hereto as Exhibit B is a memo dated February 6, 1997 from Susan Whetstone to Frank Altieri regarding such action.

6.  The Board of Education subsequent approved the Agreement with AECI. Attached hereto as Exhibit C is a letter dated February 18, 1997 from Juanita Mazyck to AECI indicating such approval.

7.  I attended the community meeting at which AECI presented the preliminary schematic design plans. The plans were very difficult for the audience to see.

8.  In January 2002, the Board of Education commenced arbitration proceedings against Wendell Harp ("Harp") alleging malpractice and breach of contract in connection with the design of the Hill Career High School. The Board had been sued by contractors and subcontractors who claimed delays as a result of Harp's design.

9.  After several Administration and Finance Committee meetings, I spoke to John Prokop, the Chair, ("Prokop") about the problems that the School Construction Program was having with AECI on the Prince Welch School project.

10. In late 2002 – early 2003, I advocated hiring a new architect for the Prince Welch School. I prepared draft memoranda which explained the need for a change in architect. Attached hereto as Exhibit D is a preliminary draft subject to revision dated March 13, 2003, which describes the need for a change in the architect for the new Prince Welch School.

11. On April 10, 2003, the Citywide School Construction Committee approved the redesign of the school, including locating the school on a smaller lot.

Attached hereto as Exhibit E is a certified copy of the minutes of the Citywide School Building Committee dated April 10, 2003.

12. On May 16, 2003, I spoke to Chris Grabe ("Grabe"), one of the principals of Davis Brody Bond, another architectural firm, about taking over the Prince Welch design work.

13. On May 20, 2003, I faxed Grabe the Supplemental Conditions to the proposed revised contract with AECI and portions of the proposed revised contract with AECI. Attached hereto as Exhibit F is a copy of my fax and the Supplemental Conditions for the Redesign dated May 9, 2003. Davis Brody Bond agreed to the contract and the Supplemental Conditions.

14. On May 23, 2003, the Administration and Finance Committee of the Board of Education considered the termination of AECI's contract at a Special Meeting. Attached hereto as Exhibit G is a certified copy of the Agenda for the May 23, 2003.

15. In May 2003, the School Construction Program was anxious to determine if it would be able to obtain the necessary approvals to hire a new architect so that the design could proceed as soon as possible after having been delayed for so long. The schedule for the project anticipated that construction would begin 2004 and be completed in the Spring of 2006. The School Construction Program also wanted the School Based Building Advisory Committee ("SBBAC") to meet with the new architect before the school year ended so that design work for the project could begin as quickly as possible.

16. On May 23, 2003, the Administration and Finance Committee recommended to the Board of Education that AECI's contract be terminated and that

Davis Brody Bond be hired to redesign the Prince Welch school. Attached hereto as Exhibit H is a certified copy of the minutes of the Special Meeting Special Administration/Finance Committee Meeting dated May 23, 2003

17. At the May 23, 2003, Administration and Finance Committee meeting, Prokop requested that I supply him with bullet points concerning Harp's and AECI's performance problems at Hill Career High School and the Prince Welch School for his use at the full Board of Education meeting the following Tuesday, which I did. Attached hereto as Exhibit I is a copy of the bullet points that I prepared for Prokop.

18. On May 27, 2003, a regular meeting of the Board of Education was held. Attached hereto as Exhibit J is a certified copy of the minutes of the Board of Education Meeting dated May 27, 2003.

19. On May 28, 2003, a letter was hand-delivered and mailed to AECI signed by Carlos Torre, the President of the Board of Education and stating that AECI's contract was being terminated pursuant to Section 8.1.2 of the contract. Attached hereto as Exhibit K is a copy of a letter from Torre to AECI dated May 28, 2003.

20. Davis Brody Bond has designed the new Prince Welch school in a manner satisfactory to the School Construction Program, and construction of the new school is anticipated to complete in Spring/Summer 2006.

The foregoing statements were made under the pains and penalties of perjury.

*/s/ Susan Weisselberg*
Susan Weisselberg