# EXHIBIT A

# NEW HAVEN PUBLIC SCHOOLS
## M E M O R A N D U M

*APPROVED*

DATE:       November 25, 1996
TO:         Citywide School Building Committee
FROM:       Susan Whetstone
RE:         **Meeting Notes - November 13, 1996**

---

Present:  Mayor John DeStefano, Jr., Dr. Reginald R. Mayo, Ms. Patricia McCann-Vissepo, Mr. John Prokop, Jr., Ms. Jennifer Rawlings, Mr. Ralph Ramos, Mr. Gregory Brown (arrived at 5:25 p.m.), Mr. Jorge Perez, Mr. David Moakley, and Ms. Karen Gilvarg.

Absent:  Mr. Richard Miller, Mr. Carl Goldfield, and Ms. Portia Jenkins-Griffiths.

Also present:  Mr. Frank Altieri, Ms. Susan Whetstone, and Ms. Terry Gillo.

These notes are intended as a summary of discussion of the meeting and are not verbatim. The notes follow the order of the meeting.  Please call Terry Gillo at 946-8455 with comments or corrections, or FAX them to her attention at 946-7188.

**1.      Distribution of 10/9/96 Meeting Notes**
The October 9th meeting notes were approved and accepted with no corrections.  Mr. Perez and Ms. Rawlings abstained.

**2.      Architect Selection Subcommittee Report**
Karyn Gilvarg, Chairperson of the Architect Selection Subcommittee, briefly described the architect selection process.  She stated that the committee members consisted of Dr. Reginald R. Mayo, Patricia McCann-Vissepo, Richard Miller, Jennifer Rawlings and Carl Goldfield.  Ms. Gilvarg reported that a solicitation letter had been mailed out to approximately 170 selected local area, minority and women-owned firms back in the Fall of 1995.  Ms. Gilvarg noted that 36 to 40 responses were received and recommended staff developed a short-list of 8 to 10 firms for consideration by the Subcommittee.  The Subcommittee interviewed 9 firms.  Interviews were conducted for: S/L/A/M; Rodriguez and Associates; Herbert S. Newman and Partners; Architects Environmental Collaborative; Connell & Thompson; Kagen Company; Lance Bailey and Associates; O'Riordan Migani Architects; and Roth and Moore Architects.

Mayor DeStefano commented that he and the Superintendent of Schools had discussed this issue on several occasions and agreed there was a need to look at minority firms in order to put a balance together.  Mayor DeStefano stated that the architects selected were outstanding and represented a well-balanced group.

**I hereby certify this to be a true and accurate copy of the within meeting minutes/ notes of the CSBC meeting dated November 25, 1996.**

*Susan E. Weisselberg*
**Susan E. Weisselberg, Coordinator**
**School Construction Program**

The architectural firms being recommended for selection were: Architects Environmental Collaborative for the New Prince/Welch School; Lance Bailey and Associates for the Isadore Wexler School Renovation; Kagen & Company, in conjunction with Jeter Cook & Jepson, for the New Arts Middle Magnet School; Herbert S. Newman and Partners for the West Hills/Conte K-8 School; and Roth and Moore Architects for the Lincoln-Bassett School Renovation.

Mr. Perez inquired as to whether Jeter Cook and Jepson had applied together with Kagen and Associates. Ms. Gilvarg stated that they had come-in as a design partnership.

Mr. Perez questioned the recommendation of Herbert S. Newman and Partners in lieu of problems with the City Hall structure. Mayor DeStefano stated that there was no correlation between the exterior masonry problems at City Hall and Herbert S. Newman and Partners. Mr. Perez commented that he felt Newman and Partners were weak in school experience. Ms. Gilvarg noted that they did have experience with university facilities and in the last few years had undertaken two public school construction projects.

Mr. Moakley stated that the pairing of architects with CM's should serve to build on the strengths of each. Architects which may be strong in design but weak in construction should be paired with a CM that is strong in construction.

On the motion by Mr. Perez, seconded by Mr. Moakley, it was voted unanimously that the CSBC recommend the selection of the following architects under the School Construction Program and the Board of Education:

> Architects Environmental Collaborative - New Prince/Welch School
> Lance Bailey and Associates - Isadore Wexler School Renovation
> Kagen Company - New Arts Middle Magnet School
> Herbert S. Newman and Partners - West Hills/Conte School Renovation
> Roth and Moore Architects - Lincoln-Bassett School Renovation

It was noted that four (4) of the five (5) architectural firms selected were based in New Haven. Ms. Whetstone noted that the next step would be for staff to negotiate contracts with these firms for submission to the Board of Education.

