# **EXHIBIT E**

# NEW HAVEN PUBLIC SCHOOLS

## M E M O R A N D U M

**DATE:**     April 11, 2003
**TO:**       Citywide School Building Committee
**FROM:**     **Susan Weisselberg**
**RE:**       **Meeting Notes – April 10, 2003**

---

**Present:**   Mayor John DeStefano, Jr., Dr. Reginald Mayo, Mr. John Prokop, Mr. Gerald Clark, Ms. Karyn Gilvarg, Ms. Jennifer Rawlings, Dr. Carlos Torre, Ms. Andrea Jackson-Brooks, Ms. Gwendolyn Richardson, Mr. Mark Pietrosimone, Mr. Richard Miller

**Absent:**    Mr. Philip Voigt, Mr. Jorge Perez and Ms. Ivelize Feliciano

---

**Also Present:** Mr. Tom Rogér, Ms. Susan Weisselberg, Mr. Henry Fernandez, Ms. Brenda Smits, Mr. Robert Lynn, Ms. Joann Lombardo, Mr. Andy Rizzo, Ms. Carolina Cudemus, Dr. Judy Falaro, Mr. Claude Watt, Mr. Dan Haim, Ms. Robin Barna, Ms. Marilyn Klutzkin, Ms. Vivian Baker, Ms. Doris Vazquez, Ms. Beverly Chevalier, Ms. Lisa Hopkins, Mr. Sidney Graham, Rev. Ruth Drews, Ms. Anstress Farwell, Ms. Olivia Martson

---

These notes are intended as a summary of discussion of the meeting and are not verbatim. The notes may not follow the order of the agenda.

---

1. **Distribution of Meeting Notes from March 13, 2003 Meeting** – Mr. Gerald Clark made a motion to approve the minutes from the March 13, 2003 meeting and was seconded by Dr. Reginald Mayo. The Committee approved the minutes from the March 13, 2003 meeting.

2. **Approval of EDO49R, Budget Increase for Wilbur Cross High School** – Tom Rogér explained that this is the final funding increase for this project. The last time we asked for an increase, it was to approve a funding increase for Phase 4, the athletic fields.

   This increase is for a variety of changes. First, it is for repairs based on some work done under the code compliance contract. Second, it is for items for renovate like new that have been held back until the project is near completion. Third and last, we have some enhancements minor to the school. As it operates in this new configuration, we determined there are new enhancements that can help the school program.

   The total of the increase is takes us from $51.2 million to $53 million. There is a small contingency built into that number which will finish the job.

   Dr. Torre asked if the lights will be changed on the exterior of the building? Tom Rogér said yes, there is a plan that we are working on.

I hereby certify this to be a true and accurate copy of the within meeting notes/ minutes of the CSBC meeting dated April 11, 2003.

*Susan E. Weisselberg*

**1**

Citywide Meeting Notes
April 11, 2003
Page 2

Mayor DeStefano asked if the aldermanic funding is for this entire amount?  Tom Rogér said yes, it is.

Mayor DeStefano asked if there were any other questions, there were not.

Dr. Carlos Torre made a motion to approve the EDO49R and was seconded by Ms. Andrea Jackson-Brooks.  The Committee approved the EDO49R for Wilbur Cross High School.

2. **Approval of EDO42, Request for Approval of Furniture Purchase for Nathan Hale School** – Mayor DeStefano explained to the Committee that this item approves the submission of an EDO42 for Furniture Purchase for Nathan Hale School to the State.  Tom Rogér said that this is for the final phase of Nathan Hale to approve the final plan.  Mayor DeStefano asked if this was a budgetary issue.  Tom Rogér said no, it is not.

Mayor DeStefano asked if there were any questions, there were not.  Ms. Andrea Jackson-Brooks made a motion to approve the EDO42 and was seconded by Mr. Gerald Clark.  The Committee approved the submission of the EDO42 for Nathan Hale School.

3. **Status of Prince Welch Litigation and Update on Project Development** – Mayor DeStefano reminded the Committee that this is one of our oldest school construction projects, going back over five years.  This is the replacement to the Prince and Welch Annex schools in the Hill section of the City.  Several years ago we went through an extensive site selection process for this project.  After the site selection process was over, the architect did what we call the design development phase, we were stopped just short of construction drawings.

We identified an 8.3-acre site, bounded by Congress Avenue, Ward Street and the rear boundaries of properties along Davenport Avenue and Kossuth Street.  After we started the design, a group sued the City, seeking to stop us from proceeding with the site.  This occurred well after we had acquired many of the properties, and relocated the owners and tenants.  The Judge issued an injunction against us and we went to court.  When we went to court, because we anticipated the issue might come up, we actually started considering alternatives to the design that we had.

