# EXHIBIT J

NEW HAVEN PUBLIC SCHOOLS
NEW HAVEN, CONNECTICUT

# _Minutes – Board of Education Meeting – May 27, 2003_

The meeting was called to order at 6:30 p.m. by Dr. Carlos A. Torre, President. The meeting was held in the Board Room of the Administrative Offices, Gateway Center, 54 Meadow Street, New Haven, Connecticut.

**Present:**

Dr. C. Torre, President; Dr. B. Perkins, Vice-President/Secretary; Ms. S. Whetstone, Mr. J. Prokop, Jr., Mr. R. Abbatiello, Mayor J. DeStefano, Jr., and Dr. E. Osborne, Associate Superintendent

**Absent:**

Ms. F. Padilla, Dr. V. Maholmes, and Dr. R. Mayo

**Guests:**

Book Bowl Winners 2003 – Betsy Ross Arts Magnet, Betsy Ross Book Bowlers – 4-5, _Emily Scranton, Katrina Errera, Erin Ahearn-Leger, Jacqueline Gonzalez,_ and _Sylvester Mensah_; Hooker Middle School, The Books 6-8, _Ellis Mitchell, Naveed Khoshnood, Daemien Collins, Zach Kfoglis,_ and _Shinnosuke Seto_; Coop High School, Coop Prose – 9-12, _Mike Gaetano, Heather Nixon, Melissa Reid, Virginia Smith, Rachel Darling_

**Playwriting Program** – _Katelyn Lovejoy_; Moira Malone, Drama Facilitator

**Special Presentation** – Career High School Jazz Ensemble - _Onica Victory, Jared Williams, Brandon Roberts, Jonathan Colon, Elvin Lopez, Maurice Wylie,_ and Scott McCoy, Director

**449-03**
**Reconvene in**
**Public Session**

**On the motion by Mr. Prokop, seconded by Ms. Whetstone, it was unanimously voted to Reconvene in Public Session.**

Ms. Catherine Sullivan-DeCarlo announced that there would be three sets of guests this evening. The winners of the 2003 Book Bowl; Moira Malone, drama facilitator for the Comprehensive Arts Program, and Dr. Perkins will make a special presentation to the Career High School Jazz Ensemble.

Dr. Regina Warner announced the 2003 Book Bowl winners in the 4-5 category are the Betsy Ross Book Bowlers from Betsy Ross Middle School, Erin Ahearn-Leger, Emily Scranton, Katrina Errera were present. Hooker Middle School won the 6-8 category. Unfortunately, the team could not be present because of a play rehearsal and baseball game. The high school winners are from Coop High School in the 9-12 category and Mike Gaetano was their representative.

When asked by Dr. Torre which book was their favorite, the Betsy Ross Book Bowlers all agreed that it was "Number the Stars" by Lois Lavery because it was about kids their age. Mike Gaetano of the Coop Prose commented that his team read a lot of good books. Ms. Joyce Kinarko of Coop remarked that they are very happy because they brought the trophy back to Coop after placing second last year. She thanked Dr. Mayo and the Board for supporting this program.

Mr. Abbatiello wanted to know the last time Betsy Ross won. Ms. Moore responded that prior to last year they won three consecutive years. They lost last year and this year they brought the trophy back to Betsy Ross.

Susan E. Weisselberg, School Construction Program Coordinator

held on May 27, 2003 re termination of architectural firm.

I hereby certify this to be a true and accurate copy of the within minutes of the BOE meeting

NEW HAVEN PUBLIC SCHOOLS
NEW HAVEN, CONNECTICUT

# *Minutes – Board of Education Meeting – May 27, 2003*

Ms. Sullivan-DeCarlo introduced Ms. Moira Malone the drama facilitator for the Comprehensive Arts Program to tell about a playwriting program that will take place at Long Wharf this Thursday. Ms. Malone explained that the Citywide School Playwriting Program affords students from all grade levels the opportunity to write plays, and theatre professionals are sent to the classrooms to do workshops with teachers and the teachers then pass the information on to their students. Ms. Malone pointed out that this year 23 teachers participated from 13 schools, 40 plays were submitted, and 13 of those will be performed at Long Wharf Theatre this Thursday. Ms. Malone remarked that she has invited Katelyn Lovejoy to read a portion of her monologue entitled, "No Mom". She added that Katelyn's mom is alive and well.

Ms. Lovejoy recited a portion of her monologue, which was very moving. She told everyone if they wanted to hear the rest they should go to Long Wharf on Thursday.

Ms. Sullivan-DeCarlo recognized Dr. Perkins. Dr. Perkins commented that he wanted to acknowledge a group of young people who represented the district very well at the annual Educational Leadership Of The Year Awards dinner at which Mayor DeStefano and Dr. Mayo were honored as educational leaders of the year. Dr. Perkins remarked that he owes Dr. Regina Warner a debt of gratitude for helping to arrange for the Career High School Jazz Ensemble to perform that evening. This was a wonderful opportunity for this young group of musicians not only to entertain for the evening, but to also showcase some of the wonderful talent that we have in our district. Everyone commented on how well-mannered and professional the group was. Dr. Perkins commented that he had a small token of appreciation for each member from Southern in recognition of their contribution that evening.

