## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL HARP and : <br> ARCHITECTS ENVIRONMENTAL : <br> COLLABORATIVE INTERNATIONAL, P.C., : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> JOHN DeSTEFANO, : <br> CITY OF NEW HAVEN and : <br> NEW HAVEN BOARD OF EDUCATION, : <br> : <br> Defendants. : <br> : | CASE NO: 3:03CV977(CFD) <br><br><br><br><br><br><br><br><br><br> JANUARY 18, 2006 |

### DECLARATION OF CAROLYN W. KONE, ESQ.

I, CAROLYN W. KONE, state under the pains and penalties of perjury as follows:

1. I am over the age of eighteen (18) and understand my obligation when making a statement to this Court under the pains and penalties of perjury.

2. I counsel to Defendants in the above captioned matter.

3. Attached behind Exhibit A are selected excerpts from the deposition testimony of Wendell Harp, dated May 27, 2005 Volume I, pages 1, 61-62, 64, 136-148, 174-175, 185-198.

4. Attached behind Exhibit B are selected excerpts from the deposition testimony of Wendell Harp, dated July 14, 2005 Volume II, pages 1, 174, 178, 179, 181, 262, 263, 273-275, 278, 288-292, 296-301, 309, 364-366.

5. Attached behind Exhibit C are selected excerpts from the deposition testimony of Wendell Harp, dated September 2, 2005 Volume III, pages 1 and 521.

6. Attached behind Exhibit D are selected excerpts from the deposition testimony of Wendell Harp, dated October 31, 2005 Volume IV, pages 1, 624-626, 630-633, 635-636, 639, 657.

7. Attached behind Exhibit E are selected excerpts from the deposition testimony of Wendell Harp, dated November 1, 2005 Volume V, pages 1, 693, 695, 698, 700-702, 714-715, 796-797, 814-815, 817

8. Attached behind Exhibit F is Defendant Wendell Harp's Deposition Exhibit 90.

9. Attached behind Exhibit G is Defendant Wendell Harp's Deposition Exhibit 118.

10. Attached behind Exhibit H is Defendant Wendell Harp's Deposition Exhibit 22.

11. Attached behind Exhibit I is Defendant Wendell Harp's Deposition Exhibit 3.

12. Attached behind Exhibit J is Defendant Wendell Harp's Deposition Exhibit 19.

13. Attached behind Exhibit K is Defendant Wendell Harp's Deposition Exhibit 16 for Identification.

14. Attached behind Exhibit L is Defendant Wendell Harp's Deposition Exhibit 17 for Identification.

15. Attached behind Exhibit M is Defendant Wendell Harp's Deposition Exhibit 127 for Identification.

16. Attached behind Exhibit N are selected excerpts from the deposition testimony of Dr. Reginald Mayo, dated November 7, 2005, pages 1, 11-14, 16-27, 48-49.

17. Attached behind Exhibit O are selected excerpts from the deposition testimony of John DeStefano, dated July 21, 2005, pages 1, 9-11, 20-28, 31-36.

18. Attached behind Exhibit P are selected excerpts from the deposition testimony of Claude Watt, dated July 19, 2005, pages 1, 17-20.

19. Attached behind Exhibit Q is the unreported decision <u>Burge v. Pearl River County</u>, 103 Fed. Appx. 823 (5th Cir. 2004). Pursuant to 5th Circuit Rule 47.5, I have added at the beginning of the Exhibit the notice required by the 5th Circuit with respect to unpublished decisions from that Circuit.

The foregoing statements were made under the pains and penalties of perjury.

                /s/ Carolyn W. Kone
                Carolyn W. Kone