# EXHIBIT I

Case 3:03-cv-00977-CFD Document 60-6 Filed 01/18/2006 Page 2 of 5



## NEW HAVEN/STATE

# Architect fired from Prince-Welch project

By Natalie Missakian
Register Staff

NEW HAVEN — The Board of Education on Tuesday voted to fire architect Wendell Harp from the troubled Prince-Welch Annex school project, giving the job of re-doing the plans to a New York firm.

The Citywide School Building Committee in April authorized a re-design of the beleaguered project, citing a desire to save needed housing stock from a wrecking ball.

Mayor John DeStefano Jr. also called for numerous cosmetic changes earlier this spring, acknowledging critics who said Harp's modern design was out of character for the neighborhood.

School construction officials last month said they were negotiating with Harp's firm, Architects Environmental Collaborative International, P.C., to modify the plans.

Instead, the school board voted Tuesday to give the redesign to Davis Brody Bond of New York City, a minority-owned firm that is also designing the new Jackie Robinson K-8 school.

The board approved a contract with the firm not to exceed $1.38 million.

The board's administration and finance committee approved the change during a special meeting Friday.

The full board voted on the firing as part of a larger agenda of action items and did not discuss the decision publicly.

After the meeting, John Prokop, chairman of the administration and finance committee for the board, said only that he did not think Harp's firm "could really produce and deliver on time for the benefit of the school district at this juncture."

DeStefano said the project had already long been delayed and the board wanted to make sure the new design was respectful of neighborhood concerns and new city design standards.

"We have a design that we can't use and we have a strong desire that the (new) design look different than what was delivered to us," DeStefano said.

Harp is the husband of State Sen. Toni Harp, D-New Haven, who two weeks ago endorsed DeStefano's opponent in the September primary race for mayor, Sherri Killins.

Wendell Harp also is supporting Killins, whose campaign headquarters is housed in a building owned by Harp.

"If anything, this wasn't a decision made because of politics," DeStefano said. "This was a decision made despite politics."

Had the school board given the redesign to Harp, it could have faced criticism because it would have been the second time Harp would have been paid twice to redesign the school.

In the early 1990s, Harp earned $1.3 million to design what is now the Hill Regional Career High School and then another $830,000 for a scaled-back version after discovering the school's size made it too large to qualify for full state reimbursements.

Although concerns initially were raised that it would take

See Harp, A7

## Harp: Architect fired from project

Continued from A3

longer and cost more to start from scratch with a new architect, Prokop said any work already done by Harp to date is the property of the school board.

Harp and firms hired by Harp have already collected $760,000 for the Prince-Welch Annex design, which made it through two of three design phases.

Last month, school officials said they expected it would cost an additional $700,000 for Harp to modify the plans, according to estimates provided by the school construction office.

It was unclear Tuesday night why the new contract came in higher than what school construction officials expected it would cost to have Harp redesign the school. Prokop said he was not aware of that earlier estimate.



NEW HAVEN REGI[STER] A3

NEW HAVEN/STATE

WEDNESDAY, MAY 14, 2003

ANALYSIS

# Killins, Harp take on Democratic status quo

By Joseph Straw
Register Staff

NEW HAVEN — Sherri Killins kicks off her campaign today for the Democratic mayoral nomination, and although her opponent is the heavy favorite, it should be a good show.

Killins, the former head of Empower New Haven, formed to administer millions of dollars in aid and bond revenue in the city's six poorest neighborhoods, will take on the city's Democratic Party establishment in its de facto leader, Mayor John DeStefano Jr.

Killins is the candidate, but today the spotlight shines brightest on state Sen. Toni Harp, D-New Haven, the sleeping giant of Democratic Party politics in New Haven, and the first person to endorse officially Killins' candidacy.

Harp showed her sway in 1998, when the party endorsed former state senator and DeStefano adviser Charles H. Allen III in his primary challenge of Harp for the 10th District senatorial nomination.

Harp took 53 percent of the votes cast on her way to the fourth of six terms in Hartford.

In the next year's mayoral primary, Harp endorsed neither DeStefano nor Democratic primary challenger James Newton. Two years later, however, in 2001, Harp backed DeStefano over fellow state Sen. Martin Looney, D-New Haven.

Soon after that November's election, Democratic Town Committee Chairman Nick Balletto stepped down, and DeStefano ally Susan Voigt was frontrunner to replace him.

This week, Harp said that as the 2002 committee vote approached, she felt the chairmanship should go to someone "that looks like New Haven." Specifically, Harp said, someone black or Hispanic, and namely Deputy City Clerk Sally Brown, who managed Harp's 1998 campaign.

Harp met with DeStefano to suggest Brown, and the mayor politely declined, Harp said.

