Exhibit L
2 of 3

ARTICLE 10

PAYMENTS TO THE ARCHITECT

71.  Article 10.2 Paragraph 10.2.1:  The following language shall be added after the end of the first full sentence:  "Reimbursable Expenses payable to Architect hereunder may not exceed amount **Listed In Exhibit 'I'** without prior written consent of Owner."  The following sentence shall be added directly after the end of such sentence.

"All requests for reimbursement of Reimbursable Expenses shall be accompanied by receipts for such expenses, or, in lieu of receipts, other evidence satisfactory to Owner."

72.  Article 10.2, Paragraph 10.2.1.1:  The words "Expense of transportation in connection with the Project" in the first and second lines of said Subparagraph are deleted.

73.  Article 10.2 Paragraph 10.2.1.2:  The words, "including expenses incurred in assisting the Construction Manager with the preparation of the bid packages, clarification of items within the contract documents and reproduction of documents." shall be added at the end of Paragraph 10.2.1.2 immediately before the "."

74.  Article 10.2.1.3:  Subparagraph 10.2.1.3 is hereby deleted in its entirety.

75.  Article 10.2 Paragraph 10.2.1.4:  The following shall be added at the beginning of Paragraph 10.2.1.4:  "Except as set forth in Paragraph 3.4.21."  The word "models" is deleted from such Subparagraph.

76.  Article 10.2, Paragraph 10.2.1.5:  The balance of the sentence after the words "in excess of that" are hereby deleted and replaced with the following: "described in Subparagraph 9.11 hereof."

77.  Article 10.2, Paragraph 10.2.1.6:  Subparagraph 10.2.1.6 is deleted in its entirety.

78.  Article 10.2, Paragraph 10.2.2:  The following new Subparagraph 10.2.2 is hereby added immediately following Subparagraph 10.2.1.6:

"The following designated Reimbursable Expenses shall be paid at the rates set forth below:

| | |
|---|---|
| Phone | at cost |
| In-house copies | $.05 per page |
| In-house prints | $3.00 per sheet |
| Postage | at cost |

02/10/00

| | |
|---|---|
| Delivery | at cost |
| Parking | at cost |
| Other copying and printing | at cost |
| In house plotting cost | $ 3.00 per sheet (for black & white) |
| | $ 6.00 per sheet (for color) |

79.   Article 10.5: The following shall be added to the end of Subparagraph 10.5:

"The Owner may institute a withholding from the Architect if the Owner or the Program Manager determines, at their sole discretion, that the Architect is not making satisfactory progress or there is other specific cause for such withholding which shall be stated in writing by the Owner or Program Manager ten (10) days prior to instituting a withholding."

## ARTICLE 11

### BASIS OF COMPENSATION

80.   Article 11, Subparagraph 11.1:   Subparagraph 11.1 is hereby deleted in its entirety.

81.   Article 11, Subparagraph 11.2.1: The following shall be added after the words "computed as follows:"

"Compensation shall be a stipulated lump sum of $1,121,000 payable in accordance with the provisions of Subparagraph 11.2.2 hereof and includes:

| | |
|---|---|
| Basic Services | $1,121,000 |

For changes in the project budget that necessitate a modification in the Architect's services and contract fees, Architect will provide a detailed cost proposal to Owner describing the services and costs associated with the proposed change."

82.   Article 11, Subparagraph 11.2.2:  The percentages listed in Subparagraph 12.2.2 are hereby deleted in their entirety, and the following percentages shall be inserted in lieu thereof:

| | |
|---|---|
| Schematic Design Phase: | 20 % |
| Design Development Phase: | 25 % |
| Construction Documents Phase: | 32 % |
| Bidding and Negotiation Phase: | 3 % |
| Construction Phase: | 20 % |

02/10/00

Total Basic Compensation:                              100%

83.    Article 11, Subparagraph 11.2.3:  The following new Subparagraph 11.2.3 shall be added on page 9 of the Agreement directly after Subparagraph 11.2.2:

"11.2.3 The Owner may from time to time request changes in the scope of services of the Architect to be performed hereunder.  Such changes, including any increase or decrease in the amount of the architects compensation, which are mutually agreed upon by the Owner and Architect, shall be incorporated in the written amendments executed by both parties to this Agreement. The Architect shall continue to perform in accordance with the terms of this Agreement during the course of any renegotiations of the Architect's compensation hereunder."

84.    Article 11, Subparagraph 11.3.1:  The following shall be added after the words "computed as follows:"

"As mutually agreed upon at such time by Owner and Architect."

85.    Article 11, Subparagraph 11.3.2:  The following shall be added after the words "computed as follows:"

"As provided in Article 3 Paragraph 3.4 of the Supplemental Conditions attached hereto and incorporated herein."

86.    Article 11, Subparagraph 11.3.3:  The following shall be added after the words "for such services."

"As provided in Exhibit F attached hereto and incorporated herein."

87.    Article 11, Subparagraph 11.4.1:  The words "a multiple of        ( )times" are deleted from the second line of said Subparagraph.

88.    Article 11, Subparagraph 11.5.1:  The following shall be added after the words "IF THE BASIC SERVICES covered by this agreement have not been completed within"

"Forty (40)"

89.    Article 11, Subparagraph 11.5.2:  The words "thirty (30) of receipt of Architects invoice by Owner" are added to the first line of said Subparagraph between the words "payable" and "days."  The second sentence of said Subparagraph is deleted.

90.    Article 11, Subparagraph 11.5.3: Subparagraph 11.5.3 is hereby deleted in its entirety.

## ARTICLE 12

### OTHER CONDITIONS OR SERVICES

The following new Paragraphs shall be added on page 11 of this Agreement:

91.    "See Supplemental Conditions and Exhibits A through J attached hereto and incorporated herein which shall amend and supplement (and, in some cases, void portions of) this Standard Form of Agreement Between Owner and Architect."

92.    "12.1 Meetings. A representative of the Architect shall be present at all School Based Building Advisory Committee meetings as required (unless otherwise instructed by Owner) and shall be responsible for preparing the minutes of such meetings with Owner."

