**EXHIBIT A**

Case 3:03-cv-00977-CFD   Document 61-2   Filed 12/15/2006   Page 2 of 38

# *New Haven Public Schools*

**Reginald Mayo, Ph.D**
*Superintendent*



**Administrative Offices**
**Gateway Center**
54 Meadow St.
New Haven, CT 06519
Tel. (203) 946-8888
Fax. (203)946-7300

April 8, 1998

Mr. Wendell Harp, AIA Architect
Architects Environmental Collaborative International
304 Whalley Avenue
New Haven, CT 06511

RE:  Prince-Welch K-5

This letter is being submitted as form of introduction.  In March 1998, I was assigned as the Program Manager for the above referenced project.  In this capacity I am responsible for administering the project development and implementation process.  This includes but is not limited to the administration of your contract and those services as described therein.  (Attachment)

I am in receipt of the Educational Specification Study as prepared by your office and submitted on February 02, 1998.  According to the project history and transition briefing I received, this document was due in June 1997.  The reason for this delay is something we will have ample future opportunities to discuss.  Presently, I am reviewing the document, and I will follow up with comments and or revisions as may be required.   Our expectation is that all revisions be made prior to formal distribution.   Hence, the seven copies submitted will be held until this office has completed its review and all revisions if required are complete.

It is my intention to hold a card trick scheduling session to establish the mile stone dates required to meet the June 30, 1999, construction start.  Please, forward to my attention a list of anticipated participants, including consultants you've retained.  I will contact you within the next two weeks to schedule this event.

Please contact me with questions regarding this project.

Sincerely,

Claude E. Watt, Jr.
Program Manager

cc:    Paul Guidone, Chief Operating Officer
       Thomas Roger, Program Director

**EXHIBIT B**

## FAX MEMORANDUM

To:        *Wendell Hays*

From:      Dr. Reginald Mayo
           Tel.  (203) 946-8888
           Fax  (203) 946-7300

Date:      March 20, 1998

Re:        Owner's Representative

Number of pages, including cover sheet:    2

**School Construction Program**



**New Haven Public Schools
REBUILDING OUR SCHOOLS**

cc:    Mr. P. Guidone
       Mr. T. Roger

# New Haven Public Schools

## MEMORANDUM

**Reginald Mayo, Ph.D**
*Superintendent*



TO:    All Architects & Consultants, School Construction Program

FROM:    Dr. Reginald Mayo

DATE:    March 19, 1998

RE:    Owner's Representative – Gilbane Building Company

**Administrative Offices**
**Gateway Center**
**54 Meadow St.**
New Haven, CT  06519
Tel. (203) 946-8888
Fax. (203)946-7300

This is formal notification (i.e. as specified under Section 4.4 of the current design contracts) that as of March 10, 1998, Gilbane Building Company will begin serving as the Owner's representative. The Board of Education has recently hired Gilbane to serve as the overall Program Manager for the School Construction Program. In this role, they will provide overall program coordination and design and construction phase support in areas such as estimating, scheduling, constructability review, owner activities management, field oversight, state regulatory interface, etc. Their expertise and onsite staff should greatly assist you in providing timely guidance in areas of cost, schedule, and owner approvals.

For purposes of your design activities and approved scope of services, Gilbane is hereby authorized to provide direction for your activities, answer owner-related questions, and review and approve your submittals and invoices. Any changes in your basic contract or scope of services will continue to require approval by the Board of Education.

Gilbane's staff has set up offices on the 4th floor of Gateway Center (54 Meadow St.) with our existing project staff. Following is the current listing of the School construction Program staff and their new numbers:

| School Construction Program Staff | Telephone | Fax |
|---|---|---|
| Thomas H. Roger, Program Director (Gilbane) | 203-946-6810 | 203-946-7436 |
| Claude E. Watt, Program Manager (Gilbane) | 203-946-6808 | 203-946-7436 |
| Dan Haim, AID, Program Manager (BOE) | 203-946-7403 | 203-946-7300 |
| Susan Weissleberg, Program Coordinator (BOE) | 203-946-6811 | 203-946-7436 |
| Alan Ladson, Program Engineer (Gilbane) | 203-946-6809 | 203-946-7436 |
| Juanita Mazyck, Accounting Coordinator (BOE) | 203-946-8783 | 203-946-7436 |

RM/vhb

cc: Mr. P. Guidone
    Mr. T. Roger

**EXHIBIT C**



# architects environmental collaborative international

Wendell C. Harp, AIA Architect

304 Whalley Ave.
New Haven, CT 06511
(203) 624-0815

## FACSIMILE TRANSMITTAL SHEET

TO: Mr. Paul Guidone,

COMPANY: Architects Environmental Collaborative Int'l,PC

FAX: Hand Delivered by: WCH

RE: Prince-Welch K-5 School
Final: Educational Specification Study

FROM: AECI (203) 624-0815          FAX  (203) 777-9891

Date/Time: Feb. 2, 1998

Number of pages of this transmission (including cover sheet): _____

Please call Wendell Harp _____ at above number if you have any problems with this transmission.

MESSAGE:
Please find attached  7 copies of the above referenced Educational Study.

**EXHIBIT D**

# *New Haven Public Schools*

**Reginald Mayo, Ph.D**
*Superintendent*



**Administrative Offices**
**Gateway Center**
54 Meadow St.
New Haven, CT 06519
Tel. (203) 946-8888
Fax. (203)946-7300

August 17, 1999                              SENT VIA FAX AND 1ST CLASS MAIL

Mr. Wendell Harp, Architect
Architects Environmental Collaborative International, P.C.
300 Whalley Avenue
New Haven, CT 06511

Ref.:    Prince-Welch School Project (Pre K - 8th Grade)
         SDE No. 093-306
         City of New Haven Project No. 99-100-03

The New Haven Public Schools District's administration has authorized the me to proceed with a pre K 8th grade program in lieu of pre K-5 and the site analysis and planning as required to select a site for the new Prince - Welch School project.

This letter is submitted to authorized you to commence above work in two collateral phases:

**Phase One**
Your are to amend the original pre K - 5th grade educational specification to reflect the NHPS decision to change the program to a pre K - 8th grade format. This work shall be performed as an additional service and compensation shall be per Article 3, Subparagraph 3.4.26 of the agreement between and the Board of Education and Architects Environmental Collaborative International, dated February 10, 1997. This work is to be performed for a value not to exceed the $10,000 amount listed therein.

**Phase Two**
You are to proceed with the site analysis and planning per Article 3, Subparagraph 3.4.25 of the agreement referenced in phase one. This work shall be performed for a value not to exceed the $32,400 amount contained therein.

The work performed in phase two shall also include, but not be limited to assisting the Owner by performing site studies and analysis of various site options using the pre K-8th grade program format. All analysis and recommendations for final site selection shall be in writing with supporting drawings and photographs.

This work is to commence immediately. Our goal is to make a preliminary presentation of the recommended site to the Citywide School Building Committee at the September 16, 1999, meeting.

