**EXHIBIT Y**

**New Haven Public Schools**
**School Construction Program**



**REBUILDING OUR SCHOOLS**

54 Meadow Street
New Haven, Connecticut 06519

November 20, 2001                    Sent Via Fax and First Class Mail

Mr. Wendell Harp
Architects Environmental Collaborative International, PC
300 Whalley Avenue
New Haven, CT 06511

Re.:      Prince Welch School Project
          (SDE#093-306, City No. 99-100-03)

Dear Mr. Harp:
This letter is submitted as a follow up to the letter sent dated September 25,
2001.

To date you have <u>not</u> fully complied with the following requested information:

1. Provide letters from all of the AECI consultants on their letterhead
   certifying that the firm has received a fully executed Agreement from AECI
   for the design and construction phase services of this project.  Only a
   partial submission has been made.
2. Provide a sample invoice format reflecting the various services outlined in
   Agreement and schedule of values.
3. Provide a detailed schedule of values, which identifies the value of the
   consultant agreements by the applicable design and construction phase
   services.
4. Provide a listing of the anticipated content of the four DD phase
   deliverables (based on four month schedule) and indicate what
   percentage complete each submission will represent.
5. Provide a design phase schedule showing the anticipated progress of
   work through the DD and completion of CD.

By delaying compliance with this request you risk delaying payments against
future invoices.

Also during the DD phase there are three conditions that are applicable. These
are as follows:
1. The SBBAC is to be convened on a monthly basis (minimum) to review
   and comment on design. The SBBAC only approved the schematic design
   in principle, hence, reserving the right for future comment. To date they
   have not been afford that opportunity.

File: 2445PrinceLtr 43                                              1 of 2

2. The NHPS SC... ..... require validation that the project cost is within the budget as stated in the August 02, 2001, 'Notice to Proceed'.
3. As representative of the Owner I requested weekly progress meetings in your office. To date I have not been afford that opportunity.

As I stated in a recent telephone call, you have put me in a position of reporting to the Owner that there exists no substantive evidence that the Architect is preceding with the design development phase or is in compliance with the requirements of its Agreement with the Owner.

The ball is in your court. You must demonstrate the status of the design development and comply with the three conditions listed above on or before December 01, 2001. Any further delay will be detrimental to your professional relationship with Owner.

Sincerely yours,

Claude E. Watt Jr.
Program Manager

Cc:    Paul Guidone
       Thomas Roger
       Ron Markiewicz
       Gina Wells, Welch Annex
       Ann-Marie DeGraffenreidt

**EXHIBIT Z**

*Ihtrnl Ofc / PW Ag?*

**New Haven Public Schools**
**School Construction Program**



54 Meadow Street
New Haven, Connecticut 06519

REBUILDING OUR SCHOOLS

November 20, 2001                                    Sent Via Fax and First Class Mail

Mr. Paul Guidone
Chief Operating Officer
New Haven Public Schools
54 Meadow Street,
New Haven, CT 06519

Re.:        Prince Welch School Project
            (SDE#093-306, City No. 99-100-03)


Dear Mr. Guidone:
This letter is being presented to advise you regarding the status of the Prince
Welch School project's design phase.

To date the status is unknown. The Architect (Architects Environmental
Collaborative International) has not demonstrated the required due diligence to
complete the design phase of the project in a timely manner.

The Architect has been given until December 01, 2001 to demonstrate the status
of the design development phase and comply with request for information and
meetings.

If the Architect fails to comply, I will contact you to discuss further action.


Sincerely yours,

Claude E. Watt Jr.
Program Manager


Cc:        Thomas Roger
           Ann-Marie DeGraffenreidt


File: 2445PrinceLtr 44                                               1 of 2

**EXHIBIT AA**

**New Haven Public Schools**
**School Construction Program**

54 Meadow Street
New Haven, Connecticut 06519



REBUILDING OUR SCHOOLS

November 26, 2001                                    Sent Via Fax and First Class Mail

Mr. Wendell Harp
Architects Environmental Collaborative International, PC
300 Whalley Avenue
New Haven, CT 06511

Re.:       Prince Welch School Project
           (SDE#093-306, City No. 99-100-03)

Dear Mr. Harp:
I am in receipt of your letter dated November 14, 2001.

### Item II

You stated that you would submit a substantially completed design development package by January 25, 2002. What does this mean relative percentage complete?

As the assigned Architect, you appear to have chosen to ignore the Owner's stipulation that there shall be Owner, User and Public input into design solution and development. I cannot begin to caution you enough about the ramifications of designing in a vacuum. Even though, I respect your desire to produce an edifice that reflects your creative inspiration. It must also satisfy the Owners programmatic intentions, the User's operational activities, serve the community and be constructed within the available budget.

As Program Manager assigned to this project, I protest any action that excludes the school construction program from periodic review and update of the design development phase.

Please schedule a meeting in your office, such that, I may review and observe the status of the work, meet your staff and consultants that are involved in the development of these documents. Contact Terri Chow (946-5356) of my staff to schedule this meeting. Your immediate attention is requested.

