**EXHIBIT MM**

(DRAFT _ Prince Welch Position Paper ... 3/4/03)

It is not uncommon for public projects to adversely impact various segments of a community. The Prince Welch School project is no exception. The process established to develop this new school has raised several questions. The clashing of community interest represented by the questions has resulted in significantly delays in the execution of work and the cost of the project. After careful and thoughtful review of the current status of the project and these questions a decision has been reached to implement certain changes that are shall responsive in part to all.

The questions:

- Why do so many homes in a need to be removed from the market?
- Why does a new school claiming to enrich a neighborhood need to destroy it?
- Why does the new school have to incorporate a design that does not recognize the density of its urban setting?
- Why does the new school design have to ignore the rich history of the New Haven urban landscape?
- How long must the current Prince Welch students be house in substandard facilities?
- Why does the community not have more say in what type of architecture is being introduced into their community?

In response the above questions, it has been decided that the school site shall be reduced from 8.2 acres to 5.3 acres. This in effect allows Baldwin Street to remain open and all City owned parcels on the west side of Baldwin to be redeveloped into new residences. Correspondingly the school's design will change to reflect the smaller site.  It is anticipated that this approach will here encourage a complimentary development of both the school and community at the same time. The added benefit is the improvement available housing stock in the upper hill area.

Time, cost and the need for the new school suggest an urgency, which is clearly understood. To meet this challenge we have reviewed current project delivery system. The design resources as is appears insufficient to meet the accelerated effort and design demands going forward. The resources required for fast tracking or accelerated phasing of construction are not currently in place. In response, it has been decided to introduce an Architectural firm with the required depth of resources into the process. As such the current architectural firm shall be released from obligations to the project. This action shall effectively enhance the pace of design process and the flexibility needed for various project delivery options.

**EXHIBIT NN**

# MEMORANDUM



**School Construction Program**

**New Haven Public Schools**
**REBUILDING OUR SCHOOLS**

TO:      Dr. Reginald Mayo
           Superintendent

FROM:  Claude E. Watt Jr.,
           Program Manager

54 Meadow Street
New Haven, Connecticut

DATE:   Tuesday, April 02, 2003

RE:      Prince Welch School Project
           SDE# 093-306 N

You requested several items from the School Construction Office in terms of the architect and a proposed redesign of the school, as follows:

1. Provide two conceptual design options: (a) Redesign the school for a site of 5.33 acres site (no building on the west side of Baldwin St.), and (b) Redesign school for current site, but with the "Three Sisters" staying up, with Baldwin Street to remain open, and the school on the east side of Baldwin.

2. Architect is to adhere to the new design and materials standards and space program. The size of the new facility is limited to 84,000sf.

3. Architect is to incorporate the use of three floors with a minimal building footprint.

4. The Architect is to incorporate brick and individual modular windows at the exterior walls.

5. The Architects and its consultants are to participate and adhere to the guidelines of the United Illuminating energy savings rebate program and other energy standards.

6. The MEP consultant is to provide a life cycle cost analysis and modeling.

7. The Architect shall work with the School Construction Program staff to deliver certain items critical to the schedule.

8. The Architect shall confirm that the amount in its June 25, 2002 proposal meets the required redesign effort going forward.

cc:    Thomas Rogér
       Susan Weisselberg

**EXHIBIT OO**

**New Haven Public Schools**
**School Construction Program**

**54 Meadow Street**
**New Haven, Connecticut 06519**



REBUILDING OUR SCHOOLS

April 8, 2003                                  Sent Via Fax and First Class Mail

Mr. Wendell Harp, AIA
Architects Environmental Collaborative International, PC
300 Whalley Avenue
New Haven, CT 06511

Re.:    Prince Welch School Project
        (SDE#093-306, City No. 99-100-03)

Dear Mr. Harp:

The City and the NHPS BOE have released the School Construction Program to proceed with the design phase work for the new Prince Welch School. **Hence, AECI is directed to restart the design phase work with the following adjustments to the scope as directed by the Owner.**

During the interim period that the project was on hold, several changes have occurred. These changes are in response to the City's goal to address the expressed needs of the community. It is anticipated that some of these changes will impact your scope of services and the design of this new school facility.  The changes are as follows:

1.  The school site may be reduced from 8.2 acres of land.  There are three site options to be developed with the School Construction Office, City Plan and others.  (a) This new site option is limited to those properties bounded by Congress Avenue, Baldwin Avenue, Ward Street and the rear property lines of the parcels along Davenport Avenue.  Those parcels bounded by the west side of Baldwin and the rears of the parcels along Kossuth are no longer included in the scope of work for this project site. (b) This new site option includes the parcels on the west side of Baldwin, with the exception of the "Three Sisters" on Congress. (c) The school site would exclude 611, 619-635 Congress, 6-10 Baldwin, 34-36 Asylum, 33 Asylum and probably 46 Ward. (The conditions stipulated in this item are subject to change and are under review.)

