Additional Insured on such policies, except for the professional liability and workers' compensation policies. The professional liability coverage shall be carried by the Architect for the term of construction project. If the Professional Liability coverage is on a claims-made form, then the Architect agrees to provide an extended reporting period of three years from the expiration of the policy in force at the time of work. The Comprehensive General Liability policy limits shall be dedicated to the Project (i.e. apply on a per project basis) and will provide completed operations coverage for the term of three (3) years from the date of substantial completion.

## ARTICLE 10

## PAYMENTS TO THE ARCHITECT

### 10.1   DIRECT PERSONNEL EXPENSE

10.1.1 Direct Personnel Expense is defined as the direct salaries of the Architect's personnel engaged on the Project and the portion of the cost of their mandatory and customary contributions and benefits related thereto, such as employment taxes and other statutory employee benefits, insurance, sick leave, holidays, vacations, pensions and similar contributions and benefits.

### 10.2   REIMBURSABLE EXPENSES

10.2.1 Reimbursable Expenses are in addition to compensation for Basic and Additional Services and include expenses incurred by the Architect and Architect's employees and consultants in the interest of the Project, as identified in the following Clauses.

10.2.1.1      Expenses in connection with authorized out-of-town travel; and fees paid for securing approval of authorities having jurisdiction over the Project. Reimbursable Expenses payable to Architect hereunder may not exceed the sum listed in Exhibit I (Schedule of Values for Services) without prior written consent of Owner. All requests for reimbursement or Reimbursable Expenses shall be accompanied by receipts for such expenses, or, in lieu of receipts, other evidence satisfactory to Owner.

10.2.1.2      Expense of reproductions, express deliveries, and handling of Drawings, Specifications and other documents including expenses incurred in assisting the Construction Manager with the preparation of the bid packages, clarification of items within the documents and reproduction of documents.

10.2.1.3      Except as set forth in Paragraph 12.7, expense of renderings and mock-ups requested by the Owner.

10.2.1.4    Expense of additional insurance coverage or limits including professional liability insurance, requested by the Owner in excess of that described in Subparagraph 9.11 hereof.

10.2.2    The following designated Reimbursable Expenses shall be paid at the rates set forth below:

| | |
|---|---|
| Delivery | at cost |
| Parking | at cost |
| Other copying and printing | at cost |
| In house plotting | $4.00 per sheet |

## 10.3   PAYMENTS ON ACCOUNT OF BASIC SERVICES

10.3.1 Payments for Basic Services shall be made monthly and, where applicable, shall be in proportion to services performed within each phase of service, on the basis set forth in Subparagraph 11.1.2.

## 10.4   PAYMENTS ON ACCOUNT OF ADDITIONAL SERVICES AND REIMBURSABLE EXPENSES

10.4.1 Payments on account of the Architect's Additional Services and for Reimbursable Expenses shall be made monthly upon presentation of the Architect's statement of services rendered or expenses incurred with receipts or other evidence satisfactory to Owner.

10.4.2 Unless otherwise specifically set forth herein or unless a stipulated sum is otherwise agreed to by the parties in writing, the Architect shall be compensated for Additional Services provided in Accordance with this Agreement at the hourly rates set forth on Exhibit F (Hourly Rates) attached and incorporated by reference. Upon the written authorization from the Owner, the Owner shall make an aggregate allowance listed in Exhibit I (Schedule of Values for Services) available to the Architect for Additional Services.

10.5   PAYMENTS WITHHELD AND DIRECT PAYMENTS. The Owner may institute a withholding from the Architect if the Owner or the Program Manager determines, at their sole discretion, that the Architect is not making satisfactory progress or there is other specific cause for such withholding including but not limited to, non-payment of sub-consultants, which shall be stated in writing by the Owner or Program Manager. The Owner reserves the right to pay sub-consultants directly if evidence of non-payment arises and deduct any costs associated with the assumption of this responsibility.

10.5.1 No deductions shall be made from the Architect's compensation on account of penalty, liquidated damages or other sums withheld from payments to Contractors, or on account of the cost of changes in the Work other than those for which the Architect has been found to be liable.

10.6   ARCHITECT'S ACCOUNTING RECORDS

10.6.1 Records of Reimbursable Expenses and expenses pertaining to Additional Services and services performed on the basis of a multiple of Direct Personnel Expense shall be available to the Owner or the Owner's authorized representative at mutually convenient times.

ARTICLE 11

BASIS OF COMPENSATION

The Owner shall compensate the Architect as follows:

11.1   BASIC COMPENSATION

11.1.1 FOR BASIC SERVICES, as described in Article 2, and any other services included in Article 12 as part of Basic Services, Basic Compensation shall be as listed in Exhibit I (Schedule of Values for Services). Compensation shall be a stipulated lump sum of $1,121,000 payable in accordance with the provisions of Subparagraph 11.1.2 hereof.  For changes in the project budget that necessitate a modification in the Architect's services and contract fees, Architect will provide a detailed cost proposal to Owner describing the services and costs associated with the proposed change.

11.1.2 WHERE COMPENSATION IS BASED ON A STIPULATED SUM or percentage of Construction Cost, progress payments for the Services in each phase shall total the following percentages of the total Basic Compensation payable:

| | |
|---|---|
| Schematic Design Phase: | percent (  20%) |
| Design Development Phase: | percent (  22%) |
| Construction Documents Phase: | percent (  35%) |
| Bidding or Negotiations Phase: | cent (   3%) |
| Construction Phase: | cent (  20%) |
| Total Basic Compensation: | hundred percent ( 100%) |

11.1.3 IN THE EVENT OF A MATERIAL CHANGE in the scope of the Project or the Architect's services, the Architect shall continue to perform in accordance with the terms of this Agreement during the course of any renegotiation of the Architect's compensation hereunder.

