**EXHIBIT RR**

300 Whalley Avenue, 3rd Floor, New Haven, CT 06511
Tel. (203) 777-1875    Fax (203) 777-9891

**Architects
Environmental
Collaborative
International, P.C.**

RECEIVED

APR 2 9 2003

New Haven School
Construction Program

# Transmittal

To: NHBE

Mr. Claude E. Watt, Jr.
School Constr. Unit

From: Wendell Harp

Fax: 946-8920

Pages: 1

Phone: 946-6808

Date: 4-25-03    Rev. 1

Re: Notice to proceed
@ Prince-Welch
Site Design Analysis

CC:

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

---

Dear Claude,

Thank you for the revised A/E Exhibit I - Schedule of Value for Services. I note in your transmittal that you state you are sending the contract data to corporation counsel. Are we to be engaged in the site analysis work you requested — or are we to wait pending corp. counsel. Please advise or send a Notice to Proceed. Thank you

Sincerely,

Wendell Harp

cc: Dr. Reginald Mayo, Supt.

300 Whalley Avenue, 3rd Floor, New Haven, CT 06511
Tel. (203) 777-1875    Fax (203) 777-9891

**Architects**
**Environmental**
**Collaborative**
**International, P.C.**

# Transmittal

To: Mr. Claude E. Watt, Jr. Unit
School Construction Unit
NHBE

From: Wendell Harp

Fax: 946-8920    Pages: 1

Phone: 946-6808    Date: 4-28-03

Re: Notice to Proceed @ Land-Use Studies
Prince-Welch School

CC: Dr. Mayo, Supt.

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

---

Dear Mr. Watt, Jr.

This is to confirm our telephone conversation of todays date. Issues discussed are as follows:

1. NOTICE TO PROCEED @ LAND USE STUDIES
   You have confirmed verbally a notice to proceed.

2. SITE CONSIDERATIONS / REVISIONS
   34 and 33 ASYLUM ARE NOT PART OF OUR SITE.
   46 WARD ST. IS NOT PART OF OUR SITE.
   619, 627, and 635 CONGRESS AVE ARE NOT IN OUR SITE.
   • IT IS UNDETERMINED IF THE PROJECT MORE BLDG
   8-10 BALDWIN ST IS OR IS NOT PART OF OUR SITE.

3. C. WATT HAS A PROJECT SCHEDULER THAT WILL
   PREPARE A PROJECT SCHEDULE FOR AECI REVIEW
   AND COMMENT.

Sincerely,

Wendell Harp

**EXHIBIT SS**

**New Haven Public Schools**
**School Construction Program**

**54 Meadow Street**
**New Haven, Connecticut 06519**



REBUILDING OUR SCHOOLS

May 1, 2003                                    Sent Via Fax and First Class Mail

Mr. Wendell Harp, AIA
Architects Environmental Collaborative International, PC
300 Whalley Avenue
New Haven, CT 06511

Re.:     Prince Welch School Project
         (SDE#093-306, City No. 99-100-03)

Subj.:   Notice to Proceed with Land Use Concept Study
         AECI _ Transmittal Letter dated 4/28/03

Dear Mr. Harp: **(HOLD DRAFT / Not Sent - 5/1/03 per NHPS Superintendent)**

At this point in the project, the notice to proceed is limited to AECI developing conceptual studies of various options and recommendations for land use. Certain considerations are to be included as part of your studies. These are as follows:

1.  The City will not acquire the parcel at 34 / 36 Asylum Street.
2.  The City owns 33 Asylum Street, but is considering not developing this parcel as part of the school site.
3.  The City has given the property owner at 46 Ward Street the option to keep their parcel, as such; this parcel would be excluded from the school site. The property owner has expressed an interest in following through with the sell of this parcel to the City. Final resolution is pending their final decision.
4.  The City owns the parcels at 611 and 619 / 635 Congress Avenue, but has opted not to develop these parcels as part of the school site.
5.  The City owns 6 / 8 / 10 Baldwin Street, but is considering not developing this parcel as part of the school site. Whether this parcel is or is not top be a part of the final school site configuration is unknown.
6.  The City owns the parcels at 12, 14, 18, 20, 22, 24, 26, 28, 30, 32, 34, and 38 Baldwin Street. Each of these parcels are included as part of the school project site.
7.  The development of the new school building is limited to the land area between Baldwin and Ward Streets.
8.  The section of Asylum Street between Davenport and Congress Avenue will be closed and demolished as part of AECI scope of work. This includes the disconnection, relocation and or removal of all above and belowground utilities within the existing public right of way.

