UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL HARP and<br>ARCHITECTS ENVIRONMENTAL<br>COLLABORATIVE INTERNATIONAL, P.C.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DeSTEFANO,<br>CITY OF NEW HAVEN and<br>NEW HAVEN BOARD OF EDUCATION,<br><br>Defendants. | CASE NO: 3:03CV977(CFD)<br><br><br><br><br><br><br><br><br><br>JANUARY 18, 2006 |

## CERTIFICATE OF SERVICE REGARDING DECLARATIONS

I, Carolyn W. Kone, hereby certify that copies of the Declarations of Richard Abbatiello, Carolyn W. Kone, Reginald Mayo, Brian Perkins, John Prokop, Jennifer Peschell, Tom Roger, Claude Watt, Susan Weisselberg, Susan Whetstone, and Dr. Carlos Torre were served this 18th day of January, 2006 by U.S. First class mail, postage prepaid, upon:

John R. Williams
Katrena Engstrom
Law Offices of John Williams & Associates
51 Elm St., Ste. 409
New Haven, CT 06510

Rodger W. Lehr
Deputy Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT 06510

9g3751.doc

DEFENDANTS,
JOHN DESTEFANO, CITY OF NEW
HAVEN and NEW HAVEN BOARD OF
EDUCATION

By: /s/ Carolyn W. Kone
Carolyn W. Kone (ct 06207)
Rowena A. Moffett (ct19811)
BRENNER, SALTZMAN & WALLMAN LLP
Their Attorneys
271 Whitney Avenue
New Haven, CT 06511
Tel. (203) 772-2600
Fax (203) 772-4008
Email: ckone@bswlaw.com
Email: rmoffett@bswlaw.com

9g3751.doc

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 18th day of January, 2006, by U.S. first class mail, postage prepaid, upon:

John R. Williams
Katrena Engstrom
Law Offices of John Williams & Associates
51 Elm St., Ste. 409
New Haven, CT 06510

Rodger W. Lehr
Deputy Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT 06510

*Carolyn W. Kone*
Carolyn W. Kone

9g3751.doc