UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WENDELL HARP and<br>ARCHITECTS ENVIRONMENTAL<br>COLLABORATIVE INTERNATIONAL, P.C. | :<br>:<br>:<br>: | |
| VS. | : | NO. 3:03CV977(CFD) |
| | : | |
| JOHN DeSTEFANO,<br>CITY OF NEW HAVEN and<br>NEW HAVEN BOARD OF EDUCATION | :<br>:<br>: | FEBRUARY 6, 2006 |

### MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

The plaintiffs respectfully move for an extension of time until March 6, 2006, to respond to the defendants' Motion for Summary Judgment. In support of this motion, they represent that:

1. Their response currently is due on February 8, 2006.

2. Defense counsel has no objection to this motion.

3. No prior motions of this nature have been made.

4. The motion for summary judgment, with its supporting documentation, is unusually voluminous and considerably more time will be necessary to review and analyze it in order to respond properly.

THE PLAINTIFFS


BY:_____
          JOHN R. WILLIAMS (ct00215)
          51 Elm Street
          New Haven, CT 06510
          203/562-9931
          FAX:  203/776-9494
          E-Mail: jrw@johnrwilliams.com
          Their Attorney


CERTIFICATION OF SERVICE

On the date above stated, copies hereof were transmitted to Attorneys Carolyn W. Kone and Rowena A. Moffett at Brenner, Saltzman & Wallman LLP, 271 Whitney Avenue, New Haven, CT 06511 [E-Mails: ckone@bswlaw.com; rmoffett@bswlaw.com]


_____
JOHN R. WILLIAMS