## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**WENDELL HARP, ET AL**          :     NO. 3:03CV00977(CFD)
    **Plaintiff**

**VS.**                          :

**JOHN DESTEFANO, ET AL.**       :     MARCH 1, 2006
    **Defendants**

## APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for:

**All Defendants**

March 1, 2006                          /s/_____
*Date*                                 *Signature*

                                                    Jennifer C. Vickery
                                                    Assistant Corporation Counsel
                                                    *Print Name*

                                                    165 Church Street, 4th Floor
                                                    New Haven, CT 06510
                                                    *Mailing Address*

                                                    (203) 946-7963
                                                    *Phone Number*

                                                    (203) 946-7942
                                                    *Fax Number*

                                                    jvickery@newhavenct.net
                                                    *Email Address*

                                                    Ct24089
                                                    *Federal Bar Number*

Certificate of Service

      I, Jennifer C. Vickery, hereby certify that I have served the foregoing by causing a copy to be MAILED, POSTAGE PREPAID, to all counsel and pro se parties of record on March 1, 2006:

John R. Williams & Associates
51 Elm Street, Suite 409
New Haven, CT  06510

Attorney Carolyn W. Kone
Brenner, Saltzman & Wallman
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06511-1746

/s/_____
Jennifer C. Vickery