UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL HARP and : <br> ARCHITECTS ENVIRONMENTAL : <br> COLLABORATIVE INTERNATIONAL, P.C., : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> JOHN DeSTEFANO, : <br> CITY OF NEW HAVEN and : <br> NEW HAVEN BOARD OF EDUCATION, : <br> : <br> Defendants. : <br> : | CASE NO: 3:03CV977(CFD) <br><br><br><br><br><br><br><br><br><br><br> MARCH 10, 2006 |

**MOTION ON CONSENT FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(a) and Local Rule 7(b), Defendants, John DeStefano, Jr., City of New Haven and the New Haven Board of Education ("Defendants"), through their undersigned counsel, hereby request extensions of time until April 14, 2006 to file their Reply Brief to Plaintiffs' Brief in Opposition to Motion for Summary Judgment and to file a memoranda in opposition to Plaintiffs' request to strike certain paragraphs of Defendants' Local Rule 56 Statement. Defendants' Reply Brief is currently due on March 22, 2006, and its opposition to Plaintiffs' requests to strike certain portions of Defendants' Local Rule 56 Statement, if such requests are considered to constitute a motion to strike under Local Rule 7(a), is currently due on March 28, 2006. Defendants seek these extensions, because the undersigned counsel has been on vacation until yesterday and needs additional time to file these responsive pleadings.

This is the first request by Defendants for an extension of time to file a Reply Brief and to file an opposition memorandum to Plaintiffs' requests to strike certain

portions of Defendants' Local Rule 56 Statement. Plaintiffs' counsel consents to the granting of this motion.

WHEREFORE, Defendants move that the deadline for filing a Reply Brief and a Memorandum in Opposition to requests to strike certain portions of Defendants' Local Rule 56 Statement be extended until April 14, 2006.

>                     DEFENDANTS,
>
>                     JOHN DESTEFANO, CITY OF NEW
>                     HAVEN and NEW HAVEN BOARD OF
>                     EDUCATION
>
> By:            *s/Carolyn W. Kone*
>                     Carolyn W. Kone (ct06207)
>                     Rowena A. Moffett (ct19811)
>                     BRENNER, SALTZMAN & WALLMAN LLP
>                     Their Attorneys
>                     271 Whitney Avenue
>                     New Haven, CT  06511
>                     Tel. (203) 772-2600
>                     Fax (203) 772-4008
>                     Email:  ckone@bswlaw.com
>                     Email:  rmoffett@bswlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the original of the foregoing was served this 10th day of March, 2006, by U.S. first class mail, postage prepaid, upon:

John R. Williams
Katrena Engstrom
Law Offices of John Williams & Associates
51 Elm St., Ste. 409
New Haven, CT  06510

Jennifer C. Vickery
Assistant Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT  06510

                                                                   *s/Carolyn W. Kone*
                                                                   Carolyn W. Kone