UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL HARP and : <br> ARCHITECTS ENVIRONMENTAL : <br> COLLABORATIVE INTERNATIONAL, P.C., : <br>   : <br> Plaintiffs, : <br>   : <br> v. : <br>   : <br> JOHN DeSTEFANO, : <br> CITY OF NEW HAVEN and : <br> NEW HAVEN BOARD OF EDUCATION, : <br>   : <br> Defendants. : <br>   : | CASE NO: 3:03CV977(CFD) <br><br><br><br><br><br><br><br><br><br><br> APRIL 13, 2006 |

**DEFENDANTS' MOTION ON CONSENT FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(a) and Local Rule 7(b), Defendants, John DeStefano, Jr., City of New Haven and the New Haven Board of Education ("Defendants"), through their undersigned counsel, hereby request extensions of time until May 5, 2006 to file their Reply Brief to Plaintiffs' Brief in Opposition to Motion for Summary Judgment and to file a memoranda in opposition to Plaintiffs' request to strike certain paragraphs of Defendants' Local Rule 56 Statement. Defendants' Reply Brief and its opposition to Plaintiffs' requests to strike certain portions of Defendants' Local Rule 56 Statement, if such requests are considered to constitute a motion to strike under Local Rule 7(a), are currently due on April 14, 2006. Defendants seek these extensions, because the undersigned counsel needs additional time to file these responsive pleadings in view of the Passover and Good Friday holidays and the press of other legal work.

This is the second request by Defendants for an extension of time to file a Reply Brief and to file an opposition memorandum to Plaintiffs' requests to strike certain

portions of Defendants' Local Rule 56 Statement. Plaintiffs' counsel consents to the granting of this motion.

WHEREFORE, Defendants move that the deadline for filing a Reply Brief and a Memorandum in Opposition to requests to strike certain portions of Defendants' Local Rule 56 Statement be extended until May 5, 2006.

>	DEFENDANTS,
>
>	JOHN DESTEFANO, CITY OF NEW HAVEN and NEW HAVEN BOARD OF EDUCATION
>
>	By:	*s/Carolyn W. Kone*
>	Carolyn W. Kone (ct06207)
>	Rowena A. Moffett (ct19811)
>	BRENNER, SALTZMAN & WALLMAN LLP
>	Their Attorneys
>	271 Whitney Avenue
>	New Haven, CT  06511
>	Tel. (203) 772-2600
>	Fax (203) 772-4008
>	Email: ckone@bswlaw.com
>	Email: rmoffett@bswlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2006, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].

                                                _____*s/Carolyn W. Kone*_____
                                                Carolyn W. Kone