UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL HARP and<br>ARCHITECTS ENVIRONMENTAL<br>COLLABORATIVE INTERNATIONAL, P.C.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DeSTEFANO,<br>CITY OF NEW HAVEN and<br>NEW HAVEN BOARD OF EDUCATION,<br><br>Defendants. | CASE NO: 3:03CV977(CFD)<br><br><br><br><br><br><br><br>MAY 4, 2006 |

## SUPPLEMENTAL DECLARATION OF SUSAN WEISSELBERG

I, SUSAN WEISSELBERG, state under the pains and penalties of perjury as follows

1.   I am over the age of eighteen (18) and understand my obligation when making a statement to this Court under the pains and penalties of perjury.

2.   I am the Program Coordinator for the School Construction Program and have served in this capacity since March 1998.

3.   In December 1999, the School District hired Davis Brody Bond, an architecture firm located in New York to design the Jackie Robinson School. One of my responsibilities was to oversee the construction of the Jackie Robinson School, and I am familiar with the services provided by David Brody Bond for that School.

4.   When I contacted the firm in May 2003 about taking over the design for the Prince Welch School, I was aware that David Brody Bond had performed satisfactorily under its 1999 contract with the School District.

5.  The termination of Architects Environmental Collaborative International, P.C.'s contract and the hiring of Davis Brody Bond were considered at a special meeting of the Administration & Finance Committee, rather than waiting for a regular meeting of the Administration & Finance Committee, so that these items could appear on the next regularly scheduled meeting of the full Board of Education, which was scheduled for May 27, 2003. The School Construction Program was anxious to obtain approval of the new architect so that the design could proceed as soon as possible, after having been delayed for so long. The project schedule anticipated that the construction would begin in 2004 and be completed in the spring of 2006. The School Construction Program also wanted the School Based Building Advisory Committee to meet with the new architect before the school year ended so that design work could begin as quickly as possible.

6.  In May 2003, Thomas Ude was the Corporation Counsel of the City of New Haven and in this capacity provided legal counsel to the Board of Education and the Department of Education.

The foregoing statements were made under the pains and penalties of perjury.

*Susan Weisselberg*
Susan Weisselberg

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2006, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].

*Carolyn W. Kone*
Carolyn W. Kone