UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL HARP and<br>ARCHITECTS ENVIRONMENTAL<br>COLLABORATIVE INTERNATIONAL, P.C.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DeSTEFANO,<br>CITY OF NEW HAVEN and<br>NEW HAVEN BOARD OF EDUCATION,<br><br>Defendants. | :<br>:<br>:<br>:  CASE NO: 3:03CV977(CFD)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  MAY 4, 2006 |

## SUPPLEMENTAL DECLARATION OF CLAUDE WATT

I, CLAUDE WATT, state under the pains and penalties of perjury as follows:

1. I am over the age of eighteen (18) and understand my obligations when making a statement to this Court under the pains and penalties of perjury.

2. I was the Program Manager for the Prince-Welch School.

3. The contract awarded by the Board of Education on May 27, 2003, was for $1,374,500. The proposed contract that I negotiated with Architects Environmental Collaborative International, P.C. ("AECI") for the redesign work for the Prince-Welch School was for this same amount – $1,374,500. Under the contract that AECI had with the School District for the redesign of the Prince-Welch School, AECI had been paid for the schematic design documents and the design development documents for the school. Under the proposed contract for the redesign of the school with AECI, AECI would have been paid again for the schematic designs and the design development documents for the new school. In addition, AECI would have been paid for a number of tasks that were included in its original contract, but for which it was not

paid under its original contract, including preparation of construction documents, construction administration, additional design services and consultant's services that had not been performed under the old contract. The proposed contract with AECI for the redesign work was not for $700,000.

    The foregoing statements were made under the pains and penalties of perjury.

_____
Claude Watt

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2006, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].

_____
Carolyn W. Kone