UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL HARP and<br>ARCHITECTS ENVIRONMENTAL<br>COLLABORATIVE INTERNATIONAL, P.C.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DeSTEFANO,<br>CITY OF NEW HAVEN and<br>NEW HAVEN BOARD OF EDUCATION,<br><br>Defendants. | :<br>:<br>:<br>:  CASE NO: 3:03CV977(CFD)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  MAY 5, 2006 |

## SUPPLEMENTAL DECLARATION OF JOHN DESTEFANO, JR.

I, JOHN DESTEFANO, JR., state under the pains and penalties of perjury as follows:

1. I am over the age of eighteen (18) and understand my obligations when making a statement to this Court under the pains and penalties of perjury.

2. In late 2002 to early 2003, I advocated changing the architect for the Prince-Welch School Project. I told the Superintendent of Schools, Dr. Reginald Mayo, of my position.

The foregoing statements were made under the pains and penalties of perjury.

_____
John DeStefano, Jr.

9j7911.doc

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2006, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].

_____
Carolyn W. Kone