UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL HARP and<br>ARCHITECTS ENVIRONMENTAL<br>COLLABORATIVE INTERNATIONAL, P.C.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DeSTEFANO,<br>CITY OF NEW HAVEN and<br>NEW HAVEN BOARD OF EDUCATION,<br><br>Defendants. | CASE NO: 3:03CV977(CFD)<br><br><br><br><br><br><br><br><br><br><br>MAY 5, 2006 |

## SUPPLEMENTAL DECLARATION OF CAROLYN W. KONE, ESQ.

I, CAROLYN W. KONE, state under the pains and penalties of perjury as follows:

1. I am over the age of eighteen (18) and understand my obligation when making a statement to this Court under the pains and penalties of perjury.

2. I counsel to Defendants in the above captioned matter.

3. Attached behind Exhibit A are selected excerpts from the deposition testimony of Wendell Harp, dated May 27, 2005 Volume I, page 50, lines 9-20.

4. Attached behind Exhibit B are selected excerpts from the deposition testimony of Wendell Harp, dated July 14, 2005 Volume II, pages 229, line 15 – page 230, line 9; page 316, line 17 – page 320, line 3.

5. Attached behind Exhibit C are selected excerpts from the deposition testimony of Wendell Harp, dated October 31, 2005 Volume IV, page 604, line 20 – page 605, line 25; page 608, lines 6-13, page 665, lines 4-9.

m:\docs\05167\001\9j6453.doc

6. Attached behind Exhibit D is a page from Defendants' Exhibit 5 for Identification.

7. Attached behind Exhibit E is Defendants' Exhibit 11 for Identification.

8. Attached behind Exhibit F is Defendants' Exhibit 27 for Identification.

9. Attached behind Exhibit G is Defendants' Exhibit 28 for Identification.

10. Attached behind Exhibit H is Defendants' Exhibit 29 for Identification.

11. Attached behind Exhibit I is Defendants' Exhibit 30 for Identification.

12. Attached behind Exhibit J are selected excerpts from the deposition testimony of Claude Watt, dated July 19, 2005, page 27, line 20 – page 28, line 4.

13. Attached behind Exhibit K is a copy of §§ 17 and 18 of the Charter of the City of New Haven.

14. Attached behind Exhibit L are selected excerpts from the deposition testimony of Wendell Harp, dated September 2, 2005, Volume III, page 442, line 11 - page 443, line 21; page 452, line 16 - page 457, line8; page 493, lines 13 – 17;

15. Attached behind Exhibit M are selected excerpts from the deposition testimony of John Destefano dated July 21, 2005, page 35 line 17 – page 36, line 9 which was inadvertently omitted from Exhibit O to Kone dec. dated January 18, 2006.

16. Attached behind Exhibit N is Defendants' Exhibit 87 for Identification.

The foregoing statements were made under the pains and penalties of perjury.

_____
Carolyn W. Kone

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2006, a copy of the foregoing was manually filed with the court and served via U.S. Mail upon the following :

John R. Williams
Katrena Engstrom
Law Offices of John Williams & Associates
51 Elm St., Ste. 409
New Haven, CT  06510

Jennifer C. Vickery
Assistant Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT  06510

_____
Carolyn W. Kone