UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL HARP and<br>ARCHITECTS ENVIRONMENTAL<br>COLLABORATIVE INTERNATIONAL, P.C.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOHN DeSTEFANO,<br>CITY OF NEW HAVEN and<br>NEW HAVEN BOARD OF EDUCATION,<br><br>    Defendants. | :<br>:<br>:<br>:   CASE NO: 3:03CV977(CFD)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   MAY 5, 2006 |

## NOTICE OF MANUAL FILING

Please take notice that Carolyn W. Kone has manually filed Exhibits A through N in support of Supplemental Declaration of Carolyn W. Kone.

This document has not been filed electronically because:

[ ]    The document cannot be converted to an electronic format.

[X]    The electronic file size of the document exceeds 1.5 mb.

[ ]    The document is filed under seal pursuant to the local rules of the court.

[ ]    The document is filed ex parte pursuant to court order, statute or regulation allowing ex parte submissions.

[ ]    Plaintiff/Defendant is excused from electronically filing this document by court order.

The document has been manually served on all parties,

Respectfully Submitted,

       /s/ Carolyn W. Kone
Carolyn W. Kone (ct06207)
Rowena A. Moffett (ct19811)
BRENNER, SALTZMAN & WALLMAN LLP
271 Whitney Avenue
New Haven, CT 06511
Tel. (203) 772-2600
Fax (203) 772-4008
Email: ckone@bswlaw.com
Email: rmoffett@bswlaw.com

9J8092.DOC

CERTIFICATE OF SERVICE

I hereby certify that the original of the foregoing was served this 5th day of May, 2006, by U.S. first class mail, postage prepaid, upon:

John R. Williams
Katrena Engstrom
Law Offices of John Williams & Associates
51 Elm St., Ste. 409
New Haven, CT  06510

Jennifer C. Vickery
Assistant Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT  06510

           /s/ Carolyn W. Kone
Carolyn W. Kone

9J8092.DOC