UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL HARP and<br>ARCHITECTS ENVIRONMENTAL<br>COLLABORATIVE INTERNATIONAL, P.C.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DeSTEFANO,<br>CITY OF NEW HAVEN and<br>NEW HAVEN BOARD OF EDUCATION,<br><br>Defendants. | CASE NO: 3:03CV977(CFD)<br><br><br><br><br><br><br><br><br><br>MAY 23, 2006 |

## THIRD SUPPLEMENTAL DECLARATION OF CAROLYN W. KONE, ESQ.

I, CAROLYN W. KONE, state under the pains and penalties of perjury as follows:

1. I am over the age of eighteen (18) and understand my obligation when making a statement to this Court under the pains and penalties of perjury.

2. I counsel to Defendants in the above captioned matter.

3. Attached hereto as Exhibit A is a certified copy of a deed for property located at 292-304 Whalley Avenue in New Haven, Connecticut, the property in which Sherri Killins headquarters were located in May 2003.

4. Attached hereto as Exhibit B is a certified copy of the City of New Haven Assessor's deed showing that the property has been continuously owned (including in May 2003) since its acquisition by DJM Enterprises, Inc.

5. Accordingly, in May 2003 the property was owned by DJM Enterprises, Inc. and not by either plaintiff.

The foregoing statements were made under the pains and penalties of perjury.

                                                           */s/ Carolyn W. Kone*
                                                        Carolyn W. Kone

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2006, a copy of foregoing Third Supplemental Declaration of Carolyn W. Kone, Esq., was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

John R. Williams
Katrena Engstrom
Law Offices of John Williams & Associates
51 Elm St., Ste. 409
New Haven, CT  06510

Jennifer C. Vickery
Assistant Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT  06510

_____
Carolyn W. Kone