# Exhibit A

QUIT CLAIM DEED - STATUTORY FORM       VOL 4634 PAGE 115

WEST WIND DEVELOPMENT CORPORATION, a Connecticut corporation

of the Town of New Haven, County of New Haven, and State of Connecticut

for consideration paid, grant to DJM ENTERPRISES I, INC., A Connecticut corporation

of the City of New Haven, County of New Haven and State of Connecticut

with QUIT-CLAIM COVENANTS

(Description and encumbrances, if any and any additional provisions)

SEE SCHEDULE A ATTACHED HERETO FOR A MORE PARTICULAR DESCRIPTION

NO TAX        NO TAX

I CERTIFY THIS TO BE A TRUE COPY OF THE DOCUMENT RECORDED IN THE NEW HAVEN LAND RECORDS, DATE City Clerk's Office
DAY OF MAY 11 2006
New Haven, Conn.
RONALD SMITH, CITY CLERK

Signed this 5th day of July 19 95

Witnessed by:                           WEST WIND DEVELOPMENT CORP.
                                        BY: Wendell C. Harp
                                            WENDELL C. HARP
                                            ITS PRESIDENT

State of Connecticut.
County of Hartford          ss: Hartford    7-30-95

Personally Appeared

Wendell C. Harp

Signer and Sealer of the foregoing Instrument, and acknowledged the same to be his free act and deed before me,

Latest mailing address of Grantee:
No. and Street  74 DWIGHT ST.
City            NEW HAVEN                   Title of Officer
State           CT          Zip_____

VOL 4634 PAGE 116

SCHEDULE A
AS TO #292-306 WHALLEY AVENUE
AND
298 SHERMAN AVENUE

ALL THAT CERTAIN PIECE or parcel of land, with the buildings and improvements thereon standing, situated in the Town of New Haven, County of New Haven and State of Connecticut, known as 292-304 Whalley Avenue and 298 Sherman Avenue is bounded:

NORTH: by Whalley Avenue, 155-3/12 feet;

EAST: by Sherman Avenue, 131 feet, 11-3/4 inches, more or less;

SOUTH: in part by land now or formerly of Harry Polinsky and in part by land now or formerly of Samuel J. Nathanson, by a straight line, 157 feet, 1 -1/2 inches, more or less;

WEST: by land formerly of said Samuel J. Nathanson, 154 feet, 1 inch, more or less; said west line being parallel with and distant 80 feet east from the east line of land formerly of Thomas W. Corbett, when measured along the south line of Whalley Avenue;

Together with a right of way for all purposes whatsoever in common with Samuel J. Nathanson, his heirs and assigns, over each and every portion of a strip of land 5 feet wide, adjoining the above described premises on the West, running for a depth of 99 feet, more or less, the south line of said 5 foot right of way being distant north 56 feet from the south boundary of the premises herein described.

Together with an easement for parking purposes over a portion of land adjoining the southerly portion of the premises, bounded and described as follows:

WEST: by land now or formerly of Sidney Horton and Arnold Alderman, 45 feet;

NORTH: by other land of Anthony Marino, 40 feet;

EAST: by land now or formerly of Eugena Y. Nelson, 45 feet;

SOUTH: by land now or formerly of Joseph Worrall, 40 feet.

A strip of land 10 feet wide from off the west side of said premises herein described, bounded:

NORTH: by Whalley Avenue, 10 feet;

EAST: by the remaining portion of the said premises herein described, 152 feet, 8 inches, more or less;

VOL 4634 PAGE 117

| | |
|---|---|
| SOUTH: | by land formerly of Samuel J. Nathanson, 10 feet; |
| WEST: | by the West boundary of said premises herein described, 154 feet, 1 inch, more or less; |

is subject to a right of way for all purposes whatsoever in, through, over and upon each and every portion of the same.

Subject to a right of way to Eugena Y. Nelson, her heirs and assigns in common with the Owner of the premises, his heirs and assigns for purposes of passage by foot and vehicle over and upon each and every portion of a strip of land 15 feet wide, bounded and described as follows:

| | |
|---|---|
| EAST: | by Sherman Avenue, 15 feet; |
| SOUTH: | by a portion of the premises first above described and conveyed, 95 feet; |
| WEST: | by remaining land of Anthony Marino, 15 feet; |
| NORTH: | by remaining land of Anthony Marino, 95 feet. |

The premises are further subject to certain restrictions contained in a deed from Samuel J. Nathanson to Louis Miller, dated August 28, 1922 and recorded in Volume 960 at Page 122 of the New Haven Land Records, which are as follows: "The Grantee also agrees as part of the consideration of this deed not to erect any building nearer than 5 feet to the street line of Sherman Avenue, or any automobile service station on the above described premises."

