UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **WENDELL HARP, ET AL.** | : | **CIVIL ACTION NO.** |
|     **Plaintiffs** | | **3:03 CV 00977 (CFD)** |
| **VS.** | : | |
| **JOHN DESTEFANO, ET AL.** | : | **AUGUST 3, 2006** |
|     **Defendants** | | |

### MOTION TO WITHDRAW APPEARANCE OF
### <u>MARTIN S. ECHTER, ESQUIRE</u>

The undersigned attorney of record respectfully moves to withdraw my Appearance in the above-captioned matter.

Other counsel have long ago entered Appearances in addition to or in lieu of my representation.

My Appearance was filed when I was employed as a Deputy Corporation Counsel for the City of New Haven.

I am no longer employed in that capacity. I have not been employed by the City of New Haven and I have not done any work in this lawsuit since the Fall of 2004.

                        Respectfully submitted,

                        _____/S/
                        MARTIN S. ECHTER
                        Federal Bar No. ct07596
                        Law Office of Patricia A. Cofrancesco
                        89 Kimberly Avenue
                        East Haven, CT 06512
                        Phone: (203) 467-6003
                        Fax: (203) 467-6004

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

Certificate of Service

I, Martin S. Echter, hereby certify that I have served the foregoing by causing a copy to be FAXED and MAILED, postage prepaid, to:

Attorney Jennifer Vickery
Assistant Corporation Counsel
Office of the Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

Attorney Carolyn W. Kone
Attorney Rowena A. Moffett
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
New Haven, CT 06511

Attorney John R. Williams
Law Office of John R. Williams
51 Elm Street, 4th Floor
New Haven, CT 06510

this 3rd day of August, 2006.

_____/S/
Martin S. Echter, Esquire