UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **WENDELL HARP, ET AL.** | : | CIVIL ACTION NO. |
| Plaintiffs | | 3:03 CV 00977 (CFD) |
| **VS.** | : | |
| **JOHN DESTEFANO, ET AL.** | : | AUGUST 3, 2006 |
| Defendants | | |

NOTICE OF MANUAL FILING OF
MOTION TO WITHDRAW APPEARANCE OF
<u>MARTIN S. ECHTER, ESQUIRE</u>

The undersigned herewith gives Notice of Manual Filing of the accompanying Motion to Withdraw Appearance of Martin S. Echter.

This office has had significant periodic difficulties utilizing the Internet.

Respectfully submitted,

_____/S/
MARTIN S. ECHTER
Federal Bar No. ct07596
Law Office of Patricia A. Cofrancesco
89 Kimberly Avenue
East Haven, CT 06512
Phone: (203) 467-6003
Fax: (203) 467-6004

I, Martin S. Echter, hereby certify that I have served the foregoing by causing a copy to be FAXED and MAILED, postage prepaid, to:

Attorney Jennifer Vickery
Assistant Corporation Counsel
Office of the Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

Attorney Carolyn W. Kone
Attorney Rowena A. Moffett
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
New Haven, CT 06511

Attorney John R. Williams
Law Office of John R. Williams
51 Elm Street, 4th Floor
New Haven, CT 06510

this 3rd day of August, 2006.

_____/S/
Martin S. Echter, Esquire