UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **WENDELL HARP, ET AL** | : | NO. 3:03CV00977(CFD) |
| *Plaintiff* | | |
| **VS.** | : | |
| **JOHN DESTEFANO, ET AL.** | : | JANUARY 12, 2007 |
| *Defendants* | | |

### MOTION TO WITHDRAW APPEARANCE OF JENNIFER C. VICKERY

Pursuant to Rule 7(e), Local R. Civ. Proc., the undersigned attorney of record respectfully moves to withdraw my Appearance for the defendants, John DeStefano, Jr., City of New Haven and New Haven Board of Education in the above-captioned matter. In support, the undersigned represents as follows:

1.   I appeared on behalf of the defendants while employed by the City of New Haven, but I resigned from my position effective January 5, 2007.

2.   Other counsel has appeared for said defendants.

3.   As required by Local Rule 7(e), said defendants have been given notice of this motion by personal service or certified mail as noted in the certification of service attached hereto.

Respectfully submitted,

BY:/s/_____
Jennifer C. Vickery
P.O. Box 1281
291 Whitney Avenue, 4th Floor
New Haven, CT 06505-1281
Phone: (203) 809-0223
Fax: (203) 498-8223
Federal Bar No. ct24089

## **C E R T I F I C A T I O N**

I hereby certify that a copy of the foregoing was mailed on January 12, 2007 to the following counsel of record, to wit:

John R. William, Esquire
51 Elm Street, Suite 409
New Haven, CT 06510

Attorney Carolyn W. Kone
Brenner, Saltzman & Wallman
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06511-1746

Martin S. Echter, Esquire
Attorney Patricia A. Cofrancesco
89 Kimberly Avenue
East Haven, CT 06512

Attorney Rowena Amanda Moffett
Brenner, Saltzman & Wallman
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06511

And a copy was delivered by hand to:

Mayor John DeStefano, Jr.
City of New Haven
165 Church Street
New Haven, CT 06510

City of New Haven
C/O Thomas W. Ude, Jr., Corporation Counsel
Office of the Corporation Counsel
165 Church Street
New Haven, CT 06510

New Haven Board of Education
C/O Robin Golden, Chief Operation Officer
54 Meadow Street
New Haven, CT 06510

/s/_____
Jennifer C. Vickery