UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL HARP and <br> ARCHITECTS ENVIRONMENTAL <br> COLLABORATIVE INTERNATIONAL, P.C., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN DeSTEFANO, <br> CITY OF NEW HAVEN and <br> NEW HAVEN BOARD OF EDUCATION, <br><br> Defendants. | : <br> : <br> : <br> : CASE NO: 3:03CV977(CFD) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : February 9, 2007 |

**MOTION FOR PERMISSION TO FILE CORRECTED
DECLARATION OF CAROLYN W. KONE, ESQ. NUNC PRO TUNC**

Defendants respectfully requests permission to file a Corrected Declaration of Carolyn W. Kone, Esq., to correct the following clerical errors to the original Declaration of Carolyn W. Kone, Esq., dated January 18, 2006 (the "Original Declaration"):

1. Paragraph 3 of the Original Declaration inadvertently omitted reference to pages 178-179 and 181 of Wendell Harp's deposition, Volume I, dated May 27, 2005; however, the deposition pages were attached as Exhibit A to Attorney Kone's Declaration.

2. Paragraph 4 of the Original Declaration should not have included references to pages 176, 178, 179, 181, 262, and 263 of Mr. Harp's deposition transcript and should have included, in addition to the correctly listed pages, references to pages 264-266, 270, 279-280, 287, 302-304 of Wendell Harp's deposition, Volume II, dated July 14, 2005. These pages were attached as Exhibit B to the Original Declaration.

9T7261.DOC

3.  Paragraph 7 of the Original Declaration listed page 701 of Wendell Harp's deposition, Volume V, dated November 1, 2005, as being attached behind Exhibit E, but page 701 was inadvertently not attached.

4.  Paragraph 17 of the Original Declaration listed page 31 of the deposition of John DeStefano dated July 21, 2005 as being attached behind Exhibit O, but page 31 of Mr. DeStefano's deposition was not attached behind Exhibit O; rather page 31 of Dr. Mayo's deposition was inadvertently attached behind Exhibit O.

5.  Paragraph 17 of the Original Declaration listed pages 27 and 36 of the deposition of John DeStefano dated July 21, 2005 as behind attached behind Exhibit O, but pages 27 and 36 were inadvertently not attached behind Exhibit O.

A Corrected Declaration of Carolyn W. Kone, Esq. incorporating the corrections listed above is being manually filed on this date.

DEFENDANTS,
JOHN DESTEFANO, CITY OF NEW HAVEN and NEW HAVEN BOARD OF EDUCATION

By: _____s/Carolyn W. Kone_____
Carolyn W. Kone (ct06207)
Rowena A. Moffett (ct19811)
BRENNER, SALTZMAN & WALLMAN LLP
Their Attorneys
271 Whitney Avenue
New Haven, CT  06511
Tel. (203) 772-2600
Fax (203) 772-4008
Email:  ckone@bswlaw.com
Email:  rmoffett@bswlaw.com

9T7261.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2007, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].

              *s/Carolyn W. Kone*
              Carolyn W. Kone

9T7261.DOC