**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| WENDELL HARP and : | |
| ARCHITECTS ENVIRONMENTAL : | |
| COLLABORATIVE INTERNATIONAL, P.C., : | |
| : | CASE NO: 3:03CV977(CFD) |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| JOHN DeSTEFANO, : | |
| CITY OF NEW HAVEN and : | |
| NEW HAVEN BOARD OF EDUCATION, : | |
| : | |
| Defendants. : | |
| : | February 13, 2007 |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGEMENT

Defendants, John DeStefano, City of New Haven and New Haven Board of Education, hereby with to bring to the Court's attention certain supplemental authorities decided after their Reply Brief was filed, which authorities support their motion for summary judgment. These authorities are as follows:

Cotarelo v. Village of Sleepy Hollow Police Dep't., 460 F.3d 247 (2d Cir.2006)(granting summary judgment in favor of defendants on plaintiff's first amendment retaliation claim, because, as a matter of law, defendants demonstrated that they would have taken the same adverse employment action if the protected speech had not occurred due to plaintiff's performance record.)

Oliphant v. State of Connecticut Dep't. of Transport., Civil No. 3:02cv700, 2006 U.S. Dist. LEXIS 77021 at *31-32 (D.Conn. Oct. 23, 2006)(granting summary judgment in favor of defendants on plaintiff's first amendment retaliation claims and writing that in First Amendment retaliation cases "[t]he operative issue is not

9t8757.doc

simply the length of time between the protected activity and the alleged retaliation but the demonstrated nexus between the two.")

                Respectfully submitted,
                DEFENDANTS,
                JOHN DESTEFANO, CITY OF NEW HAVEN and NEW HAVEN BOARD OF EDUCATION

By:    *s/Carolyn W. Kone*
       Carolyn W. Kone (ct06207)
       Rowena A. Moffett (ct19811)
       BRENNER, SALTZMAN & WALLMAN LLP
       Their Attorneys
       271 Whitney Avenue
       New Haven, CT  06511
       Tel. (203) 772-2600
       Fax (203) 772-4008
       Email:  ckone@bswlaw.com
       Email:  rmoffett@bswlaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that on February 13, 2007, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].

                                                _s/Carolyn W. Kone_
                                                Carolyn W. Kone

9t8757.doc