## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL HARP and : <br> ARCHITECTS ENVIRONMENTAL : <br> COLLABORATIVE INTERNATIONAL, P.C., : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> JOHN DeSTEFANO, : <br> CITY OF NEW HAVEN and : <br> NEW HAVEN BOARD OF EDUCATION, : <br> : <br> Defendants. : <br> : | CASE NO: 3:03CV977(CFD) <br><br><br><br><br><br><br><br><br><br> SEPTEMBER 13, 2007 |

## NOTICE OF MANUAL FILING

Please take note that the following Exhibits A through Q are being filed manually with regard to the above referenced matter because the file exceeds the 1.5 mb requirement.

                                       DEFENDANTS,
                                       JOHN DESTEFANO, CITY OF NEW
                                       HAVEN and NEW HAVEN BOARD OF
                                       EDUCATION

By:     *s/ Carolyn W. Kone*
          Carolyn W. Kone (ct06207)
          Rowena A. Moffett (ct19811)
          BRENNER, SALTZMAN & WALLMAN LLP
          Their Attorneys
          271 Whitney Avenue
          New Haven, CT  06511
          Tel. (203) 772-2600
          Fax (203) 772-4008
          Email:  ckone@bswlaw.com
          Email:  rmoffett@bswlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 13, 2007, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].

                                                   *s/ Carolyn W. Kone*
                                                   Carolyn W. Kone