UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WENDELL HARP
ARCHITECTS ENVIR COLLABORATIVE    CASE NO. 3:03CV977(CFD)
INTL, PC

    vs.

JOHN DESTEFANO
CITY OF NEW HAVEN
NEW HAVEN BD OF ED

## JUDGMENT

    This action having come on for consideration of defendants' motion for summary judgment before the Honorable Christopher F. Droney, United States District Judge, and

    The Court having considered the full record of the case including applicable principles of law, and having filed its ruling on September 27, 2007 granting the motion, it is therefore,

    ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants.

    Dated at Hartford, Connecticut, this 27th day of September, 2007.


                                          KEVIN F. ROWE, Clerk


                                          By /s/ Devorah Johnson
                                              Devorah Johnson
                                              Deputy Clerk