### 3.    Increases in Local and State Funding Authorizations

Ms. Whetstone reported that originally she had planned to discuss recommendations for increases in local and state funding authorizations for Clarence Rogers, Prince/Welch, and the New Arts Middle Magnet projects; however, she asked that the items for Prince/Welch and Arts Middle Magnet be **tabled** at this time.

On the motion by Mayor DeStefano, seconded by Mr. Perez, it was voted unanimously to table the recommendations for increases in local and state funding authorizations for Prince/Welch and the Arts Middle Magnet schools.

Ms. Whetstone reported that the State Department of Education had previously approved applications for these projects but that, since the submission of the original applications, staff had determined that additional funding would be required to undertake these projects. Since Prince and the Arts Magnet are tabled, she asked that the CSBC approve the following two-part request in connection with the Clarence Rogers School:

1. approve a recommendation to the Board of Education to seek State authorization to increase total costs from $980,000 to $5,000,000; to revise enrollment to 240 pre-K, Head Start and early childhood education students; and to extend the construction deadline to July 6, 1998; and
2. the BOE seek approval of the Board of Aldermen, through inclusion in the Board of Education's 1998 Capital Projects Budget of a request to increase the local funding authorization for Clarence Rogers to $5 million.

On the motion by Mayor DeStefano, seconded by Mr. Perez, it was voted unanimously to approve the above two-part request regarding increased funding authorization for Clarence Rogers.

Ms. Whetstone noted that, based on the magnitude of the increase in estimated project costs, the State Department of Education had indicated that these requests would require the approval of the General Assembly in their 1997 session.

Mr. Moakley asked what the State reimbursement would be for the Clarence Rogers project. Ms. Whetstone noted that this project would be reimbursed for 65% of project costs.

Ms. Whetstone reported that originally the project had started out as a Family Campus/Community Center. She reported that the Architect selected for this project was Roberta Washington. Ms. Whetstone noted that the SBBAC had worked with the architect since March and in July completed a building program for a day care and community center with dedicated adult education uses. This program, however, would only qualify for about 10% State reimbursement. Ms. Washington was asked to revise the program to reflect more eligible school uses. The revised program should qualify for 65% reimbursement eliminating all of the non-school uses.

Mr. Perez commented that many of the Aldermen in this City would be delighted to have a community center in their neighborhood too. He felt that this concept could start a precedent. Ms. Whetstone reported that the Superintendent of Schools would be requesting a waiver from the State asking for an extension in the construction deadline for this project because we had lost nearly a year due to the change in the program.

Ms. McCann-Vissepo asked that consideration be given to changing the grade levels for the Prince/Welch School from K-5 to K-8 making it a neighborhood school, but keeping the enrollment at 600. Dr. Mayo stated that the educational benefits of such a change would have to be looked at beforehand.

4.    Site Selection Process

Ms. Whetstone reported that a process for site selection would be presented to the
Citywide School Building Committee at its December meeting.

5.    Status Report - All Projects

(a) Edgewood School

Ms. Whetstone noted that all State and local funding approvals for this project had
been obtained. She commented that the architectural design was on schedule and
that final design should be completed in December. Ms. Whetstone reported that
the proposed final design will be presented to the CSBC and BOE to secure
authorization for the Architect to proceed with construction documents.
Construction is slated to start in October 1997. District staff continue to explore
possible sites for a temporary site for the school during construction.

(b) Clarence Rogers

Ms. Whetstone reported that staff had been advised by the SFU that the proposed
request for increased funding, together with a request for waiver of the space
standard and extension of the construction deadline, will require approval in the
1997 session of the General Assembly. She stated that on October 10, 1996 staff
had met with the School-Based Building Advisory Committee to advise them that
a revised building program was necessary to increase State funding
reimbursement for the project from an estimated 10% to 65%. Ms. Whetstone
reported that the SBBAC had expressed its strong disappointment at the need to
refocus the community components of the building program to school uses. She
reported that Roberta Washington, Architect for the project, had been
requested to revise the building program to increase student enrollment from 105
to 240. A revised program should be completed in November and submitted to
the SBBAC for review and approval. Ms. Whetstone stated that the SBBAC had
requested that the City undertake graffiti removal at the Rogers' site and install a
sign. These activities are being organized. The starting date for construction of
this project is July, 1998.