During the course of litigation, the Judge sent both sides to a special magistrate to try to reach a compromise.  We indicated we were willing to make changes in the site.  However, the other side, it would be fair to say, simply do not want us not to build anything on the site.  We did win the case.

Mayor DeStefano said that a number of options are before us now.  The resolution before the Committee is to ask the School Construction Office to revise the site plan to exclude the "Three Sisters" Apartments (619-635 Congress Avenue), 6/8 Baldwin, 33 & 34 Asylum and 46 Ward Street.  This would require a redesign of the school and would result in reducing the site from 8.3 acres to 6.8 acres, comparable to the size of the Fair Haven K-8 School.  The net increase to the City would be $1.4 million.

After a brief discussion, Ms. Andrea Jackson-Brooks made a motion to approve the resolution and was seconded by Dr. Carlos Torre.  The committee approved the resolution to redesign the Prince Welch School.

2.

Citywide Meeting Notes
April 11, 2003
Page 3

4. **Project Schedule** – No discussion

5. **Project Estimates** – No discussion

6. **Project Reports** – Mayor DeStefano asked what is the status of site acquisition for Jepson School. Sue Weisselberg said we are working with the property owner on appraisals.

Mayor DeStefano asked when something would be ready to be presented to this Committee. Sue Weisselberg replied that we hope to have a presentation on this at the next meeting.

Mayor DeStefano then asked about the schedule for Truman School. Tom Rogér said that while the schedule is a challenge, we feel we can get it done.

Mayor DeStefano asked if there were any other questions on the project reports, there were not. Mayor DeStefano asked Tom Rogér to provide the Committee an update on compliance.

Tom Rogér said that the information deals with only projects under construction right now. Overall, the bottom line compliance has us on track for minorities, a little low for females, and slightly below goal for residents. We are at approximately 20% of goal.

7. **Other Business** – No discussion

Andrea Jackson-Brooks made a motion to adjourn the meeting and was seconded by Mark Pietrosimone and Jennifer Rawlings. The meeting was adjourned.

# **EXHIBIT F**

```
**********************
***   TX REPORT   ***
**********************

TRANSMISSION OK

TX/RX NO                3218
CONNECTION TEL              919175913090
SUBADDRESS
CONNECTION ID
ST. TIME          05/20 11:54
USAGE T           04'19
PGS. SENT            14
RESULT            OK
```

*also faxed to 917-591-3090 per T. Roger*

## FAX MEMORANDUM

School Construction Program

**KIDS FIRST**

New Haven Public Schools
REBUILDING OUR SCHOOLS

TO:     Christopher Grabé
        Fax   (860) 240-0206

FROM:   Susan Weisselberg
        Tel.  (203) 946-6811
        Fax   (203) 946-5455

DATE:   May 20, 2003

RE:     Items as Discussed

NUMBER OF PAGES, INCLUDING COVER SHEET:   14

Following is material as discussed. Please do not hesitate to call Tom Rogér at 203-946-6810 or me at the above number. Thank you. We look forward to seeing you later.

cc:    Tom Rogér

I hereby certify this to be a true and accurate copy of the within memo and attachment (Supplemental Conditions for the Redesign of the Prince/Welch School) as described in the memo dated May 20, 2003.

Susan E. Weisselberg
**Susan E. Weisselberg**
**School Construction Program Coordinator**

## FAX MEMORANDUM

School Construction Program

**New Haven Public Schools**
**REBUILDING OUR SCHOOLS**

To:       Christopher Grabé
          Fax  (860) 240-0206 *wrong phone #*

From:     Susan Weisselberg
          Tel.  (203) 946-6811
          Fax  (203) 946-5455

Date:     May 20, 2003

Re:       Items as Discussed

Number of pages, including cover sheet:   14

---

Following is material as discussed.  Please do not hesitate to call Tom Rogér at 203-946-6810 or me at the above number.  Thank you.  We look forward to seeing you later.


cc:    Tom Rogér

*Preliminary Internal Draft Subject to Revision – 5/9/03*

EXHIBIT ___ to Architect Agreement

## Supplemental Conditions for the Redesign

The Architect agrees to redesign the new Prince Welch School in accordance with the criteria established by the Owner. This Agreement with these supplemental conditions as issued supersedes the Agreement dated March 27, 2000. This revised Agreement is issued with the understanding the Architect shall revise the design of the school facility within the terms, conditions and parameters prescribed by the Owner. These are as follows:

### Changes in Site:  Land Use Studies

1. The Architect 's basic design services will include a series of conceptual land use studies. These concept studies will reflect the following considerations and changes:
   a. The City will not acquire the parcel at 34 - 36 Asylum Street.
   b. The City owns 33 Asylum Street, but is considering not developing this parcel as part of the school site.
   c. The City has given the property owner at 46 Ward Street the option to keep their parcel. This parcel would be excluded from the school site. The property owner has expressed an interest in following through with the sale of this parcel to the City. Final resolution is pending, based upon the owner meeting the City's time frame for relocating off the site.
   d. The City owns the parcels at 611 and 619 - 635 Congress Avenue, but has opted not to develop these parcels as part of the school site.
   e. The City owns 6 and 8 - 10 Baldwin Street, but is considering not developing these parcels as part of the school site. Whether these parcels are to be a part of the final school site configuration is unknown at this time.
   f. The City owns the parcels at 12, 14, 18, 20, 22, 24, 26, 28, 30, 32, 34, and 38 Baldwin Street. Each of these parcels is included as part of the school project site.
   g. The development of the new school building is limited to the land area between Baldwin and Ward Streets.

### Baldwin and Asylum Streets

1. The section of Asylum Street between Davenport and Congress Avenue south of 34 – 36 Asylum Street will be closed and demolished as part of AECI's scope of work. This includes the disconnection, relocation and/or removal of all above and below ground utilities within the existing public right of way.

2. Asylum Street is to be closed per the original scope. The Architect's design shall include within the design the redesign of the street section of Asylum, which

*Preliminary Internal Draft Subject to Revision – 5/9/03*

intersects with Davenport. This section shall be developed to allow a turn around and access the abutting properties.

3. Baldwin Street will remain open as a public right of way, subject to confirmation from the Owner after review with the SBBAC and others. The Owner reserves the right to opt to close Baldwin Street prior to completion of schematic design. If the Owner chooses this option, the Architect will include the demolition of Baldwin Street as part of its scope of work.

## Educational Program

1. The school's educational program will continue to support a Pre-K-8 school for 600 pupils. The Architect's design shall reflect the model space program provided by the School Construction Program.

## Building Design and Revised Site Plan

1. The Architect will adhere to the new design, material and energy standards, which standards will be incorporated by attachment to this Agreement. The Owner and the Citywide School Building Committee allow no deviations from the new standards without prior approval. The Architect and its consultants shall participate in the energy savings program as established by United Illuminating. The Mechanical, Electrical and Plumbing Engineers will provide a life cycle cost analysis, which examines various MEP / HVAC systems for the facility. The Architect and its consultants will make a presentation of these systems to the Owner. The Owner-approved system will be incorporated into the design.

2. The size of the new facility is limited to the net 84,000sf allowed by the State Department of Education (SDE) space standards.

3. The change in site size and configuration requires that the physical design of the facility adapt to the more limited land area. The Architect will provide land use schemes and site plans, to be reviewed and approved by the Owner. The site is to support four primary components: minimal building footprint, off-street parking, play / recreation area and service support for school maintenance and operations. Provide bus drop off along Baldwin Street. The direction of traffic flow along Baldwin and Ward will remain.

4. The Architect's design will incorporate the use of three floors above grade. The Architect will provide variations on preliminary conceptual design ideas that show the space program's layout, groupings and adjacencies, as well as major entrances and a clear "front door." The Owner's acceptance of a particular scheme or combination of schemes will constitute the basis for the schematic design.

*Preliminary Internal Draft Subject to Revision – 5/9/03*

5. The Architect's design will reflect the rich urban texture that typifies the City of New Haven. The Architect shall incorporate the use of red brick and individual modular windows (discreet punched window openings for repetitive glass sizes of neutrally tinted glass) at the exterior walls. The Architect is to solicit and incorporate input from both the City Plan Department and the Historic District Commission, as directed by the Owner. The Architect is to provide further context of the building to its neighbors on the adjacent blocks, with elevations drawn to a certain scale and in the context of the neighborhood. The building vocabulary will not consist of undifferentiated long ribbon windows and spandrels. The building setback will be compatible with the predominant pattern of adjacent blocks. The new school building will be developed on the land area between Baldwin and Ward Streets, with the mass of the building along Congress Avenue. The service components will be located and screened appropriately, as directed and approved by the Owner. The schematic design, in incorporating these components, shall rely heavily on rectilinear forms and shall incorporate the Owner's comments, including comments concerning cost.

6. The revised land use scheme and site plan and conceptual design ideas will include the incorporation of comments from the School-Based Building Advisory Committee (SBBAC), the City Plan Department staff, the Historic District Commission, and others, as directed by the Owner.

**Time Frames**

The School-Based Building Advisory Committee (SBBAC) will be reconstituted and reconvene.

The educational program review will be completed and provided to the Program Manager by June 30, 2003.

The conceptual revised land use schemes and site plans will be:
  • provided to the Program Manager by May 30, 2003;
  • provided to the SBBAC for review and comment by June 5, 2003;
  • provided to the Program Manager by June 20, 2003, including the incorporation of comments from the SBBAC, City Plan Department and others as directed by the Owner.