Dr. Perkins remarked that Mr. McCoy, the director of the Ensemble is a PhD at Yale in music theory and he was very enthusiastic about having the Ensemble participate. Dr. Perkins pointed out that Mr. McCoy is a fine example of the quality of teachers that we have in the New Haven School District. Ms. Onica Victory and Mr. McCoy came forward on behalf of the Ensemble.

Mr. Abbatiello mentioned that he has known Ms. Victory for 14 years. His wife was her second grade teacher.

Each group of guests posed for a photo with members of the board.

Dr. Torre congratulated all of the students on their achievements.

| | |
|---|---|
| **450-03**<br>**Add Resolution**<br>**to Agenda** | On the motion by **Dr. Perkins**, seconded by **Mr. Prokop**, it was unanimously voted to **Add a Resolution** regarding the **Administrative Retirement Package to the Action Items Agenda.** |

**NEW HAVEN PUBLIC SCHOOLS**
**NEW HAVEN, CONNECTICUT**

# *Minutes – Board of Education Meeting – May 27, 2003*

**Administration/Finance**
**Committee Report**     Mr. Prokop reported that the committee met and recommend for approval seven
agreements, and eight contracts. Agreements #3 and #6 are being tabled
pending further information. Mr. Prokop highlighted the collective bargaining
agreement with Local 217. He acknowledged and commended the cafeteria
workers on the commitments that they made especially to their healthcare
package. Mr. Prokop added that the concessions they made will result in a cost
savings of $75,000 to the City of New Haven. He remarked that he appreciated
their fine efforts.

**Curriculum Committee**
**Report**     Dr. Torre reported, in Dr. Maholmes' absence, that the committee met and
submit for approval two overnight field trips, seven abstracts, and seven
agreements.

**Building Committee**
**Report**     Mayor DeStefano reported that the citywide school building committee met on
May 8th and approved construction managers for Barnard, Beecher, Clinton,
Coop, Hooker, Troup and the Pardee Greenhouse projects.

The Mayor commented that, for those that are interested, they will meet on June
12th at which time they will update enrollment projections for the district for the
next five years. They will also be advancing the new standards for design
materials and energy standards that are going to be used in all the buildings now
under design.

Mayor DeStefano announced that this Saturday at noon the new
Aquaculture/Science Center will be dedicated at the Sound School. He invited
everyone to attend.

The Mayor remarked that on Friday he, Dr. Mayo, Representative Bill Dyson
and Representative Cam Staples met with Commissioner Sergi and as a result of
those discussions they will be recommending to size the new Cooperative Arts
Magnet from 500 to600 students. They will also be recommending that Jackie
Robinson become an interdistrict magnet school. These proposals will be
brought to the board at a later date.

**Superintendent's Report**
        Dr. Osborne reported in Dr. Mayo's absence. She commented on the students
that were honored this evening and remarked that reading, drama and music are
three areas in which she is very interested in. She added that we should all be
very proud of all of our students and all of our teachers for helping our students
progress in each one of these areas.

Dr. Osborne stated that everyone knows how important the CMT is and how we
have to prepare our students the best we can for them. We have a very
dedicated teaching staff and supervisory staff who are helping our students
develop the skills they need to do well on the Connecticut Mastery. This year

**NEW HAVEN PUBLIC SCHOOLS**
**NEW HAVEN, CONNECTICUT**

# *Minutes – Board of Education Meeting – May 27, 2003*

Dr. Mayo has asked the staff to develop an extension program around the Connecticut Mastery training. Dr. Charles Warner has been asked to do a summer program around CMT.

Dr. Warner explained that when they were discussing ways to develop a program for CMT instruction, they decided to link the instruction around the curriculum that was already in place in grades 4, 6 and 8. Summer school runs from June 30 to August 1 and school begins August 26, so they decided to give the kids a breather and start the CMT summer camp program August 11th through the 22nd.

Dr. Warner gave an overview of the summer programs that are already in place, such as the Mandatory Summer Reading Academies, the Gear-Up Summer Learning Camp, the Summer High School Study Program and the K-5 Summer Reading & Science Academy.

Dr. Warner explained that the purpose of the CMT Summer Camp is to provide 500 students entering grades 4, 6 and 8 with additional instruction around CMT objectives and test-taking strategies. Dr. Warner pointed out that this initiative is open to all regular, special ed and bilingual students who will be taking the CMT this fall. Dr. Warner remarked that the CMT camp sites would be at all 24 Title I schools. He again mentioned that the classes will take place from August 11th to August 22nd, Monday through Friday with four hours of instruction per day. Lunch and transportation will be provided to students in the program. Dr. Warner added that applications will be available at the schools and mailed to parents by June 6th and they are due back to the school by June 18th.

There will be 15 students per class, and each class will be staffed with one teacher and two paraprofessionals. Staff development will be provided by the reading and math supervisors, and parent workshops will be provided by the Title I supervisor. Dr. Warner mentioned that the focus of the program will be reading, writing and math.