"He said he had a handpicked candidate, and said, 'Thank you very much,' " Harp said.

"It was at that point that I thought he doesn't really understand how to engage people in our community at a grass-roots level, and I decided that I won't be supporting him again," Harp said. "I think he's limited."

Harp said that Killins "can do things he can't do."

"She can engage people at the neighborhood level, as well as at the institutional level, the Yales, the UIs. I think to be a great elected official you've got to be able to do that, to assure people that you're engaging people based on the broadest interests. ... That's what we need now, in New Haven, and, frankly, across the country," Harp said.

DeStefano's camp, however, suggests that Harp's backing of Killins is solely a reflection of political ambitions shared by Harp and her husband, architect and city contractor and political lightning rod Wendell Harp, who has quietly backed candidates against DeStefano in the past.

"It's not surprising to us, because for years Toni Harp, and her husband, Wendell Harp, have been positioning themselves to run for mayor," said DeStefano campaign manager Shonu Ghandi.

Wendell Harp did not answer a call to his office Tuesday requesting comment about Killins' candidacy. Killins' campaign headquarters is in a building at 298 Whalley Ave. owned by Wendell Harp's company.

While Toni Harp's name has been mentioned often this year as a potential mayoral candidate, she asserted this week that it was others mentioning it, not her. If she wanted to run for mayor she would, regardless of any appearance of conflict of interest stemming from her husband's profession, Toni Harp said.

"If I wanted to run for mayor, if I thought that it was important for the city of New Haven, I would do that no matter what," she said.

**EXHIBIT J**






ANALYSIS

# Killins, Harp take on Democratic status quo

By Joseph Straw
Register Staff

NEW HAVEN — Sherri Killins kicks off her campaign today for the Democratic mayoral nomination, and although her opponent is the heavy favorite, it should be a good show.

Killins, the former head of Empower New Haven, formed to administer millions of dollars in aid and bond revenue in the city's six poorest neighborhoods, will take on the city's Democratic Party establishment in its de facto leader, Mayor John DeStefano Jr.

Killins is the candidate, but today the spotlight shines brightest on state Sen. Toni Harp, D-New Haven, the sleeping giant of Democratic Party politics in New Haven, and the first person to endorse officially Killins' candidacy.

Harp showed her sway in 1998, when the party endorsed former state senator and DeStefano adviser Charles H. Allen III in his primary challenge of Harp for the 10th District senatorial nomination.

Harp took 53 percent of the votes cast on her way to the fourth of six terms in Hartford.

In the next year's mayoral primary, Harp endorsed neither DeStefano nor Democratic primary challenger James Newton. Two years later, however, in 2001, Harp backed DeStefano over fellow state Sen. Martin Looney, D-New Haven.

Soon after that November's election, Democratic Town Committee Chairman Nick Balletto stepped down, and DeStefano ally Susan Voigt was frontrunner to replace him.

This week, Harp said that as the 2002 committee vote approached, she felt the chairmanship should go to someone "that looks like New Haven." Specifically, Harp said, someone black or Hispanic, and namely Deputy City Clerk Sally Brown, who managed Harp's 1998 campaign.

Harp met with DeStefano to suggest Brown, and the mayor politely declined, Harp said.

"He said he had a handpicked candidate, and said, 'Thank you very much,'" Harp said.

"It was at that point that I thought he doesn't really understand how to engage people in our community at a grass-roots level, and I decided that I won't be supporting him again," Harp said. "I think he's limited."

Harp said that Killins "can do things he can't do."

"She can engage people at the neighborhood level, as well as at the institutional level, the Yales, the UIs. I think to be a great elected official you've got to be able to do that, to assure people that you're engaging people based on the broadest interests. ... That's what we need now, in New Haven, and, frankly, across the country," Harp said.

DeStefano's camp, however, suggests that Harp's backing of Killins is solely a reflection of political ambitions shared by Harp and her husband, architect and city contractor and political lightning rod Wendell Harp, who has quietly backed candidates against DeStefano in the past.

"It's not surprising to us, because for years Toni Harp, and her husband, Wendell Harp, have been positioning themselves to run for mayor," said DeStefano campaign manager Shonu Ghandi.

Wendell Harp did not answer a call to his office Tuesday requesting comment about Killins' candidacy. Killins' campaign headquarters is in a building at 298 Whalley Ave. owned by Wendell Harp's company.

While Toni Harp's name has been mentioned often this year as a potential mayoral candidate, she asserted this week that it was others mentioning it, not her. If she wanted to run for mayor she would, regardless of any appearance of conflict of interest stemming from her husband's profession, Toni Harp said.

"If I wanted to run for mayor, if I thought that it was important for the city of New Haven, I would do that no matter what," she said.