93.    "12.2 Events of Default: Either party may terminate this Agreement for default (an "Event of Default") by the other party in the event of the occurrence of any event described below:

        (1)  the dissolution or liquidation of a party, or cessation of doing business for thirty (30) days or more;

        (2)  a party makes an assignment for the benefit of creditors without prior written approval from Owner;

        (3)  a party either commences, or has commenced against it, bankruptcy proceedings under the Federal Bankruptcy Code or under any other insolvency law;

        (4)  a trustee, receiver, custodian, or liquidator is named for the purpose of general administration of such party's property;

        (5)  the failure by a party to observe or perform any covenant, condition, agreement or undertaking hereunder on its part to be observed or performed for a period of fifteen (15) days after notice specifying such failure and requesting that it be remedied is given to such party, unless the other party shall agree, in writing, to an extension of such time prior to its extension."

94.    "12.3 ADA. Architect shall endeavor to conform its Drawing and Specifications- --to the requirements of the Americans With Disabilities Act Accessibility---- Guidelines ("ADAAG.")

95.  "12.4 No Presumption Against Drafter. Both parties acknowledge and agree that--this Agreement has been freely negotiated by both parties and that, in any dispute over the meaning, interpretation, validity or enforceability of this Agreement or any of its terms or conditions there shall be no presumption whatsoever against either party by virtue of that party having drafted this Agreement or any portion thereof."

96.  "12.5 Severability. If any provision or subparagraph of this Agreement shall to any extent be held void, unenforceable or invalid, then the remainder of this Agreement or the application of such provision to the persons or circumstances other than those as to which it is held void, unenforceable or invalid shall not be affected thereby, and each provision of this Agreement shall be valid and enforced to the fullest extent permitted by law."

97.  "12.6. CADD. All schematic, design and contract drawings and documents prepared by Architect shall be computer-aided design drawings. The exception shall be those drawings and sketches prepared as part of preliminary or conceptual studies."

98.  "12.7 Compliance with City of New Haven Requirements. The Architect shall in the performance of its work, in hiring, and in the employment, at all times comply with all applicable City of New Haven, State and Federal laws, statutes, ordinances, regulations and any special requirements of the Contract Documents during the term of this Agreement, including without limitation, equal employment opportunity and affirmative action programs and execution of the City's equal opportunity clause attached hereto as Exhibit B and made a part thereof and provision of the Architect's affirmative action program and/or equal opportunity statement."

99.  "12.8 Indemnity. The Architect hereby agrees to indemnify and hold the Owner, Program Manager, Construction Manager and any subsidiary, parent or affiliate corporation of the Owner, and their trustees, directors, officers, agents and employees (collectively, the "Indemnities") harmless from all losses, claims, liabilities, injuries, damages and expenses, including attorney's fees, that the Indemnitees may incur (i) to the extent arising out of or resulting from the Architect's performance of the Basic Services which results in bodily injury or physical or actual damage to the property of the Architect or its agents, subcontractors, employees or licensees; (ii) to the extent arising out of or resulting from any violation by the Architect of state, federal, or local law, rule or regulation which results in bodily injury or physical or actual damage or the imposition of a fine, penalty, or other charge; or (iii) arising out of or resulting from the negligent acts, errors or omissions of the Architect or the Architect's agents, subcontractors, employees or licensees; provided, however, that nothing contained herein shall be construed as requiring the Architect to indemnify the Indemnitees or any of them for any claim for damage or

loss of any kind when said damage or loss was caused in whole or in part by the negligence or willful misconduct of the Indemnitees or any of them. The Architect shall include in each agreement with a subcontractor for the Project, a provision similar to this Subparagraph 12.8 which provides that such subcontractors shall indemnify the Architect and the Indemnitees for all losses, claims, liabilities, injuries, damages and expenses, including attorneys' fees, that the Architect or the Indemnitees may incur arising out of or resulting from such subcontractor's performance of services, violation of state, federal, or local law, rule or regulation or negligence or willful misconduct."

100.  "12.9 _Presentations._  The Architect shall make presentations to the School Based Building Advisory Committee, Citywide School Building Committee, the New Haven Board of Education, the New Haven City Plan Commission, New Haven Change Order Committee, New Haven Capital Projects Committee, New Haven Board of Aldermen or other Commissions and Boards of the City of New Haven necessary to securing funding or other approvals in connection with the Project. At least once per year during the Project on a date and at a time designated by the Owner, the Architect shall prepare and arrange a visual display at the school involved in the Project, which describes, without limitation, the status of the Work and the Project and the various components of the Project and which includes, without limitation, sample floor plans, materials and finishes, and photographs of the progress of the Work."

101.  "12.10 _Workshops._  The Architect will conduct a series of four (4) workshop sessions with students from the school that is part of the project. The timing and nature of these sessions will be coordinated with school faculty, and will be structured as appropriate for the particular age group. These sessions, as an example, might involve drawings and/or models developed by the Architect to assist in the design process, and will serve to introduce the students to the opportunities and challenges in the daily life of an architect."

102.  "12.11 _Representations._ Architect hereby represents and warrants to the Owner the following:

(a)    that Architect is able to furnish any of the plant, tools, materials, supplies, equipment, key personnel and labor required to complete the services required hereunder and perform all of its obligations hereunder and has sufficient experience and competence to do so;

(b)    that Architect is authorized to do business in Connecticut and properly licensed by all necessary governmental and public and quasi-public authorities having jurisdiction over it and the services required hereunder and the Project itself;

(c)     that Architect's execution of this Agreement and its performance thereof is within its duly authorize powers; and

(d)     that Architect's duly authorized representative has visited or will visit the Project site and generally familiarized himself with the local conditions under which the services required hereunder are to be performed and correlated his' observations with the Contact Documents.

Architect agrees said representations and warranties in this Subparagraph 12.11 shall survive the execution and delivery of this Agreement."

103.    12.12   <u>Concealed and Unknown Conditions.</u>   The Architect shall exercise a reasonable degree of professional care, to verify the accuracy of drawings and other materials furnished by the Owner, Program Manager and/or Construction Manager but only to the extent that they represent components of existing buildings or the Project site that are not concealed or below grade. the Architect shall not be required to perform or to have others perform destructive testing or exploratory demolition or to investigate concealed or unknown conditions in order to verify information on drawing and other materials furnished by the Owner, Program Manager and/or Construction Manager or to identify information not contained on such drawings or materials except as provided for herein. The Architect shall not be responsible, absent his negligence or willful misconduct, for claims, damages, losses, or expenses, including but not limited to attorney's fees. resulting from errors, omissions or inaccuracies in, or concealed or unknown conditions that are not discernible from, drawings or other materials furnished by the Owner, Program Manager and/or Construction Manager to the Architect."