Thank you in advance for your assistance in this matter.

Sincerely,

Claude E. Watt Jr.
Program Manager

cc:    Paul Guidone
       William Versaci
       Susan Weisselberg

File:\2445princeltr05.doc                              page 1 of 1

**EXHIBIT E**

DEFENDANT'S
EXHIBIT
35
7/14/05    JCH

# *New Haven Public Schools*

**Administrative Offices**
**Gateway Center**
54 Meadow Street,
New Haven, CT 06519



March 31, 2000                                    Sent Fax and 1ˢᵗ Class Mail

Mr. Wendell Harp, Principal
Architects Environmental Collaborative International, PC
300 Whalley Avenue
New Haven, CT 06511

Re.:    Prince Welch School Project
         (SDE#093-306, City No. 99-100-03)

Subj.:           **NOTICE TO PROCEED**

The revised Agreement between the City of New Haven Board of Education
(Owner) and Architects Environmental Collaborative International (Architect)
was approved during the Board of Education meeting on Monday, March 27,
2000. As set forth therein the Architect has certain assigned professional
services to perform. It is understood by the Architect that these services can
only be initiated with the written authorization by the New Haven Public
School District's Administration on behalf of the Board of Education.

The Program Manager assigned to administer this particular school
construction program is Claude E. Watt. He shall be the primary contact on
all issues related to the execution and implementation of this Agreement. He
can be reached at 203/946-6808.

This letter is submitted giving you **NOTICE TO PROCEED** with the
Schematic Design Phase of work per the Agreement and the approved
Education Specification / Space Program for the Pre-K 8 School.

Sincerely yours,

Claude E. Watt Jr.
Program Manager

cc:    Paul Guidone
       Thomas Roger
       Donna Chance-Dowdie

File: 2445PRINCEI.TR14.DOC                                              1

**EXHIBIT F**

## Schematic Design Critique

Project:          PRINCE WELCH Pre-K 8  School

Architect:        Associated Environmental Collaborative Incorporated
Contact:          Wendell C. Harp, Principal

Reviewer:         Claude E. Watt Jr., Program Manager
Date:             August 2, 2000

Critique base on Program Managers review of the preliminary schematic design
documents presented by Architect as of July 24, 2000

### Overview:

The assigned Architect has been commissioned to provide professional architectural /
engineering services for the design and development of a new Pre-K8 School.  The school
will house 600 pupils.

The site selected by the Owner is an 8.2-acre tract of land bounded by the rear boundary
of the properties along Davenport Avenue and Kossuth Street with street frontage along
Congress Avenue and Ward Street.  This site requires the closure of two city streets
(Baldwin Street and Asylum Avenue).

The Owner's objective is to develop an educational facility that supports an academic
environment for the grades Pre-Kindergarten through Eighth. The community shall be
afforded access to the facility for activities and community functions.  This facility shall
support a variety of indoor and outdoor recreational activities.  The facility must lend
itself to controls that regulate movement through out the facility.

The parking must be adequate enough to support staff and visitors.  The Owner prefers
that no parking occurs in areas not clearly visible from the street or located in rear of
facility. The travel lanes and drop off area for buses shall be separated from other traffic.

This review is not intended to cover all areas of design scope or to relieve the Architect of
it responsibility to evaluate its design and make improvements.

### CRITIQUE COMMENTS

| No. | Observation | Comment | Action Code |
|-----|-------------|---------|-------------|
| 1 | **Schematic Document Preparation** | | |
| 2 | A2 Survey | Not Started | |
| 3 | Energy Study & Life Cycle Cost Analysis | Not Started | |

| 4 | Program Development | Incomplete | 8·23·00 | 5BBAC |
|---|---|---|---|---|
| 5 | Approved Design Phase Narrative | Incomplete | 8·23·00 | |
| 6 | Geotechnical Survey | Not Started | | |
| 7 | Outline Specification | Not submitted | | |
| 8 | Description of Building Envelop | Under study | | |
| 9 | Schedule of interiors | Status unknown | | |
| 10 | Description of finishes per room | Status unknown | | |
| 11 | Review of Cabling and Telecom Program | Not Started | | |
| 12 | Description of Handicap Requirements inside & outside Bldg | Status unknown | | |
| 13 | Security Issues narrative for design | Status Unknown | | |
| 14 | FF&E Program Description and Budget | Not Started | | |
| 15 | Drawings: | | | |
| 16 | Site Plan | Under Study | | |
| 17 | Typical floor plan clearly indicating program use | Under study | | |
| 18 | Typical floor plan showing smoke & fire partition | Not submitted | | |
| 19 | Roof plan indicating type of design | Not submitted | | |
| 20 | Elevations of all sides | Partial submitted | | |
| 21 | Diagrammatic sections of building | Not submitted | | |
| 22 | Equipment & Furnishing drawing | Not submitted | | |
| 23 | Preliminary perspective or model | Not submitted | | |
| 24 | | | | |
| 25 | **Site Development and Land-Use** | | | |
| 26 | Building form (Compliment or Contrast local vernacular) | 1 | | |
| 27 | Building placement on site | 2 | | |
| 28 | Road frontage use and development | 3 | | |
| 29 | Site Access | 4 | | |
| 30 | Onsite Access roads buses | 5 | | |
| 31 | Onsite access roads service | 6 | | |
| 32 | Onsite access roads parking | 7 | | |
| 34 | Onsite access roads student drop-off Lane | 8 | | |
| 36 | Parking staff / visitors | 9 | | |
| 37 | Parking service | 10 | | |
| 38 | Parking buses | 1 | | |
| 39 | Sidewalks & Curb Cuts | 12 | | |
| 40 | Multi-Purpose Recreation Field | 13 | | |

| 41 | Primary & intermediate play area | 13 | |
|---|---|---|---|
| 42 | Buffer zone at adjacent properties | 14 | |
| 43 | Preservation of mature trees | 13 | |
| 43 | General Landscaping | 13 | |
| 44 | Easements | 13 | |
| 45 | Erosion control | 13 | |
| 46 | Site drainage | 13 | |
| 47 | Utility access | 13 | |
| 48 | Set backs | 15 | |
| 49 | Site lighting | 13 | |
| 50 | Onsite Movement patterns (Vehicular / Pedestrians) | 3 & 13 | |
| 51 | Fencing | 13 | |
| 52 | Earth Berm | 16 | |
| | | | |
| | **Program Implementation** | | |
| 53 | Primary Classrooms (Pre-K to 2nd) | 17 | |
| 54 | Intermediate Classrooms (3rd to 4th) | 17 & 18 | |
| 55 | Middle School Classrooms (5th to 8th) | 19 | |
| 56 | Media Center | 13 | |
| 57 | Food Service / Cafeteria | 13 | |
| 58 | Gym / Auditorium | 13 | |
| 59 | Administration | 13 | |
| 60 | Student Support | 13 | |
| 61 | Medical | 13 | |
| | | | |
| | **Design Issues** | | |
| 62 | Scale of building | 13 | |
| 63 | Corridors | 20 | |
| 64 | Windows | 13 | |
| 65 | Lighting | 13 | |
| 66 | Noise control Security | 13 | |
| 67 | Security | 13 | |
| 68 | Path of travel | Open | |
| 69 | Adjacencies | 21 | |
| 70 | Lockers | 13 | |
| 71 | Storage | 13 | |
| 72 | Mechanicals areas | 13 | |
| 73 | Roofing | 21 | |
| 74 | Skylights | 22 | |
| 75 | Stairways | Open | |

## COMMENTS:

1. The design as presented makes no attempt to integrate or compliment existing architecture. This is not necessarily a negative response to a site. The City is a Certified Local Government, CLG, this factor and the fact that the selected site requires the demolition of several properties on the historic survey may cause the state to impose special stipulations on the new building relative to exterior design and finishes.