Sincerely yours,

Claude E. Watt Jr.
Program Manager

Cc:        Paul Guidone
           Thomas Roger
           Gina Wells, Welch Annex
           Ann-Marie DeGraffenreidt

File: 2445PrinceLtr 46                                                                1

**EXHIBIT BB**

# INTER OFFICE MEMO

School Construction Program

**To:**     Claude Watt

**From:**   Ram Joglekar

**Date:**   December 17, 2001

**Re:**     Prince Welch School, New Haven, CT

**cc:**     T. Roger

New Haven Public Schools
REBUILDING OUR SCHOOLS

54 Meadow Street
New Haven, Connecticut

---

Claude:

I have reviewed the progress drawings dated December 3, 2001 for D.D. Estimate. My comments are as follows:

The drawing package is far short of required drawings for D.D. estimate. I am surprise to see that very little progress (if any) has been made in the last one year. For example:

1. Site Plan is an existing drawing (C-1)
2. Floor Plans A-101, A-102 & A-104 are almost same with no additional information.
3. Floor Plan A-103 is slightly changed with altered layout for Gym.
4. Drawings A- 110, A-111, A-112 are boilerplate and do not add any value.
5. Elevations are single line diagrams and too preliminary.
6. Sectional drawings A-204 & A-206 are one year old and have not been revised.
7. Detailed Drawings- adds very little value.
8. No structural, mechanical and electrical drawings available to date.

We need a set of drawings that covers complete scope of work including Site work, Demolition, Architectural, Structural, Mechanical, electrical, all the details and specifications. We are far from there.

**EXHIBIT CC**

# AGENDA

**Prince Welch School Project**
**NHPS Administration Meeting**

**Location @ Conference Room 5A**
**54 Meadow Street**

**Monday, January 28, 2002, 2:00pm**

**Purpose of Meeting**

Meeting called to update Superintendent of Schools on the status of design phase for the new Pre-K through 8th grade school.

**Quality of documents and service to date**

**Status of Design Development Phase**

**Program Schedule**

1. Review of Design Development Documents

2. Anticipated start of Construction Document phase

3. Anticipated submission to SFU for review

4. Anticipated Start of construction

File: Agenda PW 01.doc

**EXHIBIT DD**

## Watt Jr., Claude E.

From:          Joglekar, Parshuram
nt:            Friday, May 31, 2002 10:43 AM
To:            Watt Jr., Claude E.
Subject:       FW: Prince Welch time line



Prince Welch
document chronolo..
               Claude:
Attached please see chronology for DD Estimate. Bedrick had sent me.
Thanks
Ram

-----Original Message-----
From: Bedrich Hajek [mailto:beh@giordanomail.com]
Sent: Friday, May 31, 2002 10:17 AM
To: Joglekar, Parshuram
Subject: Prince Welch time line


Attached is the time line in a word document.

1

# Prince Welch document chronology

*100%*
*D.D.*

1. January 30, I received a phone message from Wendell that the DD documents were ready.

2. January 31, I picked up the documents, started to review them, and found them to be incomplete.

3. February 1, documents were sent back for completion.

4. February 20, the updated documents were picked up. I started to review them and started on my estimate.

5. March 18, I sent out my first RFI, which I needed answered to complete on estimate.

6. March 21, I sent out a second RFI.

7. March 28, I received partially completed to my questions.

8. April 3, we had a meeting to discussed the unanswered questions, and we were informed that the documents would be updated in early May.

9. May 14, I received the updated documents, which answered some of the questions.

*80% DD*
*final*
*response*

10. May 20, I received a partial set of updated documents, which answered some of the questions.

11. May 29, I submitted the DD estimate, with allowances to cover the unanswered questions.

**EXHIBIT EE**

**Joglekar, Parshuram**

| | |
|---|---|
| **From:** | Bedrich Hajek [beh@giordanomail.com] |
| **Sent:** | Friday, February 01, 2002 9:31 AM |
| **To:** | Joglekar, Parshuram |
| **Cc:** | Mike Giordano |
| **Subject:** | Prince Welch DD documents |

Upon reviewing the DD documents for Prince Welch School, I have found several items that are either missing or incomplete. A few examples of these are as follows:

1. No site utility plan, landscaping plan and site electrical plan.
2. No room finish schedule.
3. No window and door schedule.
4. Mechanical drawings are not complete. Supply and return ducts are not complete in all areas.
5. Plumbing drawings are not complete. Supply and waste piping are not shown at all fixtures.

Without completed documents, I can't provide you an accurate DD estimate. Can you do something to remedy this situation?

1

# INTER OFFICE MEMO



School Construction Program

New Haven Public Schools
REBUILDING OUR SCHOOLS

**To:** Claude Watt

**From:** Ram Joglekar

**Date:** February 1, 2002

**Re:** Design Development Estimate
Prince Welch School
New Haven, CT

**cc:** Tom Roger

54 Meadow Street
New Haven, Connecticut

**RECEIVED**

FEB 0 1 2002

New Haven School
Construction Program

---

Claude:

I have reviewed the drawings and specifications for the above stated project. I started preparing Design Development estimate and then came to realize that these documents are inadequate, incomplete and far short of requirements to complete this task. I suggest that we send these documents back to the architect for his rework. Some of the major inadequacies include:

1. No site utility drawings showing site storm drainage, sewer lines, waterlines, Gas lines, Fire lines, manholes, catch basins, electric poles, etc. Major portion of site work is missing.
2. No Landscape drawings.
3. No Door & Window schedule.
4. No finish schedule. Information related to estimating major interior work related to walls, ceilings, flooring, finishes is missing.
5. Architectural drawings are in conflict with other Architectural drawings. Example: Roof Plan shows Roof drainage at the place where other plans show skylights
6. There is no section shown through basement. Section marks are not drawn on the plan. We have no way to know what section represents? No section details shown.
7. Library: Need detail Plan showing layout, circulation, fixed furniture etc.
8. Drawing A-204. Second floor height in the corridor (above ceiling) seems to be inadequate to run the ductwork, electrical, roof drainage etc. above ceiling. The Architect needs to detail it first and then recalculate building heights before estimating could be resumed.