2.  Baldwin Street will remain open as a public right of way. Asylum Avenue is to be closed per the original scope. The Architect will include within the design the redesign of the street section of Asylum, which intersects with Davenport. This section will be converted into two separate private driveways which serve the two parcels abutting the revised project site at the east and west corners of intersection of Asylum and Davenport.

*FILE: 2445PRINCELTR76*                                              1 OF 3

3. The school's educational program will continue to support a Pre-K-8 school for 600 pupils. The Architect will adhere to the new design, energy and material standards and space program, which will be provided under separate cover. Any deviation from the new standards requires prior approval by the Owner and the Citywide School Building Committee. The size of the new facility will under no circumstances exceed the 84,000sf allowed by the State Department of Education (SDE) space standards.

4. The change in site size and configuration requires that the physical design of the facility adapt to the more limited land area. The Architect will provide a land use scheme and site plan, to be approved by Owner. The site will support four primary components: minimal building footprint, off-street parking, play / recreation area and service support for school maintenance and operations. Provide bus drop off along Baldwin Street. The direction of traffic flow along Baldwin and Ward will remain.

5. The City and Owner have directed school construction that the facility will incorporate the use of three floors. The Architect will provide preliminary conceptual design ideas that show the space program's layout, groupings and adjacencies. The Owner's acceptance of a particular scheme or combination of schemes will constitute the basis for the schematic design.

6. The City has directed that the facility complement the rich urban texture that typifies the City of New Haven. The Architect will incorporate materials, such as brick and individual modular windows at the exterior walls. The Architect is to solicit and use input from both City Plan and the Historic District Commission.

7. The City has directed that all projects participate in the energy savings program as established by United Illuminating. All Architects and their consultants are to participate and adhere to the guidelines of this program. The MEP will provide a life cycle cost analysis, which examines various MEP / HVAC systems for the facility. The Architect and its consultants will make a presentation of these systems to the Owner. The Owner-approved system will be incorporated into the design.

8. Timeframe: the School-Based Building Advisory Committee (SBBAC) will be reconstituted and reconvene. The educational program review (#3) will be completed and provided to the Program Manager by May 7, 2003. The revised land use scheme and site plan (#1, 4) will be completed and provided to the Program Manager by May 14, 2003; including the incorporation of comments from the SBBAC and City Plan Department staff. The conceptual design ideas (#5) will be completed and provided to the Program Manager by May 21, 2003; including the incorporation of comments from the SBBAC and City Plan Department staff. The outline of materials and building components (#6) will be completed and provided to the Program Manager by June 21,

2003; including the incorporation of comments from the SBBAC, Historic District Commission and City Plan Department staff.  The energy savings program and various MEP / HVAC systems for the facility (#7) will be presented to the Program Manager by June 21, 2003.

If you have any questions feel free to contact me.

Sincerely,

Claude E. Watt Jr.
Program Manager
New Haven School Construction Program

cc:      John DeStefano, Mayor
         Dr. Reginald Mayo, Superintendent
         Thomas Rogér
         Susan Weisselberg

PS:
The NHPS BOE has replaced the standard form of Agreement. The new Architectural Services Form of Agreement represents the terms and conditions that all Architects must adhere to. The same will be required of your firm. You may elect to have the NHPS BOE reissue a new Agreement or opt for an amendment of the current Agreement to reflect these changes. Either way, to be consistent the Agreement needs to be updated.

*FILE: 2445PRINCELTR78*

**EXHIBIT PP**

## architects environmental collaborative international, p.c.

### Wendell C. Harp, AIA Architect

300 Whalley Avenue
New Haven, CT 06511
Tel. (203) 624-0815
Fax (203) 777-9891

April 8, 2003

Dr. Reginald Mayo, Superintendent
New Haven Board of Education
54 Meadow Street
New Haven, Conn. 06509

Re:    Revised Cost Proposal for the redesign of the Prince-Welch School,
       SDE# 093-306N

Dear Dr. Mayo:

As a follow-up to our meeting of April 7, 2003 the attached April 8, 2003
memorandum from Claude Watt, Jr. and, my subsequent telephone conversation with
Mr. Watt concerning requirements for redesigning the Prince-Welch school; we are
pleased to submit this revised cost proposal for your consideration.