11.2  COMPENSATION FOR ADDITIONAL SERVICES

11.2.1 FOR PROJECT REPRESENTATION BEYOND BASIC SERVICES, as described in Paragraph 3.2, compensation shall be as mutually agreed upon at such time by Owner and Architect.

11.2.2 FOR ADDITIONAL SERVICES OF THE ARCHITECT, as described in Articles 3 and 12, other than (1) Additional Project Representation, as described in Paragraph 3.2, and (2) services included in Article 12 as part of Basic Services, but excluding services of consultants, compensation shall be as mutually negotiated and agreed upon between the Owner and Architect prior to commencement of the work.

11.2.3 FOR ADDITIONAL SERVICES OF CONSULTANTS, including additional structural, mechanical and electrical engineering services and those provided under Subparagraph 3.4.19 or identified in Article 12 as part of Additional Services, a multiple of one point one (1.1) times the amounts billed to the Architect for such services.

11.3  REIMBURSABLE EXPENSES

11.3.1 FOR REIMBURSABLE EXPENSES, as described in Paragraph 10.2, and any other items included in Article 12 as Reimbursable Expenses, a multiple of one point zero (1.0) times the expenses incurred by the Architect, the Architect's employees and consultants in the interest of the Project.

11.4  ADDITIONAL PROVISIONS

11.4.1 Payments are due and payable thirty (30) days from the date the Architect's invoice is received by the Owner or Program Manager.


ARTICLE 12

OTHER CONDITIONS OR SERVICES

See Exhibits A through M attached and incorporated by reference which shall amend, supplement and, in some cases, void portions of this Standard Form of Agreement Between Owner and Architect.

12.1  Meetings.  The following meetings, hearings and presentations (collectively, "Meetings") shall be included in Architect's Basic Services: Citywide School Building Committee, the New Haven Board of Education, the New Haven Board of Aldermen, the School Based Building Advisory Committee, meetings with members of the community in which the Project is located, City Plan Commission hearings, Planning/Zoning/Engineering staff meetings;

Preliminary/Site Approval Hearings; Zoning Board of Appeals Hearings, City of New Haven Change Order Committee Meetings; meetings with the State of Connecticut; All other related meetings as required by Owner; Final Site Approval Hearing; and Additional Hearing Follow-up and shall coordinate and attend all meetings with the School Facilities Unit of the State Department of Education. Meetings beyond those specified above shall constitute and be compensated as Contingent Additional Services. Basic Services includes all regulatory approvals process for the Work. A representative of the Architect shall be present at all School Based Building Advisory Committee meetings, unless otherwise instructed by Owner, and shall be responsible for preparing the minutes of such meetings with Owner.

12.2   The architect is required to design to the Owner's construction budget as detailed in Exhibit D (Fixed Limit of Construction), attached hereto and incorporated herein. Compliance with this requirement will be monitored through detailed cost estimates prepared by the Program Manager or the Construction Manager at the completion of Schematic Design, Design Development and Contract Documents Phases. No additional services will be compensated for revisions to the drawings, specifications or other documents when such revisions are required by the Owner or Program Manager to bring the estimated Construction Cost into compliance with Owner's budget. Questions concerning the need for and extent of redesign and possible disagreements between Architect's Statement of Probable Construction Costs and Detailed Estimate of Total Construction Costs prepared by either the Construction Manager or the Program Manager will be referred to the Program Manager for resolution.

12.3   The Architect shall provide all submissions required for approvals of the construction documents from governmental authorities or others having jurisdiction over the Project.

12.4   The Architect, where applicable, shall prepare measured drawings for the Project for a stipulated sum listed in Exhibit I (Schedule of Values for Services). Payment for such measured drawings shall be made by the Owner within thirty (30) days of completion and delivery of such drawings to the Owner and the Owner's approval of same which shall not be unreasonably withheld.

12.5   The Architect, where applicable shall provide services to verify the accuracy of drawings or other information furnished by the Owner.

12.6   The Architect, where applicable    provide studies or analyses of owning and operating costs such as, but    limited to, life cycle cost analyses for mechanical equipment. Refer to Exhibit L, New Haven School Construction Energy Policy for specific requirements.

12.7   The Architect shall provide the Owner with a non-illuminated scale model of the Project with site landscaping during the Schematic Design Phase of the

Project for the stipulated sum listed in Exhibit I (Schedule of Values for Services), which model shall be and remain the property of the Owner. The Architect shall make the model available for display at a request of the Owner. Payment for the scale model shall be made by the Owner within thirty (30) days of completion and delivery of such model to the Owner and the Owner's approval of same which shall not be unreasonably withheld.

12.8    The Architect shall provide the Owner with one (1) set of reproducible mylar, two (2) prints and CAD files in accordance with Section 12.19, of "Record Documents" drawings for the Project in accordance with Exhibit E (Record Documents) attached hereto and made a part hereof for the stipulated sum listed in Exhibit I (Schedule of Values for Services). Payment for such drawings shall be made by the Owner within thirty (30) days of completion and delivery of such drawings to the Owner and the Owner's approval of same which shall not be unreasonably withheld.

12.9    The Architect shall perform an educational specifications study for the Project which includes a building program and Conceptual Design Documents for the Project, and which satisfies the requirements of Exhibit A, attached hereto and made a part hereof, for the stipulated sum listed in Exhibit I (Schedule of Values for Services). Architect shall modify the educational specifications study as requested by the Owner at no additional cost to the Owner. The Architect shall secure Owner department head signoff where applicable or appropriate or directed to, by the Program Manager.