9. The City is considering keeping open the section of Baldwin Street between Davenport and Congress Avenue. The final determination as to the status of the Baldwin Street shall be in part a response to the disposition of the parcel at 8 Baldwin Street and the accepted land use recommendation.

AECI is to contact Terri Chow at 946-5356 to set a date for a scheduling card trick session. AECI and its consultants (structural, civil, mechanical, electrical, plumbing and fire protection) are to attend and participate in the session. The information generated will be used to develop the design phase schedule.

Plan on presenting the concept recommendations to the City, SBBAC, City Plan staff and the CSBC.  Each presentation may result in some directive requiring the Architect to make certain modifications in the information being presented. The final accepted proposal is to reflect the approved changes. The Architect shall provide five (5) sets (half-size)of the approved concept documents with all changes incorporated to NHPS School Construction as a record.

Contact  me if you have any question regarding the above information.


Sincerely,



Claude E. Watt Jr.
Program Manager
New Haven School Construction Program

cc:    Dr. Reginald Mayo
       Thomas Rogér
       Susan Weisselberg

**EXHIBIT TT**

## WEISSELBERG, SUSAN

| | |
|---|---|
| **From:** | WATT, CLAUDE |
| **Sent:** | Monday, May 05, 2003 4:11 PM |
| **o:** | WEISSELBERG, SUSAN |
| **Cc:** | ROGER, THOMAS |
| **Subject:** | Prince Welch _ A/E Agreement |

On Thursday, May 1, 2003, I left message at AECI (Wendell Harp) office. The message was that no work was to be perform until further notice. Wendell Called today May 5, 2003 and confirmed receipt of the message.


Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message, you may not
copy or deliver this message to anyone.  In such case, you should
destroy this message, and notify us immediately.  If you or your
employer does not consent to email of this kind, please advise
sender immediately.

**EXHIBIT UU**

300 Whalley Avenue, 3rd Floor, New Haven, CT 06511
Tel (203) 777-1875    Fax (203) 777-9891

**Architects Environmental Collaborative International, P.C.**

# Transmittal

To: Mr. Claude G. Wah, Jr.
Program Mgr.
School Const. / NHBE    From: Wendell Harp

Fax: 946-8920    Pages: 1

Phone: 946-6808    Date: 5-8-03

Re: Mandatory Energy Standards Training    CC:

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Dear Mr. Wah, Jr.

On Tuesday May 6, 2003 I contacted you concerning the 5-5-03 notice for "Mandatory Training" for our Prince/Welch School electrical engineer and the 5-9-03 deadline for our reply for attendance. You advised me that the previous verbal approval to begin site studies was rescinded and that you would advise me if approval for the engineer's "Mandatory Training is to be granted. Our engineer has stated he must know by 3pm today if he is to reschedule to make this meeting. Please advise,

Sincerely, Wendell Harp

cc: Dr. Reginald Mayo, Supt. (Fax: 946-7300)

**EXHIBIT VV**

*Preliminary Internal Draft Subject to Revision – 5/9/03*

EXHIBIT ___ to Architect Agreement

## Supplemental Conditions for the Redesign

The Architect agrees to redesign the new Prince Welch School in accordance with the criteria established by the Owner. This Agreement with these supplemental conditions as issued supersedes the Agreement dated March 27, 2000. This revised Agreement is issued with the understanding the Architect shall revise the design of the school facility within the terms, conditions and parameters prescribed by the Owner. These are as follows:

### Changes in Site:  Land Use Studies

1.  The Architect 's basic design services will include a series of conceptual land use studies. These concept studies will reflect the following considerations and changes:
    a.  The City will not acquire the parcel at 34 - 36 Asylum Street.
    b.  The City owns 33 Asylum Street, but is considering not developing this parcel as part of the school site.
    c.  The City has given the property owner at 46 Ward Street the option to keep their parcel.  This parcel would be excluded from the school site. The property owner has expressed an interest in following through with the sale of this parcel to the City. Final resolution is pending, based upon the owner meeting the City's time frame for relocating off the site.
    d.  The City owns the parcels at 611 and 619 - 635 Congress Avenue, but has opted not to develop these parcels as part of the school site.
    e.  The City owns 6 and 8 - 10 Baldwin Street, but is considering not developing these parcels as part of the school site. Whether these parcels are to be a part of the final school site configuration is unknown at this time.
    f.  The City owns the parcels at 12, 14, 18, 20, 22, 24, 26, 28, 30, 32, 34, and 38 Baldwin Street. Each of these parcels is included as part of the school project site.
    g.  The development of the new school building is limited to the land area between Baldwin and Ward Streets.

### Baldwin and Asylum Streets

1.  The section of Asylum Street between Davenport and Congress Avenue south of 34 – 36 Asylum Street will be closed and demolished as part of AECI's scope of work. This includes the disconnection, relocation and/or removal of all above and below ground utilities within the existing public right of way.

2.  Asylum Street is to be closed per the original scope. The Architect's design shall include within the design the redesign of the street section of Asylum, which

intersects with Davenport. This section shall be developed to allow a turn around and access the abutting properties.

3. Baldwin Street will remain open as a public right of way, subject to confirmation from the Owner after review with the SBBAC and others. The Owner reserves the right to opt to close Baldwin Street prior to completion of schematic design. If the Owner chooses this option, the Architect will include the demolition of Baldwin Street as part of its scope of work.

## Educational Program

1. The school's educational program will continue to support a Pre-K-8 school for 600 pupils. The Architect's design shall reflect the model space program provided by the School Construction Program.

## Building Design and Revised Site Plan

1. The Architect will adhere to the new design, material and energy standards, which standards will be incorporated by attachment to this Agreement. The Owner and the Citywide School Building Committee allow no deviations from the new standards without prior approval. The Architect and its consultants shall participate in the energy savings program as established by United Illuminating. The Mechanical, Electrical and Plumbing Engineers will provide a life cycle cost analysis, which examines various MEP / HVAC systems for the facility. The Architect and its consultants will make a presentation of these systems to the Owner. The Owner-approved system will be incorporated into the design.

2. The size of the new facility is limited to the net 84,000sf allowed by the State Department of Education (SDE) space standards.

3. The change in site size and configuration requires that the physical design of the facility adapt to the more limited land area. The Architect will provide land use schemes and site plans, to be reviewed and approved by the Owner. The site is to support four primary components: minimal building footprint, off-street parking, play / recreation area and service support for school maintenance and operations. Provide bus drop off along Baldwin Street. The direction of traffic flow along Baldwin and Ward will remain.

4. The Architect's design will incorporate the use of three floors above grade. The Architect will provide variations on preliminary conceptual design ideas that show the space program's layout, groupings and adjacencies, as well as major entrances and a clear "front door." The Owner's acceptance of a particular scheme or combination of schemes will constitute the basis for the schematic design.

*Preliminary Internal Draft Subject to Revision – 5/9/03*

5. The Architect's design will reflect the rich urban texture that typifies the City of New Haven. The Architect shall incorporate the use of red brick and individual modular windows (discreet punched window openings for repetitive glass sizes of neutrally tinted glass) at the exterior walls. The Architect is to solicit and incorporate input from both the City Plan Department and the Historic District Commission, as directed by the Owner. The Architect is to provide further context of the building to its neighbors on the adjacent blocks, with elevations drawn to a certain scale and in the context of the neighborhood. The building vocabulary will not consist of undifferentiated long ribbon windows and spandrels. The building setback will be compatible with the predominant pattern of adjacent blocks. The new school building will be developed on the land area between Baldwin and Ward Streets, with the mass of the building along Congress Avenue. The service components will be located and screened appropriately, as directed and approved by the Owner. The schematic design, in incorporating these components, shall rely heavily on rectilinear forms and shall incorporate the Owner's comments, including comments concerning cost.