Said premises are also described as follows:

All that certain piece or parcel of real property located in the City of New Haven, County of New Haven and State of Connecticut, being Units No. A21, B21, B23, C21, C23, A31, B31, B33, C31, C32, C33, Store 1, Store 2, Store 3, Store 4, and Store 5, being all of the units of Cambridge House Condominium as created by a Declaration of Condominium dated June 30, 1983 and recorded on June 30, 1983 in Volume 3072 at Page 91 of the New Haven Land Records.

The property consisting of said condominium is more particularly described on a survey entitled "Cambridge House Condominiums, New Haven, Conn. by Bernard E. Godfrey, Registered Professional land Surveyor, Scale 1"=20' Mar. 4, 1980, which map is on file in the New Haven Town Clerk's Office.

93 AUG -2 PM 12:41

008751

# Exhibit B

Property Location: 292 WHALLEY AV    MAP ID: 319/ 0280/ 00600/ /    Bldg #:  1    Card  1   of   1    Print Date: 05/22/2006 15:34
Vision ID: 20665    Other ID:

## CURRENT OWNER

D J M ENTERPRISES INC

74 DWIGHT ST
NEW HAVEN, CT  06511

**VISION**

| TOPO. | UTILITIES | STRT./ROAD | LOCATION |
|---|---|---|---|
| 1 Level | 1 All Public | 6 Sidewalk | 1 Urban |
|  | 8 Gas/Electric |  |  |

*6093*
*NEW HAVEN, CT*

### SUPPLEMENTAL DATA

Account #
WARD                  24A
TAXABLE
CENSUS TRACK 0000
BLOCK              0000
DEFERRAL

GIS ID: 10074

### CURRENT ASSESSMENT

| Description | Code | Appraised Value | Assessed Value |
|---|---|---|---|
| COM LAND | 2-1 | 178,000 | 124,600 |
| COM BLDG | 2-2 | 674,800 | 472,360 |
| COM OUTBL | 2-5 | 6,700 | 4,690 |
| | Total | 859,500 | 601,650 |

### RECORD OF OWNERSHIP

| | BK-VOL/PAGE | SALE DATE | q/u | v/i | SALE PRICE | V.C. |
|---|---|---|---|---|---|---|
| D J M ENTERPRISES INC | 4705/ 229 | 02/22/1994 |  |  |  | 0 |
| UNKNOWN | 4162/ 335 | 10/24/1989 | U | I | 800,000 |  |

### PREVIOUS ASSESSMENTS (HISTORY)

| Yr. | Code | Assessed Value | Yr. | Code | Assessed Value |
|---|---|---|---|---|---|
| 2002 | 2-1 | 124,600 | 2001 | 2-1 | 124,600 | 2000 | 174,800 |
| 2002 | 2-2 | 472,360 | 2001 | 2-2 | 472,360 | 2000 | 303,000 |
| 2002 | 2-5 | 4,690 | 2001 | 2-5 | 4,690 | 2000 | 4,690 |
| | Total: | 601,650 | | Total: | 601,650 | Total: | 483,000 |

### EXEMPTIONS

| Year | Type/Description | Amount |
|---|---|---|
| | | Total: |

### OTHER ASSESSMENTS

| Code | Description | Number | Amount | Comm. Int. |
|---|---|---|---|---|

### NOTES

1994 GUT JOB
1ST FL.: 5 RETAIL SPACES

*This signature acknowledges a visit by a Data Collector or Assessor*

### APPRAISED VALUE SUMMARY

Appraised Bldg. Value (Card)             674,800
Appraised XF (B) Value (Bldg)
Appraised OB (L) Value (Bldg)              6,700
Appraised Land Value (Bldg)              178,000
Special Land Value

Total Appraised Card Value               859,500
Total Appraised Parcel Value             859,500
Valuation Method:                  Cost/Market Valuation

Net Total Appraised Parcel Value         859,500

### BUILDING PERMIT RECORD

| Permit ID | Issue Date | Type | Description | Amount | Insp. Date | % Comp. | Date Comp. | Comments |
|---|---|---|---|---|---|---|---|---|

### VISIT/CHANGE HISTORY

| Date | ID | Cd. | Purpose/Result |
|---|---|---|---|
| 9/19/2001 | SB | 45 | Review Against Field C... |

### LAND LINE VALUATION SECTION

| B# | Use Code | Description | Zone | D | Frontage | Depth | Units | Unit Price | I. Factor | S.I. | C. Factor | Nbhd. | Adj. | Notes- Adj/Special Pricing | Adj. Unit Price | Land Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3030 | MIXED USE | BA | 3 |  |  | 22,165.00 SF | 10.71 | 1.00 | A | 1.00 | 2 | 0.75 |  | 8.03 | 178,000 |
| | | | | | | | Parcel Total Land Area: | | | | | 0.51 AC | | Total Land Value | | 178,000 |