(c) Aquaculture

Ms. Whetstone reported that all approvals for this project had been obtained. She
noted that the Architect and Engineer had begun work in October. Ms. Whetstone
stated that the Architect would be meeting with the SBBAC in November to begin
development of the building program and that these activities would be completed
in the Spring. Negotiations for the acquisition of 82 So. Water Street have ceased
and staff is working in conjunction with the City's Corporation Counsel's Office
to develop procedures to acquire this property under the School Construction
Program. Construction deadline for this project is June, 1998.

(d) Prince/Welch

Ms. Whetstone reported that staff had been advised by the SFU that the proposed
request for increased funding and extension of the construction deadline would
require approval in the 1997 session of the General Assembly. A request to seek

increased funding authorization from the BOE, BOA and the SFU was **tabled** at
this meeting until staff can clarify acquisition costs. The architectural firm
selected for this project was Architects Environmental Collaborative. The City
Plan Department is evaluating possible site alternatives in the Hill for this school.

(e) Arts Middle Magnet School
Ms. Whetstone reported that staff had been advised by SFU that the proposed
request for increased funding and extension of the construction deadline would
require approval in the 1997 session of the General Assembly. A request to seek
increased funding authorization from the BOE, BOA and the SFU was **tabled** at
this meeting until staff can clarify acquisition costs. The architect hired for this
project was the Kagen Company. City Plan staff are evaluating possible site
alternatives in and around the Downtown area.

(f) West Hills/Conte
Ms. Whetstone reported that funding was in place for this project. The architect
selected for this project is Herbert S. Newsman and Partners. She stated that in
November the SFU had issued guidelines for determining eligibility under the
new renovation statutes. The City has proposed submitting the required
professional analysis of new construction vs. renovation costs to the SFU by
April, 1997. The architect will be contracted to perform this work. Construction
deadline for the project is June, 1998.

(g) Isadore Wexler School
Ms. Whetstone reported that funding was in place for this project. The City has
proposed submitting the required professional analysis of new construction vs.
renovation costs to the SFU by April, 1997. The architect selected for the project
is Lance Bailey and Associates. Construction deadline for the project is June,
1998.

(h) Lincoln-Bassett School
Ms. Whetstone reported that funding was in place for this project. The City has
proposed submitting the required professional analysis of new construction vs.
renovation costs to the SFU by April, 1997. The architect chosen for this project
is Roth and Moore Architects. Construction deadline for the project is June,
1998.

(i) Katherine Brennan School
Ms. Whetstone reported that funding for this application had been submitted for
approval in the 1997 session of the General Assembly. The City has proposed
submitting the required professional analysis of new construction vs. renovation
costs to the SFU by February of 1997 in order for the project application to be
considered in the 1997 session of the General Assembly. The District will engage
an architect solely for the purpose of preparing this report.

(j) Fair Haven K-8
Ms. Whetstone reported that this application is pending approval by the General
Assembly in the 1997 session.

Mr. Perez asked that the name(s) of the Construction Manager(s) be added on to the
Monthly Status Report for each project.

## 6.    Other Business

Mayor DeStefano stated that a standardization of building materials would be developed
for the school construction projects. Ms. Whetstone reported that the Project Manager-
Architect would develop a standardized list of materials (i.e., fixtures, hardware, etc.) to
be used throughout all of the schools. Ms. Whetstone noted that the CM contracts
provide for the CM firms to participate in developing these standards. Mayor DeStefano
asked would a book of standards be produced, and if so, that the book be brought back to
the Committee once it is developed.

Ms. Whetstone reported that Jim Farnam of Holt Wexler and Farnam would be presenting
a preliminary report of his findings with regard to affirmative action employment/CEO
compliance monitoring at the December CSBC meeting.

Mayor DeStefano inquired about the future role for the CSBC. He requested that staff
provide an outline of the Committee's participation in carrying out the balance of
activities for these projects. He requested the staff prepare a description of the role of the
Committee with respect to the processing and approval of change orders.