The conceptual design ideas will be:
  • provided to the Program Manager by July 3, 2003;
  • provided to the SBBAC for review and comment by July 10, 2003;
  • provided to the Program Manager by July 24, 2003, including the incorporation of comments from the SBBAC, City Plan Department and others as directed by the Owner.

*Preliminary Internal Draft Subject to Revision – 5/9/03*

The schematic design, including the outline of materials and building components, will be:

    • provided to the Program Manager by Sept. 1, 2003;

    • provided to the SBBAC for review and comment by Sept. 8, 2003;

    • provided to the Program Manager by Sept. 22, 2003, incorporating SBBAC comments and utilized for other reviews and suggestions as directed by the Owner;

    • revised, completed, and presented to the Citywide School Building Committee by Oct. 9, 2003.

The design development will be completed and:

    • provided to the Program Manager by Jan. 8, 2004;

    • provided to the SBBAC, City Plan Department, the Historic District Commission and others as directed by the Owner, for review and comment by Jan. 15, 2004;

    • revised, completed, and provided to the Program Manager, including the incorporation of comments, by Jan. 29, 2004.

The energy savings program and various MEP / HVAC systems for the facility will be:

    • completed and provided to the Program Manager by Oct. 1, 2003;

    • if the Program Manager so directs, provided to others for review and comment by Oct. 8, 2003;

    • revised, completed, and provided to the Program Manager, including the incorporation of comments, by Oct. 22, 2003.

10.5.1 No deductions shall be made from the Architect's compensation on account of penalty, liquidated damages or other sums withheld from payments to Contractors, or on account of the cost of changes in the Work other than those for which the Architect has been found to be liable.

## 10.6   ARCHITECT'S ACCOUNTING RECORDS

10.6.1 Records of Reimbursable Expenses and expenses pertaining to Additional Services and services performed on the basis of a multiple of Direct Personnel Expense shall be available to the Owner or the Owner's authorized representative at mutually convenient times.

## ARTICLE 11

## BASIS OF COMPENSATION

The Owner shall compensate the Architect as follows:

## 11.1   BASIC COMPENSATION

11.1.1 FOR BASIC SERVICES, as described in Article 2, and any other services included in Article 12 as part of Basic Services, Basic Compensation shall be as listed in Exhibit I (Schedule of Values for Services). Compensation shall be a stipulated lump sum of $1,121,000 payable in accordance with the provisions of Subparagraph 11.1.2 hereof.  For changes in the project budget that necessitate a modification in the Architect's services and contract fees, Architect will provide a detailed cost proposal to Owner describing the services and costs associated with the proposed change.

11.1.2 WHERE COMPENSATION IS BASED ON A STIPULATED SUM or percentage of Construction Cost, progress payments for the Services in each phase shall total the following percentages of the total Basic Compensation payable:

| | |
|---|---|
| Schematic Design Phase: | percent ( 20%) |
| Design Development Phase: | percent ( 22%) |
| Construction Documents Phase: | percent ( 35%) |
| Bidding or Negotiations Phase: | percent ( 3%) |
| Construction Phase: | percent ( 20%) |
| Total Basic Compensation: | one hundred percent ( 100%) |

11.1.3 IN THE EVENT OF A MATERIAL CHANGE in the scope of the Project or the Architect's services, the Architect shall continue to perform in accordance with the terms of this Agreement during the course of any renegotiation of the Architect's compensation hereunder.

# EXHIBIT D - Fixed Limit Of Construction

| | | |
|---|---|---|
| 1. | **Project:** | **Prince-Welch Pre-K8 School Project, New Haven, Connecticut** |
| 2. | **Location:** | **Along Congress Avenue between Ward and Baldwin Streets** |
| 3. | **Type:** | **Construction of the new Prince-Welch School for Pre-K8 grades.** |
| 4. | **Enrollment:** | **600 Pupils** |

## 5. Fixed Limit of Construction: $17,100,000

The value for the Fixed Limit of Construction anticipates the start of construction in the year of 2004. It does include assumed escalation in construction costs. The following items of work are budgeted in other areas of the Owner's Project budget and are, therefore, also excluded from the Fixed Limit of Construction:

- **Computer Equipment**
- **New Furnishings**
- **Demolition of existing properties _ [Exception: The cost of the rework, closing and demolition of existing public right of ways (roads and sidewalks) and related utilities are included in the Fixed Limit of Construction.]**
- **Construction Manager's General Conditions and Fee**

Standard Architect Agreement - February 2003

# EXHIBIT F – HOURLY RATES

Per the terms of Article 3, Subparagraph 10.4.2 of this agreement, approved
Additional Services provided by Architect shall be compensated per the following
hourly rates.

| | Hourly Rates ($) |
|---|---|
| Principal | $150 |
| Project Manager | $125 |
| Senior Architect | $100 |
| Specification Writer | $110 |
| Architect | $ 90 |
| Senior CAD Operator / Draftsman | $ 70 |
| Clerical | $ 55 |

Hourly rates for additional professional services as indicated in subparagraph
10.4.2 shall remain in effect through 2006.  The Architect may seek to adjust rates
each year after this period to reflect standard cost of living increases or to offset
annual inflation.  No rate adjustment shall exceed 5% during any given year.  All
adjustments are subject to approval by Owner.