The curriculum will consist of Reading, Math, Writing, CMT test-taking strategies and enrichment and motivational activities for students. Dr. Warner pointed out that they believe that in order for students to take control of their learning they must also be reminded that they are responsible for their learning. The effective intervention component will be to get them mentally prepared as well as intellectually prepared. Supplemental materials and take-home materials will also be provided to students.

Dr. Warner commented that the program also has a parent component which includes "Make It and Take It Workshops" provided by the Title I Department. These workshops will be tied into the curriculum and the instruction that actually takes place that day. Family workshops will also be provided by each participating school as well as informational and motivational meetings on the importance of the CMT. All of this is being done to give parents a thorough understanding of the importance of the CMT. Other materials being offered to

NEW HAVEN PUBLIC SCHOOLS
NEW HAVEN, CONNECTICUT
## Minutes – Board of Education Meeting – May 27, 2003

parents are test-taking strategies, take-home workbooks and materials, and instructions on how to prepare one's child to take the CMT.

Dr. Warner continued with the curriculum. In mathematics the district's CMT data will be used to structure student groups. The student will work on the math strands that will have the greatest impact on overall CMT scores as determined by the supervisor of Mathematics. An example of this is that the 4 number sense strands make up 20 to 25% of the overall score. Dr. Warner pointed out that teachers will use highly structured materials to accomplish the goal of improving the students CMT scores. Also, the content of the math curriculum will include math test-taking strategies and reading in math strategies. The students will receive a 50 minute post-test and the results of that will be scanned and ready for the first day of school. A parent review calendar will be sent home to parents to support the summer CMT camp curriculum.

Dr. Warner explained that the Language Arts and Writing curriculum would consist of reading comprehension in which students will be given CMT "like" reading passages with open-ended questions and response journals to answer open-ended questions will be provided to students. School teams will look at district CMT results and group students using the assessment data. School teams will also scaffold instruction to meet the needs of all students, and written responses for open-ended questions will also be scaffold. Dr. Warner pointed out that in writing, the focus will be on editing and revising passages. Students will be given CMT "like" editing and revising passages and there will be a focus on writing prompts where students will practice scoring prompts using the state's rubric. This is something they already do but this time it will be done in a more timely fashion.

Dr. Warner commented that in light of the fact that students have already been in school for 9½ months, they wanted to do something to enhance the psyche of the students so they came up with some incentives. These incentives include site-based award ceremonies, where students would receive CMT recognition certificates for participating in the CMT Summer Camp, and holding celebrations at each school site at the end of the CMT Summer Camp Program. This should help to raise the level of participation and attendance in the Summer Camp.

In closing, Dr. Warner pointed out that in addition to the Superintendent's Executive Summer CMT Camp, students will be invited to participate in two Saturday CMT sessions prior to the administration of the test. These sessions will be held on September 6th and 13th from 9:00 a.m. to 10:00 p.m. Breakfast, lunch and transportation will be provided to students at both sessions.

Dr. Warner gave special thanks to Mayor DeStefano, Dr. Mayo and members of the Board of Education. He acknowledged his colleagues who were instrumental in helping him put the program together, Dr. Eleanor Osborne, Ms. Leida Pacini, Ms. Pam Barker-Jones, Ms. Imma Canelli, and Ms. Dietria Wells.

NEW HAVEN PUBLIC SCHOOLS
NEW HAVEN, CONNECTICUT

# *Minutes – Board of Education Meeting – May 27, 2003*

A discussion took place.

Dr. Osborne thanked Dr. Warner for his presentation. She commented that as everyone can see we are getting to year-round schooling. It is very important to give our students that extra advantage and we are hoping that this is another initiative that will provide them that advantage.

**451-03**
**Approval of**
**Superintendent's**
**Personnel Report**

On the motion by **Dr. Perkins**, seconded by **Ms. Whetstone**, it was unanimously voted to approve the **Superintendent's Personnel Report.**

On the motion by **Dr. Perkins**, seconded by **Ms. Whetstone**, it was unanimously voted to approve the following **OVERNIGHT FIELD TRIPS:**

**452-03**
**Sound School**
**to Mystic, CT**

An overnight field trip by 8, 10th-11th grade students from the Sound School to Mystic Seaport, Mystic, CT on June 23-27, 2003 with appropriate insurance.

**453-03**
**Jepson to**
**Orange, CT**

An overnight field trip by 40, Intermediate (Grade 2) students from Benjamin Jepson School to Camp Cedarcrest, Orange, CT on June 5-6, 2003, with appropriate insurance.

On the motion by **Dr. Perkins**, seconded by **Ms. Whetstone**, it was unanimously voted to approve the following **ABSTRACTS:**

**454-03**  *Carl Perkins Vocational Entitlement*, in the amount of $708,142.

**455-03**  *Wexler/Grant Family Resource Center*, in the amount of $100,000.

**456-03**  *Young Parents Day Care Support Program*, in the amount of $14,767.

**457-03**  *GEAR UP*, in the amount of $150,000.

**458-03**  *The e-Learning Project*, in the amount of $72,802.

**459-03**  *WAVES (Work Activities Validate Educational Skills)*, in the amount of $71,884.

**460-03**  *Adult Education*, in the amount of $3,671,001.

On the motion by **Dr. Perkins**, seconded by **Ms. Whetstone**, it was unanimously voted to approve the following **AGREEMENTS:**

**461-03**
**American**
**Education**
**Solutions, Inc.**

An agreement by and between the New Haven Board of Education and American Education Solutions, Inc., for the Development and Submission of the Voluntary School Choice Program proposal from May 28 to June 30, 2003, in an amount not to exceed $7,500.