(This area of page not used.)

IN WITNESS WHEREOF, the parties have caused these Supplemental Conditions to be executed as of the day of and year first written above.

WITNESS:

BY:                                    NEW HAVEN SCHOOL DISTRICT, Owner

Carlos Torre, President
New Haven Board of Education

WITNESS:                               Architects Environmental Collaborative
                                       International, PC

BY:

Its duly Authorized   President

Approved as to Form:

Assistant Corporation Counsel

02/10/00

**List of Exhibits**

| | |
|---|---|
| **Exhibit A** | Education Specification Study Addendum * |
| **Exhibit B** | Standard City Equal Employment Opportunity |
| **Exhibit C** | Comparable to New Guidelines (i.e. per PA 96-270) |
| **Exhibit D** | Fixed Limit of Construction |
| **Exhibit E** | As Built Drawings |
| **Exhibit F** | Hourly Rates |
| **Exhibit G** | Schedule of Basic Services |
| **Exhibit H** | Design Documentation Standards |
| **Exhibit I** | Sample Schedule of Values for Services |
| **Exhibit J** | Description Site Selection services * |

\*    Work described therein was completed under the Agreement between the Owner and Architect dated February 10, 1997. All information and reports generated to satisfy requirements are included as a part of this Agreement.

02/10/00

# EXHIBIT A  - Education Specification Study Addendum

I.     Workshop One
     A.     Introduce Team
     B.     Discuss Issues
        1.     Design
        2.     Construction
        3.     Social
        4.     Technology
     C.     Develop "wish list" program

II.     Owner / User Interviews
     A.     Conduct Interviews
     B.     Analyze existing space utilization
     C.     Analyze future space utilization

III.     Workshop Two
     A.     Revised space program
        1.     Assign realistic space areas
        2.     Delete / Add elements according to interviews and space utilization analysis

IV.     Site Analysis
     A.     Develop concept

V.     Preliminary Draft of Report

(This area of page not used.)

# EXHIBIT B



## EQUAL EMPLOYMENT OPPORTUNITY AGREEMENT

During the performance of this contract, the Contractor agrees as follows:

a. To comply with all provisions of Executive Order 11246 and Executive Order 11375, Connecticut Fair Employment Practices Act, and the contract compliance ordinance of the City of New Haven, including all standards and regulations which are promulgated by the government authorities who established such acts and requirements, and all standards and regulations are incorporated herein by reference;

b. Not to discriminate against any employee or applicant for employment because of race, color, religion, age, sex, physical disability or national origin. The Contractor will take affirmative action to ensure that applicants are employed, and that employees are treated during employment without regard to race, color, religion, sex, age, or national origin and physical handicap. Such action shall include, but not be limited to, the following: employment, upgrading, demotion or transfer, recruitment or recruitment advertising, layoff or termination, rates of pay or other forms of compensation, and selection for training, including apprenticeship;

c. To post, in conspicuous place available to employees and applicants for employment, notices to be provided by the contracting officer setting forth the provisions of this nondiscrimination clause;

d. To state, in all solicitations or advertisement for employees placed by or on behalf of the contract, that all qualified applicants will receive consideration for employment without regard to race, color, religion, sex, age, physical disability or national origin;

e. To send to each labor union representative of workers with whom it has a collective bargaining agreement, or other contract or understanding, a notice advising a labor union or worker's representative of the contractor's commitments under the equal opportunity clause of the City of New Haven, and shall post copies of the notice in conspicuous places available to employees and applicants for employment. The contractor shall register all workers in the skilled trades, who are below the journeyman level, with the Apprentice Training Division of the Connecticut State Labor Department;

f. To utilize labor department and city sponsored manpower programs as a source of recruitment and to notify the contract compliance unit and such programs of all job vacancies;

g. To take affirmative action to negotiate with qualified minority contractors for any work which may be proposed for subletting, or for any additional services, or work which may be required as a result of this contract;

h. To cooperate with city departments in implementing required contract obligations for increasing the utilization of minority business enterprises;

i. To furnish all information and reports required by the Contract Compliance Director pursuant to section 12 1/2 -1, 12 1/2-19 through section 12 1/2-32, 12 1/2-48 through 12 1/2-52 and to permit access to his books, records and accounts by the contracting agency, the Contract Compliance Officer, and the Secretary of Labor for purposes of investigation to ascertain compliance with the program;

j. If such contractor employs three or more employees to refrain from paying such employees dues and related expense for clubs that restrict membership use of their facilities on the basis of race, color, sex, religion, national origin or ancestry;

k. To take such action, with respect to any subcontractor, as the City may direct as a means of enforcing the provisions of sub-paragraphs (a) through (m) herein, including penalties and sanctions for noncompliance, provided however that, in the event the contractor becomes involved or threatened with litigation as a result of such direction by the City, the City will intervene in such litigation to the extent necessary to protect the interest of the City and to effectuate the City's Equal Employment Opportunity Program, in the case of funded directly or indirectly, in whole, or in part, under one or more Federal Assistance Programs, the contractor or the City may ask the United States to enter into such litigation to protect the interest if the United States;

l. To file, along with his subcontractors, if any, compliance reports with the City in the form and to the extent prescribed in the contract by the Contract Compliance Director of the City of New Haven Compliance reports filed at such times as directed shall contain information as to the employment practices, policies, programs and statistics of the contractor and his subcontractors, if any;

m. To include the provisions of sub-paragraphs (a) through (m) of this Equal Opportunity Clause in every subcontract or purchase order so that said provisions will be binding upon each such subcontractor or vendor;

n. That a finding, as hereinafter provided, of a refusal by the contractor, or subcontractor, to comply with any portion of this program as herein stated and described, may subject the offending party to any or all of the following penalties:

    1. Withholding of all future payments under the involved public contract to the contractor in violation until it is determined that the contractor, or subcontractor, is in compliance with the provisions of the contract;

    2. Refusal of all future bids for any public contract with the City of New Haven, or any of its departments or divisions, until such time the contractor or subcontractor, is in compliance with the provisions of the contract;

    3. Cancellation of the public contract;

    4. Recovery of specified monetary penalties;

    5. In case of a substantial or material violation, or the threat of substantial or material violation of the compliance procedure or as may be provided in for by the contract, appropriate equitable or legal proceedings may be brought to enforce these provisions against contractors, subcontractors or other organizations, individuals or groups who directly or indirectly are not in compliance with the policy herein outlined. (Ord. of 12-5-77).