2. Building placement options are limited. Design appears to maximize the location of building on site.

3. Drive entry off of Congress allows for off street drops as requested by Traffic and Parking. As illustrated the drive entrance appears to shallow and to close to Ward Street. It also is introduces vehicular traffic across a pedestrian right of way. Recommendation: Shift building north along Ward to gain sufficient depth in drive entry. Relocate  entry drive west along Congress to increase safe zone between Ward and driveway.

4. See comment about driveway proximity to Ward Street. (Note 3)

5. Bus lane is cluttered and creates unsafe conditions. Recommendation: Relocate service area and maintain single bus lane. Eliminate the diagonal and perpendicular bus parking. Bus lane to be fire lane when buses are picking up students.

6. Service access shares the bus lane. This is not a problem. The service access to the building through the bus lane does cause some concern. The Program Manager directed the Architect to provide the service vehicles access up to the facility. The solution, which requires the service trucks to break the bus lane, is awkward. Recommendation: Reevaluate the service access location and make recommendation to owner.

7. See comment (3).

8. Congress Avenue drop-off lane configured in such a manner as result in traffic backups into Congress Avenue during peak hours.

9. Review option to expand parking area along Congress closer to school. This would add to the available parking on site.

10. Create buffer between parking and bus lane, such that the buses do not block in the service and maintenance staff parking.

11. See Comment (3).

12. No comment.

13. Insufficient information to comment at this time.

14. Appears tight. Suggest soliciting community feedback on this matter.

15. City Plan and BZA will make this determination.

16. The earth-berm creates a break in sight line from street. It may also prove to be a maintenance problem for the school.

17. Classrooms layout does not form an interactive grouping or pod. Further layout study is recommended.

18. Classrooms located in a high noise area. Also the layout forces contact between the intermediate and middle school students. Further layout study recommended.

19. There is concern with the existence several dead corridors and wall projections, which disrupt sightlines.
    Recommendation: simplify interior wall layout so as clear view of all areas of corridors.

20. Sight line needs to clear from each end.

21. The designer proposes use of both flat and sloped roof systems. This contradicts the desires of NHPS due to concerns about damage and water infiltration.

22. NHPS reserve action or discussion on this item until more information is available.

## Schematic Design Critique

Project:        PRINCE WELCH Pre-K 8 School

Architect:      Associated Environmental Collaborative Incorporated
Contact:        Wendell C. Harp, Principal

Reviewer:       Claude E. Watt Jr., Program Manager
Date:           August 2, 2000

Critique base on Program Managers review of the preliminary schematic design
documents presented by Architect as of July 24, 2000

### Overview:

The assigned Architect has been commissioned to provide professional architectural /
engineering services for the design and development of a new Pre-K8 School. The school
will house 600 pupils.

The site selected by the Owner is an 8.2-acre tract of land bounded by the rear boundary
of the properties along Davenport Avenue and Kossuth Street with street frontage along
Congress Avenue and Ward Street. This site requires the closure of two city streets
(Baldwin Street and Asylum Avenue).

The Owner's objective is to develop an educational facility that supports an academic
environment for the grades Pre-Kindergarten through Eighth. The community shall be
afforded access to the facility for activities and community functions. This facility shall
support a variety of indoor and outdoor recreational activities. The facility must lend
itself to controls that regulate movement through out the facility.

The parking must be adequate enough to support staff and visitors. The Owner prefers
that no parking occurs in areas not clearly visible from the street or located in rear of
facility. The travel lanes and drop off area for buses shall be separated from other traffic.

This review is not intended to cover all areas of design scope or to relieve the Architect of
it responsibility to evaluate its design and make improvements.

### CRITIQUE COMMENTS

| No. | Observation | Comment | Action Code |
|-----|-------------|---------|-------------|
| 1 | **Schematic Document Preparation** | | |
| 2 | A2 Survey | Not Started | |
| 3 | Energy Study & Life Cycle Cost Analysis | Not Started | |

| | | | |
|---|---|---|---|
| 4 | Program Development | Incomplete | 8/23/00 |
| 5 | Approved Design Phase Narrative | Incomplete | 8/22/00 |
| 6 | Geotechnical Survey | Not Started | |
| 7 | Outline Specification | Not submitted | |
| 8 | Description of Building Envelop | Under study | |
| 9 | Schedule of interiors | Status unknown | |
| 10 | Description of finishes per room | Status unknown | |
| 11 | Review of Cabling and Telecom Program | Not Started | |
| 12 | Description of Handicap Requirements inside & outside Bldg | Status unknown | |
| 13 | Security Issues narrative for design | Status Unknown | |
| 14 | FF&E Program Description and Budget | Not Started | |
| 15 | Drawings: | | |
| 16 | Site Plan | Under Study | |
| 17 | Typical floor plan clearly indicating program use | Under study | |
| 18 | Typical floor plan showing smoke & fire partition | Not submitted | |
| 19 | Roof plan indicating type of design | Not submitted | |
| 20 | Elevations of all sides | Partial submitted | |
| 21 | Diagrammatic sections of building | Not submitted | |
| 22 | Equipment & Furnishing drawing | Not submitted | |
| 23 | Preliminary perspective or model | Not submitted | |
| 24 | | | |
| 25 | **Site Development and Land-Use** | | |
| 26 | Building form (Compliment or Contrast local vernacular) | 1 | |
| 27 | Building placement on site | 2 | |
| 28 | Road frontage use and development | 3 | |
| 29 | Site Access | 4 | |
| 30 | Onsite Access roads buses | 5 | |
| 31 | Onsite access roads service | 6 | |
| 32 | Onsite access roads parking | 7 | |
| 34 | Onsite access roads student drop-off Lane | 8 | |
| 36 | Parking staff / visitors | 9 | |
| 37 | Parking service | 10 | |
| 38 | Parking buses | 1 | |
| 39 | Sidewalks & Curb Cuts | 12 | |
| 40 | Multi-Purpose Recreation Field | 13 | |