9. A-203. Stage area layout does not work. The Stage is 2'-6" (I think, as no elevations given) above Gym Floor but no ramp shown to corridor. Architect needs to review this area and make changes.
10. A-601 Details are not clear as to where is this detail applicable.
11. Wall types don't relate to floor plans. No sections given to figure out wall details
12. Elevations- Need sections and details to illustrate what architect has in mind. These elevations are too preliminary.
13. A-206. Need Dome details
14. M101/M102 Drawings are not clear. I have not send any drawings to providence Office for MEP estimate because these drawings do not have adequate information to estimate.

We can go on and on. In summary, Drawings and specifications have not progressed far enough to render Design Development Phase Estimate. I have attached a write up on Design Development Documentation that we use at Gilbane Building Company as a condition before starting D.D. Estimate. Please have architect prepare his documentation to meet these requirements. I will be glad to prepare D.D. Estimate as soon as we receive his documentation that meets these conditions.

**DESIGN DEVELOPMENT DOCUMENTATION**

*[Design firms vary in their approach to the Design Development phase of a project. For some it is a defined phase with a distinct beginning (based upon Owner approved Schematic Design) and end, for others it is an approximate point in the development of working drawings when major systems and materials and have been determined. In either case, Design Development Documents should consist of drawings and other documents to fix and describe the size and character of the entire Project, including architectural, structural, mechanical and electrical systems, materials, equipment and labor, construction sequencing and scheduling, economic analysis of construction and operations, use safety and maintenance requirements, and energy conservation. The important point is that the key decisions have been made and should be adhered to for the balance of the work.]*

*[Complicating the process is the fact that much of construction management work involves the phasing, or fast-tracking of portions of the documents. Inherent in the fast track process is the risk that, for example, a major element or system determined for the foundation and structure may not yield the most sensible architectural or interior result at a later point in time. The architect/engineer's experience with the client and building type therefore becomes very important in reducing schedule and budget risk during the Design Development phase.]*

4.21 **Architectural Design/Documentation** consisting of continued development and expansion of architectural Schematic Design Documents to establish the final scope, relationships, forms, size and appearance of the entire Project through:

  .01 Plans, sections and elevations
    A. 1/8" scale CADD (preferably) plans, including roof plan, with overall dimensions and column lines identified.
      a) Major elements such as entrances, elevators, toilet rooms, mechanical spaces and shafts located.
      b) Extent of basements (if any)
      c) Roof plan with mechanical penthouses or roof mounted equipment.
    B. Key CAD sections through the entire building indicating floor to floor height, ceiling height, relationship of windows and cladding, parapets, and relationship to finished grade.
      a) Illustrate floor relationships, construction thicknesses and profiles, vertical circulation and special features.
    C. Minimum 1/8" scale, dimensioned CAD elevations of all building facades indicating materials, systems and glazing types.
  .02 Typical construction details
    A. Large scale, typical wall section(s) of each major type of wall treatment indicating basic flashing, wall composition and materials
    B. Typical window types and details
    C. Partition types and typical doors and frames including typical borrowed light conditions.
    D. Typical stair construction and details
    E. Identification of any special conditions such as raised flooring, shielding requirements, automatic doors etc.
  .03 Three dimensional sketch(es) as furnished to the Owner
  .04 Study model(s) as prepared as a part of the project
  .05 Final materials selections
    A. Identify all exterior materials
    B. Interior finish schedule including ceiling heights for all major and typical spaces
  .06 Equipment layouts
    A. Special equipment types and locations
  .07 Other Information
    A. Specifications
      1) Draft front end and general conditions
      2) Draft technical sections or samples from similar jobs
    B. Geotechnical Report

    C.  Code analysis review
    D.  Acoustical report (if applicable)
    E.  Updated program statement
    F.  Area/Volume statistics
    G.  Updated schedule

**4.22** **Structural Design/Documentation** services during the Design Development Phase consisting of continued development of the specific structural system(s) and Schematic Design Documents in sufficient detail to establish:

  **.01 Basic structural system and dimensions**
    A.  Foundation system design
      1.  Sheeting & shoring requirements
        a.  Scaled plan locating sheeting with typical details & elevations.
        b.  Quantinable tie-back criteria, if required.
      2.  Spread Footing / Mat Slab Design
        a.  Scaled plan (1/8" preferred) indicating isolated footings, continuous footings, slabs on grade and foundation walls. Slab elevations and bottom of footing elevations noted.
        b.  Schedule of isolated footings, by type, indicating size and reinforcing requirements.
        c.  Typical continuous footing details indicating sizes and reinforcing requirements.
        d.  Typical foundation wall & pier conditions indicating sizes & reinforcing requirements.
        e.  Slab on grade details indicating thickness and reinforcing requirements.
        f.  Waterproofing and foundation drainage requirements.
      3.  Pile / Caisson Design
        a.  Scaled plan (1/8" preferred) indicating pile / caisson sizes & quantities, caps, grade beams, slabs on grade and foundations walls. Slab elevations and bottom of cap / grade beam elevations noted.
        b.  Length of piles / caissons including amount of rock socketing.
        c.  Type of piles with loading criteria.
        d.  Pre-augering requirements noted.
        e.  Casing requirements noted.
        f.  Types and number of tests noted.
        g.  Schedule of typical cap and grade beam designs indicating sizes and reinforcing requirements.
        h.  Typical foundation wall & pier conditions indicating sizes & reinforcing requirements.
        i.  Slab on grade details indicating thickness and reinforcing requirements.
        j.  Waterproofing and foundation drainage requirements.
      4.  Slurry Wall Design
        a.  Scaled plan (1/8" preferred) indicating slurry wall layout, slabs on grade and any additional foundation walls. Slab elevations and top of slurry wall elevations noted.
        b.  Length of slurry wall including amount of rock socketing.
        c.  Thickness of slurry wall with reinforcing requirements.
        d.  Section showing guide wall requirements.
        e.  Quantifiable tie-back criteria, if required.
        f.  Types and number of tests noted.
        g.  Typical foundation wall & pier conditions indicating sizes & reinforcing requirements.
        h.  Slab on grade details indicating thickness and reinforcing requirements.
        i.  Waterproofing and foundation drainage requirements.
    Special Foundation Systems
        a. Information similar to above allowing for adequate quantification & pricing.