I.    **SCOPE OF WORK:** Our understanding of the redesign effort is that it
      will largely conform to the original program of activities; require the same
      reviews of City agencies and SBBAC as the previous design; and a complete
      new site and building design to conform to the dictates of Mr. Watts.

II.   **BUDGET FOR CONSTRUCTION:** $19.1m including owner insurance but
      not CM fees; $1.82m for existing bldg. site demolition; ; soil remediation .25m,
      with the balance for construction averaging approx. $202 s.f. The budget is
      more fully stipulated in the attached C. Watt, Jr. letter of 4-08-03.

III.  **TIMELINE FOR DESIGN, CONSTRUCTION, AND CONSTRUCTION
      ADMINISTRATION**
      The architectural services for design and construction administration, per
      discussion with Mr. Watt, anticipate a 1 year design time; 4-6 month general
      review and approval period and 18 month construction period. A total time of
      36 months (3 years) is planned from the date of a revised architectural contract
      start to the end of construction administration.

**architects environmental collaborative international, p.c.**

**Wendell C. Harp, AIA Architect**

300 Whalley Avenue
New Haven, CT  06511
Tel. (203) 624-0815
Fax (203) 777-9891

## IV.    DESIGN FEE FOR COMPLETE REDESIGN TO REMAIN UNCHANGED

Since the project is a complete redesign with neither of the previously proposed 2 storey design development site plans or building plans adaptable for the 3 storey structure with revised site, the fee for redesign will be the same as the original fee.  The proposed fee will remain unchanged as per the previous agreement.  (See attached contract fee breakdown).

**We are not seeking a contract fee increase although over 4 years has elapsed and the proposed project budget for construction has increased substantially.**  We are expecting that the revised contract will provide the adjustment for additional professional liability insurance once the contract is put in force and the exact construction/insurance requirements are specified.

Thank you for allowing us the opportunity to be of service and we look forward to helping create a truly pleasing and inspiring learning environment for New Haven's Prince-Welch School students.

Sincerely,

Wendell C. Harp

Enclosures: C. Watt letters dated 4-8-03 (5 pgs. incl. transmittal)
            pgs. 20 & 41 of original Architectural contract

# FAX / COVER SHEET

School Construction Program

**Kids First**

New Haven Public Schools
REBUILDING OUR SCHOOLS

54 Meadow Street
New Haven, Connecticut

To: WENDELL HARP

Company: AECI

Fax #: 772-9891

# of Pages including cover (5)

From: CLAUDE E. WATT JR.

Phone: 946-6808
Fax: 203-946-8920

Date: 4/8/03

Re: PRINCE WELCH SCHOOL PROJECT

ATTACHMENT
DESIGN PHASE LTR, 4/8/03
CONSTRUCTION COST LTR 4/8/03

**New Haven Public Schools**
**School Construction Program**

**54 Meadow Street**
**New Haven, Connecticut 06519**



REBUILDING OUR SCHOOLS

April 8, 2003                                        Sent Via Fax and First Class Mail

Mr. Wendell Harp, AIA
Architects Environmental Collaborative International, PC
300 Whalley Avenue
New Haven, CT 06511

Re.:       Prince Welch School Project
           (SDE#093-306, City No. 99-100-03)

Dear Mr. Harp:

The City and the NHPS BOE have released the School Construction Program to proceed with the design phase work for the new Prince Welch School. **Hence, AECI is directed to restart the design phase work with the following adjustments to the scope as directed by the Owner.**

During the interim period that the project was on hold, several changes have occurred. These changes are in response to the City's goal to address the expressed needs of the community. It is anticipated that some of these changes will impact your scope of services and the design of this new school facility.  The changes are as follows:

1.  The school site may be reduced from 8.2 acres of land.  There are three site options to be developed with the School Construction Office, City Plan and others.  (a) This new site option is limited to those properties bounded by Congress Avenue, Baldwin Avenue, Ward Street and the rear property lines of the parcels along Davenport Avenue.  Those parcels bounded by the west side of Baldwin and the rears of the parcels along Kossuth are no longer included in the scope of work for this project site.  (b) This new site option includes the parcels on the west side of Baldwin, with the exception of the "Three Sisters" on Congress.  (c) The school site would exclude 611, 619-635 Congress, 6-10 Baldwin, 34-36 Asylum, 33 Asylum and probably 46 Ward. (The conditions stipulated in this item are subject to change and are under review.)

2.  Baldwin Street will remain open as a public right of way. Asylum Avenue is to be closed per the original scope. The Architect will include within the design the redesign of the street section of Asylum, which intersects with Davenport. This section will be converted into two separate private driveways which serve the two parcels abutting the revised project site at the east and west corners of intersection of Asylum and Davenport.