12.10 The Architect may request the approval of the Owner to engage certain consultants. Upon the written authorization from the Owner, the Owner shall make the following allowances available to the Architect for the Services of the designated consultants and Architect may engage the services of such consultants, provided, however, that such consultants and the terms of the contracts with such consultant    shall be    ceptable to the Owner in its sole discretion for sums listed in Exhibit    ch    of Values for Services):

    (1)    site survey
    (2)    security consultant,.
    (3)    lighting consultant,
    (4)    telecommunications spe
    (5)    audio-visual consultant
    (6)    acoustics consultant
    (7)    design and specification        s, furnishings and equipment
    (8)    food service / kitchen d        ultant
    (9)    code consultant
    (10)   energy modeling consultant
    (11)   geotechnical consul    t
    (12)   traffic study
    (13)   theater/stage consultant

12.11 Where required the Architect will prepare and provide to the Owner a report satisfying the requirements of Sections 2, 6 and 7 of Connecticut Public Act 96-270 and complying with the guidelines in Exhibit C (Comparable to New Guidelines), attached and incorporated by reference including without limitation the "comparable to new" structural condition report required by the State of Connecticut Department of Education for renovation projects. See section 2.2.7 for other requirements applicable to this task.

12.12 The New Haven School Construction Program Design Standards, herein after referred to as the Standards, are attached to and incorporated into this document and made a part thereof as Exhibit K.  The Standards are the requirements of the NH Board of Education in the governance and design of its school renovation and construction projects.  The Standards shall provide the necessary information to the architects and shall be referred to for all design decisions that fall within their purview.

12.12.1     Compliance with the Standards is a requirement of this contract. Deviation from the Standards will only be allowed by written request from the architect to the Program Manager and subsequently to the CSBC.  Redesign efforts and costs associated with items found to be not in compliance with the Standards will be the responsibility of the Architect.

12.13 The New Haven School Construction Program Energy Policy, herein after referred to as the Energy Policy, is attached to and incorporated into this document and made a part thereof as Exhibit L.  The Energy Policy is a requirement of the NH Board of Education in the governance and design of all aspects of energy consumption in its school renovation and construction projects. The Energy Policy shall provide the necessary information to the architects and engineers and shall be referred to for all energy related issues.

12.13.1     Compliance with the goals and performance standards in the Policy is a requirement of this contract. Failure to follow the requirements of the Energy Policy will result in redesign and will be the responsibility of the Architect. Deviation from the Policy will only be allowed by written request from the architect and/or engineer to the Program Manager who will direct it to the appropriate person.

12.14 The New Haven School Construction Program requires an Independent Document Coordination Review of all school construction drawings prior to putting the documents out to bid. The Review, herein after referred to as the IDC Review, is a requirement of this ___ nti ___ nd is att ___ to and incorporated into this document and made a part thereof as Exhibit M. It is the responsibility of the Architect to incorporate or otherwise c ___ t any deficiencies discovered as a result of an IDC Review.

12.15 Events of Default. Either party may terminate this Agreement for default (an "Event of Default") by the other party on the occasion of the occurrence of any event described below:

(a)    the dissolution or liquidation of a party, or cessation of doing business for thirty (30) days or more;

(b)    a party makes an assignment for the benefit of creditors;

(c)    a party either commences, or has commenced against it, bankruptcy proceedings under the Federal Bankruptcy Code or under any other insolvency law;

(d)    a trustee, receiver, custodian, or liquidator is named for the purpose of general administration of such party's property;

(e)    the failure by a party to observe or perform any covenant, condition, agreement or undertaking hereunder on its part to be observed or performed for a period of fifteen (15) days after notice specifying such failure and requesting that it be remedied is given to such party, unless the other party shall agree, in writing, to an extension of such time prior to its extension.

12.16 ADA.   Architect shall conform its Drawings and Specifications to the requirements of the Americans With Disabilities Act Accessibility Guidelines ("ADAAG").

12.17 No Presumption Against Drafter; Captions and numbers   Both parties acknowledge and agree that this Agreement has been freely negotiated by both parties and that, in any dispute over the meaning, interpretation, validity or enforceability of this Agreement or any of its terms or conditions there shall be no presumption whatsoever against either party by virtue of that party having drafted this Agreement or any portion thereof.

12.17.1 The captions and numbers appearing herein are inserted only as a matter of convenience and are not intended to define, limit, construe or describe the scope or intent of any paragraph, nor in any way affect this Contract. All words used in this Contract, regardless of the number or gender in which they are used, will be construed to include any other number or gender, as the context or sense may require.

12.18 Severability. If any provision or subparagraph of this Agreement shall to any extent be held void, unenforceable or invalid, then the remainder of this Agreement or the application of such provision to the persons or circumstances other than those as to which it is held void, unenforceable or invalid shall not be

affected thereby, and each provision of this Agreement shall be valid and enforced to the fullest extent permitted by law.

12.19 CAD.    All schematic, design and contract drawings and documents prepared by Architect shall be AutoCAD generated drawings employing standard AIA layering utilizing AutoCAD release 14 or higher software.

12.20 Compliance with City of New Haven Requirements. The Architect shall in the performance of its work, in hiring, and in the employment, at all times comply with all applicable City of New Haven, State and Federal laws, statutes, ordinances, regulations and any special requirements of the Contract Documents during the term of this Agreement, including without limitation, equal employment opportunity and affirmative action programs and execution of the City's equal opportunity clause attached as Exhibit B and incorporated by reference  and provision of the Architect's affirmative action program and/or equal opportunity statement.