6. The revised land use scheme and site plan and conceptual design ideas will include the incorporation of comments from the School-Based Building Advisory Committee (SBBAC), the City Plan Department staff, the Historic District Commission, and others, as directed by the Owner.

**Time Frames**

The School-Based Building Advisory Committee (SBBAC) will be reconstituted and reconvene.

The educational program review will be completed and provided to the Program Manager by June 30, 2003.

The conceptual revised land use schemes and site plans will be:
- provided to the Program Manager by May 30, 2003;
- provided to the SBBAC for review and comment by June 5, 2003;
- provided to the Program Manager by June 20, 2003, including the incorporation of comments from the SBBAC, City Plan Department and others as directed by the Owner.

The conceptual design ideas will be:
- provided to the Program Manager by July 3, 2003;
- provided to the SBBAC for review and comment by July 10, 2003;
- provided to the Program Manager by July 24, 2003, including the incorporation of comments from the SBBAC, City Plan Department and others as directed by the Owner.

*Preliminary Internal Draft Subject to Revision – 5/9/03*

The schematic design, including the outline of materials and building components, will be:
- provided to the Program Manager by Sept. 1, 2003;
- provided to the SBBAC for review and comment by Sept. 8, 2003;
- provided to the Program Manager by Sept. 22, 2003, incorporating SBBAC comments and utilized for other reviews and suggestions as directed by the Owner;
- revised, completed, and presented to the Citywide School Building Committee by Oct. 9, 2003.

The design development will be completed and:
- provided to the Program Manager by Jan. 8, 2004;
- provided to the SBBAC, City Plan Department, the Historic District Commission and others as directed by the Owner, for review and comment by Jan. 15, 2004;
- revised, completed, and provided to the Program Manager, including the incorporation of comments, by Jan. 29, 2004.

The energy savings program and various MEP / HVAC systems for the facility will be:
- completed and provided to the Program Manager by Oct. 1, 2003;
- if the Program Manager so directs, provided to others for review and comment by Oct. 8, 2003;
- revised, completed, and provided to the Program Manager, including the incorporation of comments, by Oct. 22, 2003.

**EXHIBIT WW**

# FAX / COVER SHEET

**School Construction Program**

**To:** John Prokop

**Company:** SCSU

**Fax #:** 203/392-4317

**# of Pages including cover (7)**

**From:** Claude E. Nott Jr, PM

**Phone:** 203/946-6808
**Fax:** 203-946-8920

**Date:** May 27, 2003

**Re:** Prince Welch School Project

New Haven Public Schools
REBUILDING OUR SCHOOLS

54 Meadow Street
New Haven, Connecticut

COPY

Attached are the Documents Requested.
Regarding the A/E assigned to the
above prove reference project.

RECEIVED
MAY 27 2003

**MEMORANDUM**

School Construction Program

New Haven Public Schools
REBUILDING OUR SCHOOLS

To:        Paul Guidone, Chief Operating Officer

From:      Claude E. Watt Jr., Program Manager / Facilitator

Date:      Tuesday, December 12, 2000

Re:        Prince / Welch School Project
           SDE# 093-306 City Project No.: 99-100-03

cc:        Thomas Roger

---

Project Update:

The SBBAC has set up biweekly meetings in order to move the design process along. To date the Architect has been consistently late for these meetings and was a no show for the November 21, 2000, meeting.

The Architects has expressed his displeasure in and perception of the SBBAC process, as well as, other information and feedback gathering sessions as wasteful. He has stated that he prefers to present his design after he is satisfied that it works. I do not disagree with this concept, but in practice it leaves little room for input. The Architect scoffed at early recommendations that he prepare a minimal of three conceptual designs that reflected both site and program development. He opted instead to present a single idea, which was presented to the SBBAC in August, September, October and November.  Each presentation reflected minor changes in response to those comments that the Architect felt had merit.

In August 2000, in an attempted to move things along I prepared a formal written critique of the design based on feedback from NHPS staff and other inter city agencies.