Total Card Land Units  0.51 AC

Property Location: 292 WHALLEY AV
Vision ID: 20665

MAP ID: 319/ 0280/ 00600/ /
Other ID:

Bldg #: 1   Card 1 of 1   Print Date: 05/22/2006 15

## CONSTRUCTION DETAIL

| Element | Cd. | Ch. | Description |
|---|---|---|---|
| Style/ Type | 80 |  | Mix Ret Apt |
| Model | 94 | C | Commercial |
| Grade |  |  | Average |
| Stories | 3 |  | 3 Stories |
| Occupancy | 19 |  |  |
| Exterior Wall 1 | 19 |  | Brick |
| Exterior Wall 2 |  |  |  |
| Roof Structure | 01 |  | Flat |
| Roof Cover | 04 |  | T&G/Rubber |
| Interior Wall 1 | 05 |  | Drywall/Plaste |
| Interior Wall 2 |  |  |  |
| Interior Floor 1 | 14 |  | Carpet |
| Interior Floor 2 | 12 |  | Fin WD/Carpet |
| Heating Fuel | 02 |  | Oil/Gas |
| Heating Type | 05 |  | Hot Water |
| AC Type | 01 |  | None |
| Bedrooms | 00 |  |  |
| Bathrooms | 0 |  |  |
| Total Rooms |  |  |  |
| Bath Type |  |  |  |
| Kitchen Style |  |  |  |

### Commercial Data Elements

| Element | Cd. | Ch. | Description |
|---|---|---|---|
| Heat & AC | 02 |  | HEAT/AC SPLIT |
| Frame Type | 02 |  | WOOD FRAME |
| Baths/Plumbing | 02 |  | AVERAGE |
| Ceiling/Wall | 06 |  | CEIL & WALLS |
| Rooms/Prtns | 02 |  | AVERAGE |
| % Common Wall | 0 |  |  |
| Wall Height | 14 |  |  |

### CONDO/MOBILE HOME DATA

| Element | Code | Description | Factor |
|---|---|---|---|
| Complex |  |  |  |
| Floor Adj |  |  |  |
| Unit Location |  |  |  |
| Number of Units |  |  |  |
| Number of Levels |  |  |  |
| % Ownership |  |  |  |

### COST/MARKET VALUATION

| Element | Value |
|---|---|
| Unadj. Base Rate | 59.50 |
| Size Adj. Factor | 0.83223 |
| Grade (Q) Index | 1.22 |
| Nbhd Adjustment | 1.00 () |
| Adj. Base Rate | 60.41 |
| Bldg. Value New | 1,499,618 |
| Year Built | 1900 |
| Eff. Year Built | (A) 1941 |
| Nrml Physcl Dep | 60 |
| Funcnl Obslnc | 0 |
| Econ Obslnc | 0 |
| Specl. Cond. Code | MA |
| Specl Cond % | 5 |
| Overall % Cond. | 45 |
| Deprec. Bldg Value | 674,800 |

## MIXED USE

| Code | Description | Percentage |
|---|---|---|
| 3030 | MIXED USE | 100 |

## OB-OUTBUILDING & YARD ITEMS(L) / XF-BUILDING EXTRA FEATURES(B)

| Code | Description | L/B | Units | Unit Price | Yr. | Dp Rt | %Cnd | Apr. Value |
|---|---|---|---|---|---|---|---|---|
| PAV1 | PAVING-ASPHALT | L | 6,700 | 2.00 | 1980 | 0 | 50 | 6,700 |

## BUILDING SUB-AREA SUMMARY SECTION

| Code | Description | Living Area | Gross Area | Eff. Area | Unit Cost | Undeprec. Value |
|---|---|---|---|---|---|---|
| BAS | First Floor | 9,220 | 9,220 | 9,220 | 60.41 | 556,980 |
| FUS | Upper Story, Finished | 13,760 | 13,760 | 13,760 | 60.41 | 831,242 |
| UBM | Basement, Unfinished | 0 | 9,220 | 9,220 | 12.08 | 111,396 |

Ttl. Gross Liv/Lease Area: 22,980   32,200   Bldg Val: 1,499,618

### SKETCH

```
         26
    ┌─────────┐
    │   3030  │
    │         │ 36
 FUS│         │
 FUS│         │
 BAS│ 62      │
 UBM│         │
    │    ┌────┤ 78
    │    │BAS │
    │    │UBM │ 78
    │    │ 45 │
    └────┴────┘
  77   140
```