Mayor DeStefano reported that the Alderwoman from the 25th Ward had indicated that
she was arranging a meeting with the Westville Aldermen concerning acquisition of the
former Geometric Tool building for Hyde School. Mayor DeStefano noted that he
advised the Alderwoman that development and selection of future projects would be
subject to the Master Plan now being prepared by Jeter Cook and Jepson.

The meeting adjourned at 5:50 p.m.

# **<u>EXHIBIT B</u>**

# MEMORANDUM

**School Construction Program**

To:       Frank A. Altieri

From:     Susan Whetstone

**New Haven Public Schools**
**REBUILDING OUR SCHOOLS**

Date:     February 6, 1997

Re:       **ARCHITECT'S CONTRACT**

I am requesting that the following contract be placed on the Administration/Finance Committee Agenda for approval at its Special Meeting on Monday, February 10, 1997.

## ARCHITECT

| CONTRACTOR | SCHOOL | FIXED LIMIT OF CONTRACT | CONTRACT AMOUNT | FUND # |
|---|---|---|---|---|
| AECI/Wendall Harp | Prince/Welch | $9,700,800 | $1,307,500 | *T55-T001 |

The above firm was interviewed and is being recommended by the Citywide School Building Committee (CSBC).

Thank you for your cooperation.

*School Construction Trust Fund

I hereby certify this to be a true and accurate copy of the within memo regarding the architect's contract to be placed on the Administration/Finance Committee meeting dated February 6, 1997 for approval at its Special Meeting.

**Susan E. Weisselberg**
**School Construction Program Coordinator**

# EXHIBIT C

*New Haven Public Schools*

Administrative Offices
Gateway Center
54 Meadow Street
New Haven, CT 06519



February 18, 1997

Mr. Wendell C. Harp, President
Architects Environmental Collaborative
304 Whalley Avenue
New Haven, CT

Dear Mr. Harp:

The New Haven Board of Education has approved an agreement with Architects Environmental Collaborative to provide Architectural Services for the Prince/Welch School Renovation Project.

Enclosed is a signed copy of the agreement for your files. Please refer to **Agreement #B72681** on all invoices and/or correspondence relating to this agreement.

Sincerely,

Juanita Mazyck
Accountant III

JM/eg
Enclosure

I hereby certify this to be a true and accurate copy of the within letter to the architect approved by the Board of Education for an agreement to perform architectural services for the new Prince/Welch School dated February 18, 1997, including a copy of the agreement signed by all parties.

Susan E. Weisselberg
School Construction Program Coordinator

# **EXHIBIT D**

*3/13/03 Prince Welch Preliminary Draft Subject to Revision*

Page One
Overview

In 1995, the New Haven Board of Education applied to the State Department of Education for a new replacement school for the existing Prince and Welch Annex Schools, merging the population of both into a 600-student school. The project was approved by the legislature in 1996, without any site identified. Shortly after that, a School-Based Building Advisory Committee was formed (with staff, parents, residents and alderpeople from the two existing schools) and the search for a site began. A site was identified in 1997. After that, the school expanded from a K-5 to a pre-K-8, in coordination with the Board of Education's new comprehensive facilities plan. The school's site and educational specifications were revised accordingly. Working with alderpeople, the Hill Development Corporation, and various City and community groups, the Board of Education participated in meetings in the community from 1997 through 2001, and gave notice to residents through mailings, door-to-door flyers and one-on-one meetings. Property acquisition approvals for a larger, 8-acre site were obtained in 2000. At this point, 57 of the 60 properties for the site are owned by the City. Site clearing activities will begin shortly.

Whatever the outreach, notice and contacts, the siting and design plans for the new Prince Welch School project in the upper Hill have not been without controversy in the past year, in the neighborhood and throughout the City. Indeed, the project was the subject of litigation in federal court, a lawsuit the City won in December 2002.

Before, during and after the litigation, the City and Board of Education were asked by various groups to consider the following:
- reducing the size of the project site by half a block;
- redesigning the building, to make it less sprawling and more in keeping with the neighborhood, along Congress Avenue; and
- mitigating the residential impact by restoring some residential housing units.

In short, people didn't like the look and sprawl of the school, its lack of context in the neighborhood and the amount of housing lost to the school.