# EXHIBIT G – SCHEDULE OF BASIC SERVICES

The Architect agrees to complete the different phases of Basic Services within the following specified periods, in calendar weeks, beginning on the date of the written notice to proceed for each phase:

**PHASE**

| | |
|---|---|
| Programming and Planning | 8  weeks |
| Schematic Design | 13 weeks |
| Design Development | 17 weeks |
| Construction Documents: | 22 weeks |

## NOTES

1. Owner's or other agencies' review and approval periods should not be assumed to be included in these durations.

2. Work should not be assumed to be continuous.  Unless directed in writing by Owner, Architect should not proceed onto any subsequent phase of work without receiving approval on the preceding phase.

# EXHIBIT I – SCHEDULE OF VALUES FOR SERVICES

**The Architect agrees to complete the different phases of Basic Services and Additional services within the following specified values and budget allowances:**

| Item Description: | Article | Values: |
|---|---|---|
| Basic Design Services | 2.1 | |
| Schematic Design Phase | 2.2 | $224,200 |
| Design Development Phase | 2.3 | $246,620 |
| Construction Document Phase | 2.4 | $392,350 |
| Bidding Phase | 2.5 | $ 33,630 |
| Construction Administration Phase | 2.6 | $224,200 |
| **Subtotal: Basic Design Services:** | | $1,121,000 |
| Additional Design Services - Allowances | | |
| Measured Drawings | 12.4 | Not Used |
| Non-illuminated Scale Model | 12.7 | $14,700 |
| As–Built / Record Reproducible Drawings | 12.8 | $32,000 |
| Building Program / Ed Specs | 12.9 | $10,000 |
| Site Selection | 10.4.2 | *Completed |
| Hourly Rate Additional Services | 10.4.2 | $20,000 |
| **Subtotal: Additional Services** | | $56,000 |
| Consultant - Allowances: | | |
| Telecommunications Specialist | 12.10 | $29,000 |
| Security Consultant | 12.10 | $20,000 |
| Site Survey | 12.10 | * $10,000 |
| Lighting Consultant | 12.10 | $10,000 |
| Acoustical Consultant | 12.10 | $10,000 |
| Audio Visual Consultant | 12.10 | $10,000 |
| Kitchen / Food Service Design Consultant | 12.10 | $15,000 |
| Code Consultant | 12.10 | $10,000 |
| Energy Modeling Consultant | 12.10 | $10,000 |
| FF&E Consultant | 12.10 | By Owner |
| Geotechnical Consultant | 12.10 | * $10,000 |
| Traffic Study | 12.10 | * $ 1,500 |
| Theater/stage consultant | 12.10 | Not Used |
| Independent Document Coordination Review | 12.14 | $22,000 |
| **Subtotal: Consultants** | | $157,500 |
| Total | | $1,334,500 |
| Reimbursable expenses allowance | 10.2.1 | $40,000 |
| Total of Table: | | $1,374,500 |

[Items noted with an asterisk (*) represent services provided under previous Agreements (dated March 27, 2000 and February 10, 1997). That information shall be used as part of this Agreement.]

All assignments and uses of the additional services and consultants require the prior written approval of the owner. The values for additional services and consultants shall include the Architect's overhead and profit.

# EXHIBIT J – DESCRIPTION OF SITE SELECTION SERVICES

## SCOPE OF WORK

The Owner shall identify a proposed site for the design and construction of the Project. The Architect shall conduct an evaluation and analysis of the suitability of the proposed site. This assessment shall include the following:

### ZONING CONFORMITY:

A review and analysis of the site with respect to minimum site area; allowable site coverage; front, rear, and side yard setbacks; building height limitations; parking, and related zoning issues.

### SITE OPEN SPACE DEVELOPMENT ANALYSIS:

Recognizing that open space for recreational purposes is at a premium in New Haven, this analysis will address the primary considerations and/or alternatives for recreational activities. An assessment will be made to determine probable exterior active/passive play areas, and complimentary indoor active/passive recreational areas.