NEW HAVEN PUBLIC SCHOOLS
NEW HAVEN, CONNECTICUT
## *Minutes – Board of Education Meeting – May 27, 2003*

**462-03**
**Calgary Academy**

An agreement by and between the New Haven Board of Education and Calgary Academy for Professional Development of Amistad Academy lead teachers in differentiated instruction and other instructional methodologies from October 24, 2002 to April 26, 2003 in an amount not to exceed $20,000.

**463-03**
**Harriet J. Ball,**
**Musical Ball**
**Points**

An agreement by and between the New Haven Board of Education and Harriet J. Ball, Musical Ball Points to teach Amistad Academy staff mnemonic, multi-sensory teaching strategies on January 16-17, 2003 in an amount not to exceed $5,000.

**464-03**
**Amendment #1 to**
**Agreement with**
**New Haven**
**Ecology Project**

Amendment #1 to Agreement #95582225 with the New Haven Ecology Project increasing the original amount of the Barnard State Lighthouse services by $7,800 from $27,500 to $35,300 to provide eight additional days of training by two NHEP consultants.

**465-03**
**IBM**

An agreement by and between the New Haven Board of Education and IBM to provide 500 licenses to Learning Village at New Haven Public Schools from May 20 to June 30, 2003 in an amount not to exceed $8,000.

**466-03**
**Dr. Robert Pauker**

An agreement by and between the New Haven Board of Education and Dr. Robert Pauker to develop Science Lab Writing Materials for students in grades 5-8 from May 28 to June 30, 2003 in an amount not to exceed $11,470.

**467-03**
**Magellan**
**Behavioral**
**Health, Inc.**

An agreement by and between Magellan Behavioral Health, Inc., and the New Haven Board of Education as an affiliate for outpatient and/or inpatient mental health and/or substance abuse treatment services ordered by a Participating Provider and authorized by Magellan pursuant to Member's Benefit Plan and rendered at Facility. Unless terminated by either party, the agreement shall automatically renew on a year-to-year basis on the same terms and conditions.

**On the motion by Dr. Perkins, seconded by Ms. Whetstone, it was unanimously voted to approve the following AGREEMENTS:**

**468-03**
**Amendment #7,**
**Fusco Corp.**

Amendment #7 to an Agreement by and between the New Haven Board of Education and Fusco Corp., 555 Long Wharf Dr., New Haven, CT for an interim Guaranteed Maximum Price (GMP) adjustment based on the contract awards received on May 1, 2003 for Masonry, Elevators, Plumbing and Heating for the new Fair Haven Pre-K8 School:

| | |
|---|---|
| Original Agreement Amount: | $    126,240 |
| Amendment #1 | 795,346 |
| Amendment #2 | 2,217,515 |
| Amendment #3 | 4,862,309 |
| Amendment #4 | 1,371,144 |
| Amendment #5 | 673,177 |
| Amendment #6 | 330,486 |
| Amendment #7 | 5,895,690 |

NEW HAVEN PUBLIC SCHOOLS
NEW HAVEN, CONNECTICUT

# *Minutes – Board of Education Meeting – May 27, 2003*

Total Agreement Amount:        $16,271,907

**469-03**
**Amendment #1,**
**Herbert S. Newman**
**and Partners, PC**

Amendment #1 to an Agreement by and between the New Haven Board of Education and Herbert S. Newman and Partners, PC, 300 York St., New Haven, CT for the provision of Architectural Services for Troup School. This Amendment adds site survey services (T-2 and A-2 surveys), a preliminary Geo-technical Study with test borings and a Traffic Engineering Study for the existing building and site.

| | |
|---|---:|
| Original Agreement Amount: | $270,280 |
| Amendment #1 | 28,050 |
| Total Agreement Amount: | $298,330 |

**470-03**
**Settlement**
**Agreement with**
**Various contractors**
**For Conte/West**
**Hills Renovations**

A Release and Settlement Agreement by and among the New Haven Board of Education, Premier-New York, Inc., RAC Connecticut, Inc., American Casualty Company of Reading, PA and Herbert S. Newman and Partners, PC for the renovation of and additions to the Conte/West Hills School in the amount of $156,166 for which $78,296 is additional funds. The current project budget, as adjusted two years ago, includes funding for this settlement. The settlement also provides for the roof warranty to be turned over to the owner.