    IN WITNESS WHEREOF, on the _____ 17 day of March 19 , 2000

the contract has caused three counterparts of this Agreement to be executed and delivered.

WITNESS:                     Architects Environ. Collaborative P.C.

                                   (Contractor)

_Milton F. Jackson_
   (Signature)       By: _Wendell C. Harp_
                                   (Signature)

                               Pres.

_____        _____
   (Signature)                             (Title)

## Exhibit  C          Comparable to New Guidelines

Apply PA 96-270 as codified in the Connecticut General Statues Sec-10-282 and 10-286 and any additional relevant statutory changes in Chapter 173 of the General Statues. (Referenced documents attached.)

### GUIDELINES FOR DETERMINING ELIBIBILITY OF SCHOOL CONSTRUCTION PROJECTS FOR STATUS AS RENOVATIONS AS DEFINED IN P.A. 96-270-

.PURPOSE: ·

P.A. 96-270 defines a renovation as a school building project to totally refurbish an existing building (currently owned or purchased) as an alternative to new construction and which results in the renovated facility taking on a useful life comparable to that of a new facility. The purpose of this legislation is to support local decisions to renovate existing schools or purchase and renovate existing buildings whenever such options represent a cost effective alternative to constructing a new facility. The department will use these guidelines to determine whether a project is eligible for designation as a renovation project.

### GUIDELINES FOR ELIGIBILITY:

In order to be considered a renovation as defined in P.A. 96-270, the following conditions must be met:

1.  The applicant must make written application for such status.

2.  The applicant must have gone through a formal process of evaluating the proposed project vis-à-vis a new facility. Professional estimates must be available to document that significant cost savings will result.

3.  The entire facility must be brought into 100% compliance with all applicable codes (including handicapped accessibility) when this renovation project is complete. Partial renovations of an entire facility or complete renovations of a wing of a facility do not qualify.

4.  The renovation must incorporate education technology capability throughout the facility as recommended in the *Guidelines for Technology Infrastructure in Connecticut Schools*.

5.  A structural engineer must determine that the structural integrity of the original building has not been compromised and is adequate to provide for continued occupancy for a period of time comparable to that of a new facility.

6.  A detailed report on all existing building systems must be provided, including HVAC and electrical systems, water, roofing, lighting, plumbing, energy monitoring, communications, and security systems. Professional opinions must be provided that all systems will have a useful life of at least 20 years following the construction project.

7. All new and replacement windows must be energy efficient.

8. The site of the existing facility must be central to the area served and adequate to provide the educational programs offered.

9. Any other analysis deemed necessary by the Department to properly evaluate the request must be provided.

## DETERMINATION OF ELIGIBLITY:

Upon review of the materials submitted, the Bureau of Grants Services will make a recommendation to the Commissioner as to the project's eligibility for renovation status (allow 30 days).

The school district shall be notified in writing of the Commissioner's determination.

(This area of page not used.)

02/10/00

# EXHIBIT D - Fixed Limit Of Construction

1.  Project:          Prince/ Welch School Project
                      New Haven, Connecticut

2.  Location:         To be determined...

3.  Type:             Construction of the new Prince / Welch School for Pre-K
                      through 8th grades.

4.  EDO49R Proj.      600 Pupils
    Enrollment:

5.  Fixed Limit of Construction:          **$ 12,434,400**

This value for the Fixed Limit of Construction anticipates the start of construction in
the year of 2001. It does not include annual escalation in construction of costs if work
begins after 2001. Also excluded are the costs of providing the following items:

- Integrated Telecommunications Systems
- Telephone Equipment and Wiring
- Computer Data Cabling System
- Computer Equipment
- Food Service Equipment
- New Furnishings
- Interior/Exterior Signage
- Window Treatment
- Library Equipment/Furnishings
- Auditorium (theater equipment/seating)
- Playground Equipment
- Demolition of existing properties

The above items of work are included as part of the additional design services.

(This area of page not used.)

# EXHIBIT E – AS BUILT DRAWINGS

As-built drawings to be provided in accordance with section 3.4.22 of this Agreement shall be:

Construction drawings revised to show significant changes made during the construction process, based on marked-up prints, drawings and other data furnished to the Construction Manager by the construction contractors. The Construction Manager shall collect such prints, drawings and other data from the construction contractors and deliver same to the Architect for his/her use in preparing a complete set of reproducible Record Documents and required number of copies.

(This area of page not used.)

# EXHIBIT F – HOURLY RATES

Per the terms of Article 3, Subparagraph 3.4.26 of this agreement, approved Additional Services provided by Architect shall be compensated per the following hourly rates.

|                                  | Hourly Rates ($) |
|----------------------------------|:----------------:|
| Principal / Partner              | 150              |
| Project Manager                  | 125              |
| Senior Architect                 | 100              |
| Specification Writer             | 110              |
| Architect                        | 90               |
| Senior CAD Operator / Draftsman  | 70               |
| Clerical                         | 55               |

Hourly rates for additional professional services as indicated in subparagraph 3.4.26 shall remain in effect through December 31, 2000. The Architect may adjust rates each year after this period to reflect standard cost of living increases or to offset annual inflation. No rate adjustment shall exceed 6% during any given year. All adjustments are subject to approval by Owner.

(This area of page not used.)

# EXHIBIT G – SCHEDULE OF BASIC SERVICES

The Architect agrees to complete the different phases of Basic Services within the following specified periods in calendar days from the written notice to proceed for each phase:

#### Phase

Programming and Planning

    __28__ days
    ( __4__ weeks)

Schematic Design

    __91__ days
    ( __13__ weeks)

Design Development

    __119__ days
    ( __17__ weeks)

Construction Documents:

    __154__ days
    ( __22__ weeks)

#### Notes

1. Owner's or other agencies' review and approval periods should not be assumed to be included in these durations.

2. Work should not be assumed to be continuous and unless directed in writing by Owner, Architect should not proceed into any phase of work without receiving approval on the preceding phase.