| | | | |
|---|---|---|---|
| 41 | Primary & intermediate play area | 13 | |
| 42 | Buffer zone at adjacent properties | 14 | |
| 43 | Preservation of mature trees | 13 | |
| 43 | General Landscaping | 13 | |
| 44 | Easements | 13 | |
| 45 | Erosion control | 13 | |
| 46 | Site drainage | 13 | |
| 47 | Utility access | 13 | |
| 48 | Set backs | 13 | |
| 49 | Site lighting | 15 | |
| 50 | Onsite Movement patterns (Vehicular / Pedestrians) | 3 & 13 | |
| 51 | Fencing | 13 | |
| 52 | Earth Berm | 16 | |
| | | | |
| | **Program Implementation** | | |
| 53 | Primary Classrooms (Pre-K to 2nd) | 17 | |
| 54 | Intermediate Classrooms (3rd to 4th) | 17 & 18 | |
| 55 | Middle School Classrooms (5th to 8th) | 19 | |
| 56 | Media Center | 13 | |
| 57 | Food Service / Cafeteria | 13 | |
| 58 | Gym / Auditorium | 13 | |
| 59 | Administration | 13 | |
| 60 | Student Support | 13 | |
| 61 | Medical | 13 | |
| | | | |
| | **Design Issues** | | |
| 62 | Scale of building | 13 | |
| 63 | Corridors | 20 | |
| 64 | Windows | 13 | |
| 65 | Lighting | 13 | |
| 66 | Noise control Security | 13 | |
| 67 | Security | 13 | |
| 68 | Path of travel | Open | |
| 69 | Adjacencies | 21 | |
| 70 | Lockers | 13 | |
| 71 | Storage | 13 | |
| 72 | Mechanicals areas | 13 | |
| 73 | Roofing | 21 | |
| 74 | Skylights | 22 | |
| 75 | Stairways | Open | |

## COMMENTS:

1. The design as presented makes no attempt to integrate or compliment existing architecture. This is not necessarily a negative response to a site. The City is a Certified Local Government, CLG, this factor and the fact that the selected site requires the demolition of several properties on the historic survey may cause the state to impose special stipulations on the new building relative to exterior design and finishes.

2. Building placement options are limited. Design appears to maximize the location of building on site.

3. Drive entry off of Congress allows for off street drops as requested by Traffic and Parking. As illustrated the drive entrance appears to shallow and to close to Ward Street. It also is introduces vehicular traffic across a pedestrian right of way. Recommendation: Shift building north along Ward to gain sufficient depth in drive entry. Relocate entry drive west along Congress to increase safe zone between Ward and driveway.

4. See comment about driveway proximity to Ward Street. (Note 3)

5. Bus lane is cluttered and creates unsafe conditions. Recommendation: Relocate service area and maintain single bus lane. Eliminate the diagonal and perpendicular bus parking. Bus lane to be fire lane when buses are picking up students.

6. Service access shares the bus lane. This is not a problem. The service access to the building through the bus lane does cause some concern. The Program Manager directed the Architect to provide the service vehicles access up to the facility. The solution, which requires the service trucks to break the bus lane, is awkward. Recommendation: Reevaluate the service access location and make recommendation to owner.

7. See comment (3).

8. Congress Avenue drop-off lane configured in such a manner as result in traffic backups into Congress Avenue during peak hours.

9. Review option to expand parking area along Congress closer to school. This would add to the available parking on site.

10. Create buffer between parking and bus lane, such that the buses do not block in the service and maintenance staff parking.

11. See Comment (3).

12. No comment.

13. Insufficient information to comment at this time.

14. Appears tight. Suggest soliciting community feedback on this matter.

15. City Plan and BZA will make this determination.

16. The earth-berm creates a break in sight line from street. It may also prove to be a maintenance problem for the school.

17. Classrooms layout does not form an interactive grouping or pod. Further layout study is recommended.

18. Classrooms located in a high noise area. Also the layout forces contact between the intermediate and middle school students. Further layout study recommended.

19. There is concern with the existence several dead corridors and wall projections, which disrupt sightlines.
    Recommendation: simplify interior wall layout so as clear view of all areas of corridors.

20. Sight line needs to clear from each end.

21. The designer proposes use of both flat and sloped roof systems. This contradicts the desires of NHPS due to concerns about damage and water infiltration.