B.   Main Structural System Design
    1.     Steel Structural Systems
        a.   Scaled plans (1/8" preferred) indicating layout of floor slabs, column lines piece type & sizes, moment connections and bracing locations. Slab elevations noted.
        b.   Column criteria, preferably, a schedule w/ base & leveling plates.
        c.   Bracing elevations with members sized.
        d.   Girder & truss elevations with members sized.
        e.   Criteria for curtain wall wind bracing loads and criteria for skylight supports.
        f.   Tie-rod & cable requirements.
        g.   Typical connection details.
        h.   Typical special connection detail.( ei. pipe conditions )
        i.   Typical exterior wall sections / details.
        j.   Typical framing @ floor & roof openings with quantity allowance.
        k.   Typical beam opening details with quantity allowances.
        l.   Allowances for slab depressions, equipment support, roof screen support, window washing anchorage, satellite dish support, etc.
        m.   Slab locations, thickness and deck type / size.
        n.   Type of deck closure relative to light gauge or bent plate material.
        o.   Number of deck shear connectors noted.
        p.   Spray fireproofing or concrete encasement criteria.
        q.   Priming / painting criteria.
    2.   Cast-in Place Concrete Systems
        a.   Scaled plans (1/8" preferred) indicating layout of floor slabs, openings, column lines, slab type & sizes and structural wall locations. Slab elevations noted.
        b.   Column criteria, preferably, a schedule w/ sizes and reinforcing requirements.
        c.   Structural wall, beams & column drop sections & details with reinforcing requirements.
        d.   Structural girder sections & details with reinforcing requirements.
        e.   Criteria for curtain wall wind bracing loads and criteria for skylight supports.
        f.   Typical exterior wall sections / details.
        g.   Typical reinforcing @ floor & roof openings with quantity allowance.
        h.   Typical beam opening reinforcing with quantity allowances.
        i.   Embed allowance requirements (ei. Loading dock angles, sleeves, steel support plates, etc. )
        j.   Slab placement criteria.
        k.   Finishing & curing criteria.
    3.   Structural Precast Systems
        a.   Scaled plans (1/8" preferred) indicating layout of floor slabs, openings, column lines, slab type & sizes and structural wall locations. Slab elevations noted.
        b.   Column criteria, preferably, a schedule w/ sizes and reinforcing requirements.
        c.   Structural floor, wall, beam sections & details with reinforcing requirements.
        d.   Structural girder sections & details with reinforcing requirements.
        e.   Stair element system - if precast.
        f.   Criteria for curtain wall wind bracing loads and criteria for skylight supports.
        g.   Typical exterior wall sections / details.
        h.   Typical reinforcing @ floor & roof openings with quantity allowance.
        i.   Typical beam opening reinforcing with quantity allowances.
        j.   Embed allowance requirements (ei. Piece connections, loading dock angles, sleeves, steel support plates, etc. )
        k.   Topping slab placement criteria.
        l.   Finishing & curing criteria.
        m.   Caulking criteria
    4.   Wood / Light Gauge Framing Systems
        a.   Scaled plans (1/8" preferred) indicating layout of floor framing, openings, column lines and structural wall locations. Slab elevations noted.

       b. Wood species, sizes and rating requirements required for all framing elements.
       c. Metal stud and joist sizes and gauge.
       d. Typical connection details.
       e. Truss elevations.
       f. Typical exterior wall sections / details.

.02 **Final structural design criteria**
    A. Live load criteria should be finalized.
    B. Dead loads criteria should be substantially established.
    C. Wind load criteria should be finalized.
    D. Special provisions for concentrated loads , openings & equipment loads should be substantially established.
    E. Deflection & vibration control criteria should be established.
    F. Thermal movement control should be established.
    G. Subsurface waterproofing methods indicated.

.03 **Foundation design criteria**
    A. Soil bearing capacity.
    B. Boring & test pit data.
       1. Water table data.
       2. Contaminated soil removal criteria.
       3. Potential subsurface obstruction allowance established.
       4. Potential rock / ledge removal.

.04 **Preliminary sizing of major structural components**
    A. Refer to .01 for requirements by systems type.

.05 **Critical coordination clearances**
    A. Sections at critical clearance areas with detailed dimensions.

.06 **Outline specifications or materials lists**
    A. Specifications are expected to indicate material and installation requirements by major structural components.
    B. Typical [generic] specifications sections to be issued are as follows:
       1. Earthwork
       2. Cast-in-place Concrete
       3. Structural Precast Concrete
       4. Reinforcing
       5. Structural Steel
       6. Steel Joists
       7. Metal Decking
       8. Light Gauge Metal Framing
       9. Metal Stairs & Railings
       10. Rough Framing - Carpentry
       11. Wood Trusses

4.23 **Mechanical Design/Documentation** consisting of continued development and expansion of mechanical Schematic Design Documents and development of outline specifications to establish:
    .01 **HVAC System**
       A. Heating and cooling design load calculations
          1) Approximate equipment sizes and capacities
       B. Preliminary equipment layouts
          2) Size, Location and routing of major ductwork
          3) Single line diagram of branch ductwork, with sizes and capacities, piping diagrams, identify heating zones, VAV boxes etc
       C. Equipment schedule with sizes and capacities
       D. Required space for equipment
       E. Required chases and clearances
       F. Acoustical and vibration control
       G. Visual impacts