*FILE: 2445PRINCELTR76*                                              1 OF 3

3. The school's educational program will continue to support a Pre-K-8 school for 600 pupils. The Architect will adhere to the new design, energy and material standards and space program, which will be provided under separate cover. Any deviation from the new standards requires prior approval by the Owner and the Citywide School Building Committee. The size of the new facility will under no circumstances exceed the 84,000sf allowed by the State Department of Education (SDE) space standards.

4. The change in site size and configuration requires that the physical design of the facility adapt to the more limited land area. The Architect will provide a land use scheme and site plan, to be approved by Owner. The site will support four primary components: minimal building footprint, off-street parking, play / recreation area and service support for school maintenance and operations. Provide bus drop off along Baldwin Street. The direction of traffic flow along Baldwin and Ward will remain.

5. The City and Owner have directed school construction that the facility will incorporate the use of three floors. The Architect will provide preliminary conceptual design ideas that show the space program's layout, groupings and adjacencies. The Owner's acceptance of a particular scheme or combination of schemes will constitute the basis for the schematic design.

6. The City has directed that the facility complement the rich urban texture that typifies the City of New Haven. The Architect will incorporate materials, such as brick and individual modular windows at the exterior walls. The Architect is to solicit and use input from both City Plan and the Historic District Commission.

7. The City has directed that all projects participate in the energy savings program as established by United Illuminating. All Architects and their consultants are to participate and adhere to the guidelines of this program. The MEP will provide a life cycle cost analysis, which examines various MEP / HVAC systems for the facility. The Architect and its consultants will make a presentation of these systems to the Owner. The Owner-approved system will be incorporated into the design.

8. Timeframe: the School-Based Building Advisory Committee (SBBAC) will be reconstituted and reconvene. The educational program review (#3) will be completed and provided to the Program Manager by May 7, 2003. The revised land use scheme and site plan (#1, 4) will be completed and provided to the Program Manager by May 14, 2003; including the incorporation of comments from the SBBAC and City Plan Department staff. The conceptual design ideas (#5) will be completed and provided to the Program Manager by May 21, 2003; including the incorporation of comments from the SBBAC and City Plan Department staff. The outline of materials and building components (#6) will be completed and provided to the Program Manager by June 21,

AECI
Letter Dated April 8, 2003

2003; including the incorporation of comments from the SBBAC, Historic District Commission and City Plan Department staff.   The energy savings program and various MEP / HVAC systems for the facility (#7) will be presented to the Program Manager by June 21, 2003.

If you have any questions feel free to contact me.

Sincerely,

Claude E. Watt Jr.
Program Manager
New Haven School Construction Program

cc:      John DeStefano, Mayor
         Dr. Reginald Mayo, Superintendent
         Thomas Rogér
         Susan Weisselberg

PS:
The NHPS BOE has replaced the standard form of Agreement. The new Architectural Services Form of Agreement represents the terms and conditions that all Architects must adhere to. The same will be required of your firm. You may elect to have the NHPS BOE reissue a new Agreement or opt for an amendment of the current Agreement to reflect these changes. Either way, to be consistent the Agreement needs to be updated.

FILE: 2445PRINCELTR76

**New Haven Public Schools**
**School Construction Program**



**54 Meadow Street**
**New Haven, Connecticut 06519**

REBUILDING OUR SCHOOLS

April 8, 2003                                                    Sent Via Fax and First Class Mail

Mr. Wendell Harp, AIA
Architects Environmental Collaborative International, PC
300 Whalley Avenue
New Haven, CT 06511

Re.:    Prince Welch School Project
        (SDE#093-306, City No. 99-100-03)

Dear Mr. Harp:

The current construction budget is listed below. Included within this budget are costs for the demolition of the existing structures and site improvements _ see items 'f and g'. **Items 'a, b, c, d, e, i and j' reflect the anticipated cost for the construction of the new school building and site development (budget value @ $17,103,923).** Item 'a' OCIP (Owner Controlled Insurance Program) is deducted at the time of the bid as a cost paid by the Owner. Item 'l' (Construction Contingency) should not be included as part of the estimated cost of construction. This cost is assigned to certain conditions of the project that may arise during the construction phase of the work.