12.21 Indemnity. The Architect hereby agrees to indemnify and hold the Owner, the Program Manager, the Construction Manager and any subsidiary, parent or affiliate corporation of the Owner, and their trustees, directors, officers, agents and employees (collectively, the "Indemnitees") harmless from all losses, claims, liabilities, injuries, damages and expenses, including attorney's fees, that the Indemnitees may incur (i) to the extent arising out of or resulting from the Architect's performance of the Basic Services which results in bodily injury or physical or actual damage to the property of the Architect or its agents, subcontractors, employees or licensees; (ii) to the extent arising out of or resulting from any violation by the Architect of state, federal, or local law, rule or regulation which results in bodily injury or physical or actual damage or the imposition of a fine, penalty, or other charge; or (iii) arising out of or resulting from the negligence or willful misconduct of the Architect or the Architect's agents, subcontractors, employees or licensees; provided, however, that nothing contained herein shall be construed as requiring the Architect to indemnify the Indemnitees or any of them for any claim for damage or loss of any kind when said damage or loss was caused in whole or in part by the negligence or willful misconduct of the Indemnitees or any of them.

12.21.1 The Architect shall include in ⸱ ⸱ ⸱ agreement with a subcontractor for the Project, a provision substantia    similar to this Subparagraph which provides that such subcontractors ⸱    ll indemnify the Architect and the Indemnitees for all losses, claim    liabilities, injuries, damages and expenses, including attorneys' fee⸱    at the Architect or the Indemnitees may incur arising out of or resulting fr  n suc!      contracto⸱ ⸱ ⸱⸱ ⸱ ⸱⸱mance of services, violation of state, federai  ⸱r local law, rule or regulation or negligence or willful misconduct.

12.22 The performance of the Architect's efforts with respect to this project shall be judged in accordance with the following criteria.

Design Phase:
- Document Quality (i.e. Completeness, Coordination of Disciplines)
- Adherence to the Owner's Design Standards
- Sensitivity to the Owner's Goals (i.e. Design matching Ed. Spec. Program, Design Appropriateness for Neighborhood)
- Flexibility to the Owner's Changes
- Adherence to the Project budget
- Adherence to the Project Schedule
- Project Design Team Management
- Knowledge of SFU Process & Procedures (i.e. Renovation Status)
- Knowledge of Local Approvals
- Community Interaction and Presentation Ability

Construction Phase:
- CM Team Relationships (i.e. Bid Document Coordination, )
- RFI Response Times
- Submittal Response/Approval Times
- Responsiveness / Timeliness of Issue Resolution
- Punch List Administration
- Record Documents
- Project Closeout

12.23 Presentations.  Architect shall make presentations to the School Based Building Advisory Committee, Citywide School Building Committee, the New Haven Board of Education, the New Haven City Plan Commission, New Haven Change Order Committee, New Haven Capital Projects Committee, New Haven Board of Alderman or other Commissions and Boards or the State of Connecticut necessary to securing funding or other approvals in connection with the Project. At least once per year during the Project on a date and at a time designated by the Owner, the Architect shall prepare and arrange a visual display at the school involved in the Project, which descri  s, w   't limitation, the status of the Work and the Project and the various col  onei   f the Project and which includes, without limitation, sai   floor plan  mate    and finishes, and photographs of the progress of the Work.

12.24 Workshops.  The Architect will    uct a series of four (4) workshop sessions with students from the    ool    is part of the project. The timing and nature of these sessions will  e  coo  i  ed with school faculty, and will be structured as appropriate for th e particular age group.  The workshops are intended to integrate the student  into the process of creating and building their new school. The goal is to educ te the students about the architectural design process and to introduce them   the many professions and trades involved in

the construction industry. These sessions, as an example, might involve an exploration of the physical spaces of a school, drawings and/or models developed of early design concepts, student created artwork, understanding construction, and will serve to introduce the students to the opportunities and challenges in the daily life of an architect.

12.25 Representations.  Architect hereby represents and warrants to the Owner the following:

(a)   that Architect is able to furnish any of the plant, tools, materials, supplies, equipment, key personnel and labor required to complete the services required hereunder and perform all of its obligations hereunder and has sufficient experience and competence to do so;

(b)   that Architect is authorized to do business in Connecticut and properly licensed by all necessary governmental and public and quasi-public authorities having jurisdiction over it and the services required hereunder and the Project itself;

(c)   that Architect's execution of this Agreement and its performance thereof is within its duly authorized powers; and

(d)   that Architect's duly authorized representative has visited or will visit the Project site and generally familiarized himself with the local conditions under which the services required hereunder are to be performed and correlated his observations with the Contract Documents.

Architect agrees said representations and warranties in this Subparagraph 12.25 shall survive the execution and delivery of this Agreement.

12.26 Concealed and Unknown Conditions.   The Architect shall exercise a reasonable degree of professional care to verify the accuracy of drawings and other materials furnished by the Owner, Program Manager and/or Construction Manager but only to the extent that tl    represent components of existing buildings or the Project site that are not   cealed or below grade. The Architect shall be required to perform or to have   hers perform reasonable destructive testing or exploratory demolition or t    investigate concealed or unknown conditions in order to verify information c    drawing and other materials furnished by the Owner, Program Manager and/or  Construction Manager or to identify information not contained on such drawings or

The Architect shall not be responsible, ab  ent his negligence or willful misconduct, for claims, damages, losses or e  penses, including but not limited to attorney's fees, resulting from errors, omissic  s or inaccuracies in, or concealed or unknown conditions that are not discernible f. om, drawings or other materials

furnished by the Owner, Program Manager and/or Construction Manager to the Architect, or uncovered by the aforementioned exploratory testing.


This Agreement entered into as of the day and year first written above.