In November 2000, the SBBAC was given copies of the design for review and comment. The November 21, 2000, SBBAC meeting was intended to give the Architect our final overview of the design. As stated above, the Architect was a no show. Those members of SBBAC that were in attendance and the program manager did review the comments and recommendations collected by the program manager.

On November 30, 2000, I submitted to the Architect another written critique of the design. On December 3, 2000, I contacted the Architect, and requested we meet to discuss the critique comments. The Architect agreed to meet that day. He initially rejected the critique as intrusive into services he'd been contracted to perform and inappropriate coming from Gilbane. After some discussion, he did agreed to respond to the critique, and where appropriate he'd adjust the design to reflect those comments, which had merit. I requested that we set a date to review his response. He stated he would get back to me with a date.

Prince-Welch School (Pre-K8)                                    5/27/03

I informed Architect, that I wanted to wrap up this phase of design. He was in agreement. My goal is to be in a position to go before the CSBC in February 2001. This assumes that the design meets with SBBAC approval in early January 2001.

To date the following items are outstanding:
Preliminary Geotechnical Survey
Finalizing the Space Program

**PM Overview:**
The Architect has been working on the design since April 2000. The design phase stalled during the summer due to the unavailability of the SBBAC. The design efforts were restarted in earnest in August 2000. To date 75% of the schematic design phase fee has been authorized for payment. In comparison to other firms providing the same services, the quality of service received to date is not commensurate with payments.

The quality of services has been more reactive than proactive. This has caused the school construction staff to invest more time than usual to this phase of design. The Architect claims that the frequent critiques by the Owner, SBBAC, and others have been a delaying factor in the design process. The actual conditions reflect a foot dragging reluctance on the part of the design team, where as it appears that the needs of the client have become secondary to the designer's vision.

**MEMORANDUM**

School Construction Program

| | | |
|---|---|---|
| To: | Paul Guidone, Chief Operating Officer | |
| From: | Claude E. Watt Jr., Program Manager / Facilitator | |
| Date: | Thursday, August 03, 2000 | New Haven Public Schools<br>REBUILDING OUR SCHOOLS |
| Re: | Prince / Welch School Project<br>SDE# 093-306City Project No.: 99-100-03 | |
| cc: | Thomas Roger | |

On Wednesday, August 2, 2000, we met with Wendell Harp for a pre-arranged design review meeting. Ms. Gina Wells and I were in attendance. Mr. Harp and Ms. Wells were each given a written critique of schematic design, a detailed facility program and a general construction budget. (Attached)

Unfortunately, Mr. Harp preferred to discuss issues other than the specific design. He was advised that the subject was inappropriate for the current meeting. The meeting deteriorated and Ms. Wells left. The plans brought to meeting by Mr. Harp were not reviewed or submitted to this office.

At my request, Mr. Roger came into the meeting. Mr. Roger assisted by mediating the discussion between Mr. Harp and I. After responding to several of Mr. Harp's allegations, Mr. Harp agreed to cease the disruptive bantering and focus of the project going forward. He also agreed to respond to the critique and program.

By the next SBBAC meeting on August 23, 2000, he will respond to the design critique and the facility program as prepared by this office. Our goal at that SBBAC is to approve a facility program and offer feedback on the design. He will return to the SBBAC one or two times over following weeks for approval of the schematic design. We will seek to place the Schematic Design on the earliest CSBC after approval by the SBBAC.

We expressed our concerns over the lack of consultant (site surveyor, geotechnical, and code) participation through the design process. Mr. Harp was given written authorization to secure the services of these consultants, which had been previously approved by the NHPS. Mr. Harp was advised that no design would be accepted that did not include a Geotechnical evaluation of the site.

August 31, 2000                                Sent Fax and 1st Class Mail

Mr. Wendell Harp, Principal
Architects Environmental Collaborative International, PC
300 Whalley Avenue
New Haven, CT 06511

Re.:    Prince Welch School Project
        (SDE#093-306, City No. 99-100-03)

It appears that I have failed to adequately communicate the level of importance placed on the interactive process associated with the development of a school project. The design presentation component of the community meeting held on August 30, 2000, did not demonstrate the level of professionalism or progress that reflects effort, value or respect. The community and the Owner deserved better.