*Optional:*
Project plans were reevaluated with these requests in mind. The School Construction Program recommends the following:
- reducing the site size by half a block, so that the project boundaries would be Congress Avenue, the east side of Baldwin Street, the rear of properties along Davenport Avenue, and the west side of Ward Street. Properties on the west side of Baldwin Street would not be utilized for the school project but for housing. Baldwin Street would remain open to traffic. The overall site size is reduced from 8.2 to 5.3 acres, necessitating changes in the building design and site plan.

*3/13/03 Prince Welch Preliminary Draft Subject to Revision*

- redesigning the building to reflect the reduced site size. The building would remain a pre-K-8 school at two classes per grade, and would remain at 84,000 square feet in size. However, in the redesign, some of the building may be three stories rather than two. The materials and design will more strongly complement the neighborhood and its existing buildings. They will take advantage of the rich history of the New Haven urban landscape and the density along Congress Avenue.
- renovating the "Three Sisters" buildings on Congress Avenue as rental units, with 20 units rather than the existing 27 in the three buildings, and creating a mix of new construction and renovated housing along the west side of Baldwin Street – including the move of several houses from Ward Street to there. These housing proposals, to be developed by LCI, will increase both rental and homeownership opportunities. They will have a minimal impact on the City's budget.

*3/13/03 Prince Welch Preliminary Draft Subject to Revision*

Page two
Original Site Plan
Proposed Revised Site Plan

*3/13/03 Prince Welch Preliminary Draft Subject to Revision*

Page three
Program Comparison


     The school as originally designed is approximately 90,000 square feet. The redesigned school will be approximately 84,000 square feet, incorporating the latest specifications from the School Construction Program. Key programmatic components of the school will remain the same, including

| **Building Component** | **School as Designed** | **Redesigned School** |
|---|---|---|
| Library media center | Yes | Yes |
| Classrooms, 2 classes per grade, Pre-K-8 | Yes | Yes |
| Art room(s) | Yes | Yes |
| Music room(s) | Yes | Yes |
| Science rooms | Yes | Yes |
| Science laboratory | Yes | Yes |
| Cafeteria | Yes | Yes |
| Gymnasium with auditorium | Full sized | Full sized |
| Special education spaces (resource rooms, etc.) | Yes | Yes |
| Specialized spaces (PPT, social worker, etc.) | Yes | Yes |
| Playground | Yes | Yes |
| Multipurpose recreational field | Yes | Very limited |
| On site bus drop-off | Yes | No (on-street) |
| On site parking | Yes | Yes |

*3/13/03 Prince Welch Preliminary Draft Subject to Revision*

Page four
Comparison of sites A & B

|  | Existing Site | Revised Site |
|---|---|---|
| **Total Number of Properties** | 60 | 43 |
| **Completed Acquisitions, 3/13/03** | 57 | 41 |
| **Total Number of Properties to Be Acquired** | 3 | 2 |
| **Total Number of Residential Units Impacted by School** | 121 | 74 |
| **Total Number of Structures to Be Demolished** | 50 | 37 |

*3/13/03 Prince Welch Preliminary Draft Subject to Revision*

Page five
Costs

| | Original Site and School Building | Revised Site and School Building | West Side of Baldwin St. |
|---|---|---|---|
| **Total school project budget** | $35,000,000 | $35,000,000 | |
| | | | |
| **Construction of school** | $20,000,000 | $20,000,000 | |
| | | | |
| **Architectural design services** | $2,000,000 total budgeted | $2,000,000 budgeted | |
| **Property Acquisition** | $6,700,000 | $4,800,000 | $1,900,000 |
| | | | |
| **Development of housing on west side of Baldwin** | | | |
| - "Three Sisters" (20 units, rental housing) <br> - Sale of building to developer | | | $2,000,000 development FMV sale, c. $1,350,000 |
| Net cost, 3 Sisters | | | $650,000 |
| - Move of two houses from Ward St. to west side of Baldwin; 8 new single family houses (total 14 residential units) <br> - Sale of total 10 houses at c. $100,000 each | | | $1,600,000 <br><br><br><br> $1,100,000 sale to homeowners |
| Net cost, houses | | | $500,000 net |
| | | | |
| **Cost to City** | | | |
| - Gross | $35,000,000 | $35,000,000 | |
| - Reimbursement (rate of 78.57%) | $27,300,000 | $27,300,000 | |
| | | | |
| - Net Cost to City | $7,700,000 | $7,700,000 | $3,050,000 |

*3/13/03 Prince Welch Preliminary Draft Subject to Revision*

Page six
Architects


To meet the challenges of a redesigned project that will be designed and built as soon as possible, we have reviewed the design resources as they exist at present. These resources appear to be insufficient to meet the accelerated effort and design demands going forward, which include a responsive community review process. The resources required for fast tracking and accelerated phasing of the design process are not currently in place. As a result, we recommend introducing a new architectural team with the required depth of resources for this process. As such, the current architectural firm for the project will be released from obligations to the project. This action will effectively enhance the pace of the design process and the flexibility needed for various project delivery options.