### TRAFFIC AND PARKING:

A general analysis of the site area for the purposes of providing on site parking for staff, visitors, and commercial activities will be performed. Additionally, a general assessment of the site for traffic flow patterns will be undertaken. The traffic assessment will include evaluating the building placement for optimum vehicular access, safety considerations for egress and ingress, handicapped and visitor access needs and traffic count analysis for overall community impact.

### GENERAL SITE SUITABILITY EVALUATION

A complete evaluation of the site suitability will be performed evaluating overall project and community needs.

Standard Architect Agreement - February 2003



NHNP SCHOOL CONSTRUCTION PROGRAM

Model Space Program

Pre-K through 8th Grade

600 Students

| SPACE COMPONENT | BASE PROGRAM | | | No. of Pupils | NOTES |
|---|---|---|---|---|---|
| | Qty. | Area NSF | Total NSF | | |
| CLASSROOM AREAS | | TOTAL: | 25,460 | 600 | |
| Pre-K | 2 | 1000 | 2,000 | 40 | |
| Toilets | 4 | 60 | 240 | | |
| Kindergarten | 2 | 1000 | 2,000 | 52 | |
| Toilets | 2 | 60 | 120 | | |
| First Grade | 2 | 900 | 1,800 | 52 | |
| Toilets | 2 | 60 | 120 | | |
| Second Grade | 2 | 900 | 1,800 | 52 | |
| Third Grade | 2 | 900 | 1,800 | 54 | |
| Fourth Grade | 2 | 900 | 1,800 | 54 | |
| English Classroom | 2 | 900 | 1,800 | 54 | Also serves as a homeroom |
| Social Studies Classroom | 2 | 900 | 1,800 | 54 | Also serves as a homeroom |
| Math Classroom | 2 | 900 | 1,800 | 54 | Also serves as a homeroom |
| Science Classroom | 2 | 900 | 1,800 | 54 | Also serves as a homeroom |
| Science Lab | 1 | 1100 | 1,100 | | |
| Discovery Room / Flex Room | 1 | 900 | 900 | 26 | |
| Computer Lab | 1 | 800 | 800 | | Adjacent to Media center |
| Foreign Language | 1 | 900 | 900 | | General classroom layout |
| Special Education | 3 | 900 | 2,700 | 54 | One each for primary, intermediate & middle |
| Toilets | 3 | 60 | 180 | | |
| CLASSROOM SUPPORT | | TOTAL: | 1,150 | | |
| Science Store Room | 1 | 100 | 100 | | |
| Science Prep Room | 1 | 100 | 100 | | |
| Foreign Language Office | 1 | 150 | 150 | | Accessible within MS Science room |
| Special Education Resource Room | 2 | 400 | 800 | | |
| MUSIC | | TOTAL: | 2,550 | | |
| General Music / Choral Classroom | 1 | 900 | 900 | | |
| Instrumental / Electronic Classroom | 1 | 1200 | 1,200 | | |
| Practice Room | 1 | 100 | 100 | | |
| Music Storage | 1 | 200 | 200 | | |
| Office/Workroom | 1 | 150 | 150 | | |
| ART | | TOTAL: | 1,370 | | |
| Studio | 1 | 1,100 | 1,100 | | |
| Kiln Room | 1 | 120 | 120 | | |
| Storage Room | 1 | 150 | 150 | | |
| LIBRARY/MEDIA CENTER | | TOTAL: | 3,800 | | |
| Circulation/Entrance/ Desk | 1 | 200 | 200 | | |
| Reference | 1 | 150 | 150 | | |
| Periodicals | 1 | 200 | 200 | | |
| Book Stacks | 1 | 1,000 | 1,000 | | |
| Computer Area | 1 | 200 | 200 | | |
| Class Assembly/Reading Area | 1 | 1,500 | 1,500 | | |
| Office / Workroom | 1 | 300 | 300 | | |
| Computer Network Room | 1 | 250 | 250 | | Refer to latest Technology Plan |