**471-03**
**Amendment #10,**
**Fusco Corp.**

Amendment #10 to an Agreement b and between the New Haven Board of Education and Fusco Corp., 555 Long Wharf Dr., New Haven, CT for various items of work required to meet program needs for the Wexler/Grant School:

| | |
|---|---:|
| Original Agreement Amount: | $ 1,122,163 |
| Amendment #1 | 631,879 |
| Amendment #2 | 2,847,232 |
| Amendment #3 | 1,601,543 |
| Amendment #4 | 9,528,414 |
| Amendment #5 | 2,171,809 |
| Amendment #6 | 380,739 |
| Amendment #7 | 870,530 |
| Amendment #8 | (310,000) |
| Amendment #9 | 162,424 |
| Amendment #10 | 88,278 |
| Total Agreement Amount: | $19,095,011 |

**472-03**

The Termination of the Agreement by and between the New Haven Board of Education (Owner) and Architects Environmental Collaborative International, PC (Architect) for the Prince/Welch K-8 School Project.

**473-03**
**Davis Brody**
**Bond LLP**

An agreement by and between the New Haven Board of Education (Owner) and Davis Brody Bond, LLP (Architect), 315 Hudson St., New York, NY to provide Professional Design Services for the Prince/Welch PreK-8 School Project, in an amount not to exceed $1,374,500.

NEW HAVEN PUBLIC SCHOOLS
NEW HAVEN, CONNECTICUT
## _Minutes – Board of Education Meeting – May 27, 2003_

| | |
|---|---|
| 474-03<br>Cafeteria<br>Workers' Union | A four-year Collective Bargaining Agreement by and between the New Haven Board of Education and Local 217, Cafeteria Workers' Union for the period from July 1, 2002 through June 30, 2006. |

**On the motion by Dr. Perkins, seconded by Ms. Whetstone, it was unanimously voted to approve the following CONTRACTS:**

| | |
|---|---|
| 475-03<br>Contract #20422,<br>Earth Technology,<br>II, LIC | An award of Contract #20422 for On-Call Sewer and Drain Repairs to the lowest qualified bidder Earth Technology II, LIC, 250 Sackett Point Rd., North Haven, CT for the New Haven Public Schools, in an amount not to exceed $60,000. |
| 476-03<br>Contract #20423,<br>Connecticut<br>Electrical Assoc. | An award of Contract #20423 for On-Call Security Camera Testing and Repair to the lowest qualified bidder Connecticut Electrical Associates, 35 Townsend Ave., New Haven, CT for the New Haven Public Schools, in an amount not to exceed $75,000. |
| 477-03<br>Contract #20424,<br>EdMor Electric<br>Co., Inc. | An award of Contract #20424 for On-Call Public Address System Repairs to the lowest qualified bidder Ed-Mor Electric Co., Inc., 2066 State St., Hamden, CT for the New Haven Public Schools, in an amount not to exceed $75,000. |
| 478-03<br>Contract #20425,<br>G & L Capasso<br>Restoration, Inc. | An award of Contract #20425 for Masonry, Concrete and Plaster Repairs to the lowest qualified bidder G & L Capasso Restoration, Inc., 15 Oxford St., New Haven, CT for the New Haven Public Schools, in an amount not to exceed $100,000. |
| 479-03<br>Contract #20427,<br>Fire Protection<br>Testing, Inc. | An award of Contract #20427 for On-Call Fire Alarm Testing, Inspection and Repair to the lowest qualified bidder Fire Protection Testing, Inc., 1701 Highland Ave., Cheshire, CT for the New Haven Public Schools, in an amount not to exceed $150,000. |
| 480-03<br>Contract #20428,<br>Pasquariello<br>Electric Corp. | An award of Contract #20428 for Electrical Systems Repair and Replacement Services to the lowest qualified bidder Pasquariello Electric Corp., 297 Peck St., New Haven, CT for the New Haven Public Schools, in an amount not to exceed $150,000. |
| 481-03<br>Contract #50025,<br>East Shore<br>Glass, Inc. | An award of Contract #50025 for Glass and Glazier Repair and Replacement to the lowest qualified bidder East Shore Glass, Inc., 132 Main St., New Haven, CT for the New Haven Public Schools, in an amount not to exceed $65,000. |
| 482-03<br>Matthews<br>Buses, Inc. | A Purchase and Maintenance Contract for a School Bus to be used for the Sliver/Transition Secondary Grant Program at Wilbur Cross High School to Matthews Buses, Inc., 11 Harvest La., Tolland, CT in an amount not to exceed $44,830. The vehicle is being purchased under the State School Bus Contract in the amount of $41,580. The Maintenance Contract is 100,000 miles or 5 years in the amount of $3,250. |

NEW HAVEN PUBLIC SCHOOLS
NEW HAVEN, CONNECTICUT

# *Minutes – Board of Education Meeting – May 27, 2003*

**483-03**  On the motion by Dr. Perkins, seconded by Ms. Whetstone, it was unanimously voted to approve the following BOARD RESOLUTION:

"BE IT RESOLVED" that certified administrators who choose to either retire or resign on or before June 30, 2003, the following offer is made:

If notice of retirement or resignation is received by the Director of Personnel and Labor relations *on or before the close of business on June 11, 2003*, then the New Haven Board of Education will pay up to the first ten (10) certified administrators providing this notice thirty thousand dollars ($30,000).

The New Haven Board of Education will pay these retiring or resigning certified administrators this amount in two (2) equal payments f fifteen thousand dollars ($15,000). The first payment will be made on or before July 30, 2003, and the second and final payment will be made on or before July 30, 2004."