(This area of page not used.)

# EXHIBIT H     DESIGN DOCUMENTS STANDARDS

## SCHEMATIC DESIGN  DOCUMENT STANDARDS:

### Documents and Reports

- A/E contract
- All previous documents, if any (conceptual phase or pre-design phase).
- Approved Phase Design Program narrative per SBBAC meetings
- Code analysis - code compliance, zoning, occupancy, fire resistive rating, fire protection and structural adequacy.
- Geotechnical reports including soils condition analysis and site environmental conditions analysis.
- Site survey report
- Existing conditions documentation necessary for design completion
- Traffic study report
- Hazardous materials effects on design
- The following system outline specifications including proposed materials, systems and design criteria.
    1. Structural
    2. Equipment
    3. Fire Protection
    4. Plumbing
    5. HVAC
    6. Electrical
- Description of the building envelope; wall systems, window types, glazing types, thermal requirements, and roofing systems.
- A schedule of interior finishes; doors, hardware, partitions, ceilings, flooring, and wall finishes
- A description of special finishes required per program; auditorium, gym, pool, exercise, daycare, computer, etc.
- Description of specific handicap requirements inside and outside of the building.
- Review of cabling and telecom program and analysis of effects on design program.
- Energy study and life cycle cost analysis necessary for filing with State DPW per Dept of Education requirements
- Comparable to New submittal requirements as specified by Dept. of   Education (i.e. "Guidelines for Eligibility"  items #1 through 9).
- Security issues narrative for design
- FF&E program description and preliminary budget

### Drawings

- Site Plan showing the relationship between new and existing structures/utilities, traffic flow, existing and proposed contours, landscaping features, roads, walks, and utility connections, easements and encroachments.

- Typical floor plans, indicating the relationship of new construction and existing renovation (if applicable).
- Typical floor plans assigning room and space names, clearly indicating program use. Room/Name/Number system
- Typical floor plan showing fire and smoke partitions.
- Roof plans, indicating type of design and proposed system.
- Elevations, showing all sides of the new and/or existing building.
- Diagrammatic sections, indicating floor elevations and internal building construction (schematic).
- Equipment and furnishing drawings that may influence general and MEP design.
- Preliminary perspective and building model. (optional)

## DESIGN DEVELOPMENT DOCUMENTATION STANDARDS:

Following is the documentation that is required for completion of the Design Development Phase:
- Drawings sufficient to fix and illustrate the project scope and character in all essential design elements;
- Outline specifications;
- Recommendations for phasing of construction;
- Site Plan(s);
- Landscape Plan;
- Elevations, buildings and wall sections;
- Updated three dimensional line drawings; and
- Engineering drawings and calculations.

## SPECIFIC SUBMITTAL CRITERIA
### Drawings

1. Title sheet with drawing Index, Vicinity map, project name, project number, listing of consultants with addresses, identification of the Owner and the name and address of the Architect of Record.
2. Architectural drawings shall include dimensioned floor plans with all details reference symbols. Each floor plan is to clearly designate scope of work under this contract in a different manner from existing construction, work by others and work which not apart of this scope.
3. All drawing sheets are to carry the title "100% Design Development Submittal" and the submittal date in the title block.
4. All finishes and material selections are to be designated. Submit a complete Finish Schedule for all spaces.
5. Components elevations (Doors, Windows etc.), schedules and legends are to be included for all major portions of the design.
6. Floor plans with the composite design for all rooms within a building wing shall be submitted. Enlarged "Typical Rooms" for each room type shall be submitted for all disciplines (A/C/S/M/E/P).

7. Any partial floor plan and/or wing plan of the building or a floor must carry an associated "key plan" for reference.

## Outline Specifications

1. The outline specifications are to be bound and submitted with a table of contents. Page numbers and quantity of pages are to be shown.
2. The Architect's stamp (seal) is to appear on the front cover. The front cover is to include the Owner's name, Architect's names, project name, project number, the title "100% Design Development Submittal" and the submittal date.
3. Any front end document prepared by the Architect is to be submitted. In the table of contents, reference all Board of Education (BOE) or other required documents, and insert colored sheets at the appropriate locations where these documents would go. Title each colored sheet.
4. The "Summary of Work" will be submitted in a full draft form. The Summary of work shall include the following:
   - Related documents
   - Project Description
   - Existing Conditions
   - Demolition
   - Continuous Operation of Existing M/E/P systems
5. Divisions 2-16 specification sections are to include Part 1- General, Part 2- Products and Part 3 - Execution. Product descriptions for all intended materials, products and equipment are to be indicated with three or more manufacturers even if a Performance specification is utilized.

## Site Plan(s)

1. Drainage scheme and proposed collection systems are to be indicated.
2. All existing sewer, water , electrical, telephones cable and gas lines are to be shown and sized. New lines or connections are to be shown and detailed.
3. All new site improvements are to be shown.
4. Electrical transformers, cooling towers, and other major equipment is to be shown and detailed.
5. New and existing paving with handicapped accessibility are to be clearly shown.
6. Existing and new fencing are to be shown.
7. Existing and new site lighting are to be shown.

## Landscape Plan

1. Adequate in detail to show planting types and species, preliminary details shown and related site design items illustrated.
2. Prepared by a Landscape Architect licensed in the state of Connecticut.

## Engineering Drawings

1. All mechanical rooms, boiler rooms, electrical vaults(s), electrical closets and distribution rooms are to be drawn to a large scale with all new existing equipment, panels and major feeds shown.
2. Fire alarm and sprinkler systems drawn, and main panels are to be shown in elevation.

3. Show security system and cameras.
4. Show lighting and power plans with legends and schedules.
5. Show all sub-panels and distribution boards with legends and schedules.
6. Show plumbing and Mechanical plans with legends and schedules.
7. All civil and structural components are to be detailed, dimensioned and referenced back to architectural drawings.
8. Submit backup calculations for all loads, major equipment sizes and pipe sizes.*

### Code Compliance*

List all current and applicable codes for the project.

List all review and permitting agencies that are applicable to this project.

Calculate and submit all exiting requirements, rated corridors and required number of stairs.

*Indicates that these items are to be bound together in a separate manual with a table of contents and dividers. Include a copy of the project summary manual.*

(This area of page not used.)