22. NHPS reserve action or discussion on this item until more information is available.

# PRINCE - WELCH SCHOOL
## Pre-K through 8 PRELIMINARY SPACE PROGRAM (600 students)
### 7/17/2000 (revised 7/26/00)

| SPACE COMPONENT | BASE PROGRAM | | | PROPOSED | | | No. of Pupils | NOTES |
|---|---|---|---|---|---|---|---|---|
| | No. | Area NSF | Total NSF | No. | Area NSF | Total NSF | | |
| **CLASSROOM AREAS** | | TOTAL: | 25,340 | | TOTAL: | 25,340 | 577 | |
| Head Start Classroom | 0 | 1000 | 0 | 0 | 1000 | 0 | 0 | |
| Toilets | 0 | 40 | 0 | 0 | 40 | 0 | | |
| Pre-K | 2 | 1000 | 2,000 | 2 | 1000 | 2,000 | 52 | |
| Toilets | 4 | 40 | 160 | 4 | 40 | 160 | | |
| Kindergarten | 2 | 1000 | 2,000 | 2 | 1000 | 2,000 | 52 | |
| Toilets | 4 | 40 | 160 | 4 | 40 | 160 | | |
| First Grade | 2 | 900 | 1,800 | 2 | 900 | 1,800 | 52 | |
| Toilets | 2 | 40 | 80 | 2 | 40 | 80 | | |
| Second Grade | 2 | 900 | 1,800 | 2 | 900 | 1,800 | 52 | |
| Toilets | 1 | 40 | 40 | 1 | 40 | 40 | | |
| Third Grade | 2 | 900 | 1,800 | 2 | 900 | 1,800 | 54 | |
| Toilets | 0 | 40 | 0 | 0 | 40 | 0 | | |
| Fourth Grade | 2 | 900 | 1,800 | 2 | 900 | 1,800 | 54 | |
| Fifth Grade | 2 | 900 | 1,800 | 2 | 900 | 1,800 | 54 | |
| Sixth Grade | 2 | 900 | 1,800 | 2 | 900 | 1,800 | 54 | |
| Seventh Grade | 2 | 900 | 1,800 | 2 | 900 | 1,800 | 54 | |
| Eighth Grade | 2 | 900 | 1,800 | 2 | 900 | 1,800 | 54 | |
| Science Labs | 1 | 1100 | 1,100 | 1 | 1100 | 1,100 | | No Gas at student desk for grades 5-8 |
| Discovery Science Labs | 1 | 1000 | 1,000 | 1 | 1000 | 1,000 | | Hands on work room for grades K-4 |
| Computer Lab | 1 | 800 | 800 | 1 | 800 | 800 | | Adjacent to Media center for grades 5-8 & adult |
| Language Lab | 1 | 900 | 900 | 1 | 900 | 900 | | General classroom layout |
| Special Education | 3 | 900 | 2,700 | 3 | 900 | 2,700 | 45 | One each SE for primary, intermediate & middle |
| | | | 0 | | | 0 | | |
| | | | 0 | | | 0 | | |
| **CLASSROOM SUPPORT** | | TOTAL: | 800 | | TOTAL: | 800 | | |
| Science Store Room | 1 | 200 | 200 | 1 | 200 | 200 | | Locate adjacent to MS Science room |
| Science Prep Room | 1 | 100 | 100 | 1 | 100 | 100 | | accessible within MS Science room |
| Computer Technology | 0 | 800 | 0 | 0 | 800 | 0 | | See Media Center |
| Utility Closets | 4 | 50 | 200 | 4 | 50 | 200 | | Strategically locate throughout building... |
| Custodial | 2 | 150 | 300 | 2 | 150 | 300 | | one each floor |
| | | | 0 | | | 0 | | |
| | | | 0 | | | 0 | | |
| **ADMINISTRATION** | | TOTAL: | 1,330 | | TOTAL: | 1,330 | | |
| Reception/Waiting | 1 | 150 | 150 | 1 | 150 | 150 | | |
| General Office Area | 1 | 200 | 200 | 1 | 200 | 200 | | |
| Principal's Office | 1 | 200 | 200 | 1 | 200 | 200 | | |
| Document Storage Area | 1 | 100 | 100 | 1 | 100 | 100 | | |
| Mail/Work Room | 1 | 200 | 200 | 1 | 200 | 200 | | |
| Asst. Administrator's Office | 1 | 200 | 200 | 1 | 200 | 200 | | |
| Kitchenette | 0 | 100 | 0 | 0 | 100 | 0 | | |
| Conference room | 1 | 200 | 200 | 1 | 200 | 200 | | |
| | | | 0 | | | 0 | | |
| Toilets | 1 | 80 | 80 | 1 | 80 | 80 | | |
| **TEACHER SUPPORT** | | TOTAL: | 560 | | TOTAL: | 560 | | |
| Team & Prep Room | 2 | 200 | 400 | 2 | 200 | 400 | | |
| | | | 0 | | | 0 | | |
| | | | 0 | | | 0 | | |
| Toilets | 2 | 80 | 160 | 2 | 80 | 160 | | |
| **PARENTS AREA** | | TOTAL: | 250 | | TOTAL: | 250 | | |
| Organization Office | 0 | 100 | 0 | 0 | 100 | 0 | | |
| Team Conference Room | 1 | 250 | 250 | 1 | 250 | 250 | | |
| | | | 0 | | | 0 | | |
| | | | 0 | | | 0 | | |
| **HEALTH CLINIC** | | TOTAL: | 640 | | TOTAL: | 640 | | |
| Reception/Waiting | 1 | 100 | 100 | 1 | 100 | 100 | | |
| Exam Room | 1 | 80 | 80 | 1 | 80 | 80 | | |
| Nurse's Office | 1 | 120 | 120 | 1 | 120 | 120 | | |
| Clinic Director's Office | 1 | 120 | 120 | 1 | 120 | 120 | | |
| Files/Storage | 1 | 60 | 60 | 1 | 60 | 60 | | |

# PRINCE - WELCH SCHOOL
## Pre-K through 8 PRELIMINARY SPACE PROGRAM (600 students)
### 7/17/2000 (revised 7/26/00)

| SPACE COMPONENT | BASE PROGRAM | | | PROPOSED | | | No. of Pupils | NOTES |
|---|---|---|---|---|---|---|---|---|
| | No. | Area NSF | Total NSF | No. | Area NSF | Total NSF | | |
| Cot Area | 1 | 80 | 80 | 1 | 80 | 80 | | |
| Isolation Room | 0 | 80 | 0 | 0 | 80 | 0 | | |
| Lab Area | 0 | 80 | 0 | 0 | 80 | 0 | | |
| Laundry Closet | | | 0 | | | 0 | | |
| Kitchenette | 0 | 60 | 0 | 0 | 60 | 0 | | |
| | | | 0 | | | 0 | | |
| | | | 0 | | | 0 | | |
| Toilets | 1 | 80 | 80 | 1 | 80 | 80 | | |
| **MAIN ENTRANCE & LOBBY** | | TOTAL: | 800 | | TOTAL: | 0 | | |
| Entrance Lobby | 1 | 800 | 800 | | | 0 | | |
| | | | 0 | | | | | |
| **GUIDANCE & PUPIL SUPPORT** | | TOTAL: | 1,280 | | TOTAL: | 1,280 | | |
| Guidance Counselor Office | 1 | 120 | 120 | 1 | 120 | 120 | | |
| Social Worker | 1 | 120 | 120 | 1 | 120 | 120 | | |
| Part-time Social Worker | 0 | 120 | 0 | 0 | 120 | 0 | | |
| Bilingual/ESL/Migratory | 1 | 120 | 120 | 1 | 120 | 120 | | |
| Speech Pathologist | 1 | 200 | 200 | 1 | 200 | 200 | | |
| Conference / PPT Room | 1 | 120 | 120 | 1 | 120 | 120 | | |
| Psychologist | 0 | 80 | 0 | 0 | 80 | 0 | | |
| Testing Rooms | 0 | 150 | 0 | 0 | 150 | 0 | | |
| School Nurse | 0 | 200 | 0 | 0 | 200 | 0 | | |
| ESL Resource Room | 2 | 200 | 400 | 2 | 200 | 400 | | |
| ...cial Ed Resource Room | 1 | 200 | 200 | 1 | 200 | 200 | | |
| ...rk/Storage Room | | | 0 | | | 0 | | |
| ...Chair | | | 0 | | | 0 | | |
| Speech | | | 0 | | | 0 | | |
| Curriculum Office/Storage | | | 0 | | | 0 | | |
| Open Office Area | | | 0 | | | 0 | | |
| Privacy Room | | | 0 | | | 0 | | |
| Waiting | | | 0 | | | 0 | | |
| In-School Suspension | | | 0 | | | 0 | | |
| | | | 0 | | | 0 | | |
| **FOOD SERVICE** | | TOTAL: | 1,650 | | TOTAL: | 1,610 | | |
| Receiving | 1 | 100 | 100 | 1 | 100 | 100 | | |
| Washdown/Garbage | 1 | 200 | 200 | 1 | 200 | 200 | | |
| Refrigerator Storage (Walk-in) | 1 | 100 | 100 | 1 | 100 | 100 | | |
| Dry Storage | 1 | 100 | 100 | 1 | 100 | 100 | | |
| Paper/Cleaning Storage | 2 | 50 | 100 | 2 | 50 | 100 | | |
| Utensil Storage | 1 | 50 | 50 | 1 | 50 | 50 | | |
| Manager Office | 0 | 75 | 0 | 0 | 75 | 0 | | |
| Warming/ Prep Area | 1 | 600 | 600 | 1 | 600 | 600 | | |
| Serving Area | 1 | 300 | 300 | 1 | 300 | 300 | | |
| Locker | 1 | 60 | 60 | 1 | 60 | 60 | | |
| Toilet | 1 | 40 | 40 | 1 | 40 | | | |
| | | | 0 | | | 0 | | |
| **CAFETERIA** | | TOTAL: | 6,250 | | TOTAL: | 4,300 | | |
| Seating Area | 2 | 2,000 | 4,000 | 2 | 2,000 | 4,000 | | |
| Teachers' Dining Room | 1 | 300 | 300 | 1 | 300 | 300 | | |
| Stage Area | 1 | 1,400 | 1,400 | 0 | | 0 | | |
| Backstage/Storage | 1 | 200 | 200 | 0 | | 0 | | |
| Chair/Table/Riser Storage | 1 | 350 | 350 | 0 | | 0 | | |
| | | | 0 | | | 0 | | |
| | | | 0 | | | 0 | | |
| **GE...RAL STORAGE** | | TOTAL: | 800 | | TOTAL: | 800 | | |
| Storage Area | 1 | 800 | 800 | 1 | 800 | 800 | | |
| | | | 0 | | | 0 | | |
| | | | 0 | | | 0 | | |
| **TOILET ROOMS** | | TOTAL: | 1,800 | | TOTAL: | 1,800 | | |
| Toilet Rooms | 6 | 300 | 1,800 | 6 | 300 | 1,800 | | |