      H.  Energy conservation measures
         1) Temperature control system description
   .02  **Plumbing**
      A.  Locate all plumbing fixtures including roof drains
      B.  Specify pipe, fixture and equipment materials
      C.  Locate floor drains
      D.  Provide sanitary and storm system riser diagrams
   .03  **Fire Protection System**
      A.  Identify fire pump requirements and size
      B.  Specify sprinkler system types (dry and wet)
      C.  Specify sprinkler head type (concealed, semi-recessed, exposed)

4.24  **Electrical Design/Documentation** consisting of continued development and expansion of electrical Schematic Design Documents and development of outline specifications or materials lists to establish:
   .01  Criteria for lighting, electrical and communications systems
      A.  Preliminary, typical light fixture layout
      B.  Identify telephone, data and duplex requirements
   .02  Approximate sizes and capacities of major components
      A.  Specify emergency generator requirments and quantity and size of auto transfer switches
   .03  Preliminary equipment layouts
      A.  Provide panel and equipment schedule
      B.  Specify data technology system
   .04  Required space for equipment
   .05  Required chases and clearances
      A. Provide one-line, riser diagram

4.25  **Civil Design/Documentation** consisting of continued development and expansion of civil Schematic Design Documents and development of outline specifications or materials lists to establish the final scope and preliminary details for on-site and off-site civil engineering work. *[It is not uncommon for civil and landscape design to be well along (90% (+/-) contract documents) at the design development phase due to zoning or site plan approval requirements]*
   .01  Site Plan showing buildings, paving walls, curbs, retaining walls and property lines.
      A.  Site lighting layout
   .02  Boring information
   .03  Typical sections through paving, walkways and curbs
   .04  Site drainage pattern and location of utilities and points from which services will be run to the building.
      A.  Indicate all underground utilities and services (sized and prosited), existing and proposed.

4.26  **Landscape Design/Documentation** consisting of continued development and expansion of landscape Schematic Design Documents and development of outline specifications or materials lists to establish the final scope and preliminary details for landscape work. *[It is not uncommon for civil and landscape design to be well along (90% (+/-) contract documents) at the design development phase due to zoning or site plan approval requirements]*
   .01  Landscape plan showing types and quantities of planting
   .02  Plans showing existing grades in relation to finish grades
   .03  Parking layouts

4.27  **Interior Design/Documentation** services during the Design Development Phase consisting of continued development and expansion of interior Schematic Design Documents and development of outline specifications or materials lists to establish the final scope and preliminary details relative to:
   .01  **Interior construction of the Project**
      A.  Floor plans and reflective ceiling plans drawn to 1/8" scale.

    B.   Partition types indicated and noted on plans.

    C.   Door & frame types designed and noted on schedule.

    D.   Any additional secondary framing requirements noted. (ei. mezzanines, stages, stairs, ramps, etc.)

    E.   Interior railings indicated in plan and elevation with typical detail.

    F.   Typical interior details noted.

**.02  Special interior design features**

    A.   Large scaled plans, elevations & sections drawn  for feature design elements.

    B.   Decorative flooring & ceiling patterns / elements indicated.

**.03  Furniture, furnishings and equipment selections**

    A.   Casework, millwork indicated in plan and elevation with typical details.

    B.   Equipment requirements indicated on plans.

    C.   Equipment schedules ( ei. Food service, laboratory equipment, etc. )

    D.   Note new versus existing to be re-used and any modifications neccesary to adapt to new locations.

**.04  Materials and finishes and colors**

    A.   Interior finishes schedule for floors, walls, ceilings & base requirements.

    B.   Door & frame schedule.

    C.   Hardware schedule or typical allowance / sets.

**EXHIBIT FF**

**TRANSMITTAL**

**No. 00016**

# Giordano Construction Co. Inc.

1155 Main Street
Branford, CT 06405

**Phone:** 488-7264
**Fax:** 481-5764

**PROJECT:** Prince Welch School

**TO:** Arch. Environmental Collaborative
300 Whalley Avenue
New Haven, CT 06511

**DATE:** 3/22/02

**REF:** RFI #2
D/D Drawing Status

**ATTN:** Chuck Ahlstrom

| WE ARE SENDING: | SUBMITTED FOR: | ACTION TAKEN: |
|---|---|---|
| ☐ Shop Drawings | ☐ Approval | ☐ Approved as Submitted |
| ☐ Letter | ☐ Your Use | ☐ Approved as Noted |
| ☐ Prints | ☐ As Requested | ☐ Returned After Loan |
| ☐ Change Order | ☑ Review and Comment | ☐ Resubmit |
| ☐ Plans | | ☐ Submit |
| ☐ Samples | **SENT VIA:** | ☐ Returned |
| ☐ Specifications | ☑ Attached | ☐ Returned for Corrections |
| ☑ Other: RFI #2 | ☐ Separate Cover Via: | ☐ Bids Due: |

| ITEM NO. | COPIES | DATE | ITEM | DESCRIPTION | STATUS |
|---|---|---|---|---|---|
| 1 | 1 | 3/21/02 | | RFI #2 | |

**Remarks:**

**CC:** Wendal Harp, Claude Watt, Ram Joglekar

**Signed:** _____
Bedrich Hajek

# Giordano Construction Co. Inc.

**REQUEST FOR INFORMATION**
No. 00002

1155 Main Street
Branford, CT 06405

Phone: 488-7264
Fax: 481-5764

**TITLE:** D/D Drawing Status

**PROJECT:** Prince Welch School

**DATE:** 3/21/02

**JOB:** D/D Estimate

**TO:**     Arch. Environmental Collaborative
300 Whalley Avenue
New Haven, CT 06511

**STARTED:**
**COMPLETED:**
**REQUIRED:**  3/28/02

**ATTN:**    Chuck Ahlstrom

**REQUEST:**
I thought it would be helpful for you to have a better understanding of what we are in need of to complete a meaningful D/D Estimate. The following is a listing of questions and/or the structural and MEP drawings status as we view them. Can you provide us with more information to help us advance our effort?