### CONSTRUCTION BUDGET

| | | |
|---|---|---:|
| a. | OCIP Service Charges | 501,598 |
| b. | Bldg Permit App. Prep. & Fees | 0 |
| c. | Building Construction (Trade Contractor) | 14,502,325 |
| d. | Site & Earth Work | 1,700,000 |
| e. | Street Roadway & Utility Demolition | 300,000 |
| f. | Existing Building Demolition | 1,816,000 |
| g. | Soil Remediation | 250,000 |
| i. | Offsite/Ineligible Costs | 100,000 |
| j. | Escalation @ 3% | 0 |
| k. | Subtotal | 19,169,923 |
| l. | Construction Contingency @ 5% | 933,416 |
| **TOTAL CONSTRUCTION VALUE** | | 20,103,339 |

If you have any questions feel free to contact me.

Sincerely,

Claude E. Watt Jr.
Program Manager
New Haven School Construction Program

cc:   Thomas Roger
      Susan Weisselberg

TOTAL P.05

| | |
|---|---|
| Delivery | at cost |
| Parking | at cost |
| Other copying and printing | at cost |
| In house plotting cost | $ 3.00 per sheet (for black & white) |
| | $ 6.00 per sheet (for color) |

79. Article 10.5: The following shall be added to the end of Subparagraph 10.5:

"The Owner may institute a withholding from the Architect if the Owner or the Program Manager determines, at their sole discretion, that the Architect is not making satisfactory progress or there is other specific cause for such withholding which shall be stated in writing by the Owner or Program Manager ten (10) days prior to instituting a withholding."

## ARTICLE 11

### BASIS OF COMPENSATION

80. Article 11, Subparagraph 11.1:  Subparagraph 11.1 is hereby deleted in its entirety.

81. Article 11, Subparagraph 11.2.1: The following shall be added after the words "computed as follows:"

"Compensation shall be a stipulated lump sum of $1,121,000 payable in accordance with the provisions of Subparagraph 11.2.2 hereof and includes:

Basic Services                                          $1,121,000

For changes in the project budget that necessitate a modification in the Architect's services and contract fees, Architect will provide a detailed cost proposal to Owner describing the services and costs associated with the proposed change."

82. Article 11, Subparagraph 11.2.2:  The percentages listed in Subparagraph 12.2.2 are hereby deleted in their entirety, and the following percentages shall be inserted in lieu thereof:

| | |
|---|---|
| Schematic Design Phase: | 20 % |
| Design Development Phase: | 25 % |
| Construction Documents Phase: | 32 % |
| Bidding and Negotiation Phase: | 3 % |
| Construction Phase: | 20 % |

02/10/00

# EXHIBIT I – SCHEDULE OF VALUES FOR SERVICES

The Architect agrees to complete the different phases of Basic Services and Additional services within the following specified values and budget allowances:

| Item Description: | Article | Values: |
|---|---|---|
| **Basic Design Services** | 2.1.1 | |
| Schematic Design Phase | 2.2.1 | 224,200 |
| Design Development Phase | 2.3.1 | 280,250 |
| Construction Document Phase | 2.4.1 | 358,720 |
| Bidding Phase | 2.5.1 | 33,630 |
| Construction Administration Phase | 2.6.1 | 224,200 |
| **Subtotal: Basic Design Services:** | | **1,121,000** |
| **Additional Design Services** | | |
| Measured Drawings | 3.4.6 | NIC |
| Non-illuminated Scale Model | 3.4.21 | 14,700 |
| As–Built Record Reproducible Drawings | 3.4.22 | 32,000 |
| Building Program / Ed Specs | 3.4.23 | --- |
| Building Program / Ed Specs Addendum | 3.4.23.1 | --- |
| Site Selection | 3.4.25 | --- |
| Hourly Rate Additional Services | 3.4.26 | 20,000 |
| **Subtotal:  Additional Services** | | **66,700** |
| **Consultants:** | | |
| Telecommunications Specialist | 3.4.24 | 35,000 |
| Security Consultant | 3.4.24 | 20,000 |
| Site Survey | 3.4.24 | 45,000 |
| Lighting Consultant | 3.4.24 | 10,000 |
| Acoustical Consultant | 3.4.24 | 10,000 |
| Audio Visual Consultant | 3.4.24 | 10,000 |
| Kitchen / Food Service Design Consultant | 3.4.24 | 15,000 |
| Code Consultant | 3.4.24 | 10,000 |
| FF&E Consultant | 3.4.24 | 90,000 |
| Geotechnical Consultant | 3.4.24 | 50,000 |
| Traffic Study | 3.4.24 | 10,000 |
| **Subtotal:  Consultants** | | **305,000** |
| **Total** | | **1,492,700** |
| **Reimbursable expenses  allowance** | 10.2.1 | 45,000 |
| **Total of Table:** | | **1,537,700** |

All assignments and uses of the additional services and consultants require the written approval of the owner.  The values for additional services and consultants shall include the Architect's overhead and profit.