WITNESS                                          NEW HAVEN BOARD OF EDUCATION,
                                                 OWNER

_____

_____                By: _____
                                                     Dr. Carlos Torre,
                                                     President / Chairperson



WITNESS                                          ARCHITECTURAL ENVIRONMENTAL
                                                 COLLABORATIVE INTERNATIONAL, PC
                                                 ARCHITECT

_____

_____                By: _____
                                                     Its Duly Authorized Representative



Approved as to Form and Correctness


_____
Stacy Lynn Werner
Assistant Corporation Counsel

## List of Exhibits

| | |
|---|---|
| Exhibit A | Education Specification Study Guideline |
| Exhibit B | Standard City Equal Employment Opportunity |
| Exhibit C | Comparable to New Guidelines (i.e. per PA 96-270) |
| Exhibit D | Fixed Limit of Construction |
| Exhibit E | As Built Drawings |
| Exhibit F | Hourly Rates |
| Exhibit G | Schedule of Basic Services |
| Exhibit H | Design Documentation Standards |
| Exhibit I | Schedule of Values for Services |
| Exhibit J | Description Site Selection services |
| Exhibit K | New Haven School Construction Program Design Standards |
| Exhibit L | New Haven School Construction Program Energy Policy |
| Exhibit M | Independent Document Review Requirements |

Standard Architect Agreement - February 2003

# EXHIBIT A  - Education Specification Study Guideline

I.    Workshop

    A.    Introduce Team
    B.    Discuss Issues
        1.    Design
        2.    Construction
        3.    Social
        4.    Technology
    C.    Develop "wish list" program

II.    Owner / User Interviews

    A.    Conduct Interviews
    B.    Analyze existing space utilization
    C.    Analyze future space utilization

III.    Workshop(s) – as needed

    A.    Revised space program
        1.    Assign realistic space areas
        2.    Delete / Add elements according to interviews and space
            utilization analysis

IV.    Site Analysis

    A.    Develop concept

V.    Preliminary Draft of Report

VI.    Final Report

# EXHIBIT B



## EQUAL EMPLOYMENT OPPORTUNITY AGREEMENT

During the performance of this contract, the Contractor agrees as follows:

a. To comply with all provisions of Executive Order 11246 and Executive Order 11375, Connecticut Fair Employment Practices Act, and the contract compliance ordinance of the City of New Haven, including all standards and regulations which are promulgated by the government authorities who established such acts and requirements, and all standards and regulations are incorporated herein by reference;

b. Not to discriminate against any employee or applicant for employment because of race, color, religion, age, sex, physical disability or national origin. The Contractor will take affirmative action to ensure that applicants are employed, and that employees are treated during employment without regard to race, color, religion, sex, age, or national origin and physical handicap. Such action shall include, but not be limited to, the following: employment, upgrading, demotion or transfer, recruitment or recruitment advertising, layoff or termination, rates of pay or other forms of compensation, and selection for training, including apprenticeship;

c. To post, in conspicuous place available to employees and applicants for employment, notices to be provided by the contracting officer setting forth the provisions of this nondiscrimination clause;

d. To state, in all solicitations or advertisement for employees placed by or on behalf of the contract, that all qualified applicants will receive consideration for employment without regard to race, color, religion, sex, age, physical disability or national origin;

e. To send to each labor union representative of workers with whom it has a collective bargaining agreement, or other contract or understanding, a notice advising a labor union or worker's representative of the contractor's commitments under the equal opportunity clause of the City of New Haven, and shall post copies of the notice in conspicuous places available to employees and applicants for employment. The contractor shall register all workers in the skilled trades, who are below the journeyman level, with the Apprentice Training Division of the Connecticut State Labor Department;

f. To utilize labor department and city sponsored manpower programs as a source of recruitment and to notify the contract compliance unit and such programs of all job vacancies;

g. To take affirmative action to negotiate with qualified minority contractors for any work which may be proposed for subletting, or for any additional servi____  ____rk which may be required as a result of this contract;

h. To cooperate with city departments in implement____  ____uired contract obligations for increasing the utilization of minority business enterprises;

i. To furnish all information and reports required by t___ Contract Compliance Director pursuant to section 12 1/2 -1, 12 1/2-19 through section 12 1/2-32, 12 1/ -48 through 12 1/2-52 and to permit access to his books, records and accounts by the contracting ____ ency, the Contract Compliance Officer, and the Secretary of Labor for purposes of investigation to as___ rtain compliance with the program;

j. If such contractor employs three or more employees to refrain from paying such employees dues and related expense for clubs that restrict membership use of their facilities on the basis of race, color, sex, religion, national origin or ancestry;

k. To take such action, with respect to any subcontractor, as the City may direct as a means of enforcing the provisions of sub-paragraphs (a) through (m) herein, including penalties and sanctions for noncompliance, provided however that, in the event the contractor becomes involved or threatened with litigation as a result of such direction by the City, the City will intervene in such litigation to the extent necessary to protect the interest of the City and to effectuate the City's Equal Employment Opportunity Program, in the case of funded directly or indirectly, in whole, or in part, under one or more Federal Assistance Programs, the contractor or the City may ask the United States to enter into such litigation to protect the interest if the United States;

l. To file, along with his subcontractors, if any, compliance reports with the City in the form and to the extent prescribed in the contract by the Contract Compliance Director of the City of New Haven. Compliance reports filed at such times as directed shall contain information as to the employment practices, policies, programs and statistics of the contractor and his subcontractors, if any;

m. To include the provisions of sub-paragraphs (a) through (m) of this Equal Opportunity Clause in every subcontract or purchase order so that said provisions will be binding upon each such subcontractor or vendor;

n. That a finding, as hereinafter provided, of a refusal by the contractor, or subcontractor, to comply with any portion of this program as herein stated and described, may subject the offending party to any or all of the following penalties:

    1. Withholding of all future payments under the involved public contract to the contractor in violation until it is determined that the contractor, or subcontractor, is in compliance with the provisions of the contract;

    2. Refusal of all future bids for any public contract with the City of New Haven, or any of its departments or divisions, until such time the contractor or subcontractor, is in compliance with the provisions of the contract;

    3. Cancellation of the public contract;

    4. Recovery of specified monetary penalties;

    5. In case of a substantial or material violation, or the threat of substantial or material violation of the compliance procedure or as may be provided in for by the contract, appropriate equitable or legal proceedings may be brought to enforce these provisions against contractors, subcontractors or other organizations, individuals or groups who dire_ly or indi__ly are not in compliance with the policy herein outlined. (Ord. of 12-5-77).