In past months you levied some rather serious allegation regarding the response of this office to your design efforts. We met and discussed these matters and left with an understanding that would lead to better cooperation and teamwork.

The school construction program staff has done all the things as agreed.

1.   Provided a written critique of your preliminary design;

2.   Scheduled and participated in meetings with relevant city departments;

3.   Scheduled SBBAC meetings through November 2000;

4.   Scheduled and participated in meetings with Hill Development Corporation;

5.   Approved release of consultants;

6.   Provided a sample program for your use;

7.   Scheduled and participated in a well attended community meeting;

8.   Agreed to a schedule of meetings and activities that would facilitate the completion of the schematic design in time for presentation to the Citywide School Building Committee, CSBC, in October 2000; and

9.   Released partial payment on the promise of receipt of progress drawings.

We have also made certain requests of your firm. These requests are as follows:

1.   Upgrade the methods of communications within your office, such as adding voice mail and email;

File: 2445PRINCELTR20.DOC                                        1

2.   Provide a listing of all of your consultants with addresses, contact names and phone numbers;

3.   Provide progress prints with request for payments;

4.   Participate in a design development and approval process that includes SBBAC, CSBC, community groups and local / state agencies;

5.   Provide an A2 survey;

6.   Provide a Geotechnical Survey Report; and

7.   Finalize the facility program and Education Specifications.

To date we have not received progress prints and a listing of consultants; the Geotechnical and A2 survey are in progress; meetings with the various organizations are on schedule; no changes in the available means of communication; status of educational specification and program unknown; and status of schematic design is unknown.

We originally agreed that AECI would be prepared to make a formal presentation of the schematic and program to the SBBAC on August 23, 2000. This meeting was cancelled at the request of the Principal due to key members not being available. Regardless of that cancellation there was to have been a submission of those items to the school construction staff.

Hence, the SCP staff is placed in a position of attending a very important community meeting with absolutely no idea of the design status. Also you were specifically requested to provide the school construction staff with progress documents prior to meetings, and failed to do so. You were also directed not to present the June 2000, schematic design documents at the community meeting, but you chose to ignore our request.

Further, we are unable to assign resources for scheduling and estimating. Our anticipated completion date for design has become a best guess. It's our hope that you receive this letter in the constructive critique spirit in which it was written, and join us in this effort to move this project forward.

Sincerely yours,

Claude E. Watt Jr.
Program Manager

cc:    Paul Guidone
       Thomas Roger

File: 2445PRINCELTR20.DOC                                                                    2

**New Haven Public Schools**
**School Construction Program**

**54 Meadow Street**
**New Haven, Connecticut 06519**



**REBUILDING OUR SCHOOLS**

November 26, 2001                          Sent Via Fax and First Class Mail

Mr. Wendell Harp
Architects Environmental Collaborative International, PC
300 Whalley Avenue
New Haven, CT 06511

Re.:     Prince Welch School Project
         (SDE#093-306, City No. 99-100-03)

Dear Mr. Harp:
I am in receipt of your letter dated November 14, 2001.

<u>Item II</u>
You stated that you would submit a substantially completed design development package by
January 25, 2002. What does this mean relative percentage complete?

As the assigned Architect, you appear to have chosen to ignore the Owner's stipulation that
there shall be Owner, User and Public input into design solution and development. I cannot
begin to caution you enough about the ramifications of designing in a vacuum.  Even
though, I respect your desire to produce an edifice that reflects your creative inspiration. It
must also satisfy the Owners programmatic intentions, the User's operational activities,
serve the community and be constructed within the available budget.

As Program Manager assigned to this project, I protest any action that excludes the school
construction program from periodic review and update of the design development phase.

Please schedule a meeting in your office, such that, I may review and observe the status of
the work, meet your staff and consultants that are involved in the development of these
documents.  Contact Terri Chow (946-5356) of my staff to schedule this meeting. Your
immediate attention is requested.



Sincerely yours,



Claude E. Watt Jr.
Program Manager


Cc:     Paul Guidone
        Thomas Roger
        Gina Wells, Welch Annex
        Ann-Marie DeGraffenreidt