A redesign of the school will cost additional funds under any scenario. The total design cost for the existing architect, to complete a redesign of the revised school, would be $1,600,000.

The design cost for a new architectural team to design the revised school would be $1,900,000, with the difference going towards reprogramming and site investigation for the new team. At the same time, a new team could produce documents that meet the accelerated schedule, thus saving the difference in architectural fees in terms of completion of the project.

*3/13/03 Prince Welch Preliminary Draft Subject to Revision*

Project plans were reevaluated with these requests in mind. The School Construction Program recommends the following:

   • reducing the site size by half a block, so that the project boundaries would be Congress Avenue, the east side of Baldwin Street, the rear of properties along Davenport Avenue, and the west side of Ward Street. Properties on the west side of Baldwin Street would not be utilized for the school project but for housing. Baldwin Street would remain open to traffic. The overall site size is reduced from 8.2 to 5.3 acres, necessitating changes in the building design and site plan.

   • redesigning the building to reflect the reduced site size. The building would remain a pre-K-8 school at two classes per grade, and would remain at 84,000 square feet in size. However, in the redesign, some of the building may be three stories rather than two. The materials and design will more strongly complement the neighborhood and its existing buildings. They will take advantage of the rich history of the New Haven urban landscape and the density along Congress Avenue.

   • renovating the "Three Sisters" buildings on Congress Avenue as rental units, with fewer units than the existing 27 in the three buildings, and creating a mix of new construction and renovated housing along the west side of Baldwin Street – including the move of several houses from Ward Street to there. These housing proposals, to be developed by LCI, will increase both rental and homeownership opportunities. They will have a minimal impact on the City's budget.

The project has a history of delay. Initial site identification took place in 1997; acquisition approvals occurred in 2000. At this point, 57 of the 60 properties for the site are owned by the City. Site clearing activities will begin shortly.

Despite – or perhaps because of – the delay, time, cost and the need for the new school suggest an urgency in moving forward with the project. The old school buildings continue to deteriorate and under-serve the students.

To meet the challenges of a redesigned project that will be designed and built as soon as possible, we have reviewed the design resources as they exist at present. These resources appear to be insufficient to meet the accelerated effort and design demands going forward, which include a responsive community review process. The resources required for fast tracking and accelerated phasing of the design process are not currently in place. As a result, we recommend introducing a new architectural team with the required depth of resources for this process. As such, the current architectural firm for the project will be released from obligations to the project. This action will effectively enhance the pace of the design process and the flexibility needed for various project delivery options.

*3/13/03 Prince Welch Preliminary Draft Subject to Revision*

## Additional piece:

Sidebar letter, from Claude to Tom or from Tom to the Mayor, expressing more detailed concerns on the current designer – use examples of timeliness and responsiveness

## Additional questions:

Something in writing from City Plan and/or BOE?

What (if anything) do we put in the Citywide package?

## Info to be used verbally, not in writing?

In reviewing various suggestions for the project, the School Construction Program recommends reducing the size of the current site rather than switching sites, a suggestion that was one of the focal points of the recent litigation. First, the vast majority of the current site is owned by the City and ready to be cleared, in stages, for the school. Second, one alternative site, on Washington and Cedar Streets, is mostly taken up by LULAC Head Start. The remaining area on the block, which borders the medical area, is long and narrow, too small for the school, and difficult to build upon. Expanding the area would mean acquiring a mixed-use block that includes a significant number of houses. The other alternative site, Interstate Pallet on the Ella T. Grasso Boulevard, is long and narrow, wedged between a cemetery and residential properties. It is not well suited for a neighborhood-based school and, given its past industrial history, may have some environmental contamination with difficult remediation. In short, the current site, with the proposed reduction, best suits the project.