# NHNP SCHOOL CONSTRUCTION PROGRAM

Model Space Program

Pre-K through 8th Grade

600 Students

| SPACE COMPONENT | BASE PROGRAM | | | No. of Pupils | NOTES |
|---|---|---|---|---|---|
| | Qty. | Area NSF | Total NSF | | |
| **PHYSICAL EDUCATION** | | TOTAL: | 8,360 | | |
| Gymnasium | 1 | 6,370 | 6,370 | | |
| Gym Equipment Storage | 1 | 200 | 200 | | |
| Boy's Locker Room | 1 | 600 | 600 | | |
| Girl's Locker Room | 1 | 600 | 600 | | |
| Coach's Offices | 2 | 110 | 220 | | |
| Toilet and Shower | 2 | 85 | 170 | | |
| Outdoor Gym Equip Storage | 1 | 200 | 200 | | |
| **STAGE AREA** | | TOTAL: | 1,830 | | |
| Stage Area | 1 | 900 | 900 | | To be located in the Cafeteria or the Gymnasium |
| Ramps | 1 | 380 | 380 | | |
| Backstage/Storage | 1 | 200 | 200 | | |
| Chair/Table/Riser Storage | 1 | 350 | 350 | | |
| **CAFETERIA** | | TOTAL: | 3,400 | | |
| Seating Area | 1 | 3,000 | 3,000 | 200 | 3 waves |
| Teachers' Dining Room | 1 | 400 | 400 | | |
| **KITCHEN** | | TOTAL: | 1,920 | | |
| Receiving | 1 | 100 | 100 | | |
| Washdown/Garbage | 1 | 200 | 200 | | |
| Refrigerator Storage (Walk-in) | 1 | 100 | 100 | | |
| Freezer Storage (Walk-in) | 1 | 100 | 100 | | |
| Dry Storage | 1 | 100 | 100 | | |
| Paper/Cleaning Storage | 2 | 50 | 100 | | |
| Utensil Storage | 1 | 50 | 50 | | |
| Manager Office | 1 | 70 | 70 | | |
| Warming/ Prep Area | 1 | 600 | 600 | | |
| Serving Area | 1 | 400 | 400 | | 2 Serving Lines |
| Locker | 1 | 40 | 40 | | |
| Toilet | 1 | 60 | 60 | | |
| **PARENTS AREA** | | TOTAL: | 200 | | |
| Parent All-Purpose Room | 1 | 200 | 200 | | |
| **MAIN ENTRANCE & LOBBY** | | TOTAL: | 800 | | |
| Entrance Lobby | 1 | 800 | 800 | | |
| **ADMINISTRATION** | | TOTAL: | 1,440 | | |
| Reception/Waiting | 1 | 150 | 150 | | |
| General Office Area | 1 | 300 | 300 | | |
| Principal's Office | 1 | 180 | 180 | | |
| Document Storage Area | 1 | 100 | 100 | | |
| Mail/Work Room | 1 | 200 | 200 | | |
| Asst. Administrator's Office | 1 | 150 | 150 | | |
| Conference room | 1 | 200 | 200 | | |
| Security Office | 1 | 100 | 100 | | |
| Toilets | 1 | 60 | 60 | | |



# NHNP SCHOOL CONSTRUCTION PROGRAM

Model Space Program

Pre-K through 8th Grade

600 Students

| SPACE COMPONENT | BASE PROGRAM | | | No. of Pupils | NOTES |
|---|---|---|---|---|---|
| | Qty. | Area NSF | Total NSF | | |
| **TEACHER SUPPORT** | | TOTAL: | 400 | | |
| Work Room | 2 | 200 | 400 | | |
| **GUIDANCE & STUDENT SUPPORT** | | TOTAL: | 1,430 | | |
| Guidance Counselor Office | 1 | 150 | 150 | | |
| Social Worker | 1 | 150 | 150 | | |
| Bilingual / ESL | 1 | 150 | 150 | | |
| Speech Pathologist | 1 | 150 | 150 | | |
| Conference / PPT Room | 1 | 200 | 200 | | |
| Psychologist | 1 | 150 | 150 | | |
| Testing Area | 1 | 80 | 80 | | |
| Work/Storage Room | 1 | 200 | 200 | | |
| Waiting | 1 | 200 | 200 | | |
| **HEALTH CLINIC** | | TOTAL: | 710 | | |
| Reception/Waiting | 1 | 100 | 100 | | |
| Exam Room | 1 | 80 | 80 | | |
| Nurse's Office | 1 | 120 | 120 | | |
| Clinic Director's Office | 1 | 120 | 120 | | |
| Files/Storage | 1 | 60 | 60 | | |
| Cot Area | 1 | 150 | 150 | | 3 Cots |
| Toilet | 1 | 80 | 80 | | |
| **BUILDING SUPPORT SPACE** | | TOTAL: | 4,710 | | |
| Boiler Room | 1 | 800 | 800 | | |
| Electrical Room | 2 | 100 | 200 | | |
| Electrical sub-closet | 2 | 65 | 130 | | |
| Data sub-closets | 2 | 65 | 130 | | |
| Telecom Equipment Room | 1 | 80 | 80 | | |
| Fire pump Room | 1 | 150 | 150 | | Where required |
| Elevator room | 1 | 60 | 60 | | Where required |
| Outdoor Maint. Equip. Storage | 1 | 200 | 200 | | Can be detached from main building |
| General Storage | 1 | 800 | 800 | | Can split into 2 rooms |
| Staff Toilets | 6 | 60 | 360 | | |
| Gang Toilets | 6 | 300 | 1,800 | | |
| **CUSTODIAL AREA** | | TOTAL: | 1,140 | | |
| Office | 1 | 70 | 70 | | |
| Lockers/Toilet | 1 | 100 | 100 | | |
| Work Room | 1 | 400 | 400 | | |
| Supply Room | 2 | 60 | 120 | | |
| Custodial Closet | 2 | 60 | 120 | | |
| Maintenance Equipment Room | 1 | 150 | 150 | | |
| Trash Room | 1 | 90 | 90 | | |
| Recycling Center | 1 | 90 | 90 | | |