Dr. Torre noted that they do not intend to fill the positions mentioned in the Resolution. These people will not be brought back as consultants. The idea is to shrink the ranks of the administration.

Mayor DeStefano commented that it is his understanding that some of the positions may be filled, i.e., when the principal at Woodward steps down. Other than that the Superintendent is going to shrink the administrator's ranks with this Resolution.

**Public Participation**

Mayor DeStefano seconded Mr. Prokop's comments regarding Local 217. He commented that these folks, which are not the highest paid in the school district, took three 2% increases and moved on all of the managed healthcare plans. He feels that they should be protected from any workforce reductions.

The Mayor noted that the appropriations budget that was vetoed by the Governor and was considered the high water mark of State aid to cities and towns for both education and non-education aid contained an increase of $1.8 million in education grants. This is the lowest increase that he has seen since he has been Mayor. What the State is doing is reducing the percentage of funds that cities and towns specifically get from the State to fund local education. On the non-education side, Mayor DeStefano predicted a grim FY 2004. He also projected the first budget deficit we have ever had largely because of the $6 million reduction in State funds we incurred in February of this year.

**484-03**
**Adjournment**  On the motion by Mr. Prokop, seconded by Mr. Abbatiello, it was unanimously voted to adjourn at 7:20 p.m.

# NEW HAVEN PUBLIC SCHOOLS
# NEW HAVEN, CONNECTICUT

## ACTION ITEMS: PERSONNEL REPORT OF THE SUPERINTENDENT – 27 MAY 2003

### APPOINTMENT - Teachers

| Name | Assignment | Effective Date | Salary |
|---|---|---|---|
| Ms. Camille Gorham<br>U.N.H. - MS | TBD -<br>Elementary | August 26, 2003 | $35,417<br>(Step 1, 0 yrs. exp.) |
| Ms. Michelle Maiorino<br>Champlain College - BS | TBD -<br>Elementary | August 26, 2003 | $33,374<br>(Step 1, 0 yrs. exp.) |
| Mr. Chris J. Willems<br>Lesley University - MA | W. Hooker Middle School -<br>Science 7/8 | August 26, 2003 | $42,303<br>(Step 6, 5 yrs. exp.) |

### APPOINTMENT PENDING CERTIFICATION - Teacher

| Name | Assignment | Effective Date | Salary |
|---|---|---|---|
| Ms. Elizabeth Johnston<br>Quinnipiac College - MA | Wilbur Cross High School -<br>English | August 26, 2003 | $35,417<br>(Step 1, 0 yrs. exp.) |

### LEAVE OF ABSENCE – Teacher

| Name | Assignment | Type of Leave | From | To |
|---|---|---|---|---|
| Ms. Michele D. Moore | James Hillhouse High School -<br>Science | Maternity – FMLA | 06/02/03 | 07/18/03 |

### RETURNING FROM LEAVE OF ABSENCE – Teachers

| Name | Assignment | Effective Date |
|---|---|---|
| Ms. Aretha Livingston | Wexler/Grant Community School -<br>Grade 2 | May 12, 2003 |
| Ms. Karlen Meinsen | Conte/West Hills Magnet School -<br>Grade 5 | June 23, 2003 |
| Ms. Kimberly Patton | Bishop Woods School -<br>Grade 3<br>(S.F. 2511 5678) | June 23, 2003 |
| Ms. Julie Zellner | Itinerant -<br>Speech & Hearing Pathologist | June 2, 2003 |

### TRANSFER – Teachers

| Name | From | To | Effective Date |
|---|---|---|---|
| Ms. Jennifer Brancati | Woodward Elementary School -<br>Grade 4 | Conte/West Hills Magnet School -<br>Grade 4 | August 26, 2003 |
| Ms. Nancy E. Kinney | Woodward Elementary School -<br>Grade 2 | Conte/West Hills Magnet School -<br>Grade 3 | August 26, 2003 |

## RESIGNATION – Teachers

| Name | Assignment | Effective Date |
|------|------------|----------------|
| Mr. Peter McConnell | Roberto Clemente Middle School - Social Studies 7/8 | May 8, 2003 |
| Ms. Christine Van Duzer | Prince Elementary School - Grade 3 Bilingual | August 5, 2003 |

## RETIREMENT – Teachers

| Name | Assignment | Effective Date |
|------|------------|----------------|
| Ms. Theresa M. Garris | Wilbur Cross High School - Business | June 30, 2003 |
| Ms. Karen Migliore | Benjamin Jepson Elementary School - Un-graded | June 30, 2003 |
| Mr. Laurence Sulkis | Prince Elementary School - Grade 4-5 | August 1, 2003 |
| Ms. Delores Yazon | Hill Central Elementary School - Special Education | June 30, 2003 |

## LEAVE OF ABSENCE – Non-Instructional Staff

| Name | Assignment | Type of Leave | From | To |
|------|------------|---------------|------|----|
| Ms. Crystal Battle | Strong Traditional Magnet Academy - Site Coordinator (12 months) (S.F. 2539 5531) | Maternity – FMLA | 05/14/03 | 08/27/03 |