02/10/00

# EXHIBIT I – SCHEDULE OF VALUES FOR SERVICES

The Architect agrees to complete the different phases of Basic Services and Additional services within the following specified values and budget allowances:

| Item Description: | Article | Values: |
|---|---|---|
| **Basic Design Services** | 2.1.1 | |
| Schematic Design Phase | 2.2.1. | 224,200 |
| Design Development Phase | 2.3.1 | 280,250 |
| Construction Document Phase | 2.4.1 | 358,720 |
| Bidding Phase | 2.5.1 | 33,630 |
| Construction Administration Phase | 2.6.1 | 224,200 |
| | | |
| **Subtotal: Basic Design Services:** | | **1,121,000** |
| | | |
| **Additional Design Services** | | |
| Measured Drawings | 3.4.6 | NIC |
| Non-illuminated Scale Model | 3.4.21 | 14,700 |
| As–Built Record Reproducible Drawings | 3.4.22 | 32,000 |
| Building Program / Ed Specs | 3.4.23 | --- |
| Building Program / Ed Specs Addendum | 3.4.23.1 | --- |
| Site Selection | 3.4.25 | --- |
| Hourly Rate Additional Services | 3.4.26 | 20,000 |
| **Subtotal:  Additional Services** | | **66,700** |
| | | |
| **Consultants:** | | |
| Telecommunications Specialist | 3.4.24 | 35,000 |
| Security Consultant | 3.4.24 | 20,000 |
| Site Survey | 3.4.24 | 45,000 |
| Lighting Consultant | 3.4.24 | 10,000 |
| Acoustical Consultant | 3.4.24 | 10,000 |
| Audio Visual Consultant | 3.4.24 | 10,000 |
| Kitchen / Food Service Design Consultant | 3.4.24 | 15,000 |
| Code Consultant | 3.4.24 | 10,000 |
| FF&E Consultant | 3.4.24 | 90,000 |
| Geotechnical Consultant | 3.4.24 | 50,000 |
| Traffic Study | 3.4.24 | 10,000 |
| **Subtotal:  Consultants** | | **305,000** |
| | | |
| **Total** | | **1,492,700** |
| | | |
| **Reimbursable expenses  allowance** | 10.2.1 | **45,000** |
| **Total of Table:** | | **1,537,700** |

All assignments and uses of the additional services and consultants require the written approval of the owner.  The values for additional services and consultants shall include the Architect's overhead and profit.

# EXHIBIT J – DESCRIPTION OF SITE SELECTION SERVICES

A.    SCOPE OF WORK

The Owner shall identify a proposed site for the design and construction of the Project. The Architect shall conduct an evaluation and analysis of the suitability of the proposed site. This assessment shall entail:

ZONING CONFORMITY:

A review and analysis of the site with respect to minimum site area; allowable site coverage; front, rear, and side yard setbacks; building height limitations; parking, and related zoning issues.

SITE OPEN SPACE DEVELOPMENT ANALYSIS:

Recognizing that open space for recreational purposes is at a premium in New Haven urban areas, this analysis will address the primary considerations and/or alternatives for recreational activities. An assessment will be made for determination of probable exterior active/passive play areas, and complimentary indoor active/passive recreational areas.

TRAFFIC AND PARKING:

A general analysis of the site area for the purposes of providing on site parking for staff, visitors, and commercial activities will be performed. Additionally, a general assessment of the site for traffic flow patterns will be undertaken. (The traffic assessment will be limited to evaluating the building placement for optimum vehicular access, safety considerations for egress and ingress, and handicapped and visitor access needs). It will not include traffic count analysis and revised signalization.

GENERAL SITE SUITABILITY EVALUATION

An overall evaluation of the site suitability will be performed with regards to

02/10/00

# THE CITY OF NEW HAVEN

## BUREAU OF PURCHASES
200 Orange Street
Room 401
New Haven, Connecticut 06510
(203) 946-8201 - FAX (203) 946-8206

JOHN DeSTEFANO, JR.
Mayor



Michael V. Furniatti
Purchasing Agent

### NON-COLLUSION AFFIDAVIT OF PRIME BIDDER/PROPOSER
### (including Notification of outstanding financial and other obligations to the City of New Haven)

State of _____Connecticut_____ )

County of _____New Haven_____ ) SS.

_____I, Wendell C. HArp_____, being first duly sworn, deposes and says that

1. He is (owner, partner, officer, representative, or agent) of __Architects Environmental Collab, P.C.__ the bidder/proposer that has submitted the attached bid/proposal.    (Bidder/Proposer's name)

2. He is fully informed respecting the preparation and contents of the attached bid/proposal and of all pertinent circumstances respecting such Bid/Proposal;

3. Such Bid/Proposal is genuine and is not collusive or sham Bid/Proposal;

4. Neither the said Bidder/Proposer nor any of its officers, partners, owners, agents, representative, employees, or parties in interest, including this affiant, has in any way colluded, conspired, connived or agreed, directly or indirectly with any other bidder/proposer, firm or person to submit a collusive or sham Bid/Proposal in connection with the Contract for which the attached Bid/Proposal has been submitted or to refrain from bidding/proposing in connection with such Contract, or has in any manner, directly or indirectly, sought by agreement or collusion or communication or conference with any other bidder/proposer, firm or person to fix the price or prices in the attached Bid/Proposal or of any other bidder, or to fix any overhead, profit or cost element of the bid/proposal prices or the Bid/proposal price of any other bidder/proposer, or to secure through any collusion, conspiracy, connivance or unlawful agreement any advantage against the City of New Haven or any person interested in the proposed Contract;

5. The price or prices quoted on the attached /Proposal are fair and proper and are not tainted by any collusion conspiracy, connivance, or unlawful agreement on the part of the bidder/proposer or any of its agents, representatives, owners, employees, or parties in interest, including this affiant; and

6. That no Alderman or other officer or employee or person whose salary is payable in whole or in part from the City Treasury is directly or indirectly interested in the Bid/Proposal, or in the supplies, materials, equipment, work or labor to which it relates, or in any of the profits thereof.