# PRINCE - WELCH SCHOOL
## Pre-K through 8 PRELIMINARY SPACE PROGRAM (600 students)
### 7/17/2000 (revised 7/26/00)

| SPACE COMPONENT | BASE PROGRAM | | | PROPOSED | | | No. of Pupils | NOTES |
|---|---|---|---|---|---|---|---|---|
| | No. | Area NSF | Total NSF | No. | Area NSF | Total NSF | | |
| | | | 0 | | | 0 | | |
| | | | 0 | | | 0 | | |
| **MECH/ELECTRICAL/TELECOM** | | TOTAL: | 1,960 | | TOTAL: | 1,960 | | |
| Boiler Room | 1 | 800 | 800 | 1 | 800 | 800 | | |
| Electrical Room | 2 | 200 | 400 | 2 | 200 | 400 | | |
| Telecom Equipment Room | 1 | 200 | 200 | 1 | 200 | 200 | | |
| Fire pump Room | 1 | 300 | 300 | 1 | 300 | 300 | | |
| Elevator room | 1 | 60 | 60 | 1 | 60 | 60 | | |
| Outdoor Maint. Equip. Storage | 1 | 200 | 200 | 1 | 200 | 200 | | |
| | | | 0 | | | | | |
| **CUSTODIAL AREA** | | TOTAL: | 1,480 | | TOTAL: | 1,480 | | |
| Office | 1 | 100 | 100 | 1 | 100 | 100 | | |
| Lockers/Toilet | 1 | 100 | 100 | 1 | 100 | 100 | | |
| Power Equipment Storage | 1 | 80 | 80 | 1 | 80 | 80 | | |
| Mechanical Room | 2 | 600 | 1,200 | 2 | 600 | 1,200 | | |
| | | | 0 | | | 0 | | |
| | | | 0 | | | 0 | | |
| **LIBRARY/MEDIA CENTER** | | TOTAL: | 3,900 | | TOTAL: | 3,900 | | |
| Circulation/Entrance/ Desk | 1 | 200 | 200 | 1 | 200 | 200 | | |
| Reference | 1 | 200 | 200 | 1 | 200 | 200 | | |
| Periodicals | 1 | 200 | 200 | 1 | 200 | 200 | | |
| Book Stacks | 1 | 500 | 500 | 1 | 500 | 500 | | |
| ...dia/Computer Area | 1 | 1,000 | 1,000 | 1 | 1,000 | 1,000 | | |
| ...ss Assembly/Reading Area | 1 | 1,500 | 1,500 | 1 | 1,500 | 1,500 | | |
| ...lice | 1 | 150 | 150 | 1 | 150 | 150 | | |
| Workroom | 1 | 150 | 150 | 1 | 150 | 150 | | |
| Conference Room | | | 0 | | | 0 | | |
| AV Room | | | 0 | | | 0 | | |
| | | | 0 | | | 0 | | |
| | | | 0 | | | 0 | | |
| **PHY ED/AUDITORIUM** | | TOTAL: | 7,840 | | TOTAL: | 9,990 | | |
| Gymnasium / Auditorium | 1 | 5,000 | 5,000 | 1 | 5,000 | 5,000 | | |
| Gym Equipment Storage | 1 | 200 | 200 | 1 | 200 | 200 | | |
| Gym Supplies | 1 | 200 | 200 | 1 | 200 | 200 | | |
| Boy's Locker Room | 1 | 1,000 | 1,000 | 1 | 1,000 | 1,000 | | |
| Girl's Locker Room | 1 | 1,000 | 1,000 | 1 | 1,000 | 1,000 | | |
| Coach's Offices | 2 | 120 | 240 | 2 | 120 | 240 | | |
| Outdoor Gym Equip Storage | 1 | 200 | 200 | 1 | 200 | 200 | | |
| Stage Area | 0 | 1,400 | 0 | 1 | 1,400 | 1,400 | | |
| Backstage/Storage | 0 | 200 | 0 | 2 | 200 | 400 | | |
| Chair/Table/Riser Storage | 0 | 350 | 0 | 1 | 350 | 350 | | |
| | | | 0 | | | 0 | | |
| | | | 0 | | | 0 | | |
| **MUSIC** | | TOTAL: | 2,300 | | TOTAL: | 2,740 | | |
| Music Classroom | 1 | 900 | 900 | 1 | 1000 | 1,000 | | |
| Choral/Band Room | 1 | 1200 | 1,200 | 1 | 1200 | 1,200 | | |
| Practice Rooms | 0 | 100 | 0 | 1 | 100 | 100 | | |
| Practice Rooms | 0 | 40 | 0 | 1 | 40 | 40 | | |
| Music Storage | 1 | 200 | 200 | 1 | 400 | 400 | | |
| Office/Workroom | 0 | 150 | 0 | 0 | 150 | 0 | | |
| | | | 0 | | | 0 | | |
| | | | 0 | | | 0 | | |
| | | TOTAL: | 1,380 | | TOTAL: | 1,380 | | |
| Studio | 1 | 1,100 | 1,100 | 1 | 1,100 | 1,100 | | |
| Kiln Room | 1 | 80 | 80 | 1 | 80 | 80 | | |
| | | | 0 | | | 0 | | |
| | | | 0 | | | 0 | | |
| Storage Room | 1 | 200 | 200 | 1 | 200 | 200 | | |
| **COMMUNITY USE** | | TOTAL: | 0 | | TOTAL: | 0 | | |