1.  S-102 is missing beam identification at footing details for basement
2.  S-104 is missing beam identification at line C and 14, 15, 16, 18; line Y, 10, 11
3.  S-105 is missing beam identification D & F, 30, 34, 33, 37. I & P, M, 34
4.  S-107 is missing beam identification around skylights
5.  P101 - P104 are Reasonably Complete but do need supply piping sizes
6.   We need a roof drain plumbing layout
7.  M-101 The Office, Lobby, Corridor, Library are not complete
8.  M-102 The Kitchen, Lunch Room, Basement are not complete
9.  M-103 The Gym and Locker rooms are not complete
10. M-104 Are reasonably Complete except for the stairway
11. M-105 & M-106 Are reasonably Complete
12. FP-101 The Office, Lobby, Corridor, Library are not complete
13. FB-102 The Kitchen, Lunchroom, Basement are not complete
14. FB-103 Are not complete
15. FB-104 Were not included
16. L-101 The Office, Lobby, Corridor, Library were not included
17. L-102  The Kitchen, Corridor are not complete
18. L-103 Showers, Corridor are not complete
19. L-104 Corridor are  not complete
20. E-101 Office, Lobby, Library are not complete
21. E-102, E-103, E-104 Are Reasonably Complete
22. E-105 & E-106 - Are not complete
23.  A Drawings in general need more building sections and details
24. A-105, A-201, A-202 do not show grid lines
25. A-204 Needs updating

**Requested By:** Giordano Construction Co. Inc.

**Date:** _____

**Signed:** _____
Bedrich Hajek

Expedition ®

Page 1 of 1

**EXHIBIT GG**

**Watt Jr., Claude E.**

| | |
|---|---|
| From: | Joglekar, Parshuram |
| Sent: | Thursday, April 04, 2002 8:08 AM |
| To: | Watt Jr., Claude E. |
| Cc: | Roger, Thomas |
| Subject: | Meeting with Wendell Harp and his Consultants |

Hi Claude:

Thanks for coming to the meeting. The meeting was important because we wanted architect to understand our concerns and lack of information. Finally they agreed to go back and fix the drawings and provide information by May 1, 2002. Claude, my concern is "it is not going to happen by May 1." As you know, Wendell was not there when Chuck and their consultants agreed to May 1 date. When I briefed Wendell again about the new date and agreement, he said to me that his people will be busy on something else and he will commit to this date. It will be after May 1 and he did not know when?

I ask you to get together with Wendell Harp again and strike a deal. We can't just keep waiting for uncertain duration. We either get information from him by that date or we assume you have no rush and let it go. Since January 2002 we are trying to get a **half decent** information from Wendell but this fellow can't provide us.

Thanks

Ram

**EXHIBIT HH**

**New Haven Public Schools**
**School Construction Program**

54 Meadow Street
New Haven, Connecticut 06519



REBUILDING OUR SCHOOLS

May 23, 2002                              Sent Via Fax and First Class Mail

Mr. Wendell Harp, AIA
Architects Environmental Collaborative International, PC
300 Whalley Avenue
New Haven, CT 06511

Re.:      Prince Welch School Project
          (SDE#093-306, City No. 99-100-03)

Subj.:    Point of Clarification on Document Submissions

Dear Wendell:

AECI presented design phase documents in late January 2002 that it alleged
represented 100% Design Development Phase Documents. Close examination
by my staff and the Construction Manager revealed that these documents fell far
short of this percentage. AECI was made aware of this condition and given an
opportunity to remedy. Also several request for information, RFI, were submitted
to AECI. These RFI targeted the deficiencies in the documents. It was hoped
that by responding AECI would clarify its design intent, coordinate design
information and provide critical pieces of missing information. You have opted to
respond on May 14, 2002 with what you classify as 100% DD documents / 25%
Construction Documents.

Please be advised that these documents are being received only as a DD
documents. No consideration will be given for any representation made by AECI
concerning CD Phase documents.

AECI has been cautioned on previous occasions about classifying submittals at
higher levels of completion than is supported by the information contained within
the documents being submitted. You are directed to cease this practice. Please
refer to your Agreement for the minimum requirements for design phase
submission.

Sincerely,

Claude E. Watt Jr.
Program Manager

Cc:       Dr. Reginald Mayo, Supt.
          Paul Guidone
          Thomas Roger

File: 2445PrinceLtr 60

**EXHIBIT II**

**New Haven Public Schools**
**School Construction Program**

**54 Meadow Street**
**New Haven, Connecticut 06519**



REBUILDING OUR SCHOOLS

June 4, 2002                           Sent Via Fax and First Class Mail

Mr. Wendell Harp, AIA
Architects Environmental Collaborative International, PC
300 Whalley Avenue
New Haven, CT 06511

Re.:       Prince Welch School Project
           (SDE#093-306, City No. 99-100-03)

Subj.: Changes to the current design

Dear Wendell:
In an earlier correspondence I advised you of the potential for redesigning the
Prince Welch School. Regrettably, the City is faced with the real possibility that
the acquisition of the parcel at 537 Congress Avenue may not occur. If this
happens it would result in the need to change the current design of the school
and the site land use plan.