    IN WITNESS WHEREOF, on the ____ _____ _____ day of _____, 19____, the contract has caused three counterparts of t is Agreem_ to be executed and delivered.

WITNESS:

_____
(Contractor)

_____
(Signature)

By: _____
(Signature)

_____
(Signature)

_____
(Title)

Standard Architect Agreement - February 200_

# Exhibit C - Comparable to New Guidelines

GUIDELINES FOR DETERMINING ELIGIBILITY OF
SCHOOL CONSTRUCTION PROJECTS FOR
STATUS AS RENOVATIONS
AS DEFINED IN §10-282 OF THE CONNECTICUT GENERAL STATUES

PURPOSE:

§10-282 of the Connecticut General Statutes, as amended, defines a renovation as a school building project to totally refurbish an existing building (currently owned or purchased) as an alternative to new construction and which results in the renovated facility taking on a useful life comparable to that of a new facility. The purpose of this legislation is to support local decisions to renovate existing schools or purchase and renovate existing buildings whenever such options represent a cost effective alternative to constructing a new facility. The department will use these guidelines to determine whether a project is eligible for designation as a renovation project.

GUIDELINES FOR ELIGIBILITY:

In order to be considered a renovation as defined in §10-282 of the Connecticut General Statutes, as amended,, the following conditions must be met:

1.  The applicant must make written application for such status.

2.  The applicant must have gone through a formal process of evaluating the proposed project vis-à-vis a new facility. Professional estimates must be available to document that significant cost savings will result.

3.  The entire facility must be brought into 100% compliance with all applicable codes (including handicapped accessibility) when this renovation project is complete. Partial renovations of an entire facility or complete renovations of a wing of a facility do not qualify.

4.  The renovation must incorporate education technology capability throughout the facility as recommended in the *Guidelines for Technology Infrastructure in Connecticut Schools*.

5.  A structural engineer must d ermine hat the structural integrity of the original building has not been compr mised and is adequate to provide for continued occupancy for a period of tin e comparable to that of a new facility.

6.  A detailed report on all exist in building systems must be provided, including HVAC and electrical system aire, roofing, lighting, plumbing, energy monitoring, communication and security systems. Professional opinions must be provided that all sy ... have a useful life of at least 20 years following the construction roject.

7.  All new and replacem v dows must be energy efficient.

8. The site of the existing facility must be central to the area served and adequate to provide the educational programs offered.

9. Any other analysis deemed necessary by the Department to properly evaluate the request must be provided.

## DETERMINATION OF ELIGIBILITY:

Upon review of the materials submitted, the Bureau of Grants Services will make a recommendation to the Commissioner as to the project's eligibility for renovation status (allow 30 days).

The school district shall be notified in writing of the Commissioner's determination.

Standard Architect Agreement - February 2003

# EXHIBIT D - Fixed Limit Of Construction

1. **Project:** Prince-Welch Pre-K8 School Project, New Haven, Connecticut

2. **Location:** Along Congress Avenue between Ward and Baldwin Streets

3. **Type:** Construction of the new Prince-Welch School for Pre-K8 grades.

4. **Enrollment:** 600 Pupils

5. **Fixed Limit of Construction:** $17,100,000

The value for the Fixed Limit of Construction anticipates the start of construction in the year of 2004. It does include assumed escalation in construction costs. The following items of work are budgeted in other areas of the Owner's Project budget and are, therefore, also excluded from the Fixed Limit of Construction:

- Computer Equipment
- New Furnishings
- Demolition of existing properties _ [Exception: The cost of the rework, closing and demolition of existing public right of ways (roads and sidewalks) and related utilities are included in the Fixed Limit of Construction.]

Standard Architect Agreement - February 2003

# EXHIBIT E – RECORD DOCUMENTS

Record documents and drawings to be provided in accordance with section 12.8 of this Agreement shall be:

Construction drawings revised to show significant changes made during the construction process, based on marked-up prints, drawings and other data furnished to the Construction Manager by the construction contractors. The Construction Manager shall collect such prints, drawings and other data from the construction contractors and deliver same to the Architect for his/her use in preparing a complete set of reproducible Record Documents, paper prints and CAD files in the required number of copies.

Standard Architect Agreement

# EXHIBIT F – HOURLY RATES

Per the terms of Article 3, Subparagraph 10.4.2 of this agreement, approved Additional Services provided by Architect shall be compensated per the following hourly rates.

|  | Hourly Rates ($) |
|---|---|
| Principal | $150 |
| Project Manager | $125 |
| Senior Architect | $100 |
| Specification Writer | $110 |
| Architect | $ 90 |
| Senior CAD Operator / Draftsman | $ 70 |
| Clerical | $ 55 |

Hourly rates for additional professional services as indicated in subparagraph 10.4.2 shall remain in effect through 2006.  The Architect may seek to adjust rates each year after this period to reflect standard cost of living increases or to offset annual inflation.  No rate adjustment shall exceed 5% during any given year.  All adjustments are subject to approval by Owner.