| | | | |
|---|---|---|---|
| NET SF AREA: | 60,670 | 600 | PROJECTED ENROLLMENT |
| GSF FACTOR: | 1.38 | 139.56 | Allowable Area / Student |
| GROSS AREA: | 83,725 | 83,736 | MAXIMUM AREA PER ENROLLMENT |

# **EXHIBIT G**

# SPECIAL ADMINISTRATION/FINANCE COMMITTEE MEETING
## 54 MEADOW STREET – CONFERENCE ROOM 5A
### FRIDAY, MAY 23, 2003 – 8:15 A.M.

**Chairman:**   Mr. John A. Prokop, Jr.

1.          Food Service Workers' Contract

2.          Architectural Services

I hereby certify this to be a true and accurate copy of the within Special Administration
Finance Committee Meeting Agenda for its meeting on May 23, 2003 dated same.

_Susan E. Weisselberg_
Susan E. Weisselberg
School Construction Program Coordinator

# **EXHIBIT H**

**SPECIAL ADMINISTRATION/FINANCE COMMITTEE MEETING
54 MEADOW STREET – CONFERENCE ROOM 5A
FRIDAY, MAY 23, 2003**

Meeting Called to Order:   8:15AM
Adjourned:               9:20AM

Attendees:          Mayor John DeStefano, Jr., Dr. Reginald Mayo, Tom Ude, Esq.,
Mr. William Clark, Mr., John A. Prokop, Jr., Mr. Richard Abbatiello,
Ms. Frances Padilla, Mr. Peter C. Villano, Mr. Tom Rogér, Ms. Susan
Weisselberg, Mr. Claude E. Watt, Jr.

<u>MINUTES</u>

1.    **Agreements**

     a.    The Committee recommended **Termination** of an **Agreement** by and
          between the New Haven Board of Education and Architects Environmental
          Collaborative International, P.C., 300 Whalley Avenue, New Haven, CT for
          Architectural Services for the New Prince/Welch PK-8 School.

     b.    The Committee recommended **Approval** of an Agreement by and between the
          New Haven Board of Education and Davis Brody Bond, 315 Hudson Street,
          New York, New York to provide Professional Design Services for the New
          Prince/Welch PK-8 School, in an amount not to exceed $1,374,500.

          Funding Source:       Capital Projects #3098-98GG

     c.    The Committee recommended **Approval** of a four-year **Collective**
          **Bargaining Agreement** by and between the New Haven Board of Education,
          and Local 217, Cafeteria Workers' Union, covering the period from July 1,
          2002 through June 30, 2006.

**I hereby certify this to be a true and accurate copy of the within minutes of the
Special Administration/Finance Committee meeting held on May 23, 2003 and dated same.**

**Susan E. Weisselberg
School Construction Program Coordinator**

# **EXHIBIT I**

*Preliminary Internal Draft Subject to Revision – 5/23/03*

Concerns:

Hill Career, constructed 1996 – 1998
- Quality of drawings
- Change orders
- Timeliness of drawings
- Materials/windows difficult to repair, replace
- In arbitration now, claiming against the bond


Prince Welch
- Six projects approved Summer 1996, SBBACs formed, architects retained late 1996 – early 1997
- Prince Welch site selection for K-5, spring/summer 1997, architect not the lead
- Late 1999, decision to move to pre-K-8, revise site
- Architect worked with School Construction, City in evaluating revisions
- Conceptual design summer/fall 2000
- Schematic design, winter/spring 2001
- Design development, winter/spring 2002
- Design activities halted, June 2002 (no construction documents)
- Concerns -- quality of drawings
- Concerns -- timeliness of drawings
- Design echoed Hill Career – similar concerns re materials/windows
- Concerns re design in context of neighborhood – sprawling building footprint
- Presentation of designs in public settings not as thorough as for other school construction projects
- School elevations not shown within context of several blocks, as requested by School Construction Program per request of Historic District Commission
- Responsiveness to School-Based Building Advisory Committee in attendance of meetings and design not as strong as other architects for other school construction projects
- Responsiveness to comments, suggestions and requests from School Construction Program and City agencies not as strong as other architects for other school construction projects
- Based on above, concerns for project in moving forward, including ability to meet schedule with the necessary quality of documents