## RETURNING FROM LEAVE OF ABSENCE – Non-Instructional Staff

| Name | Assignment | Effective Date |
|------|------------|----------------|
| Ms. Donna Goglia | Head Start Program - Head Teacher (S.F. 2523 5416) | May 19, 2003 |

## RECALL FROM LAY-OFF – Non-Instructional Staff

| Name | Assignment | Effective Date |
|------|------------|----------------|
| Ms. Crysta Collins | Nathan Hale Elementary School - Clerk Typist (10 months) | May 27, 2003 |

## TRANSFER - Non-Instructional Staff

| Name | From | To | Effective Date |
|------|------|----|----------------|
| Ms. Doris Rivera | Clinton Avenue Elem. School - Security Aide (10 months) | Wexler/Grant Community School - Security Aide (10 months) | May 20, 2003 |

## RESIGNATIONS – Non-Instructional Staff

| Name | Assignment | Effective Date |
|------|-----------|----------------|
| Ms. Stacey Allen | K. Brennan Elementary School - Assistant Teacher - Special Ed | May 15, 2003 |
| Mr. Gordon Duncan | Maintenance Department - Assistant Custodian | May 19, 2003 |
| Ms. Renita Stewart | Clarence Rogers Elementary School - Clerk Typist I (10 months) | June 20, 2003 |

## RETIREMENTS – Non-Instructional Staff

| Name | Assignment | Effective Date |
|------|-----------|----------------|
| Ms. Jane Martin | Quinnipiac Elementary School - General Worker | May 1, 2003 |
| Ms. Patsy Williams | K. Brennan Elementary School - Assistant Teacher - Kg. (S.F. 2531 5256) | June 30, 2003 |

NEW HAVEN PUBLIC SCHOOLS
NEW HAVEN, CONNECTICUT

# BOARD OF EDUCATION MEETING – MAY 27, 2003

## FOR BOARD INFORMATION ONLY

## I. CURRICULUM COMMITTEE
The Superintendent approved the following curriculum-related items:

## A. AGREEMENTS

1. Agreement by and between the New Haven Board of Education and ACES for professional institutes in technology at Edgewood Elementary and Hooker Middle School from May 20 to June 30, 2003, in an amount not to exceed $3,750.
   **Funding Source:**   Title II-D Technology (Public)
                         Acct. #2511-5698-56658

2. Agreement by and between the New Haven Board of Education and Dorian Bauknecht for evaluation and performance report of the Reading Excellence and Tutorial Assistance Program at Clinton Ave. School from May 19 to June 30, 2003, in an amount not to exceed $450.
   **Funding Source:**   REA Grant (approved revised budget)
                         Acct. #2523-5696-56694

3. Agreement by and between the New Haven Board of Education and New Haven Ballet Company for dance services and grand performance from May 13 to June 30, 2003, in an amount not to exceed $3,271.
   **Funding Source:**   21st Century C.L.C. Grant
                         Acct. #2536-5572-56697

4. Agreement by and between the New Haven Board of Education and Long Wharf Theatre for the Citywide Playwriting Festival services from May 27, 2003 to June 19, 2003, in an amount not to exceed $500.
   **Funding Source:**   Title V Comprehensive Arts
                         Acct. #2507-5056-56697

5. Agreement by and between the New Haven Board of Education and Phil Hovey for workshops with sixth grade Foote School students on "Building a More Supportive Community" from April 16 to June 30, 2003, in an amount not to exceed $300.
   **Funding Source:**   Title IV Safe and Drug Free Schools
                         Acct. #2511-5109-56905

6. Agreement by and between the New Haven Board of Education and Dr. Felix Padilla for a training session on cultural awareness and understanding for the Dual Language SCI-2 Project at Columbus School from May 2 to June 30, 2003, in an amount not to exceed $500.
   **Funding Source:**   Title VII Comprehensive School Project
                         Acct. #2522-5649-56694

7. Agreement by and between the New Haven Board of Education and Carmen Torres to provide district wide in-service on Assistive Technology for parents from May 13 to June 30, 2003, in an amount not to exceed $1,000.

NEW HAVEN PUBLIC SCHOOLS
NEW HAVEN, CONNECTICUT

# *BOARD OF EDUCATION MEETING – MAY 27, 2003*

### FOR BOARD INFORMATION ONLY

## I. CURRICULUM COMMITTEE
The Superintendent approved the following curriculum-related items:

## A. AGREEMENTS (Continued)

        **Funding Source:**    **Assistive Technology Grant**
                                  **Acct. #2504-5643-56901**

8.  Agreement by and between the New Haven Board of Education and ACES to administer the diagnostic test to K-8 Paraprofessionals from May 13 to June 30, 2003, in an amount not to exceed $2,100.
      **Funding Source:**    **Title II-A Teacher Program**
                                    **Acct. #2511-5678-56694**

9.  Agreement by and between the New Haven Board of Education and Rhonda Austin for Head Start School Readiness nursing services while reporting to the School-Based Health Centers Department from May 28 to June 30, 2003, in an amount not to exceed $3,412.50
      **Funding Source:**    **Head Start School Readiness**
                                    **Acct. #2523-5416-56694**