7. Check ONE:

_____ That neither this bidder/proposer, nor any owner, partner, officer, representative, agent or affiliate of this bidder/proposer, has outstanding financial or other obligations to the City of New Haven, nor are they a party to any entity which has any such obligations -

__X__ There are such outstanding obligations. ( List all obligations on a separate sheet, indicate the nature of the obligation and the parties involved. )    On file at City of New Haven Corporation Counsel office

8. That neither this bidder/proposer nor any owner, partner, officer, representative, agent or affiliate of this bidder/proposer, has failed to file a list of taxable personal property with the City of New Haven as required by state law.

9. Listing of owners, partners, officers, representatives, agents and/or affiliates

| | Name | Title | Affiliated Company (if none state NONE) | Title |
|---|---|---|---|---|
| 1 | Wendell C. Harp | Pres. | Renaissance Mgmt. Co. | President |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |

Use additional sheet if necessary ( Must be on company letterhead and notarized )

(Signed) _____Wendell C. Harp_____

(Title) _____President_____

Subscribed and sworn to before me this _17th_ day of _MaR_, _2000_

_Milton J. Jackson_

_Notary Public_
(Title)

My commission expires _10.31_, _2001_

## THIS FORM MUST BE NOTARIZED

CITY OF NEW HAVEN

## AFFIDAVIT OF NO TAXES DUE OR DEBT OWED TO CITY

State of ____Connecticut____ )(

                                              SS.

County of ____New Haven____ )(

I, ____Wendell C. Harp_____ , being first duly sworn, deposes and says that:

1.      He/She is owner, partner, officer, representative, affiliate or authorized agent of **Architects Environ-mental Collaborative, P.C.**____ (Company/Contractor), with its principal place of business located at ____New Haven, Conn., 300 Whalley Avenue____

2.   (Please check one):

_____ That neither the company, nor any owner, partner, officer, representative, agent or affiliate of the _____ (Company/Contractor name) has outstanding financial or other obligations to the City of New Haven, nor are they a party to any entity which has any such obligations.

__x__ There are such outstanding obligations (List all obligations on a separate sheet and indicate the nature of the obligation and the parties involved).  **On file at City of New Haven Corporation Counsel office.**

3.   That neither the company nor any owner, partner, officer, representative, agent or affiliate of the company has failed to file a list of taxable personal property with the City of New Haven as required by state law.

4.  That the following is an accurate list of all owners, partners, officers, representatives, agents or affiliates of ____Arch. Env. Coll., P.C.____ (company)

| Name | Title | Affiliated Company | Title |
|------|-------|--------------------|-------|
| 1. Wendell C. Harp | President | Ren. Mgmt. Co. | Pres. |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

Use additional sheet if necessary  (Must be on Company letterhead and notarized)

Signed _Wendill C. Harp_

Title ____President____

Subscribed and sworn to before me this _17 TH_ day of _March_ , _200d_.

_Milton L. Jackson_

Notary Public of Commissioner of Superior Court

(Tax Collector's Stamp)

My commission expires: _10-31-2001_

# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YY)** 03/17/00

| PRODUCER | |
|---|---|
| Camilleri & Clarke Associates<br>85 Wolcott Hill Road<br>Wethersfield, CT 06109<br>860 257-4555 | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |

| INSURED | INSURERS AFFORDING COVERAGE |
|---|---|
| Architects Environmental<br>Collaborative International, P.C.<br>300 Whalley Avenue<br>New Haven, CT 06511 | INSURER A: Design Professional Insurance Co.<br>INSURER B:<br>INSURER C:<br>INSURER D:<br>INSURER E: |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** | | | | EACH OCCURRENCE | $ |
| | COMMERCIAL GENERAL LIABILITY | | | | FIRE DAMAGE (Any one fire) | $ |
| | ☐ CLAIMS MADE ☐ OCCUR | | | | MED EXP (Any one person) | $ |
| | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | GENERAL AGGREGATE | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | PRODUCTS-COMP/OP AGG | $ |
| | **AUTOMOBILE LIABILITY** | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | |
| | ☐ ALL OWNED AUTOS | | | | BODILY INJURY (Per person) | $ |
| | ☐ SCHEDULED AUTOS | | | | | |
| | ☐ HIRED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | ☐ NON-OWNED AUTOS | | | | | |
| | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | **GARAGE LIABILITY** | | | | AUTO ONLY - EA ACCIDENT | $ |
| | ☐ ANY AUTO | | | | OTHER THAN EA ACC AUTO ONLY: AGG | $ |
| | **EXCESS LIABILITY** | | | | EACH OCCURRENCE | $ |
| | ☐ OCCUR ☐ CLAIMS MADE | | | | AGGREGATE | $ |
| | | | | | | $ |
| | ☐ DEDUCTIBLE | | | | | $ |
| | ☐ RETENTION | | | | | |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | | | | WC STATU- TORY LIMITS ☐ OTHER | |
| | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | E.L. DISEASE-EA EMPLOYEE | $ |
| | | | | | E.L. DISEASE-POLICY LIMIT | $ |
| A | **OTHER** Professional Liability Environmental Cov | PL00849601 | 01/22/00 | 01/22/01 | $1,000,000 Ea. Claim<br>$1,000,000 Aggregate<br>$5,000 Ea. Claim Ded. | |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS**

FOR PROFESSIONAL LIABILITY COVERAGE, THE AGGREGATE LIMIT IS THE TOTAL INSURANCE AVAILABLE FOR CLAIMS PRESENTED WITHIN THE POLICY PERIOD FOR ALL OPERATIONS OF THE INSURED. THIS LIMIT WILL BE REDUCED BY PAYMENTS OF CLAIMS & EXPENSES. THIS INSURANCE IS NOT FOR A SPECIFIC PROJECT.
RE: PRINCE WELCH SCHOOL

| CERTIFICATE HOLDER | ADDITIONAL INSURED; INSURER LETTER | CANCELLATION |
|---|---|---|
| New Haven Board of Education<br>54 Meadow Street<br>New Haven, CT 06510 | | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE<br>*Cynthia Livelo* |