## PRINCE - WELCH SCHOOL
### Pre-K through 8 PRELIMINARY SPACE PROGRAM (600 students)
#### 7/17/2000 (revised 7/26/00)

| SPACE COMPONENT | BASE PROGRAM | | | PROPOSED | | | No. of Pupils | NOTES |
|---|---|---|---|---|---|---|---|---|
| | No. | Area NSF | Total NSF | No. | Area NSF | Total NSF | | |
| Office/Workroom | | | 0 | | | 0 | | |
| Family Resource Room | | | 0 | | | 0 | | |
| All-Purpose Room | | | 0 | | | 0 | | |
| Conference Room | | | 0 | | | 0 | | |
| Storage Room | | | 0 | | | 0 | | |
| Kitchen | | | 0 | | | 0 | | |
| Administration Area | | | 0 | | | 0 | | |
| Waiting Area | | | 0 | | | 0 | | |
| Toilets | | | 0 | | | 0 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| NET SF AREA: | 60,360 | NET SF AREA: | 60,160 | 577 | TOTAL STUDENT CAPACITY |
| | | | | 600 | PROJECTED ENROLLMENT |
| GSF FACTOR: | 1.35 | GSF FACTOR: | 1.35 | 139.56 | Allowable Area / Student |
| GROSS AREA: | 81,486 | GROSS AREA: | 81,216 | 83,736 | MAX AREA PER ENROLLMENT |
| | | | | 83,736 | MAXIMUM ALLOWABLE AREA |

ES LEGEND:
   Provide as per design standatrds.

2

3

4

5

6

7

8

9

10

SDE State Standards for Space Allocations
Prince Welch School
Pre-K 8

10-Dec-99

by: CEWatt

| Grade Level | pupils/cls | cls / grd | total pupils | spec ed pupil allow | total / grd | SDE allow. sf / pupil | Total Allowable Bldg Area |
|---|---|---|---|---|---|---|---|
| HS | 20 | 1 | 20 | " | 20 | - | - |
| pre-K | 24 | 2 | 48 | | 48 | - | - |
| K | 24 | 2 | 48 | | 48 | - | - |
| 1 | 27 | 2 | 54 | 13 | 67 | - | - |
| 2 | 27 | 2 | 54 | | 54 | - | - |
| 3 | 27 | 2 | 54 | 13 | 67 | - | - |
| 4 | 27 | 2 | 54 | | 54 | - | - |
| 5 | 27 | 2 | 54 | 13 | 67 | - | - |
| 6 | 27 | 2 | 54 | | 54 | - | - |
| 7 | 27 | 2 | 54 | 13 | 67 | - | - |
| 8 | 27 | 2 | 54 | | 54 | 139.56 | 83,733 |
| **Totals:** | | 20 | 528 | 52 | 600 | | |

**Construction Cost:**                                                            $  13,816,000

Allow. sf/gsf factor of 1.205 to sf                     (A/E fixed Limit of construction)    12,434,400

   Design Contingency @ 10%                                               $   1,381,600
@esc. 3%/yr (for constr start March 2001)                                       $     415,980
@esc. 3%/yr (for constr start March 2002)                                       $     428,459

ineligible offsite construction cost allowance                                   $      50,000
        subtotal:                                    $  14,710,439

contingency @ 5%                                                                        735,522

less insurance cost per OCIP                                                      $    (551,641)

Total Construction Budget                                                         $  14,894,320

Final Cost per SF:                                                                $         178

Note:
Design contingency allows for Owner approved escalation in cost of construction during the design phase.

**EXHIBIT G**

## MEMORANDUM

School Construction Program

To:         Paul Guidone, Chief Operating Officer

From:       Claude E. Watt Jr., Program Manager / Facilitator

New Haven Public Schools
REBUILDING OUR SCHOOLS

Date:       Thursday, August 03, 2000

Re:         Prince / Welch School Project
            SDE# 093-306 City Project No.: 99-100-03

cc:         Thomas Roger

---

On Wednesday, August 2, 2000, we met with Wendell Harp for a pre-arranged design review meeting. Ms. Gina Wells and I were in attendance. Mr. Harp and Ms. Wells were each given a written critique of schematic design, a detailed facility program and a general construction budget. (Attached)

Unfortunately, Mr. Harp preferred to discuss issues other than the specific design. He was advised that the subject was inappropriate for the current meeting. The meeting deteriorated and Ms. Wells left. The plans brought to meeting by Mr. Harp were not reviewed or submitted to this office.

At my request, Mr. Roger came into the meeting. Mr. Roger assisted by mediating the discussion between Mr. Harp and I. After responding to several of Mr. Harp's allegations, Mr. Harp agreed to cease the disruptive bantering and focus of the project going forward. He also agreed to respond to the critique and program.

By the next SBBAC meeting on August 23, 2000, he will respond to the design critique and the facility program as prepared by this office. Our goal at that SBBAC is to approve a facility program and offer feedback on the design. He will return to the SBBAC one or two times over following weeks for approval of the schematic design. We will seek to place the Schematic Design on the earliest CSBC after approval by the SBBAC.

We expressed our concerns over the lack of consultant (site surveyor, geotechnical, and code) participation through the design process. Mr. Harp was given written authorization to secure the services of these consultants, which had been previously approved by the NHPS. Mr. Harp was advised that no design would be accepted that did not include a Geotechnical evaluation of the site.

**EXHIBIT H**

# *New Haven Public Schools*

.ginald Mayo, Ph.D
*Superintendent*



**Administrative Offices**
**Gateway Center**
54 Meadow St.
New Haven, CT 06519
Tel. (203) 946-8888
Fax. (203) 946-7300

August 7, 2000                          Sent Fax and 1ˢᵗ Class Mail

Mr. Wendell Harp, Principal
Architects Environmental Collaborative International, PC
300 Whalley Avenue
New Haven, CT 06511

Re.:    Prince Welch School Project
          (SDE#093-306, City No. 99-100-03)

We need to work on the communication between our offices.  I have been trying to contact you sense Thursday, August 3, 2000.

1.  To clarify the schedule of meetings;

2.  To provide you with the definition for the acronym CSBC, Citywide School Building Committee;

3.  To request that you come by and pick up the Prince - Welch program disk; and

4.  To request two copies of the schematic design drawings, which you brought to the office on Wednesday, August 2, 2000.  This information is needed today for review.

It is imperative that we find a solution to this reoccurring challenge.  I am open to suggestions.

In order for me to be responsive, I need a level of access that assures that all inquiries are addressed.

Attached is a copy of the School Construction phone list.