You are requested to resubmit an updated proposal for redesigning the Prince
Welch Pre-K8 School facility. The design phase per your basic service
agreement indicates that AECI has completed work up to the 100% Design
Development Phase, and has been compensated to that level. The presumption
on the part of the School Construction Program is that there is value in the
programming and design phase effort to date, such that, it should minimize the
impact on resource allocation and time required for completion of the design
phase.

Since this represents a change in the available site area for the building, it will be
treated as a change to the design agreement resulting in increased fees and
delays in the completion of the design phase. Assuming that the church will not
move, and there is the required redesign effort, you are to take this as an
opportunity to improve the current design and address the recent criticisms from
the historic district commission and others.  Specifically, the redesign should
address the following:

1. It should reflect an entirely new land use plan that more efficiently uses the
   available land with the church as a neighbor.  This will probably require that
   the Ward Street elevation assume a minor roll with the primary emphasis on
   Congress Avenue. The goal would be to maintain onsite bus drop off,
   recreational fields, playgrounds and off street staff and visitor parking.



2. Specific criticisms received about the current design that need to be addressed are as follows:

   a.   The facility has a sprawling layout over the site and needs to be "urbanized".

   b.   The travel distance within the facility and from the bus drop-off and parking areas represents an inconvenience to the public, staff and student users.

   c.   Decentralized common functions within the building contribute to the excessive travel distance within the facility.

   d.   The wide varieties of materials being used on the exterior of facility appear chaotic.

3. Any redesign should include regular submissions and consultations with the Historic District Commission in an advisory capacity. These submissions are to obtain their review of the building design in the context of its urban setting.

4. Also allow for the incorporation of 'Green and Sustainable Building' guidelines, principles, and practices into the resulting building design.

Please submit your proposal to my attention on or before June 11, 2002.

Sincerely,

Claude E. Watt Jr.
Program Manager

Cc:    Dr. Reginald Mayo, Supt.
       Paul Guidone
       Thomas Roger
       Susan Weisselberg

**EXHIBIT JJ**

**New Haven Public Schools**
**School Construction Program**

54 Meadow Street
New Haven, Connecticut 06519



**REBUILDING OUR SCHOOLS**

June 19, 2002                                   Sent Via Fax and First Class Mail

Mr. Wendell Harp, AIA
Architects Environmental Collaborative International, PC
300 Whalley Avenue
New Haven, CT 06511

Re.:       Prince Welch School Project
           (SDE#093-306, City No. 99-100-03)

Dear Wendell:
In our recent conversation you relayed that you had been advised that the owners of the property at 537 Congress Avenue were favorably considering the sale its property to the City of New Haven. This is in fact a promising turn of events, but it is not yet completed.  In light of these developments, I wish to amend my request for a cost proposal as per my letter dated June 04, 2002.

The requested proposal is to be amended to request that AECI provide a separate cost proposal for each the following two items:

1. Provide a proposal for making the necessary changes to the current design to address the following criticisms and observations listed:

    a. The facility has a sprawling layout over the site and needs to be "urbanized".

    b. The travel distance within the facility and from the bus drop-off and parking areas represents an inconvenience to the public, staff and student users.

    c. Decentralized common functions within the building contribute to the excessive travel distance within the facility.

    d. The wide varieties of materials being used on the exterior of facility appear chaotic.

    e. Any redesign should include regular submissions and consultations with the Historic District Commission in an advisory capacity. These submissions are to obtain their review of the building design in the context of its urban setting.

    f. Allow for the incorporation of 'Green and Sustainable Building' guidelines, principles, and practices into the resulting building design.

2. Provide a proposal for the cost associated with AECI providing only consulting services for the Construction Document and Construction Administration phase, where another Architectural firm shall be selected to provide the professional services required to produce the Construction Documents and provide Construction Administration services. The firm would assume the role as the Architect of record. This action assumes that you will perform the services defined in item one above only through completion of design development.

Please submit your response to this request for proposal by Wednesday, June 26, 2002. This is a second request for a proposal, a part of which was due on June 11, 2002. It is very important that I receive your response by the date indicated above.

Sincerely,

Claude E. Watt Jr.
Program Manager
New Haven School Construction Program


Cc:      John DeStefano, Mayor
         Dr. Reginald Mayo, Superintendent
         Paul Guidone
         Thomas Roger
         Susan Weisselberg

**EXHIBIT KK**

**New Haven Public Schools**
**School Construction Program**



REBUILDING OUR SCHOOLS

**54 Meadow Street**
**New Haven, Connecticut 06519**

July 3, 2002                          Sent Via Fax and First Class Mail

Mr. Wendell Harp, AIA
Architects Environmental Collaborative International, PC
300 Whalley Avenue
New Haven, CT 06511

Re.:    Prince Welch School Project
        (SDE#093-306, City No. 99-100-03)

Dear Wendell:
Thank you, for your response to the Owner RFP. It was received on June 26, 2002. The item has been submitted for review and approval. You will be notified immediately when a determination has been made.

In so much as, this action may impact the current design. This office has been directed to cease any further work with regard to the current design. **Hence, your design efforts are hold until further notice.  Your will not be released to proceed with the construction document phase until the disposition of the City and the NHPS BOE are known.**

I will be forwarding information to you regarding the estimates and revised budgets for the current DD documents.  I will not provide further critique of the current design at this time. I do expect AECI to provide information generated as part of the DD phase if requested.

If you have any question feel free to contact me.