# EXHIBIT G – SCHEDULE OF BASIC SERVICES

The Architect agrees to complete the different phases of Basic Services within the following specified periods, in calendar weeks, beginning on the date of the written notice to proceed for each phase:

| PHASE | |
|---|---|
| Programming and Planning | 8   weeks |
| Schematic Design | 13 weeks |
| Design Development | 17 weeks |
| Construction Documents: | 22 weeks |

## NOTES

1. Owner's or other agencies' review and approval periods should not be assumed to be included in these durations.

2. Work should not be assumed to be continuous.  Unless directed in writing by Owner, Architect should not proceed onto any subsequent phase of work without receiving approval on the preceding phase.

# EXHIBIT H    DESIGN DOCUMENTATION STANDARDS

## SCHEMATIC DESIGN DOCUMENT STANDARDS:

### Documents and Reports

- A/E contract
- All previous documents, if any (conceptual phase or pre-design phase).
- Approved Phase Design Program narrative per SBBAC meetings
- Code analysis - code compliance, zoning, occupancy, fire resistive rating, fire protection and structural adequacy.
- Geotechnical reports including soils condition analysis and site environmental conditions analysis.
- Site survey report
- Existing conditions documentation necessary for design completion
- Traffic study report
- Hazardous materials effects on design
- The following system outline specifications including proposed materials, systems and design criteria.
  1. Structural
  2. Equipment
  3. Fire Protection
  4. Plumbing
  5. HVAC
  6. Electrical
- Description of the building envelope; wall systems, window types, glazing types, thermal requirements, and roofing systems.
- A schedule of interior finishes; doors, hardware, partitions, ceilings, flooring, and wall finishes
- A description of special finishes required per program; auditorium, gym, pool, exercise, daycare, computer, etc.
- Description of specific handicap requirements inside and outside of the building.
- Review of cabling and telecom program and analysis of effects on design program.
- Energy study and life cycle cost analysis necessary for submission to the Owner and filing with State DPW per Dept of Education requirements
- Comparable to New submittal r quirements as specified by Dept. of Education (i.e. "Guidelines for Eligibility" items #1 through 9).
- Security issues narrative for design
- FF&E program description and preliminary budget

### Drawings

Standard Architect Agreement - February 2002

- Site Plan showing the relationship between new and existing structures/utilities, traffic flow, existing and proposed contours, landscaping features, roads, walks, and utility connections, easements and encroachments.
- Typical floor plans, indicating the relationship of new construction and existing renovation (if applicable).
- Typical floor plans assigning room and space names, clearly indicating program use. Room/Name/Number system
- Typical floor plan showing fire and smoke partitions.
- Roof plans, indicating type of design and proposed system.
- Elevations, showing all sides of the new and/or existing building.
- Diagrammatic sections, indicating floor elevations and internal building construction (schematic).
- Equipment and furnishing drawings that may influence general and MEP design.
- Preliminary perspective and building model. (optional)

## DESIGN DEVELOPMENT DOCUMENTATION STANDARDS:

Following is the documentation that is required for completion of the Design Development Phase:
- Drawings sufficient to fix and illustrate the project scope and character in all essential design elements;
- Outline specifications;
- Recommendations for phasing of construction;
- Site Plan(s);
- Landscape Plan;
- Elevations, buildings and wall sections;
- Updated three dimensional line drawings; and
- Engineering drawings and calculations.

## SPECIFIC SUBMITTAL CRITERIA
Drawings

1. Title sheet with drawing Index, Vicinity map, project name, project number, listing of consultants with addresses, identification of the Owner and the name and address of the Architect of Record.
2. Architectural drawings shall include dimensioned floor plans with all details reference symbols. Each floor plan is to clearly designate scope of work under this contract in a different manner from existing construction, work by others and work which not apart of this scope.
3. All drawing sheets are to carry the title "100% Design Development Submittal" and the submittal date in the title block.

Standard Architect Agreement - February

4. All finishes and material selections are to be designated. Submit a complete Finish Schedule for all spaces.
5. Components elevations (Doors, Windows etc.), schedules and legends are to be included for all major portions of the design.
6. Floor plans with the composite design for all rooms within a building wing shall be submitted. Enlarged "Typical Rooms" for each room type shall be submitted for all disciplines (A/C/S/M/E/P).
7. Any partial floor plan and/or wing plan of the building or a floor must carry an associated "key plan" for reference.

Outline Specifications
1. The outline specifications are to be bound and submitted with a table of contents. Page numbers and quantity of pages are to be shown.
2. The Architect's stamp (seal) is to appear on the front cover. The front cover is to include the Owner's name, Architect's names, project name, project number, the title "100% Design Development Submittal" and the submittal date.
3. Any front end document prepared by the Architect is to be submitted. In the table of contents, reference all Board of Education (BOE) or other required documents, and insert colored sheets at the appropriate locations where these documents would go. Title each colored sheet.
4. The "Summary of Work" will be submitted in a full draft form. The Summary of work shall include the following:
   - Related documents
   - Project Description
   - Existing Conditions
   - Demolition
   - Continuous Operation of Existing M/E/P systems
5. Divisions 2-16 specification sections are to include Part 1- General, Part 2- Products and Part 3 - Execution. Product descriptions for all intended materials, products and equipment are to be indicated with three or more manufacturers even if a Performance specification is utilized.

Site Plan(s)
1. Drainage scheme and proposed collection systems are to be indicated.
2. All existing sewer, water , electrical, telephones cable and gas lines are to be shown and sized. New lines or connections are to be shown and detailed.
3. All new site improvements are to be shown.
4. Electrical transformers, cooling towers, and other major equipment is to be shown and detailed.
5. New and existing paving with handicapped accessibility are to be clearly shown.
6. Existing and new fencing are to be shown.
7. Existing and new site lighting are to be shown.