10.  Agreement by and between the New Haven Board of Education and Computer Resources, LLC to provide technology training to Common Ground teachers from May 13 through June 30, 2003, in an amount not to exceed $1,800.
      **Funding Source:**    **Title II-A Teacher Program**
                                    **Acct. #2511-5678-56910**

11.  Agreement by and between the New Haven Board of Education and The Belvedere for the end of the year grandparent ceremony luncheon from May 28 to June 30, 2003, in an amount not to exceed $1,947.12
      **Funding Source:**    **Title IV Safe and Drug Free Schools**
                                    **Acct. #2511-5109-56694**

12.  Agreement by and between the New Haven Board of Education and Mystic Seaport to provide an educational program on board sailing vessel, *Brilliant*, from May 19 to June 28, 2003, in an amount not to exceed $1,500.
      **Funding Source:**    **Sound School General Funds**
                                    **Acct. #190-5629-56694**

13.  Agreement by and between the New Haven Board of Education and Urban Ecology Institute for training Common Ground teachers in ecology and urban ecosystem field research techniques and disciplines from May 28 to June 30, 2003, in an amount not to exceed $3,250.
      **Funding Source:**    **Title II-A Teacher Program**
                                    **Acct. #2511-5678-56910**

NEW HAVEN PUBLIC SCHOOLS
NEW HAVEN, CONNECTICUT

# *BOARD OF EDUCATION MEETING – MAY 27, 2003*

## FOR BOARD INFORMATION ONLY

### I. CURRICULUM COMMITTEE
The Superintendent approved the following curriculum-related items:

#### A. AGREEMENTS (Continued)

14. Agreement by and between the New Haven Board of Education and Joyce Andrews to teach the Gateway paraprofessional course for Language Arts to the second group of paraprofessionals from May 28 to June 30, 2003, in an amount not to exceed $600.
    Funding Source:    Title II-A Teacher Program
                       Acct. #2511-5678-56694

15. Agreement by and between the New Haven Board of Education and Mary Ellen Collins to teach the Gateway paraprofessional course for Language Arts to the second group of paraprofessionals from May 28 to June 30, 2003, in an amount not to exceed $600.
    Funding Source:    Title II-A Teacher Program
                       Acct. #2511-5678-56694

16. Agreement by and between the New Haven Board of Education and Donald Perras, Ph.D. to provide consultation services to selected New Haven Schools including classroom observation and private feed back sessions from May 19 to June 30, 2003, in an amount not to exceed $3,000.
    Funding Source:    IDEA Pre School Incentive Carryover
                       Acct. #2504-5044-56694

### II. ADMINISTRATION AND FINANCE COMMITTEE
The Superintendent approved the following business-related items:

#### A. AGREEMENT

1. Agreement by and between the New Haven Board of Education and the National Association for the Advancement of Colored People (NAACP), P.O. Box 3087, New Haven, CT for Campaign to Stop the Violence, for the period April 16, 2003 to June 30, 2003, in an amount not to exceed $5,000.
   Funding Source:    2002-2003 Operating Budget
                      Acct. #190-50270-56694

**EXHIBIT K**

# EXHIBIT K

# *New Haven Board of Education*

Reginald Mayo, Ph. D
*Superintendent*



**Administrative Offices**
Gateway Center
54 Meadow Street
New Haven, CT 06519
(203) 946-8888

John DeStefano, Jr.
*Mayor*

Carlos A. Torre, Ph.D.
*President*

Brian K. Perkins, Ph.D.
*Vice-President/Secretary*

Richard Abbatiello
Valerie Maholmes, Ph.D.
Frances Padilla
John A. Prokop, Jr.
Susan Whetstone

May 28, 2003

**By Hand Delivery and**
**By Certified Mail**
**Return Receipt Requested**

Architects Environmental Collaborative International, P.C.
Wendell C. Harp, President
300 Whalley Avenue
New Haven, CT  06511

Re:       Agreement of March 27, 2000
Between: New Haven School District, Owner
and:       Architects Environmental Collaborative International, P.C., Architect
Project:   Prince/Welch School Project

Dear Mr. Harp:

The New Haven School District, as Owner and party to the above-referenced agreement, hereby terminates the agreement, pursuant to Section 8.1.2 thereof.

Very truly yours,

The New Haven School District

By
      Carlos A. Torre, Ph.D.
      President,
      New Haven Board of Education

I hereby certify this to be a true and accurate copy of the within letter of termination to Architects Environmental Collaborative International, P.C. hand delivered and mailed certified mail to the architect dated May 28, 2003.

Susan E. Weisselberg
School Construction Program Coordinator

**New Haven Public Schools**
54 Meadow Street
New Haven, Connecticut 06519

CERTIFIED MAIL

7845 7096 4000 0001 2006

7845 7096 4000 0001 2006

06-5111-3142 四四

Architects    Environmental    Collaborative
International, P.C.
Wendell C. Harp, President
300 Whalley Avenue
New Haven, CT 06511

SOUTHERN CT
PM 064
28
2

UNITED STATES POSTAL

$ 04.42⁰
02 1A
000430 1083
MAY 28 2003
MAILED FROM ZIP CODE 06519