BKM    © ACORD CORPORATION 1988

Clien*# 1195                                    RCEN

# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YY)** 03/17/00

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|
| Camilleri & Clarke Associates<br>Wolcott Hill Road<br>_thersfield, CT   06109<br>860 257-4555 | |
| | **INSURERS AFFORDING COVERAGE** |
| INSURED<br>Architects Environmental<br>Collaborative International, P.C.<br>300 Whalley Avenue<br>New Haven, CT   06511 | INSURER A: Design Professional Insurance Co. |
| | INSURER B: |
| | INSURER C: |
| | INSURER D: |
| | INSURER E: |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| | GENERAL LIABILITY | | | | EACH OCCURRENCE | $ |
| | COMMERCIAL GENERAL LIABILITY | | | | FIRE DAMAGE (Any one fire) | $ |
| | ☐ CLAIMS MADE ☐ OCCUR | | | | MED EXP (Any one person) | $ |
| | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | GENERAL AGGREGATE | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: ☐ POLICY ☐ PROJECT ☐ LOC | | | | PRODUCTS-COMP/OP AGG | $ |
| | AUTOMOBILE LIABILITY<br>☐ ANY AUTO<br>☐ ALL OWNED AUTOS<br>☐ SCHEDULED AUTOS<br>☐ HIRED AUTOS<br>☐ NON-OWNED AUTOS | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | BODILY INJURY (Per person) | $ |
| | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | GARAGE LIABILITY<br>☐ ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | OTHER THAN AUTO ONLY: EA ACC | $ |
| | | | | | AGG | $ |
| | EXCESS LIABILITY<br>☐ OCCUR ☐ CLAIMS MADE | | | | EACH OCCURRENCE | $ |
| | | | | | AGGREGATE | $ |
| | ☐ DEDUCTIBLE<br>☐ RETENTION  $ | | | | | $ |
| | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY | | | | WC STATU-TORY LIMITS / OTHER | |
| | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | E.L. DISEASE-EA EMPLOYEE | $ |
| | | | | | E.L. DISEASE-POLICY LIMIT | $ |
| A | OTHER Professional Liability Environmental Cov | PL00849601 | 01/22/00 | 01/22/01 | $1,000,000 Ea. Claim<br>$1,000,000 Aggregate<br>$5,000 Ea. Claim Ded. | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS

FOR PROFESSIONAL LIABILITY COVERAGE, THE AGGREGATE LIMIT IS THE TOTAL INSURANCE AVAILABLE FOR CLAIMS PRESENTED WITHIN THE POLICY PERIOD FOR ALL OPERATIONS OF THE INSURED.   THIS LIMIT WILL BE REDUCED BY PAYMENTS OF CLAIMS & EXPENSES.   THIS INSURANCE IS NOT FOR A SPECIFIC PROJECT. RE: PRINCE WELCH SCHOOL

| CERTIFICATE HOLDER | ADDITIONAL INSURED; INSURER LETTER | CANCELLATION |
|---|---|---|
| Haven Board of Education<br>_4 Meadow Street<br>_ew Haven, CT   06510 | | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE<br>_Cynthia Sivelli_ |

RKM   © ACORD CORPORATION 1988

DPIC Companies, Inc.
Design Professionals Insurance Company

A Member of the Orion Capital Companies
9 Farm Springs Drive • Farmington, CT 06032

PL008496-01
DEX008496-01

**Policy Continuation Certificate**
for Design Professionals
Professional Liability Policy

**POLICY NUMBER**
**GENERAL INSURING AGREEMENT**

For the total renewal premium stated in Item 6 below and in reliance on statements you made in the Renewal Application and subject to all the terms, conditions and provisions of the policy, we agree to continue Policy Number PL008496. The endorsements listed in Item 11a are attached to and form part of the policy as of the inception date of the renewal period shown in Item 4. Except as modified by endorsements in 11b, all other terms, conditions, exclusions and provisions of the policy apply during the renewal policy period.

**GENERAL DECLARATIONS**

Item 1 — NAMED INSURED:    Architects Environmental Collaborative International, P.C.

Item 2 — MAILING ADDRESS:    300 Whalley Avenue
New Haven, Connecticut 06511

Item 3 — Phone # (203) 624-0815    FAX # (203) 777-9891    Electronic Mail # n/a

Item 4 — POLICY PERIOD:    Effective Date 01/22/1999    Expiration Date 01/22/2001
(12:01 a.m. Local Time at the Above Mailing Address)

Item 5 — LIMITS OF INSURANCE:    EACH CLAIM / AGGREGATE    PREMIUM
3/1/99  1,000,000  1,055,000

| | EACH CLAIM / AGGREGATE | PREMIUM |
|---|---|---|
| Professional Liability | $ ~~2,000,000 / 2,000,000~~ | $ |
| Optional Endorsements | | |
| Shared Cost of Defense | # n/a | $ -0- |
| Dollar One Defense | # 8 | $ |
| Education Program Credits | # n/a | $ -0- |
| Limitation of Liability | # n/a | $ -0- |
| Special Coverage | # n/a | $ -0- |
| Other | # n/a | $ -0- |
| | | $ |

Item 6 — TOTAL PREMIUM:    $
Assessments/Taxes    n/a    $

Item 7 — DEDUCTIBLE: $ 5,000    EACH CLAIM/S    n/a    AGGREGATE

Item 8 — NOTICE OF CLAIMS MADE AND REPORTED POLICY:
Professional Liability coverage is on a CLAIMS MADE AND REPORTED BASIS. Coverage applies only to those CLAIMS that are first reported to the Company during the policy period.

Item 9 — NOTICE OF EXPENSE WITHIN THE LIMITS:
Professional Liability Coverage contains a provision that: (a) reduces the Limits of Insurance stated in the policy by the costs of CLAIMS EXPENSES and/or (b) may permit CLAIMS EXPENSES to be applied against the deductible or retention amount, if any.

Item 10 — RETROACTIVE DATE:    01/01/1973

Item 11a — Renewal Endorsements Carried Forward: DP37503-0 (04/96); DP37507-0 (07/96); DP37120-0 (01/96); DP37301-0 (01/96); DP37107-0 (01/96);

Item 11b — Renewal Endorsements New: DP37254-0 (01/96); DP37210-0 (02/97); DP37211-0 (02/97); DP37212-0 (02/97); DP37406-0 (05/98); DP37409-0 (01/96);

**PLEASE READ THE POLICY CAREFULLY AND DISCUSS THIS COVERAGE WITH THE INSURANCE AGENT OR BROKER DESIGNATED BELOW.**

Agent: Camilleri & Clarke Associates, Inc.    Date Issued: 02/26/1999    CMB

Countersigned by:

Countersigned at: Wethersfield, Connecticut