Sincerely yours,

Claude E. Watt Jr.
Program Manager

cc:    Paul Guidone
        Thomas Roger



File: 2445PRINCELTR19.DOC

**EXHIBIT I**

# FAX MEMORANDUM



**School Construction Program**

**New Haven Public Schools**
**REBUILDING OUR SCHOOLS**

| | |
|---|---|
| To: | Wendell Harp, Architect |
| | Architects Environmental Collaborative International |
| Tel: | (203) 624-0815 |
| Fax: | (203) 777-9891 |
| From: | Claude E. Watt, Program Manager |
| Tel: | (203) 946-6808 |
| Fax: | (203) 946-8920 |
| Date: | Monday, August 07, 2000 |
| Re: | Prince / Welch School Project, |
| | SDE#093-306, City Project No.: 99-100-03 |

Number of pages, including cover sheet: Three (3) each

This fax is submitted to confirm our meetings scheduled for:

Tuesday, August 8, 2000 @ 3:00pm
Meeting with David Alvarado and Alderman Tony Dawson
Hill Development Corp. office, Howard Avenue

Tuesday, August 8, 2000 @ 5:30pm
Meeting with Hill Development Corporation Planning Committee
Hill Development Corp. office, Howard Avenue

Thursday, August 10, 2000 @ 10:00am
Meeting with Larry Smith, Chief Engineer
City Engineering Dept.
200 Orange Street

Thursday, August 10, 2000 @ 1:00pm
Meeting with Bob Levine, Director of Parks and Recreation
Parks and Recreation Dept.
Edgewood Avenue

Friday, August 11, 2000 @ 9:00am
Meeting with Dick Miller, Director of Public Works / Engineering
David Apice, Deputy Director of Public Works
Public Works Office

Fax Memorandum to AECI:  Prince Welch School Project Meetings
August 7, 2000

Wednesday, August 16, 2000 @ 9:00am
Meeting with Brian McGrath, Director of Traffic and Parking
Traffic and Parking Department
200 Orange Street

Wednesday, August 23, 2000, 4:00pm
School Based Building Advisory Committee, SBBAC, Meeting
New Haven Public Schools Offices
Gateway Center
54 Meadow Street, 4th floor room 4A

## Agenda Items:

- These meetings are a follow up on the project introduction made earlier by the Program Manager. This will be the Architect's first opportunity to present its design concept to the various city departments and citizen groups. They will each focus on those aspects of the design that impact their respective areas of interest.

- Please be prepared to discuss issues on Land Use; how the design being proposed complements or relates to the surrounding community; preservation of mature tree growth; what interior and exterior recreational amenities are being proposed; the design impact on public works; utility access; impact on existing traffic patterns; proposed methods for traffic control; pedestrian movement on site; site access and egress; emergency vehicle access; proposed site security; and site lighting. Also be prepared to discuss question about the building façade.

The above agenda reflects some anticipated subjects that may arise, but is not intended to limit discussion to the aforementioned topics.

The SBBAC will come together to review and approve the program. It is anticipated this approval will come with comments.  The SBBAC recommended program would be made apart of the revised Educational Specification, which the Architect shall submit to the Program Manager. This document will be presented to the New Haven Public Schools for approval.

The Architect shall present to the SBBAC the proposed Schematic Design for the school.  The SBBAC will comment and make recommendations of the design as presented.  The SBBAC approval of the Schematic Design will not occur at this meeting, but the there should be clear consensus or rejection of the direction the design is going.  The next meeting will afford the Architect the opportunity to demonstrate its response to the issues and comments raised by the SBBAC.  At this follow up meeting the SBBAC will be requested to vote on a recommendation to accept the Schematic Design.

2 Of 3

Fax Memorandum to AECI:  Prince Welch School Project Meetings
August 7, 2000

### Special note:

No design schemes or solutions are to be presented to any groups or individuals that have not
initially been submitted to the School Construction Program Management Staff.  Please, forward
copies of the current design to the Program Manager no later than two days prior any
presentation.


cc:   Paul Guidone, Chief Operating Officer
      Thomas Roger
      Susan Weissellberg
      Joann Lombardo
      Ann-Marie DeGraffenreidt

**EXHIBIT J**

# *New Haven Public Schools*

eginald Mayo, Ph.D
*Superintendent*



**Administrative Offices**
**Gateway Center**
54 Meadow St.
New Haven, CT 06519
Tel. (203) 946-8888
Fax. (203) 946-7300

August 31, 2000                                    Sent Fax and 1st Class Mail

Mr. Wendell Harp, Principal
Architects Environmental Collaborative International, PC
300 Whalley Avenue
New Haven, CT 06511

Re.:    Prince Welch School Project
        (SDE#093-306, City No. 99-100-03)

It appears that I have failed to adequately communicate the level of importance placed on the interactive process associated with the development of a school project. The design presentation component of the community meeting held on August 30, 2000, did not demonstrate the level of professionalism or progress that reflects effort, value or respect. The community and the Owner deserved better.

In past months you levied some rather serious allegation regarding the response of this office to your design efforts. We met and discussed these matters and left with an understanding that would lead to better cooperation and teamwork.

The school construction program staff has done all the things as agreed.

1.    Provided a written critique of your preliminary design;

2.    Scheduled and participated in meetings with relevant city departments;

3.    Scheduled SBBAC meetings through November 2000;

4.    Scheduled and participated in meetings with Hill Development Corporation;

5.    Approved release of consultants;

6.    Provided a sample program for your use;

7.    Scheduled and participated in a well attended community meeting;

8.    Agreed to a schedule of meetings and activities that would facilitate the completion of the schematic design in time for presentation to the Citywide School Building Committee, CSBC, in October 2000; and

9.    Released partial payment on the promise of receipt of progress drawings.

We have also made certain requests of your firm. These requests are as follows:

1.    Upgrade the methods of communications within your office, such as adding voice mail and email;



File: 2445PRINCELTR20.DOC                                                                    1

2.  Provide a listing of all of your consultants with addresses, contact names and phone numbers;

3.  Provide progress prints with request for payments;

4.  Participate in a design development and approval process that includes SBBAC, CSBC, community groups and local / state agencies;

5.  Provide an A2 survey;

6.  Provide a Geotechnical Survey Report; and

7.  Finalize the facility program and Education Specifications.

To date we have not received progress prints and a listing of consultants; the Geotechnical and A2 survey are in progress; meetings with the various organizations are on schedule; no changes in the available means of communication; status of educational specification and program unknown; and status of schematic design is unknown.

We originally agreed that AECI would be prepared to make a formal presentation of the schematic and program to the SBBAC on August 23, 2000. This meeting was cancelled at the request of the Principal due to key members not being available. Regardless of that cancellation there was to have been a submission of those items to the school construction staff.

Hence, the SCP staff is placed in a position of attending a very important community meeting with absolutely no idea of the design status. Also you were specifically requested to provide the school construction staff with progress documents prior to meetings, and failed to do so. You were also directed not to present the June 2000, schematic design documents at the community meeting, but you chose to ignore our request.

Further, we are unable to assign resources for scheduling and estimating. Our anticipated completion date for design has become a best guess. It's our hope that you receive this letter in the constructive critique spirit in which it was written, and join us in this effort to move this project forward.

Sincerely yours,

Claude E. Watt Jr.
Program Manager

cc:     Paul Guidone
        Thomas Roger

File: 2445PRINCELTR20.DOC