Sincerely,

Claude E. Watt Jr.
Program Manager
New Haven School Construction Program

Cc:    John DeStefano, Mayor
       Dr. Reginald Mayo, Superintendent
       Thomas Roger
       Susan Weisselberg

File: 2445PrinceLtr 68

**EXHIBIT LL**

**WEISSELBERG, SUSAN**

| | |
|---|---|
| **From:** | Watt Jr., Claude E. [CWatt@GilbaneCo.com] |
| **ent:** | Friday, February 07, 2003 10:38 AM |
| **.o:** | Susan Weisselberg (E-mail) |
| **Cc:** | Lombardo, Joann S.; Roger, Thomas; Lynn, Robert H. |
| **Subject:** | Prince Welch School Project _ Design Options Assessment |

 

2445memopw54.do    design remob
c (41 KB)    options_2_03.xls ...

Attached are documents illustrating certain estimated cost  and schedule impacts based on various options for going forward with the above project.

At present, the CM has been released to proceed with the demolition and remediation phase of the work. This release to proceed does not assume any restrictions found in the assumptions, which are the bases for the option being illustrated. The CM shall proceed acting in a due diligent manner to execute its responsibilities, unless its directives are amended.

   <<2445memopw54.doc>>        <<design remob options_2_03.xls>>

Claude E. Watt Jr.
Program Manager
New Haven Public Schools
School Construction Program

Ph: 203/946-6808
`ax: 203/946-8920


Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message, you may not
copy or deliver this message to anyone.  In such case, you should
destroy this message, and notify us immediately.  If you or your
employer does not consent to email of this kind, please advise
sender immediately.

# MEMORANDUM

School Construction Program



New Haven Public Schools
REBUILDING OUR SCHOOLS

54 Meadow Street
New Haven, Connecticut

To:        Susan Weisselberg
           Program Coordinator

From:      Claude E. Watt Jr.,
           Program Manager

Date:      Friday, February 07, 2003
Re:        Prince Welch School Project
           SDE# 093-306 N

---

Table 'A' (attached) delineates the estimates of the cost impact to the Owner if certain design and site development options are implemented.

The design and site redevelopment options are as follows:

**Option:**        **Description:**

1A        Proceed with the existing site configuration and design as is with the assigned Architect.

1B        Proceed with the existing site configuration, but redesign the facility using the assigned Architect.

2         Proceed with the existing site configuration, but redesign facility using another Architect.

3A        Modify approved site configuration and proceed with assigned Architect. (Baldwin Street to remain open; **Keep Three Sisters building [619 Congress]; Develop west side Baldwin Street for possible school parking**)

3B        Modify approved site configuration and proceed with assigned Architect. (Baldwin Street to remain open; **Demolish all structures on west side Baldwin Street; Develop west side of Baldwin Street for possible school parking**)

3C        Modify approved site configuration and proceed with assigned Architect. (Baldwin Street to remain open; **Keep all structures on west side of Baldwin; Delete development of the west side Baldwin Street, with no school related work**)

4A        Modify approved site configuration and **proceed with New Architect**. (Baldwin Street to remain open; **Keep three sisters building [619 Congress]; Develop west side Baldwin Street for possible school parking**)

4B        Modify approved site configuration and **proceed with New Architect**. (Baldwin Street to remain open; **Demolish all structures on west side Baldwin Street; Develop west**

File: 2445 MEMOPW 54.DOC

**side of Baldwin Street for possible school parking)**

4C     Modify approved site configuration and **proceed with New Architect**. (Baldwin Street to remain open; **Keep all structures on west side of Baldwin; Delete development of the west side Baldwin Street, with no school related work)**

cc:    Thomas Rogér
       Joann Lombardo

Attachment

PRINCE WELCH SCHOOL PROJECT

Estimated cost projections based on the impact of the Owner implementing certain site development options:                dated                2/7/2003

| Cost Items | Options: | | Exist'g site w/ new Architect | Revised site w/ assigned Archt. | | | Revised Site w/ new Archt. | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Exist'g site w/ assigned Arch. | | | | | | | | |
| | #1A | #1B | #2 | #3A | #3B | #3C | #4A | #4B | #4C |
| Architectural Services | $ 50,000 | $ 680,000 | $ 680,000 | $ 680,000 | $ 680,000 | $ 680,000 | $ 680,000 | $ 680,000 | $ 680,000 |
| Ineligible site cost | NC | NC | NC | $ 700,000 | NC | $ 1,115,400 | $ 700,000 | NC | $ 1,115,400 |
| Ineligible soft cost | NC | NC | NC | $ 300,000 | NC | $ 650,000 | $ 300,000 | NC | $ 650,000 |
| Demolition Cost | NC | NC | NC | $ (190,000) | $ (150,000) | $ (340,000) | $ (190,000) | $ (150,000) | $ (340,000) |
| Cost Escalation Due to Delays | $ 250,000 | $ 500,000 | $ 500,000 | $ 500,000 | $ 500,000 | $ 500,000 | $ 500,000 | $ 500,000 | $ 500,000 |
| Total Estimated Cost to Owner: | $ 300,000 | $ 1,180,000 | $ 1,180,000 | $ 1,990,000 | $ 1,030,000 | $ 2,605,400 | $ 1,990,000 | $ 1,030,000 | $ 2,605,400 |
| Increase Cost to be Offset by Program Contingency: | $ 300,000 | $ 1,180,000 | $ 1,180,000 | $ 490,000 | $ 530,000 | $ 340,000 | $ 490,000 | $ 530,000 | $ 340,000 |
| Estimated Start of Construction: | Feb-04 | Jul-04 | Nov-04 | Aug-04 | Aug-04 | Aug-04 | Nov-04 | Nov-04 | Nov-04 |

COST ANALYSIS
TABLE 'A'