Standard Architect Agreement · February 2003

Landscape Plan
1. Adequate in detail to show planting types and species, preliminary details shown and related site design items illustrated.
2. Prepared by a Landscape Architect licensed in the state of Connecticut.

Engineering Drawings
1. All mechanical rooms, boiler rooms, electrical vaults(s), electrical closets and distribution rooms are to be drawn to a large scale with all new existing equipment, panels and major feeds shown.
2. Fire alarm and sprinkler systems drawn, and main panels are to be shown in elevation.
3. Show security system and cameras.
4. Show lighting and power plans with legends and schedules.
5. Show all sub-panels and distribution boards with legends and schedules.
6. Show plumbing and Mechanical plans with legends and schedules.
7. All civil and structural components are to be detailed, dimensioned and referenced back to architectural drawings.
8. Submit backup calculations for all loads, major equipment sizes and pipe sizes.*

Code Compliance*
List all current and applicable codes for the project.
List all review and permitting agencies that are applicable to this project.
Calculate and submit all exiting requirements, rated corridors and required number of stairs.

*Indicates that these items are to be bound together in a separate manual with a table of contents and dividers.  Include a copy of the project summary manual.

Standard Architect Agreement - February 2003

# EXHIBIT I – SCHEDULE OF VALUES FOR SERVICES

The Architect agrees to complete the different phases of Basic Services and Additional services within the following specified values and budget allowances:

| Item Description: | Article | Values: |
|---|---|---|
| Basic Design Services | 2.1 | |
| Schematic Design Phase | 2.2 | $224,200 |
| Design Development Phase | 2.3 | $246,620 |
| Construction Document Phase | 2.4 | $392,350 |
| Bidding Phase | 2.5 | $ 33,630 |
| Construction Administration Phase | 2.6 | $224,200 |
| | | |
| Subtotal: Basic Design Services: | | $1,121,000 |
| | | |
| Additional Design Services - Allowances | | |
| Measured Drawings | 12.4 | Not Used |
| Non-illuminated Scale Model | 12.7 | $14,700 |
| As–Built / Record Reproducible Drawings | 12.8 | $32,000 |
| Building Program / Ed Specs | 12.9 | $10,000 |
| Site Selection | 10.4.2 | Completed |
| Hourly Rate Additional Services | 10.4.2 | $20,000 |
| Subtotal:  Additional Services | | $56,000 |
| | | |
| Consultant - Allowances: | | |
| Telecommunications Specialist | 12.10 | $29,000 |
| Security Consultant | 12.10 | $20,000 |
| Site Survey | 12.10 | Completed |
| Lighting Consultant | 12.10 | $10,000 |
| Acoustical Consultant | 12.10 | $10,000 |
| Audio Visual Consultant | 12.10 | $10,000 |
| Kitchen / Food Service Design Consultant | 12.10 | $15,000 |
| Code Consultant | 12.10 | $10,000 |
| Energy Modeling Consultant | 12.10 | $10,000 |
| FF&E Consultant | 12.10 | By Owner |
| Geotechnical Consultant | 12.10 | Completed |
| Traffic Study | 12.10 | Completed |
| Theater/stage consultant | 12.10 | Not Used |
| Independent Document Coordination Review | 12.14 | $22,000 |
| Subtotal:  Consultants | | $136,000 |
| | | |
| Total | | $1,313,000 |
| | | |
| Reimbursable expenses  allowance | 10.2.1 | $40,000 |
| Total of Table: | | $1,353,000 |

(Items noted as completed represent those services completed under previous Agreements, dated March 27, 2000 and February 10  1997. That information shall be used as part of this Agreement.)

All assignments and uses of the additional services and consultants require the prior written approval of the owner. The values for additional services and consultants shall include the Architect's overhead and profit.

# EXHIBIT J – DESCRIPTION OF SITE SELECTION SERVICES

## SCOPE OF WORK

The Owner shall identify a proposed site for the design and construction of the Project. The Architect shall conduct an evaluation and analysis of the suitability of the proposed site. This assessment shall include the following:

### ZONING CONFORMITY:

A review and analysis of the site with respect to minimum site area; allowable site coverage; front, rear, and side yard setbacks; building height limitations; parking, and related zoning issues.

### SITE OPEN SPACE DEVELOPMENT ANALYSIS:

Recognizing that open space for recreational purposes is at a premium in New Haven, this analysis will address the primary considerations and/or alternatives for recreational activities. An assessment will be made to determine probable exterior active/passive play areas, and complimentary indoor active/passive recreational areas.

### TRAFFIC AND PARKING:

A general analysis of the site area for the purposes of providing on site parking for staff, visitors, and commercial activities will be performed. Additionally, a general assessment of the site for traffic flow patterns will be undertaken. The traffic assessment will include evaluating the building placement for optimum vehicular access, safety considerations for egress and ingress, handicapped and visitor access needs and traffic count analysis for overall community impact.

### GENERAL SITE SUITABILITY EVALUATION

A complete evaluation of the site suitability will be performed evaluating overall project and community needs.

Standard Architect Agreement - February 2003

# EXHIBIT K – NEW HAVEN SCHOOL CONSTRUCTION PROGRAM DESIGN STANDARDS

**Note: This Exhibit to be inserted when available and made a part of this contract via Amendment.**

EXHIBIT L     NEW HAVEN SCHOOL CONSTRUCTION
PROGRAM ENERGY POLICY

Note: This Exhibit to be inserted when available and made a
part of this contract via Amendment.